EAST BATON ROUGE PARISH
Filed Jun 02, 2021 1:48 PM
Deputy Clerk of Court

C-708254
26

## 19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO._____        DIVISION._____        SEC._____

**STATE OF LOUISIANA,**
By and through its **DIVISION OF ADMINISTRATION,** and **EAST BATON ROUGE PARISH LAW ENFORCEMENT DISTRICT,** By and through the duly elected **EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III,** *et al.*, Individually and as Class Representatives

**VERSUS**

**i3-SOFTWARE & SERVICES, LLC; 1120 SOUTH POINTE PROPERTIES, LLC,** formerly known as **SOFTWARE AND SERVICES OF LOUISIANA, L.L.C.; i3 VERTICALS, INC.; i3-VERTICALS, LLC; GREGORY R. TEETERS; and SCOTT CARRINGTON**

FILED: _____        _____
                                              **DEPUTY CLERK**

---

## PETITION FOR DAMAGES AND CLASS ACTION PETITION

**NOW INTO COURT,** through undersigned counsel, come petitioners, the State of Louisiana, by and through its Division of Administration (sometimes referred to herein as the "State"), and the below-named law enforcement districts and sheriffs:

1. East Baton Rouge Parish Law Enforcement District, by and through the duly elected East Baton Rouge Parish Sheriff, Sid J. Gautreaux, III, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

2. Claiborne Parish Law Enforcement District, by and through the duly elected Claiborne Parish Sheriff, Samuel A. Dowies, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

3. Rapides Parish Law Enforcement District, by and through the duly elected Rapides Parish Sheriff, Mark Wood, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

4. East Feliciana Parish Law Enforcement District, by and through the duly elected East Feliciana Parish Sheriff, Jeff Travis, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

5. West Feliciana Parish Law Enforcement District, by and through the duly elected West Feliciana Sheriff, Brian Spillman, appearing as its *ex officio* chief executive officer and in

1

his official capacity as Sheriff;

6. Grant Parish Law Enforcement District, by and through the duly elected Grant Parish Sheriff, Steven McCain, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

7. Acadia Parish Law Enforcement District, by and through the duly elected Acadia Parish Sheriff, K. P. Gibson, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

8. Tangipahoa Parish Law Enforcement District, by and through the duly elected Tangipahoa Sheriff, Daniel Edwards, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff;

9. Franklin Parish Law Enforcement District, by and through the duly elected Franklin Parish Sheriff, Kevin Cobb, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff; and

10. Ascension Parish Law Enforcement District, by and through the duly elected Ascension Parish Sheriff, Bobby Webre, appearing as its *ex officio* chief executive officer and in his official capacity as Sheriff.

All appearing individually and as "Class Representatives" of 40 or more similarly situated Louisiana Law Enforcement Districts and duly elected sheriffs throughout the State of Louisiana (hereinafter referred to as "Sheriffs" and collectively, with the State, as the "Plaintiffs") who were damaged as a result of the actions of defendants, i3-Software & Services, LLC; 1120 South Pointe Properties LLC, formerly known as Software and Services of Louisiana, L.L.C.; i3-Verticals, Inc.; i3-Verticals, LLC; Gregory R. Teeters; and Scott Carrington (collectively, the "Defendants") as described in this Petition. Pursuant to La. R.S. 13:5901, Louisiana Law Enforcement Districts were created by the State and have capacity to sue and be sued under law, by and through its *ex officio* chief executive officer, the duly elected sheriff of that Law Enforcement District.

## I. NATURE OF THE ACTION

The Plaintiffs' respective claims against the Defendants arise out of the same transaction and occurrence, which constitutes the subject matter of this lawsuit.

**The State's Claims**

1.  The State asserts causes of action under the Louisiana Unfair Trade Practices Act under La. R.S. § 51:1404 *et seq.*, negligence, failure to exercise due care and custody, and *alternatively*, unjust enrichment, against the Defendants, for which the State seeks restitution. The State further pleads conventional subrogation, asserting the rights of certain Sheriffs in accordance with La. C.C. art. 1827.

2.  The State is accountable to its citizens for its use of taxpayer funds; and it is empowered to pursue any party whose tortious conduct creates a crisis that the State must remediate with its limited resources.

3.  Through the Defendants' unethical and substantially injurious practices of delivering woefully defective software products and cybersecurity services to the Sheriffs and political subdivisions across the State of Louisiana, as well as negligently failing to hire and supervise qualified employees, the Defendants created a massive cybersecurity crisis across Louisiana.

4.  As the guardian of its citizens, the State is statutorily authorized and obligated to respond to emergencies threatening its citizens under Title 29 of the Louisiana Revised Statutes.

5.  This action is brought by the State of Louisiana, Division of Administration.

6.  Through this civil action, the State seeks to recover past, present, and future sums required to remediate the effects of the Defendant's unfair and deceptive trade practices and acts, as well as its negligence, failure to exercise due care for items within the Defendants' care and custody, and alternatively, unjust enrichment. The State's claims are exclusively asserted under Louisiana law; no claims arising under the laws of the United States are brought herein.

**The Sheriffs' Claims**

7.  For several years, the Sheriffs unknowingly purchased defective software products and cybersecurity services from the Defendants.

8.  In 2020, the Sheriffs learned that the Defendants' products and services acted as vectors of compromise that delivered malicious malware directly into the Sheriffs' networks,

3

exposed personally identifiable information ("PII") of thousands of Louisiana citizens, and substantially jeopardized the operational capability of Louisiana's first responders.

9.  As a Managed Service Provider that falsely advertised "state of the art products" and security solutions with artificial intelligence capabilities, the Defendants wrongfully posed as trusted professionals capable of keeping the Sheriffs' computer networks safe and secure.

10. Instead, the Defendants knowingly failed to implement any basic cyber hygiene measures to protect itself and its customers' computer networks. The Defendants took unnecessary risks with its customers' trust, such as using pirated software products, failing to report serious security incidents to the Sheriffs, and knowingly installing malicious software onto a workstation that housed customer access credentials.

11. Accordingly, the Sheriffs assert the following causes of action against the Defendants: Redhibition (La. C.C. Art. 2520 *et seq.*), Negligence (La. C.C. Art. 2315), Damage caused by defect (La. C.C. Art. 2317.1), Fraud and Detrimental Reliance (La. C.C. articles 1953 and 1967), and *alternatively,* Unjust Enrichment (La. C.C. art. 2298).

## II.     PARTIES

Made Defendants herein are the following juridical entities:

12. i3 Verticals, Inc., a foreign corporation formed under the laws of the State of Delaware, with its principal place of business in Nashville, Tennessee, which may be served *via* "long arm" service through its registered agent for the service of process, National Registered Agents, Inc., 1209 Orange Street, Wilmington, Delaware 19801;

13. i3 Verticals, LLC, a foreign limited liability company organized under the laws of the State of Delaware, with its principal place of business in Nashville, Tennessee, which may be served *via* "long arm" service through its registered agent for the service of process, National Registered Agents, Inc., 1209 Orange Street, Wilmington, Delaware 19801;

14. i3 Software & Services, LLC, a foreign limited liability company formed under the laws of the State of Delaware that is authorized to and doing business in the State of Louisiana, with its principal place of business in Shreveport, Caddo Parish, Louisiana

4

71105, which may be served through its registered agent for the service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

15. 1120 South Pointe Properties, LLC, (formerly "Software and Services of Louisiana, L.L.C."), a limited liability company organized under the laws of the State of Louisiana, with its principal place of business located in Bossier Parish, Louisiana at the home of at least one of its member/managers, Gregory R. Teeters, 1651 Caplis Sligo Road, Bossier City, Louisiana 71112, which entity may be served through its registered agent for the service of process, Gregory R. Teeters, 1651 Caplis Sligo Road, Bossier City, Louisiana 71112;

16. Gregory R. Teeters, a natural person of the full age of majority who may be served at his domicile and business address located at 1651 Caplis Sligo Road, Bossier City, Louisiana 71112; and

17. Scott Carrington, a natural person of the full age of majority who may be served at his place of business, 1120 South Pointe Parkway, Suite A, Shreveport, Louisiana 71105.

### III.    VENUE AND JURISDICTION

18. This Court has jurisdiction over the State's claims because they arise exclusively under Louisiana Law and the Defendants pride themselves on strong contacts with the state of Louisiana.

19. 1120 South Pointe's predecessor, Software and Services of Louisiana, L.L.C., which is also i3 Verticals, LLC's subsidiary, boasted in a 2014 Support Agreement with The Claiborne Law Enforcement District that Software and Services of Louisiana, L.L.C. was "Louisiana based and operated since the company was started 30 years ago…"[1]

20. This Court has personal jurisdiction over each Defendant pursuant to La. C.C.P. Art. 6, La. R.S. §§ 13:3201, and 51:1407(A) and 1409 because each Defendant engages in consumer transactions within the State of Louisiana, purposefully directs and/or directed its actions toward the State of Louisiana, and/or has the requisite minimum contacts within the State of Louisiana needed to permit this Court to exercise jurisdiction.

---

[1] *See* **Exhibit A**, 2014 Support Agreement between Software and Services of Louisiana, L.L.C. and The Claiborne Law Enforcement District.

21. Venue is proper in East Baton Rouge Parish in accordance with La. C.C.P. Art. 42, La. C.C.P. art. 45(3), La. C.C.P. art. 74, and La. R.S. §§51:1407 and 51:1409.

22. Per La. C.C.P. art. 74, "[a]n action for the recovery of damages for an offense or quasi offense may be brought in the parish … where the damages were sustained." In the instant matter, a substantial portion of the State's response efforts to the cybersecurity crisis (and monetary damages) caused by the Defendants' tortious activity occurred in East Baton Rouge Parish. Furthermore, the East Baton Rouge Sheriff was a customer of the Defendants, and its network was infected by the malware transmitted by the Defendants.

23. To the extent that the Defendants claim that the Sheriffs' claims are premature due to the existence of any contractual clause requiring an alternative dispute resolution, the Sheriffs seek an evidentiary hearing as to the validity of any such contract due to lack of consent. As alleged herein, the Defendants grossly misrepresented and fraudulently induced the Sheriffs to purchase the Defendants' services and software products, which rescinds any contract(s) between the parties in accordance with La. C.C. art. 1948.

## IV. FACTS

**Defendants' Corporate History**

24. Defendants offer services as a Managed Service Provider ("MSP"), advertising themselves to governmental entities and agencies, including, but not limited to, sheriff's offices, clerks of court, and school districts. And, at various times, the Defendants sold software, hardware and computer equipment, and cybersecurity services to most of Louisiana's 64 Sheriffs.

25. Defendants' current website, https://www.softwareservices.net/, markets itself as "a leading developer of technical solutions for the public sector. We offer a full range of software solutions, consulting services, and hardware administration to … sheriff offices, and other municipalities… we have proven and industry-standard products that enable our clients to perform public service duties rapidly, process large amounts of data

accurately, and manage their operations efficiently...bringing an unparalleled level of expertise, support, and products, to create the model for public service."[2]

26. Defendants' website further claims to "offer our clients a unique AI-enhanced solution that integrates data protection through backups with cybersecurity."[3] Until recently, this same website previously included a section entitled "Security," describing cybersecurity solutions offered to clients.

27. Prior to 2018, defendant, 1120 South Pointe, formerly Software and Services of Louisiana, L.L.C., performed MSP services and sold software and computer hardware to the majority of Sheriffs within the State of Louisiana.

28. In late 2018, Software and Services of Louisiana, L.L.C., now 1120 South Pointe, was acquired by i3 Verticals, Inc., and/or i3 Verticals, LLC.

29. In January 2019, i3-S&S was formed to provide the same MSP services, software, and hardware and equipment sales to the Sheriffs. At least one of its members/managers is i3 Verticals, LLC.[4]

30. i3-S&S's website, https://www.softwareservices.net/, identifies its copyrighted material with the following marking: "Copyright ©1978 – 2020 Software and Services of Louisiana, L.L.C. All Rights Reserved."[5] Furthermore, i3-S&S's website is the same URL as that previously used on the former purchase orders provided to the Sheriffs by Software and Services of Louisiana, L.L.C, now 1120 South Pointe.[6]

31. Despite soliciting the Sheriffs' trust by falsely representing themselves as network security experts, qualified software developers, and capable of conducting penetration testing services, the Defendants failed to exercise basic cybersecurity due diligence in rendering their services to the Sheriffs and other clients.

32. Consistently showing a lack of understanding of basic cybersecurity principles, the Defendants' MSP services, software products, and own hardware acted as vectors of compromise that delivered several different strains of malware, both directly and

---

[2] See **Exhibit B**, Excerpts from https://www.softwareservices.net/ (Defendants' website).
[3] See **Exhibit B**.
[4] See **Exhibit C**, Records from the Louisiana Secretary of State's Office pertaining to Defendants.
[5] See **Exhibit B**.
[6] See **Exhibit B**; See also, **Exhibit D**, 2017 Invoice from Software and Services of Louisiana, L.L.C. (now 1120 South Pointe) to The Claiborne Parish Law Enforcement District.

7

indirectly, into the Sheriff's computer networks, severely/irrevocably damaging those systems and creating pathways for the potential exposure of thousands of citizens personally identifiable information ("PII").

**Defendants' Practices**

33.  At times between 2015 and 2020, Defendants and their employees engaged in the following activities that repeatedly displayed their deceitful conduct towards the Sheriffs and other customers:

a.  Defendants' employees intentionally bypassed its own anti-virus software to download remote access software, namely "Ammyy Admin," which was previously flagged and blocked by the Defendants' anti-virus software, for convenience. This "Ammyy Admin" program was executed on one of the Defendants' domain administrator's computer that was used to store sensitive client information and access credentials for all of the Defendants' clients in Louisiana.

b.  Defendants utilized Microsoft license keys not owned by the Defendants (two of which were labeled: "For Use in Korea only" or "For use in the European Union only"), as well as illegal copies of Acronis True Image software and Adobe Creative Cloud software.

c.  Defendants failed to supervise its own employees' internet activity or filter its internet content, resulting in thousands of employee visits to pornography sites during business hours. Although pornography does not equate to malware, pornography websites are common sources for phishing, sextortion, and malware payloads by cyber criminals. Ironically, Defendants' website previously listed "Internet Access and Content Filtering" as a security solution offered to clients.

d.  Defendants' self-hosted website contained over 10,000 spam links in unmoderated comment sections, such as pornographic links, links to foreign based websites, or links to malicious websites hosting malware.

e.  Defendants lacked a Security Information Event Management ("SIEM") system, logging system or unified Endpoint Detection & Response System within their network.

f.  Defendants failed to employ an Intrusion Prevention & Intrusion Detection System on its firewall, even though Defendants stored extraordinarily large amounts of sensitive information for local governmental agencies.

g.  Defendants stored Sheriffs' sensitive information in an unencrypted status, in random locations throughout their employees' workstations, contrary to commercially reasonable standards.

h.  Defendants installed and used compromised versions of FileZilla, a File Transfer Protocol application, on six different Sheriffs' office networks, exposing those networks to malware.

i.  Defendants stored local government logins and passwords within web browsers that included credentials that allowed for remote access to 51 parish Sheriffs' offices, as well as 17 cities, five police juries, two clerk of courts, and two towns.

j.  Defendants failed to renew their email filtering subscription in 2016, which allowed malicious emails to compromise the Defendants' internal servers.

k.  Defendants falsified record details of cybersecurity incidents on incident reports and/or failed to notify impacted Sheriffs of cybersecurity incidents.

l.  Defendants required Sheriffs to provide the Defendants with administrative credentials to use their MSP services and software, thereby exposing the Sheriffs to the totality of the consequences of the Defendants' errors and negligence.

34. For these reasons, the Defendants irreparably contaminated and/or destroyed the Sheriffs' computer networks with malware through the Defendants' malfeasance and subsequent failure to initiate even the most basic remedial protocols – all of which posed and continues to pose an imminent threat to the security of Louisiana's information technology infrastructure.

**The Louisiana State Police Cyber Crime Unit Investigation**

35.  In December 2019, the Louisiana State Police Cyber Crime Unit ("LSP CCU") identified
     suspicious activity related to Defendants' administrator account with the Washington
     Parish Sheriff's Office ("WPSO") after discovering WPSO's access credentials for sale
     on the dark web. WPSO was a client of the Defendants.

36.  The LSP CCU notified WPSO of the problem, and WPSO further allowed LSP CCU to
     conduct an analysis of a memory sample from WPSO's network. Following the analysis,
     LSP CCU discovered suspicious activity on the WPSO network, stemming from a user
     account designated "SNS."

37.  The "SNS" user was identified as a source of malware and the installation of programs
     bundled with malicious files on the WPSO network. User account "SNS" was later
     identified as the Defendants', who provided software programs for WPSO.

38.  Further investigation revealed that the Defendants used the "Ammyy Admin" remote
     desktop to access WPSO's network in January 2020, which was flagged as malware by
     42 of 72 anti-virus engines. "Ammyy Admin" is also blocked from download by Chrome
     and Firefox web browsers and routinely documented as compromised and bundled with
     malware.

39.  LSP CCU contacted the Defendants, including the chief executive officer of i3 Verticals,
     Inc., and i3 Verticals, LLC, to notify them of the incident and to request information
     regarding Defendants' security controls and information about the Defendants' other
     clients.

40.  LSP CCU later determined that Defendants provided services and/or software to
     hundreds of Louisiana governmental entities, including at least 61 of the State of
     Louisiana's 64 Law Enforcement Districts, *i.e.*, the Sheriffs.

41.  LSP CCU contacted the United States Secret Service ("USSS") Electronic Crimes Task
     Force ("ECTF") to request assistance. USSS ECTF and the LSP CCU later assessed that
     the cybersecurity compromise originating from the Defendants' business operations
     could create a catastrophic threat to Louisiana's public cybersecurity infrastructure.

42. USSS ECTF and LSP CCU executed a search warrant on Defendants' Louisiana offices on or about June 4, 2020, collecting over 15 terabytes of data, as well as conducting interviews with key employees of Defendants.

43. Following an analysis of the evidence collected during the search warrant, LSP CCU and the USSS ECTF determined that the Defendants' network was successfully compromised by malicious attackers on multiple occasions. The LSP CCU further determined, with high confidence, that the Sheriffs' networks and the sensitive data stored thereon were compromised by malicious attacks and highly vulnerable to irreversible encryption at any time.

44. On June 12, 2020, the LSP CCU and USSS ECTF alerted the State of Louisiana's Emergency Support Function – 17 ("ESF-17"), which was created by Executive Order 19 JBE 12, that highly-sophisticated malicious actors possessed the ability to encrypt and exfiltrate data from a substantial majority of the Sheriff's Offices in Louisiana.

45. ESF-17 is led by two primary agencies: 1) the Division of Administration; and 2) the Louisiana National Guard. The Division of Administration oversees the Office of Technology Services ("OTS"), which was created in 2014 to consolidate, streamline, and improve information technology services across state agencies. OTS is led by the Chief Information Officer and further staffed by a Deputy Chief Information Officer, Chief Technology Officer, and Chief Information Security Officer. The Louisiana Army National Guard commands a Cyber Protection Team, Defensive Cyber Operations Element, and Cyber Mission Assurance Teams.

46. Select personnel representing the Governor's Office of Homeland Security and LSP with subject-matter expertise related to cybersecurity also actively support ESF-17.

47. On July 15, 2020, ESF-17 personnel, LSP CCU, and USSS ECTF notified the Sheriffs of the potential crisis affecting their computer networks. Thereafter, 61 of 64 Sheriffs agreed to allow LSP CCU to collect and analyze memory samples.

48. 41 of the 61 networks examined by LSP CCU, all of which were customers of the Defendants, showed significant indicators of compromise, were irrevocably damaged, and immediately vulnerable to encryption and data exfiltration.

11

**The ESF-17 Response**

49. With the operational capabilities of its primary emergency responders across Louisiana at severe risk, the State exercised its emergency powers and began executing a comprehensive plan to rebuild the Sheriffs' cyber infrastructure, which remains an on-going operation today.

50. The State's comprehensive plan (the "Sheriff Cyber Rebuild") included the covert installation of new hardware and software for infected Sheriffs to prevent discovery by the cyber criminals that infiltrated the Sheriff's networks. Discovery by the cyber criminals that their offensive position was known could have resulted in immediate, coordinated, and irreversible encryption.

51. To date, and as a direct result of the Defendants' malfeasance, the State expended approximately $15,000,000.00 towards the Sheriff Cyber Rebuild. However, more costs are expected as the Sheriff Cyber Rebuild is far from concluded.

52. Additionally, the Sheriffs are incurring and/or may incur separate network remediation expenses and will continue to incur substantial data breach notification costs pursuant to La. R.S. 51:3071, *et seq.,* resulting from Defendants' misconduct.

## V.    NEGLIGENCE CLAIMS
### (State and Sheriffs)

53. As of April 2020, if not several years earlier, the Defendants knew or should have known that the State and its political subdivisions, including, but not limited to the Sheriffs, would very likely become cybersecurity victims due to its operations, but Defendants declined to undertake any remedial actions.

54. Furthermore, as an MSP that advertised itself as providing security services and offering "state of the art" software to government agencies, the Defendants knew or should have known that its lack of cyber hygiene measures and woefully substandard data management would be injurious to its customers.

55. i3 Verticals, LLC, and/or i3 Verticals, Inc., the parent company of i3-S&S, became aware of the cybersecurity issues and infected software usages in its Louisiana clients in June 2020, if not earlier.

56. However, i3 Verticals, LLC, and/or i3 Verticals, Inc., made the conscious decision to ignore the risks, ignore the almost certain damage resulting from the known, infected software and cybersecurity issues, falsify internal reports, and refused to warn its impacted clients.

57. Therefore, the Defendants' conduct in the following particulars constitutes negligence that caused damage to the State and the Sheriffs:

    a.    Regular and repeated usage of the "Ammyy Admin" program to access the Sheriffs' networks;

    b.    Use and maintenance of a company website that was corrupted with 10,000 spam links, including malware, pornography, and foreign websites;

    c.    Failure to warn its clients or remediate the harm caused by Defendants' conduct;

    d.    Failure to develop, implement, and follow basic cybersecurity protocols in the performance of its services to its clients;

    e.    Failure to meet its own advertised, commercially reasonable standards of security;

    f.    The installation and use of multiple pirated software programs contaminated with malware and other viruses, specifically Adobe Creative Cloud, Automated Clearing House, and Acronis True Image;

    g.    Failure to train, instruct, supervise, and monitor their employees in an effort to ensure compliance with industry cybersecurity standards;

    h.    Installation of software products that contained redhibitory defects;

    i.    Installation and continued usage of the Civil Images Software, a known cybersecurity risk;

    j.    Failure to segment its internal networks and workstations;

    k.    Use of common access credentials for all Sheriffs, which were stored in an unencrypted status and often in web browsers.

    l.    Failure to use email filtering software or content filtering for internet usage on internal networks, which led to phishing scams and malware infections from cryptomining programs, sports-betting websites, and repeated visits by multiple employees to pornography websites during business hours;

13

    m.      Using stolen or otherwise inappropriate Microsoft products without proper licenses; and

    n.      Failure to install and utilize appropriate security firewalls.

58.    Pursuant to La. C.C. art. 2320, Defendants are vicariously liable for the actions of their employees under *respondeat superior*.

59.    As a result of Defendants' negligent acts, both the State and the Sheriffs suffered monetary damages for network remediation costs. Additionally, the Sheriffs may incur substantial expenses relating to its obligation to notify those whose data was compromised, as required by La. R.S. 51:3074, which is in addition to certain Sheriffs who may have had to pay a ransom to regain data.

## VI.    REDHIBITION
### (Sheriffs Only)

60.    The Sheriffs incorporate all previous allegations by reference.

61.    The Sheriffs purchased various services and software products from the Defendants for several years and continue to be customers today.

62.    However, the Defendants consistently sold the Sheriffs services and software products that were so defective, wrought with malicious malware strains, and/or compromised by the Defendants' own failure to adhere to reasonable professional standards and malfeasance, that the Defendants' services and products were useless and extremely detrimental to the Sheriffs.

63.    Had the Sheriffs previously known that their purchase of software products and services from the Defendants would lead to such cybersecurity issues and extensive damage to their network infrastructure, the Sheriffs would never have entered into a business relationship with the Defendants.

64.    The incredible defects in the Defendants' software products and malfeasance exhibited by the Defendants in the delivery of their services were invisible to the Sheriffs, especially as the Sheriffs relied upon the Defendants' false representations as qualified professionals in their respective fields.

65.    While the Defendants may claim that the Sheriffs were required to provide them with notice of the defective products and services once the Sheriffs were notified by ESF-17,

14

La. C.C. art. 2522 does not require buyers to notify a seller when a seller has prior notice of the defects.

66. Here, the Defendants were notified of the defects by the LSP CCU in December 2019 and again in June 2020, before the Sheriffs collectively learned that their networks were infected with malware in July of 2020.

67. Indeed, the Defendants' products and services were not fit for the ordinary use for which they were intended; the products and services were not of the quality represented to the Sheriffs by the Defendants in promotional materials or support agreements;[7] and the defective products and services existed at the time of the delivery to the Sheriffs.

68. In accordance with La. C.C.P. art. 2545, and as sellers with knowledge of their defective products and services who declined to warn the Sheriffs (even continued to market their products), the Defendants are liable to the Sheriffs "for the return of the price with interest from the time it was paid, for the reimbursement of the reasonable expenses ...and also for damages and reasonable attorney fees."

## VII.    FRAUD/DETRIMENTAL RELIANCE
### (Sheriffs Only)

69. The Sheriffs incorporate all previous allegations by reference.

70. Based upon the facts pleaded above, the Sheriffs specifically plead recovery for Defendants' fraud as a vice of consent. The Sheriffs also specifically plead detrimental reliance, seeking all such damages available under this theory of recovery and as are deemed reasonable by the trier of fact.

## VIII.   CUSTODY & CARE
### (Sheriffs and the State)

71. The Sheriffs incorporate all previous allegations by reference.

72. Defendants' server(s) and network, which were owned by and/or in the custody of Defendants, were infiltrated and infected with varying strains of malware.

73. Due to the malware infections, Defendants' server(s) resulted in the Sheriffs' networks and server(s) being infiltrated and compromised by proxy given the Defendants'

---

[7] *See* Exhibit A; *See also*, Exhibit B.

insistence that the Sheriffs provide the Defendants with administrative credentials and the Defendants' failure to implement any basic cyber hygiene measures.

74. As professed security and software professionals, Defendants knew or should have known of the infected state of its server(s) and network; yet, Defendants failed to exercise reasonable care which would have mitigated or prevented the damage sustained by the Sheriffs and ultimately, the State.

75. Defendants are, therefore, liable to the Sheriffs and the State under La. CC art. 2317.1.

## IX.   UNJUST ENRICHMENT
### (State and Sheriffs)

76. The Plaintiffs incorporate all previous allegations by reference.

77. The Plaintiffs assert unjust enrichment, in the alternative, in accordance with La. C.C. art. 2298.

78. The Defendants financially profited from their egregious conduct, defective software and services, and fraudulent advertising at the expense of the Plaintiffs.

79. Defendants' financial benefits resulted from their fraudulent scheme to the economic detriment of the Sheriffs and the State. The Defendants cannot produce a just cause to warrant their conduct.

80. Therefore, all economic benefits enjoyed by the Defendants through their unlawful tactics must be rightfully returned to the Sheriffs and the State.

## X.    VIOLATIONS OF THE LOUISIANA
### UNFAIR TRADE PRACTICES ACT, LA. R.S. §51:1401 *ET SEQ.*
### (State Only)

81. The State incorporates all previous allegations by reference.

82. Defendants engaged in unfair competition and/or unfair or deceptive acts or practices in accordance with La. R.S. §51:1401 *et seq.* ("LUTPA"), through their unethical and substantially injurious conduct.

83. To satisfy LUTPA, "an act need not be both unfair and deceptive to be actionable." Indeed, "[a] practice is unfair 'when the practice is unethical, oppressive, unscrupulous, or substantially injurious,'" and "a practice is deceptive when it amounts to 'fraud, deceit

or misrepresentation.'"[8] Thus, "LUTPA claims are not limited solely to allegations of fraud but may be independently premised on a range of non-fraudulent conduct."[9]

84. As outlined in paragraphs 33 and 57 respectively, the Defendants' egregious conduct towards its Louisiana customers, especially governmental entities to which it intentionally marketed its services and products, demonstrated a conscious wrongdoing for morally questionable motives.

85. The result of the Defendants' conduct was a state-wide cybersecurity crisis targeting emergency response services, which was discovered during Louisiana's hurricane season, a global pandemic, and during a period of national civil unrest.

86. ESF-17 assessed that the threats facing the Sheriffs' networks were severe, as network inoperability due to encryption or other cyber event(s) would result in the operational collapse of law enforcement in each affected parish; preventing and/or hindering the Sheriffs from performing the following tasks:

     a.      Providing emergency response services to members of the Sheriffs' communities, such as during the commission of a crime or inclement weather;

     b.      Running background checks on individuals prior to serving warrants or entering premises, thereby threatening officer safety;

     c.      Delivering payroll to all department employees;

     d.      Collecting property taxes;

     e.      Performing jailhouse management or prison operations (such as loss of important medical information pertaining to inmates);

     f.      Effectively communicating within their departments or between locations; and

     g.      Potentially lead to the destruction or loss of digitally stored evidence and/or PII.

87. Additional risks created by the Defendants' behavior included negative impacts on local police department networks and 911- communication districts that were connected to the Sheriffs' networks.

---

[8] *Pure Air Daigle, LLC v. Stagg*, LEXIS 150238 at *6 (W.D. La. 2017) (citing *Jefferson v. Chevron U.S.A. Inc.*, 97-2436 (La. App. 4 Cir. 05/20/98), 713 So.2d 785, 792, writ denied, 98-1681 (La. 10/16/98), 727 So. 2d 441).
[9] *Id.* (citing *Rockwell Automation, Inc. v. Montgomery*, No. 17-415, 2017 U.S. Dist. LEXIS 80820, 2017 WL 2294687, at *3 (W.D. La. May 24, 2017); *Southern General Agency, Inc. v. Burns & Wilcox, Ltd.*, 09-1918, 2012 U.S. Dist. LEXIS 129344, 2012 WL 3987890, at *1 (W.D. La. Sept. 11, 2012)).

88. In accordance with its duties, powers, and obligations under La. R.S. 29:721 *et seq.* to protect Louisiana's citizens, the State exercised its emergency support functions and expended approximately $15,000,000.00 to date to mitigate the cybersecurity crisis with the Sheriff Cyber Rebuild, with substantial additional costs still expected.

89. With ESF-17's technical expertise and the State's procurement resources, the $15,000,000.00 represents costs for endpoint detection and response software, firewalls, server equipment, and additional support personnel to quickly design, configure, and assemble new, malware-free networks for the infected Sheriffs' offices to ensure continuity of network operations.

90. The State was, is, and continues to be injured by the Defendants' unfair and deceptive acts as alleged in this Petition through the payment of substantial emergency response costs that are solely attributable to the Defendants' egregious practices. The State's injuries are of the very nature that LUTPA exists to prevent, punish, and compensate.

91. Pursuant to La. R.S. §§ 51:1405, 51:1407, 51:1408, 51:1409, 51:1414 and related statutes, Defendants are liable to the State for restitution, in an amount to be determined at trial, arising out of Defendants' deceptive and unfair methods, acts and trade practices.

## XI.    CUMULATION OF CLAIMS
### (Sheriffs Only)

92. Pursuant to La. C.C.P. articles 463, 647 and 1561, cumulation and joinder of the State's claims with the Sheriffs' class action is appropriate, judicially efficient, and serves the interests of this Court for the following reasons:

    a.    The State and Sheriffs share a community of interest seeking recovery for their respective injuries against the Defendants;

    b.    The State and the Sheriffs' respectively sustained damages arose out of the same common core of operative facts and actions of the Defendants;

    c.    Each of the causes of action asserted by the Plaintiffs herein is within the jurisdiction of this Court and properly brought in the venue of East Baton Rouge Parish; and

    d.    All of the actions cumulated by the Plaintiffs are mutually consistent and employ the same form of ordinary procedure.

18

93. Except as otherwise provided in Article 3657, inconsistent or mutually exclusive actions may be cumulated in the same suit if pleaded in the alternative.

94. There are no issues present that would prevent consolidation of Plaintiffs' respective claims at trial on the merits.

## XII.    CLASS ACTION
### (Sheriffs Only)

95. The Sheriffs aver that the most efficient manner to adjudicate these claims is within the context of a class action; and the above-named class representatives are willing to serve as class representatives for the class. In excess of 50 Law Enforcement Districts have incurred remediation expenses, and may incur notification expenses; and each has incurred these damages as a result of Defendants' misconduct. Further, the Sheriffs have suffered monetary damage that is susceptible to precise calculation; and in this way, all potential Law Enforcement Districts are similarly situated in both the way that each was damaged and how that damage occurred, thus making the class action process the most efficient manner of resolution. The questions of fact and law are common to all members of the class.

96. The claims of Class Representatives are typical of the claims of all Class Members and each have the same claim for relief under Louisiana law.

97. The Class Representatives are similarly situated when compared to all Class Members; the Class Representatives fairly represent the interest of all Class Members; and it will fairly and adequately protect the interest of the Class Members.

## XIII.    CONVENTIONAL SUBROGATION

98. In accordance with La. C.C. art 1827, certain Sheriffs subrogated the State to the Sheriffs' rights of recovery against the Defendants.

99. The rights subrogated by those Sheriffs to the State apply to each of the causes of action asserted by Sheriffs against the Defendants herein.

## XIV.    REQUEST FOR TRIAL BY JURY

100. Plaintiffs hereby demand a trial by jury on all claims.

## XV.    PRAYER FOR RELIEF

**101.** WHEREFORE, Plaintiffs, the State of Louisiana, by and through the Division of Administration, and the sheriffs named herein, individually and as "Class Representatives" of 40 or more similarly situated Louisiana Law Enforcement Districts, pray for relief as follows:

a.    For judgment in favor of the State and against Defendants, under Louisiana's Unfair Trade Practices Act, La. R.S. § 51:1401, *et seq.*, for restitution to the State in an amount to be determined at trial, and for attorney fees, costs, and expenses;

b.    For judgment in favor of the State and the Sheriffs and against Defendants for negligence, negligent hiring, and negligent supervision under La. C.C. Art. 2315, and all damages sustained by the State and the Sheriffs caused thereby;

c.    For judgment in favor of the Sheriffs and against Defendants for redhibition in accordance with La. C.C. Art. 2520 *et seq.* and that the Defendants be assessed all of the Sheriffs' damages, costs, expenses, fees, and attorneys' fees under La. C.C. art. 2545;

d.    For judgment in favor of the Sheriffs and State and against Defendants, under La. C.C. Art. 2317.1 for all damages caused by the ruin, vices, and/or defects in the Defendants' products and services;

e.    For judgment in favor of the Sheriffs and against Defendants, under La. C.C. Articles 1953 and 1967 for fraud and detrimental reliance, and for all resulting damages caused thereby, including but not limited to Sheriffs' costs, expenses, fees, and attorney fees;

f.    For judgment in favor of the State, as the recipient of subrogated rights from certain Sheriffs, against the Defendants, under La. C.C. Art. 2520 *et seq.,* La. C.C. art. 2545, and La. C.C. Articles 1953 and 1967; and for all resulting damages caused thereby, including but not limited to all of the State's costs, expenses, fees, and attorney fees;

g.    *Alternatively,* for judgment in favor of the Sheriffs and the State, and against Defendants, under La. C.C. Art. 2298 and a finding that Defendants were unjustly

20

enriched and be assessed all of Plaintiffs' damages, costs, expenses, fees, and attorney fees;

h.   For all damages, past, present, and future, sustained by the State and the Sheriffs in such amount as is proven at trial, including all costs of these proceedings, fees, attorneys' fees, and expenses, together with judicial interest;

i.   For a trial by jury; and

j.   For any other form of relief as may be justified and to which the State and the Sheriff may be entitled by law or equity that this Court deems appropriate in the Plaintiffs' favor.

21

Respectfully submitted,

**OFFICE OF THE GENERAL COUNSEL**
**DIVISION OF ADMINISTRATION**
**STATE OF LOUISIANA**

By: _Rill McGimsey_
RICHARD McGIMSEY, Bar No. 09310
BRIDGET B. DENICOLA, Bar No. 27433
CARLOS A. ROMANACH, Bar No. 21061
1201 N. 3rd Street, Suite 7-270 (70802)
P.O. Box 94095 (70804-9095)
Baton Rouge, Louisiana
Telephone:    (225) 342-7154
Facsimile:    (225) 219-7572

*Attorneys for the State of Louisiana,*
*Division of Administration*

-AND-

**COLVIN, SMITH, McKAY & BAYS**

By: _____
JAMES A. COLVIN, JR., Bar No. 21532
COLE B. SMITH, Bar No. 30063
DANIEL N. BAYS, JR., Bar No. 34439
522 East Main Street
Post Office Box 239
Homer, Louisiana 71040
Telephone:    (318) 523-1802
Facsimile:    (318) 523-1822

**ERLINGSON BANKS, PLLC**

By: _____
MARY G. ERLINGSON, Bar No. 19562
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone:    (225) 218-4446
Facsimile:    (225) 246-2876

**USRY & WEEKS, PLC**

By: _S/Craig E. Frosch /MGF_
CRAIG E. FROSCH, Bar No. 19580
1650 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone:    (504) 592-4600
Facsimile:    (504) 592-4641

*Attorneys for the Sheriffs' Class*

22

## PLEASE SERVE:

**i3 Verticals, Inc.** (*via* "long arm" service)
Through its registered agent for the service of process,
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801

**i3 Verticals, LLC** (*via* "long arm" service)
Through its registered agent for the service of process
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801

**i3 Software & Services, LLC**
Through its registered agent for the service of process
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**1120 South Pointe Properties, LLC**
Through its registered agent for the service of process
Gregory R. Teeters
1651 Caplis Sligo Road
Bossier City, Louisiana 71112

**Gregory R. Teeters**
1651 Caplis Sligo Road
Bossier City, Louisiana 71112

**Scott Carrington**
Software & Services
1120 South Pointe Parkway, Suite A
Shreveport, Louisiana 71105

EAST BATON ROUGE PARISH    C-708254
Filed Jun 02, 2021 1:48 PM        26
Deputy Clerk of Court

*Support Contract  6/30/2014*

 # Software & Services



# client application support guide

*You are why we are here.*




# Table of Contents

Table of Contents ................................................................................................2

Software & Services' Mission and Commitment to You.........................................3

    Software & Services' Mission..........................................................................3

    The Software & Services Commitment to You..................................................3

    Your Commitment to Us .................................................................................3

    Special Note About the Importance of Backups................................................3

Contacting Client Support.....................................................................................4

    Client Support Hours .....................................................................................4

    When to Contact your Operations Manager......................................................4

    When We'll Contact You .................................................................................4

    How We Assist You .......................................................................................5

    How You Can Assist Us .................................................................................5

Training Opportunities..........................................................................................5

Software Application Development ........................................................................6

    Software Versions and Hot Fixes ....................................................................6

    System Requirements ....................................................................................6

    Your Feedback and our Software Design Process ...........................................6

About Software & Services ...................................................................................7

Appendix A: Service Level Agreement ..................................................................8

    Annual Client Application Support Fee ............................................................8

    Escalation Process ........................................................................................8

Software & Services' Mission and Commitment to You   

# Software & Services' Mission and Commitment to You

## Software & Services' Mission

The mission of Software & Services is to improve the quality of life for our customers and employees by being the finest governmental software company in the country.

*Your Success. That's why we put as much effort into software support as we do software development*

## The Software & Services Commitment to You

We are privileged to partner with you, and we take pride in giving you the industry's best client support. We understand the important role our software application solutions play in assisting you to fulfill your mission, and we are committed to:

1. **Providing world-class customer service**
   When you have questions about our applications, we want to immediately answer them. We commit that our services will be provided competently, diligently, and promptly. Our staff is knowledgeable about S&S software applications and the operating system platforms that affect the software operation. S&S staff undertake training to stay current with the latest technology. You can contact our support team to work with our top-quality analysts who take pride in giving you the industry's best customer support. Working with you to improve your quality of life is our mission, and we are dedicated to providing you with prompt, accurate, and courteous service.

2. **Hiring and developing great people to support you**
   By developing a team of satisfied, knowledgeable, and experienced employees, we are able to provide you with an unmatched customer support experience. To maximize the effectiveness of our support team, we provide our analysts with the tools and information they need to better serve you.

3. **Listening to your feedback to improve our applications**
   You are why we are here, and you are at the heart of everything we do, and your feedback is invaluable to us. We are constantly trying to improve our relationship with our clients. Your feedback is very important to our maintaining and improving the quality of service we provide. We welcome your software suggestions, which help us with our design process. Our solutions are continually evolving as we consider how we can further help your organization accomplish its goals and make your job easier.

## Your Commitment to Us

You have sole responsibility for the use of the software applications you have licensed, including but not limited to operating procedures, controls, backup procedures, anti-virus protection, accuracy and security, and other necessary procedures. You must ensure that your personnel are properly trained in the use and operation of the software applications and that they are used in accordance with instructions. We strongly suggest that you maintain backup media in a secure, off-site location, and perform backup procedures necessary to prevent loss of critical data.

## Special Note About the Importance of Backups

Power outages, hardware and network failures, and other unexpected circumstances can lead to unrecoverable data loss. Programs can be reinstalled, but your data files are irreplaceable. To ensure your data's safety, we strongly recommend making database backups daily, testing the backups frequently, and storing the backups in off-site locations safe from fire, flood, and theft.



If data loss or corruption occurs and a valid backup is not available, we may be able to repair and/or recover data. However, because this repair is not covered under your maintenance agreement, there will be a charge for this service. If we attempt to repair data, we cannot guarantee the repair time or possible success in recovering data. Regular, validated backups are your best insurance against any form of data corruption.

## Contacting Client Support

We are privileged to work with you, and we take pride in giving you the industry's best client support. When you have questions about our products, we want to answer them right away. You can contact Support using one of the following methods:

- **Phone:** 800.467.4477 Local: 318.865.1505
  If you have a critical or time-sensitive issue, call Support to speak with the next available analyst.

- **E-Mail:** For non-critical questions or issues, send an email to:
    - o assessorsupport@softwareservices.net          o schoolboardsupport@softwareservices.net
    - o clerksupport@softwareservices.net              o sheriffsupport@softwareservices.net

- **Fax:** 318.865.1408
  If you need to fax information for an existing problem, please provide a cover sheet that includes the name of the analyst who is assisting you.

## Client Support Hours

We want you to get the help you need when you need it. You can contact Support between 8:00 a.m. and 5 p.m. CT, Monday through Friday, excluding holidays. In addition, we close at noon on Christmas Eve, and New Years Eve.

Please note our office is closed on the following holidays:

- New Year's Day (January 1)*                  ▪ Thanksgiving (fourth Thursday in November)
- Memorial Day (last Monday in May)            ▪ Day after Thanksgiving (fourth Friday in
- Independence Day (July 4)*                       November)
- Labor Day (first Monday in September)        ▪ Christmas Day (December 25)*

   *If a holiday falls on a Saturday, the holiday is observed the preceding Friday;
   if a holiday falls on a Sunday, the holiday is observed the following Monday.
   In addition, we close at noon on Christmas Eve, and New Years Eve.

## When to Contact your Operations Manager

Contact your operations manager when you have questions unrelated to software functionality; for example, to purchase additional user licenses, receive a price quote, learn about our applications, or additional services such as consulting or training. You can also always contact your operations manager if you wish to escalate an issue.

## When We'll Contact You

Periodically, we'll notify your primary contact of important software issues that may affect your organization. We'll also contact you to confirm changes that are made to your information in our records, such as contact roles, your email address, and application licensing. We'll also periodically contact you to ensure you are completely satisfied with the applications and services we are providing you.



## How We Assist You

Customer Support is divided into teams of analysts who are led by an operations manager. The analyst who begins assisting you when you contact Support will typically work with you until your case is resolved. Analysts may escalate or transfer cases to other analysts depending on the severity or technical nature of your issue.

Analysts use the following procedures to troubleshoot and resolve issues you report:
- ▫ Check resources and the user guides
- ▫ Test the issue using sample data
- ▫ Consult the operations manager and/or programmer

## How You Can Assist Us

When you contact Support, we'll ask a variety of questions to ensure we understand your issue and can identify an approach to solve it. If you are reporting an error, we'll be able to resolve it quicker if you can provide the following information:
- What was the exact error message?
- What were you doing when this happened?
- Can you reproduce the error on other machines / with other user names?
- Has anything changed since the last time you tried this?
- Have you re-booted your PC and hardware attached to your PC?
- Have you updated the application through a "forced update"?

You are our greatest asset when troubleshooting issues. Please be at the computer where the problem is occurring when you contact us and describe your issue to us in as much detail as possible.

## Training Opportunities

A well-trained staff is your organization's greatest asset. When everyone in your office knows how to use our software to its fullest potential, you can rest assured that you are getting the most out of your investment. Our curriculum and instructors are second-to-none when it comes to Software & Services application knowledge.

We also offer tailored curriculum if one-to-one or onsite training will better meet your organization's needs. To learn more about your available training options, email your market support team or call 800.467.4477 to speak with a client support analyst.

Distance Learning: Learn from the comfort of your own office as one of our instructors helps you perfect your software skills in a live, interactive group setting. Using a web browser and telephone, you can participate in a class, and ask your instructor questions.

Classroom Training: Whether you're a new customer or just in need of a refresher course, Software & Services classroom training is a great way to master our products.

On-Site Training: Benefit from on-site training using your own data and covering topics that are important to you. We'll work with you to devise the perfect curriculum and hands-on exercises so when we leave, your employees are confident in both the system and the ability to use it.

For more information about your training options and to register, call 1.800.467.4477 or email your market support team.



# Software Application Development

## Software Versions and Hot Fixes

Throughout the year, we release new software versions to improve functionality and incorporate your feedback. We also provide hot fixes in between major releases to correct issues reported in the current version. When a new product version or hot fix is available for download, we will notify you.

## System Requirements

Before purchasing new hardware and installing or upgrading third-party software, we encourage you to review the system requirements for your product and conduct a support analyst to discuss your planned purchase. If you use multiple Software & Services applications, review the system requirements for each product.

If you acquire new hardware and would like us to assist with re-installing your licensed applications, please provide us at least ten business days advance notice so we can schedule a day and time to install your licensed applications (please note this may be outside of the scope of the client application support, and additional fees may be incurred – please discuss this with your support analyst).

## Your Feedback and our Software Design Process

We incorporate many factors in the software design and development process, including industry trends, usability testing, and your feedback. Understanding your experience and capturing the questions that arise as you use our software are of primary value to the design process.

We carefully document and review the feedback we receive from the questions you ask us and suggestions you submit, as well as user group comments, and beta testing. Although we can't notify you if we are able to incorporate your ideas, we appreciate your feedback.

About Software & Services 

## Transforming the World

It's a fact ... because of who you are and your dedication – your office, city, and parish are all better places. When the day-to-day challenges weigh heavily on you, it may be difficult to remember but it is true – you are transforming your world.

At Software & Services, there is nothing more important than helping you transform your world. To that end, we've dedicated our lives to developing solutions that allow you to stretch your resources further, to provide unique solutions to your challenges, and ensure your success. We're not just a software vendor, we're your partner who understands your challenges, shares your values, and does what it takes to help you succeed and transform your world.

Software & Services (S&S) is proud of our fiscal strength. We are profitable, have no debt, own our 26,000 square foot campus, and are well-funded. Founded in 1976, which in software terms is light-years ago, we survived and thrived by really listening to our customers, and providing unique, efficient and effective solutions to your business. While the majority of high-tech start-ups went out of business, we're still following that model for success – and helping you transform your world.

For more information about our solutions, contact an operations manager. Call toll-free 800.467.4477. Visit us on the web at

www.softwareservices.net

# About Software & Services

Software & Services, LLC (S&S) is a leading developer of technical solutions for Louisiana government offices. We offer a full range of software, consulting, services, and hardware to operate courthouse, tax assessment and collection, and school board central offices. Backed by years of market leadership, technology innovation, and service infrastructure, S&S and its clients have been involved in many of the projects to establish the models for local government automation throughout Louisiana.

S&S' focus is on providing technical software and establishing long-term mutually beneficial relationships with our clients. These clients include local government and school board offices of all sizes. In all of these offices, we have proven and industry-standard products that enable our clients to perform public service duties rapidly, process large amounts of data accurately, and manage their operations efficiently. In an era when expectations for easy access to public information are growing, S&S works with its clients, bringing an unparalleled level of expertise, support and products, to create the model for public service.

We have been providing solutions for our clients for over fifteen years. Our client roster numbers nearly 200, including systems for Assessors, Clerks of Court, Sheriffs and School Boards. These systems include the Governmental Fund Accounting System (GFA™), the Assessor Information System (AIS™), including GIS and fully integrated Computer Assisted Mass Appraisal (CAMA) components, Tax Collection Manager TCM™ (Property Tax Collection Software), CTS™ (a Court and Traffic Fines Collection system) and CSS™ (Civil Suit System). We also have a suite of Clerk products called Court Information System (CIS™) that provides case management for criminal and civil cases, mortgage/conveyance records management, jury management, registry of court, and non-support.

Having been Louisiana based and operated since the company was started 30 years ago, we support the local economy and employ Louisiana residents at our facility located in Shreveport. Being closely located to our clients, we are able to maintain strong relationships with the people we serve, and can frequently visit our client offices to provide face-to-face assistance and to better understand our client needs. We also consistently incorporate client feedback and needs into future releases of our applications thereby ensuring that we are responsive to the changing needs of an evolving business.

# Appendix A: Service Level Agreement

## Client Application Support (CAS)

S&S Application Software Support fees fund the staff and infrastructure necessary to provide the following services:



- Priority assistance in diagnosing and resolving problems encountered in the course of operating S&S application programs.
- Periodic upgrades and fixes to the functioning of the application. New software builds are deployed periodically to address issues and provide additional functionality.
- Unlimited telephone application software support calls from designated client representatives to the S&S Help Desk, which responds to the clients' questions about the application programs and provides advice on using their computer with these applications.
- Reduced hourly programming and consulting charges.

Our goal is to deliver timely, high quality support and provide the best user experience possible by facilitating the proper use of our software applications. Our Help Desk is staffed by a team of professionals highly skilled in the use of the specific software applications utilized by the clients' organization and very knowledgeable of the client offices' business functions. Additionally, many of our Support Specialists have achieved MCSA or MCSE certifications, ensuring excellence in understanding Windows® and Network related issues.

At the heart of our Help Desk is an automated Incident Tracking system, developed in-house, to help our staff efficiently manage support calls. It tracks an incident from inception to resolution, records all activity in resolving the problem and is accessible by any member of our staff. A primary support incident reporting method is via telephone to one of our friendly and capable receptionists. We know our clients prefer live contact as compared to phone menu systems and voice mail. Our receptionists become very familiar with your contact personnel and so greatly improve the service provided. Additionally, support incidents may be reported via email; submitting requests in this way will ensure your request is directed to our central tracking system, and the first available Support Team Member will assist you.

The receptionists have an additional critical role as Incident Coordinators. As Coordinators they screen your calls and emails to understand the general nature of the problem, and then forward the incident to the Support Team's incident queue. In the event that your call is of a critical nature and a Support Team member is not immediately available, the Coordinator will escalate your incident to the Market Operations Manager who will arrange for a support resource to assist you immediately; otherwise a Support Team member will return your call in less than 1 hour. The S&S Help Desk strives to deal with support incidents timely. Throughout the day, our Coordinators monitor incoming support phone calls and support incidents reported via our website. They review any overdue callbacks and provide feedback to the Support Team and Market Operations Manager to help ensure that your call is returned timely.

## Annual Client Application Support Fee

The Annual Client Application Support fee is calculated as a percentage of the current licensing price of each of the software applications licensed. This agreement is designed and priced to provide a stable level of support of application programs written and licensed by S&S consistent with industry standards. The Annual Client Application Support Agreement covers the period July 1 to June 30 of the following year. The agreement goes into effect after the software warranty period expires.

## Escalation Process

Managers are automatically notified when their analysts are working on critical or down cases to ensure you receive a resolution as quickly as possible. They assist their team in obtaining a prompt resolution by guiding them to additional resources that can help progress the case. They'll also proactively follow up with you, when appropriate, so you'll know who to contact if you need further assistance.

© 2011, Software & Services, LLC.
This document is for informational purposes only. Software & Services makes no warranties, expressed or implied, in this summary. The information contained in this document represents the current view of Software & Services, LLC on the items discussed as of the date of this publication. All Software & Services' product names appearing herein are trademarks or registered trademarks of Software & Services, LLC. The names of actual companies and products appearing herein may be the trademarks of their respective owners. Microsoft Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.





## i3-S&S is a Leading Developer of Technical Solutions for the Public Sector



# i3-S&S is a Leading Developer of Technical Solutions for the Public Sector





## Court Management & Administration

A streamlined court management system that simplifies daily tasks and empowers:

Clerks
Judges
Attorneys
Title Companies
Law Enforcement



## Government Financials

A fully integrated, payroll and HR system serving:

School Districts
Charter Schools
Police Jurios
Courthouse Officials
Law Enforcement
Government Offices





## Property Appraisal & Tax Collection

Government-compliant software for property appraisal, as well as tax billing and collections that enables:

Assessors
Appraisal Districts
Property Tax Collectors
Sales Tax Commissions
Department Of Revenue





 About Us – Software and Services ✕ +

← → C 🔒 softwareservices.net/about/

 **i3–SOFTWARE & SERVICES**

Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

# About Us

In today's fast-paced business environment, efficient, expert and expedient solutions to systems, data and network issues are crucial.

## Software Solutions

We offer cutting edge solutions tailored to your office's specific needs. With over 40 years of experience in the public sector, i3-Software & Services has the proven, reliable application to meet even the toughest demands. Whether you're looking to expand the scope and ability of your office or just wanting to increase efficiency, we have the right solution for you. Our products have been tested in hundreds of offices and have been enhanced with features and suggestions from our most experienced clients.

## Hardware Solutions

i3-Software & Services is a proud Dell Partner offering quality hardware from PCs to printers, all with Dell's award-winning warranty and maintenance plans. We are also partnered with Acronis to offer our clients a unique AI-enhanced solution that integrates data protection through backups with cybersecurity.

## Web Access

i3-Software & Services is able to offer our clients access to their information over the internet. Our clients have the ability to allow searches and access to their records by the public on a subscription fee basis or for free. We can even set up the ability to accept online payments so that the public can pay any fees/bills conveniently from their home! We are committed to embracing emerging technologies.

## Consulting

Not only does i3-Software & Services provide solutions and systems with years of refinement and enhancements, but we also offer over 40 years of knowledge and experience in the government business field. Whether you are looking to expand your office, or just looking for a little help in deciding which path best suits your needs, we can provide on-site consultation with you and your key people with a detailed analysis of your office's individual areas of strength as well as areas of improvement. We have the experience; let us help you meet your office's goals.

## Support

With one of the largest support staffs of any government based software provider, i3-Software & Services is there, a partner, with you and your office. We are committed to ensuring that we are there for you when you need us, not just when it's convenient for us. We consider your success, our success, and that is why we are there with our clients through every step of the way. We like to think of ourselves as partners with our clients, and that is why with us, you will never feel like you are on your own.

About Us – Software and Services ✕ ✛

← → C 🔒 softwareservices.net/about/

 **i3-SOFTWARE & SERVICES**     Who We Serve ⌄     Solutions     Events & Training     Company ⌄     Contact Us

## Consulting

Not only does i3-Software & Services provide solutions and systems with years of refinement and enhancements, but we also offer over 40 years of knowledge and experience in the government business field. Whether you are looking to expand your office, or just looking for a little help in deciding which each best suits your needs, we can provide on-site consultation with you and your key people with a detailed analysis of your office's individual areas of strength as well as areas of improvement. We have the experience; let us help you meet your office's goals.

## Support

With one of the largest support staffs of any government based software provider, i3-Software & Services is there, a partner, with you and your office. We are committed to ensuring that we are there for you when you need us, not just when it's convenient for us. We consider your success, our success, and that is why we are there with our clients through every step of the way. We like to think of ourselves as partners with our clients, and that is why with us, you will never feel like you are on your own.

## Company Profile

i3-Software & Services is a leading developer of technical solutions for the public sector. We offer a full range of software solutions, consulting services, and hardware administration to operate courthouses, property appraisers, assessors, tax collectors, school boards and districts, sheriff offices, and other municipalities. Backed by more than 40 years of market leadership, technology innovation, and service infrastructure, i3-S&S and its clients have been involved in many of the projects to establish the models for local government automation and electronic public communications. We help our clients provide model government services. i3-S&S' focus is on providing technical software solutions and establishing long-term mutually beneficial relationships with our clients. These clients include governmental and municipalities of all sizes. In all of these offices, we have proven and industry-standard products that enable our clients to perform public service duties rapidly, process large amounts of data accurately, and manage their operations efficiently. In an era when expectations for easy access to public information is growing, i3-S&S works with its clients, bringing an unparalleled level of expertise, support, and products, to create the model for public service.

Normal office hours are Monday through Friday 8:00 a.m. – 5:00 p.m. CST and outside of those hours and days as needed.



 

# Effective: January 1st, 2020

1. OUR COMMITMENT TO PRIVACY i3 Verticals, LLC (i3 Verticals" "we" "our") is the owner and operator of this and other websites within our family of companies (collectively "Website"). The products and services we offer represent tech-enabled payments solutions for a wide variety of industries. We collect information that identifies, relates to, describes, references, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular person or device ("personal information" or "PI"). We are committed to protecting any PI collected while providing those services. You have the right to know the PI that is being collected, to know if it is being sold or shared, and to whom, to object to the sale of PI, to access your PI, and to equal service and price, even for consumers who exercise their privacy rights. This Privacy Policy applies to all visitors to this website and anyone else who accesses or uses our products and services. WHEN YOU ACCESS THE WEBSITE, YOU AGREE TO THIS PRIVACY POLICY. IF YOU DO NOT AGREE TO THIS PRIVACY POLICY, OR TO ANY CHANGES WE MAY SUBSEQUENTLY MAKE, IMMEDIATELY STOP ACCESSING THE WEBSITE.

2. OUR FAMILY OF COMPANIES You may find a complete list of our family of companies and our websites here

3. THE PERSONAL INFORMATION WE COLLECT AND HOW WE COLLECT IT How we collect and store information depends on the products and services you use. You can use some of the Website without providing any information other than that automatically collected as described below:

- <u>Log data:</u> Our servers automatically record information when you access the Website, the type of browser you are using and its settings, the third party website you visited immediately prior to accessing the Website, the operating system you are using, the domain name of your internet service provider, the search terms you use on the Website, the specific pages of the Website you visit, and the duration of your visits.

- <u>Cookie data:</u> Like many websites, we use "Cookies" to obtain certain types of information when your web browser accesses the Website. "Cookies" are small text files that we transfer to your computer's hard drive or your web browser memory to enable our systems to recognize your browser and to provide convenience and other features to you, such as recognizing you as a frequent user of the Website. We may use "session cookies" (cookies that last until you close your browser) or "persistent cookies" (cookies that last until you or your browser delete them). Examples of the information we collect and analyze from cookies include your activity on the Website, including the URL you come from and go to next (whether this URL is on our site or not):

party cookies used for these purposes. The inclusion of links to third party websites in no way constitutes an endorsement by us of such websites' content, actions, or policies.

If you are concerned about the storage and use of cookies, you may be able to direct your internet browser to notify you and seek approval whenever a cookie is being sent to your web browser or hard drive. You may also delete a cookie manually from your hard drive through your internet browser or other programs. Please note, however, that some parts of the Website may not function properly or be available to you if you refuse to accept a cookie or choose to disable the acceptance of cookies.

- Experience data: We collect other PI that is voluntarily provided by you from time to time if you respond to surveys, polls or questionnaires, and/or website registration forms. Such PI may include personal preferences, opinions and experiences with our products and services, and may be provided anonymously.

In addition to the PI automatically collected, we may also collect PI about you: when you complete and submit registration forms, applications or other forms; from third parties, consumer-reporting agencies, fraud monitoring providers, commercial databases or know your customer providers (KYC); and transactions with us or our affiliates. This PI may include name, address, web address, IP address, URL, email address, phone number, payment transaction information, financial and credit card information, date of birth, government identifiers associated with you and your organization (such as your social security number, tax number, or Employer Identification Number), merchant or other customer identification.

The information we have collected in the last 12 months, and may collect in the future, whether automatically, from you, or from third parties, fall into the following categories: personal identifiers, personal information listed in the California Customer Records Statute (Cal. Civ. Code 1798.80(e), protected classification characteristics such as race, commercial information, biometric information, internet or other similar network activity, geolocation data, sensory data, professional or employment related data, non-public education information, and inferences drawn from other personal information. As discussed below, you may have the right to request information on the specific categories we collect about you.

*Please note – we may collect information that is deemed to be educational information, such as student name and education records, when you use our education services. This PI may also be protected by other state and/or federal laws, including the Family Education Rights and Privacy Act, as detailed in the terms and conditions governing your use of those services.

4. USE OF PERSONALLY IDENTIFIABLE INFORMATION We use the PI we collect in a variety of ways that are appropriate, based on legitimate interests or as authorized by applicable law, which may include:

- Analyzing website traffic, which allows us to improve the design and content of the Website

From:                                    06/02/2021 15:19    #204 P.019/028



disclosure obligations under applicable law or regulations or subpoena, court order or other judicial or administrative process, or when we believe in good faith that disclosure is legally required or otherwise necessary to protect our rights and property, or the rights, property or safety of others; conducting our own due diligence checks, preventing, detecting and prosecuting fraud or crime or to assist others in doing so; assisting in investigation by third-party vendors, financial organizations or third parties of suspected criminal activity; assessing financial and insurance risks; notifying you about important changes or developments to the Website or our services, recovering debt or in relation to your insolvency, including tracing your whereabouts; identifying and monitoring for fraud; maintaining internal recordkeeping and reporting; preparing and furnishing compilations and analyses as well as other reports of aggregated and anonymized PI; checking your personal or business credit status/profile and identity; and recording and tracking details of your transactions or your customer's transactions

- Evaluating credit risk, including conducting our own due diligence checks; checking your personal or business credit status/profile and identity; recording and tracking details of your transactions or your customer's transactions; maintain internal recordkeeping and reporting; identifying and monitoring for fraud; assessing financial and insurance risks; mitigating PI security, sector or credit risk; and commercial purposes, such as trend analysis and the use of data analytics to obtain learnings and insight around cardholder transaction patterns and usage.

- Fraud monitoring, including monitoring merchant or other customer transactions in an effort to detect and prevent fraud; maintaining internal recordkeeping and reporting; preparing and furnishing compilations and analyses as well as other reports of aggregated and anonymized PI; and providing or developing more innovative and effective fraud monitoring services for our merchants or other customers.

- Maintaining Security, including conducting our own due diligence checks; administering the Website and services for internal operations, including troubleshooting; keeping the Website and services safe and secure; maintaining internal recordkeeping and reporting; identifying and monitoring for fraud; and mitigating PI security, sector or credit risk.

- Marketing, including marketing or market research; performing analysis and comparisons; maintaining internal recordkeeping and reporting; improving and developing our business; providing PI about the Website and services you requested, purchased or which may be of interest to you; providing or developing more innovative and effective services for our partners, merchants or other customers; communicating with you; creating promotional materials, social media site integration and interaction; notifying you about important changes or developments to the Website and services; improving the Website and services, and ensuring content is presented in effective way; allowing you to participate in interactive features of the Website.



- <u>Customer Service/Account Management</u>, including enabling you to contact us; providing training; authorizing and establishing commercial user and merchant accounts; maintain internal recordkeeping and reporting; enabling you to upload and/or store PI; obtaining your views on the Website and services; allowing you to participate in interactive features of the Website; responding to any inquires by you; providing the Website and services to you and your business; subscribing you to our services; registering your use of services where applicable, processing your application for services; and notifying you about important changes or developments to the Website or services.

- <u>Operations</u>, including IT, security and analytics services.

- <u>Risk Management</u>, including fraud mitigation and management, authentication and acceptance.

- <u>Transaction Processing</u>, including compliance monitoring, card brand operations, disputes/chargebacks, capturing payments, settlement, gateway services, pre-paid card processing and program management and authorization.

5. HOW AND WHEN WE SHARE PERSONALLY IDENTIFIABLE INFORMATION We only share your PI with trusted entities, as outlined below, and will not share this PI to third parties for the third party's commercial purposes or disclose PI that could identify you personally to anyone in ways differently than for the following purposes:

- <u>Legal or regulatory purposes</u>, including when required or permitted to do so by law or regulations, including for tax purposes or to comply with financial services regulations; in the course of litigation; when following requests from governmental or public authorities; and when we believe in good faith that disclosure is legally required or otherwise necessary to protect our rights and property, or the rights, property or safety of others.

- <u>Business purposes</u>, including improving and developing our business, business partners, suppliers and sub-contractors for the performance of any contract we may enter into with them or you, transferring PI and/or assets in the event of a merger, acquisition, sale, bankruptcy filing, or other corporate restructuring (if we or substantially all of our assets are acquired by a third party, in which case PI held by it about its customers will be one of the transferred assets); and if we sell or buy any business or assets, in which case we may disclose your PI to the prospective seller or buyer of such business or assets.

- <u>Suppliers who assist us with the provision of its services</u>, including fulfilling or processing application forms, processing payments; managing credit, security, sector and fraud risk, market research and survey activities.

i3 -

consent to being contacted by email for a particular purpose. For security reasons, we do not recommend that you send personal PI, such as passwords, social security numbers, or bank account PI, to us by email.

- Transfer of Assets, including the sale or purchase of all or substantially of our assets as we continue to develop our business, or if any bankruptcy or reorganization proceeding is brought by or against us, PI will be transferred to and used by an acquiring entity or third party.

We do not sell personal information as defined under the California Consumer Privacy Act.

"Third parties" with whom we have shared PI in the last 12 months, and may share with in the future, may include, but not be limited to, service providers, governmental authorities, buyer in the event of a sale, contractors, third parties who market their products and services to the individual, subsidiaries and affiliates, and in some cases with customers (like schools and landlords).

Notwithstanding anything herein to the contrary, we reserve the right to disclose any PI about you if we are required to do so by law, with respect to copyright and other intellectual property infringement claims, or if we believe that such action is necessary to fulfill a government request; conform with the requirements of the law or legal process; protect or defend our legal rights or property, the Website, or other members of our family of companies; or in an emergency to protect the health and safety of the users of the Website or the general public.

6. YOUR RIGHTS AND CHOICES. Our goal is to provide you with simple and meaningful choices about how your information is used. If you are a visitor to our Website or a customer, merchant or partner, you control your choices by your selections when you set up your account with us, for example to control the email you receive from us. Your account information will be retained in our database and maintained for future orders or transactions and as required under applicable law, rules, and/or regulations. It is your responsibility to ensure that the account information is accurate and you should update the information as necessary. We do retain information concerning transactions other than PI. For example, we retain non-personally identifiable data concerning the number, frequency, size and purpose of transactions. You have a right to inspect and review your account information, including your PI. If you request it, we will provide you with a copy of your account information.

You may request, up to twice in a 12-month period, the following information about the PI we have collected about you during the past 12 months, the categories and specific pieces of PI we have collected about you, the categories of sources from which we collected the PI, the business or commercial purpose for which we collected the PI, the categories of third parties with whom we shared the PI, the categories of PI about you that we disclosed for a business purpose, and the categories of third parties to whom we disclosed that information for a business purpose. Subject to certain limitations under applicable law, you may request that we delete the PI we have collected. To submit a request to exercise any of the rights described above, you may contact us by emailing



Cookies and Automatic Data Collection Technologies. You can set your browser to refuse all or some browser cookies, or to alert you when websites set or access cookies. However, if you disable or refuse cookies, please note that some parts of the Website may become inaccessible or not function properly. If you do not want Google Analytics to be used in your browser, Google Analytics provides an op-out tool which can be found here. You can opt-out of Adobe Analytics by using Adobe's opt-out browser add-on at http://www.adobe.com/privacy/opt-out.html. In some cases, you may be able to set your browser or email program to not download web beacons.

California Shine the Light Law. California's "Shine the Light" law (Civil Code Section § 1798.83) permits users of our website that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. At this time, we do not engage in this type of disclosure.

Nevada Residents. Nevada residents have the right to opt out of the sale of certain "covered information" collected by operators of websites or online services. We do not sell covered information, as "sale" is defined by such law, and have no plans to sell this information.

7. OUR COMMITMENT TO SECURITY We value your confidence and have implemented administrative, technological and physical security measures we consider reasonable and appropriate to protect against the loss, misuse and alteration of the PI under our control. We cannot, however, guarantee or warrant the security of any PI you disclose or transmit to us online and are not responsible for the theft, destruction, or inadvertent disclosure of your PI. We recommend that you take steps to protect the privacy and security of your personal and payment PI and your activity while using the Internet. Where we have has given you (or where you have chosen) a password or access code enabling you to access certain parts of the Website, you are responsible for keeping this password and/or access code confidential. You should not share your password or access code with anyone and you should use all reasonable methods to ensure that there is no unauthorized use. You therefore authorize us to act upon instructions and PI received from any person that enters your user ID and password and you agree to be fully responsible for all use and any actions that may take place during the use of your account. You also agree to promptly notify us of any PI you have provided which has changed.

8. CHILDREN UNDER 13 We have no way of distinguishing the age of individuals who access the Website. The features, programs, promotions and other aspects of the Website requiring the submission of PI are not intended for children. We do not knowingly collect PI from children under the age of 13. If you are a parent or guardian of a child under the age of 13 and believe he or she has disclosed PI to us please contact us at legal@i3verticals.com. A parent or guardian of a child under the age of 13 may review and request deletion of such child's PI as well as prohibit the use thereof, and also we carry out the same Privacy Policy.



when accessing the Website.

**10. CONTACT INFORMATION** You may contact us at legal@i3verticals.com if you have questions or comments about our Privacy Policy.

# Contact Us

## We always welcome you to contact us which helps us to learn your needs.

| Name |
| --- |

| Email |
| --- |

| Message |
| --- |

| ☐ I'm not a robot | reCAPTCHA Privacy - Terms |
| --- | --- |

| **SUBMIT** |
| --- |



i3-Software & Services (i3-S&S) is a leading developer of technical solutions for local government offices. i3-S&S'
focus is on providing exceptional technical software solutions and establishing long-term, mutually beneficial
relationships with our clients.

### Contact Us

1120 S. Pointe Pkwy #A,
Shreveport, LA 71105
Tel: 800-467-4477
sales@softwareservices.net

### Email Support

sitesupport@softwareservices.net

### Who We Serve

Court Management & Administration
Government Financials
Property Appraisal / Tax Collection

### Follow Us

 

### Quick Links

Privacy Policy
Terms & Conditions
Careers

Copyright ©1978 – 2020 Software & Services of Louisiana, L.L.C. All Rights Reserved

 Solutions — Software and Service    ×    +

←  →  C    softwareservices.net/solutions/

 **i3 - SOFTWARE & SERVICES**     Who We Serve ⌄     Solutions     Events & Training     Company ⌄     Contact Us

# Our Core Solutions

For the governmental agencies, an unfettered flow of information is critical — not only for operational efficiency, but also for community education, safety, property value, and livelihood. In these offices, there's a lot of information to manage and move, ranging from records to reports, schedules to dockets, funds to accounts, and tax rolls to collections.

All our applications accommodate the workflow of the office and employ the concept that keystrokes and cursor movement must be minimized, allowing for rapid and accurate data entry. These foundations give our clients a solid base for continued process improvements. Two of the greatest benefits of our systems are the potential for improved information sharing and rapid public services.

We offer dependable applications, subject matter experts and flexible financial options. This is the trifecta for providing our clients ease of mind.

We are built for reliability.



**Court Information System (CIS) Civil**



**Court Information System (CIS) Criminal**



**Court Information System (CIS) Clerk Connect**

Management
istration



Solutions – Software and Services   ×   +

←   →   C   🔒 softwareservices.net/solutions/   🔍 ☆

 **I3-SOFTWARE & SERVICES**   Who We Serve ⌄   Solutions   Events & Training   Company ⌄   Contact Us

Court Information System (CIS) Records

Court & Traffic Collections (CTC)

Civil Suit System (CSS)

**Government Financials**




Governmental Fund Accounting (GFA)


Asset Management System (AMS)


School Accounting

**Property Appraisal & Tax Collection**




Appraisal Information System (AIS)


Tax Collection Management (TCM)


Revenue Collection System (RCS)

i3-**SOFTWARE & SERVICES**

Who We Serve ∨    Solutions    Events & Training    Company ∨    Contact Us

## Police Juries, Courthouse Officials, Law Enforcement & other Government Offices

i3-Software & Services works hand in hand with municipal offices to provide a comprehensive financial management package for all their accounting and payroll needs. The software aims at increasing efficiency, simplifying processes and reducing costs while maintaining our commitment to provide superior customer service in a long-lasting relationship while also meeting the continually increasing demands for reports and information required by local, state and federal government entities.

## Related Solutions

**⬤ Government Fund Accounting (GFA™)**

GFA provides the ease of managing multiple funds in one location, the ability to enter requisitions, create purchase orders and settle a check for payment through your customized approval process. With automatic posting to the General Ledger and Bank Recon as well as automatic liability checks, eliminate additional steps after completing your payroll. GFA allows customized reporting including state and federal file creation as well as all Comprehensive Annual Financial Report (CAFR) requirements. There are currently over 138 clients ranging from school boards and districts, sheriff and law enforcement agencies, clerk and courthouse officials and many more. GFA disbursed over $929 million in wages and handled over 4,000 Government Funds in 2017 alone. GFA also provides annual tax reporting, asset management, personnel management and an online payroll system for employee use. GFA is an innovative, state of the art all-in-one system ready for you to make your own!

| Learn More | | View Case Study |



## i3 SOFTWARE & SERVICES

Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

| Learn More | View Case Study |

⊖ **Payroll Online**

The Payroll Online system is an additional resource for customers. It allows government employees to view their pay stubs, accrued leave, tax and other personnel data, including their W-2 at year-end from the payroll function of GFA with a secure log'n.

⊖ **ACA & 1099 Tax Systems**

Both systems are used for tax purposes in conjunction with the GFA product. Our simple ACA reporting module allows for government administrative personnel to process and print 1095-c tax forms for each Fulltime employee. Import employee Health Insurance Information and demographic data directly from GFA as well as review within the module as it contains its own error checking capabilities. The 1099 subsystem pulls vendors directly from GFA and other compatible systems that meet the criteria of obtaining a 1099 for the current tax year. Error prevention and the ability to merge duplicate vendors provide a timeless process of printing 1099's for vendors and 3rd party employees.

⊖ **Asset Management System**

A standalone product, our AMS solution is a comprehensive solution for tracking buildings and building improvements, assets for accounting, purposes, vehicles, machinery, hardware and office equipment throughout their lifecycle. AMS is fully in compliance with Government regulations; (GASB 34) and provides adequate reporting for auditing. Manage your depreciation based on your funding source and the function of the asset, or by date of purchase or other customizable depreciation explanations.

Police Juries Government Fund    ✕    +

←  →  C    🔒 softwareservices.net/police-juries-government-fund-accounting/                    Q  ☆

  Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

# Government Fund Accounting (GFA™)



GFA provides the ease of managing multiple funds in one location, the ability to enter requisitions, create purchase orders and settle a check for payment through your customized approval process. With automatic posting to the General Ledger and Bank Recon as well as automatic liability checks, eliminate additional steps after completing your payroll. GFA allows customized reporting including state and federal file creation as well as all Comprehensive Annual Financial Report (CAFR) requirements.

There are currently over 138 clients ranging from school boards and districts, sheriff and law enforcement agencies, clerk and courthouse officials and many more. GFA disbursed over $929 million in wages and handled over 4,000 Government Funds in 2017 alone. GFA also provides annual tax reporting, asset management, personnel management and an online payroll system for employee use. GFA is an innovative, state of the art all-in-one system ready for you to make your own!

## Payroll Online

The Payroll Online system is an additional resource for customers. It allows government employees to view their pay stubs, accrued leave, tax and other personnel data, including their W-2 at year-end from the payroll function of GFA with a secure login.

## ACA & 1099 Tax Systems

Both systems are used for tax purposes in conjunction with the GFA product. Our simple ACA reporting module allows for government administrative personnel to process and print 1095-c tax forms for each Fulltime employee. Import employee Health Insurance Information and demographic data directly from GFA as well as review within the module as it contains its own error checking capabilities. The 1099 subsystem pulls vendors directly from GFA and other compatible systems that meet the criteria of obtaining a 1099 for the current tax year. Error prevention and the ability to merge duplicate vendors provide a timeless process of printing 1099's for vendors and 3rd party employees.



Court Management and Admini  ✕  +

← → C    🔒 softwareservices.net/court-management/#law-enforcement                 ⊕ ✗

I3-SOFTWARE & SERVICES     Who We Serve ⌄     Solutions⌄     Events & Training⌄     Company ⌄     Contact Us

## Law Enforcement

I3-Software & Services works with law enforcement agencies for years to develop software that delivers results. Our software empowers agencies to collect and disburse court and traffic collections and process civil proceedings.

## Related Solutions

---

⊖ **Court & Traffic Collections**

**Online Payments**

CTC simplifies the case management and information maintenance process, transforming what was once a cumbersome and time-consuming process into smooth, intuitive data capture and storage. Ticket and docket information is stored in a case-centric format, providing ease of access to all information related to the case.

[ Learn More ]    [ View Case Study ]

---

⊖ **Civil Suit System**

**Garnishments • Sheriff Sales • Sheriff Returns**

CSS streamlines the complete civil service process, from the initial service request (paper preparation, agent assignment, etc.) to service return documentation and court communication.

[ Learn More ]    [ View Case Study ]

 Court and Traffic Collections CTC    ×    +

←  →  C  🔒 softwareservices.net/court-and-traffic-collections/_

 i3 - SOFTWARE & SERVICES    Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

# Court / Traffic Collections

CTC simplifies the case management and information maintenance process, transforming what was once a cumbersome and time-consuming process into smooth, intuitive data capture and storage. Ticket and docket information is stored in a case-centric format, providing ease of access to all information related to the case.

Across all clients, CTC has reduced office backlog while increasing data accuracy.

- Highly adaptive functionality optimizes efficiency by configuring workflow to meet the unique needs of each agency.

- Role-based account secures data and processes based on work group

- Integrated District Attorney import/export functionality improves data quality while minimizing keystrokes and increasing efficiency.

- eTicket enhancement eliminates the need to handwrite citations and reduces keystrokes in the office by digitally importing ticket data.

- Scanning functionality digitally stores an unlimited amount of suit-specific data, including photographs, written materials, and more, available for review at the touch of a button.

- Centralized data management allows multiple charges per ticket/docket.

- Fully equipped to maintain detailed information for an infinite number of case-related parties, including bondsmen, parole agencies, attorneys, and more.

- Enhanced probation functionality supports all aspects of the probationary process, including court appearances, terms/types, fees, profiles, and more.



Civil Suit System CSS – Software    ×    +

←  →  C    🔒 softwareservices.net/civil-suit-system/                                    ⊕

**i3-SOFTWARE & SERVICES**      Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

# Civil Suit System (CSS)

### Service of Process

CSS streamlines the complete civil service process, from the initial service request (paper preparation, agent assignment, etc.) to service return documentation and court communication.

CSS's proven efficiency has reduced service request backlogs of over two months to turnaround times of less than a day.



Works with Microsoft Word to maintain an extensive library of service and non-service documents customized to meet the unique needs of each agency.

Integrated routing software enables users to assign service agents within a designated area, and WebReturns allows the digital capture and submission of data out in the field, increasing the speed and efficiency of the service return process.



Civil Suit System CSS - Software    ✕    +

← → C    🔒 softwareservices.net/civil-suit-system/

**i3-SOFTWARE & SERVICES**    Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

## Accounting / Information Management

CSS functionality manages suit-related data in a centralized format, providing users with 360-degree access to information and processes pertaining to any particular suit. From a detailed service and correspondence history to a comprehensive analysis of accounting processes, CSS empowers users to manage every aspect of a civil suit.

| |
|---|
| Includes a comprehensive entity management system, allowing the designation of an unlimited number of served parties per suit. |
| Fully equipped to maintain detailed billing information for an infinite number of agencies for collections and disbursements. |
| Enhanced functionality employs barcode technology and import/export integration, improving data quality while minimizing keystrokes and increasing efficiency. |
| Scanning functionality digitally stores an unlimited amount of suit-specific data, including photographs, written materials, and more, available for review at the touch of a button. |
| On-board reporting delivers actionable analytics from every process facilitated by CSS. |

## Garnishment and Foreclosure Management

CSS brings unprecedented precision to the calculation of garnishment deposits and disbursements, as well as efficiently managing an agency's seizure and sales processes.

CSS has accurately completed almost $400K in garnishment transactions, and its Foreclosure Functionality has collected and accurately disbursed over $7.6M.

| |
|---|
| Integrated Interest Calculator quickly and accurately determines garnishment payoff based on a specific date. |
| Nimble functionality auto-calculates commissions and appropriately distributes payments as soon as a garnishment deposit is processed. |
| Detailed invoicing system supports all financial processes, including garnishment deposits/disbursements, sheriff sale payments/disbursements, and Clerk or Court collections/disbursements. |
| Features check processing that can accommodate multiple payees per suit. |
| Manages all aspects of the foreclosure/seizure and sale process, from pre-sale preparation to deposit of sales proceeds. |
| Enables export of financial data directly to the agency's financial institution through the Positive Pay Module. |
| Integrates seamlessly with existing GL and bank reconciliation processes. |

 Court Management and Admini- x +

← → C  softwareservices.net/court-management/#law-enforcement                    Q  ☆

 i3-SOFTWARE & SERVICES    Who We Serve ∨    Solutions    Events & Training    Company ∨    Contact Us

# Who we serve



## COURT MANAGEMENT & ADMINISTRATION

| + CIS CIVIL |
|---|
| + CIS CRIMINAL |
| + CIS CLERK CONNECT |
| + CIS RECORDS |
| + COURT & TRAFFIC COLLECTION (CTC) |
| + CIVIL SUIT SYSTEMS (CSS) |



## GOVERNMENT FINANCIALS

| + GOVERNMENTAL FUND ACCOUNTING (GFA) |
|---|
| + ASSET MANAGEMENT SYSTEM (AMS) |
| + SCHOOL ACCOUNTING |



## PROPERTY APPRAISAL & TAX COLLECTION

| + ASSESSOR INFORMATION SYSTEM (AIS) |
|---|
| + TAX COLLECTION MANAGEMENT (TCM) |
| + REVENUE COLLECTION SYSTEM (RCS) |

Court Management and Admini...  ×  +

← → C  🔒 softwareservices.net/court-management/#law-enforcement

**i3- SOFTWARE & SERVICES**

Who We Serve ∨     Solutions     Events & Training     Company ∨     Contact Us

---

**— CIS CRIMINAL**

CIS™ is a robust system that was developed on the basis of consulting with prosecutors, judges, and law enforcement officials for decades to examine day-to-day challenges with timely processing of case records, identifying areas of redundancy, and developing solutions in a cost effective manner. This time-saving solution has streamlined these every day operations to simplify indexing and reduce data entry redundancies through data exchanges with other entities within your judicial community.

[ Learn More ]

**— CIS CLERK CONNECT**

In this era of up-to-date access to information via the Web, it is no longer required for an attorney, real estate agent, title company, and general public to physically visit the courthouse or central offices to search existing records and filings. This solution leverages the benefits of internet access to public records and services allowing more rapid response time, more efficient work-flows, and most importantly, reduced costs. Clerk Connect™ keeps courthouses open 24/7 all while generating additional revenue.

---

AMS is a comprehensive Asset Management software solution for tracking buildings and building improvements, assets for accounting purposes, vehicles, machinery, hardware and office equipment throughout their lifecycle. Asset Tech is fully in compliance with Government regulations (GASB 34) and provides adequate reporting for auditing.

[ Learn More ]

**— SCHOOL ACCOUNTING**

Built directly into the GFA product, School Accounting is considered a checkbook for Secretaries or other office staff as they can receive funds from Fundraisers, school fees, donations and more.

[ Learn More ]

---

**— TAX COLLECTION MANAGEMENT (TCM)**

TCM streamlines your entire property tax management process, from initial collection and disbursement through delinquency and tax sale. For 2018, TCM tracked the collection and disbursement of over $3B in property taxes. With tax commission/appraiser integration, users can easily update assessment values and exemption changes, reducing both incorrect billing and taxpayer refunds.

[ Learn More ]

**— REVENUE COLLECTION SYSTEM (RCS)**

Supporting clients with over 500 Million in annual collections, RCS is a comprehensive solution for monitoring and collecting taxes with compliance being the number one work-flow design in mind. RCS has a presence in over 30 offices handling both the collection and distribution of Sales Taxes, Occupational License Tax, Insurance Premium Tax and many other revenue streams.

[ Learn More ]

Court Management and Adminis ✕    +

← → C    softwareservices.net/court-management/#law-enforcement    🔍

**i3 - SOFTWARE & SERVICES**    Who We Serve ⌄    Solutions    Events & Training    Company ⌄    Contact Us

fees, donations and more.

## CIS CLERK CONNECT

In this era of up-to-date access to information via the Web, it is no longer required for an attorney, real estate agent, title company, and general public to physically visit the courthouse or central offices to search existing records and filings. This solution leverages the benefits of internet access to public records and services allowing more rapid response time, more efficient work-flows, and most importantly, reduced costs. Clerk Connect™ keeps courthouses open 24/7 all while generating additional revenue.

Learn More

## CIS RECORDS

From indexing imaging conveyances and mortgages, to marriage license and certificate creation, this is a complete records management solution. Recordings and document scanning can be generated on the fly. A flexible-permission system allows for employees and the general public alike to search for existing recordings with ease and accuracy without jeopardizing confidentiality.

Learn More

Learn More

## REVENUE COLLECTION SYSTEM (RCS)

Supporting clients with over 500 Million in annual collections, RCS is a comprehensive solution for monitoring and collecting taxes with compliance being the number one work-flow design in mind. RCS has a presence in over 30 offices handling both the collection and distribution of Sales Taxes, Occupational License Tax, Insurance Premium Tax, and many other revenue streams.

Learn More



**— COURT & TRAFFIC COLLECTION (CTC)**

CTC simplifies the case management and information maintenance process, transforming what was once a cumbersome and time-consuming process into smooth, intuitive data capture and storage. CTC users have accurately collected and disbursed over $41M in court and traffic collections.

Learn More

**— CIVIL SUIT SYSTEMS (CSS)**

CSS streamlines the complete civil service process, from the initial service request (paper preparation, agent assignment, etc.) to service return documentation and court communication. CSS users have reduced their civil suit processing time by over 50%.

Learn More

 CIS Records – Software and Ser...   ×   +

←  →  C    🔒 softwareservices.net/cis-records/                    

 i3 - SOFTWARE
& SERVICES

Who We Serve ∨      Solutions      Events & Training      Company ∨      Contact Us

# Court Information System (CIS™) Records

From indexing imaging conveyances and mortgages, to marriage license and certificate creation, this is a complete records management solution. Recordings and document scanning can be generated on the fly. A flexible permission system allows for employees and the general public alike to search for existing recordings with ease and accuracy without jeopardizing confidentiality.

Customized searches and filters allow users to quickly locate specific records within a sortable search results grid. Individual or specified results can be instantly printed in an easy to read report format. Indexed images can be viewed directly from the search grid as well.

A double-entry verification system provides the ability for users to review data entered prior to public release. Customized levels of security allow for a range of software access, viewing, and other capabilities from public users all the way up to administration. Individual batches can be created and maintained across multiple indexes to keep work separated until the point of release. An electronic daybook allows viewing of instruments filed prior to official verification.





## Related Solutions



**Clerk Connect**

In this era of up-to-date access to information via the Web, it is no longer required for an attorney, real estate agent, title company, and general public to physically visit the courthouse or central offices to search existing records and filings. Our Clerk Connect portal leverages the benefits of internet access to public records and services allowing more rapid response time, more efficient work flows, reduced costs and generation of additional revenue. Clerk Connect makes it possible to quickly access records and documents on the web with an easy-to-navigate access. Clerk Connect keeps your courthouse open 24X7 all while generating additional revenue.

CIS Records – Software and Ser ×    +

←  →  C    🔒 softwareservices.net/cis-records/                                          Q  ☆

**i3-SOFTWARE & SERVICES**          Who We Serve ∨      Solutions      Events & Training      Company ∨      Contact Us

Connect keeps your courthouse open 24X7 all while generating additional revenue.







**Cash AR**

Daily cash receipt and accounts receivable application for property, marriage, and various other Recordings. Not only can it track walk-in customers, but an optional Billing module allows for website printing and subscription accounting. This system allows for partial invoice payments as well as the acceptance of multiple payment types (cash, checks, credit cards) in one processing. Extensive reporting provides easier end of day drawer balancing.

**ImageFlo**

Transfer recorded indexes throughout the office digitally. File Stamps, times, notes, and various other stamps can be burned directly onto the filings and instantly transmitted to other office inboxes for editing or review.

**E-Recording**

Allows title companies and other entities to file new recordings / documents online and transmit them directly to the clerk's office for processing.



5/23/2021                          Commercial - Search

State of
Louisiana
Secretary of
State



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| 1120 SOUTH POINTE PROPERTIES LLC | Limited Liability Company | BOSSIER CITY | Active |

**Previous Names**

SOFTWARE AND SERVICES OF LOUISIANA, L.L.C. (Changed: 11/6/2018)

**Business:**           1120 SOUTH POINTE PROPERTIES LLC
**Charter Number:**     35393945K
**Registration Date:**  12/20/2002
**Domicile Address**
    1651 CAPLIS SLIGO ROAD
    BOSSIER CITY, LA 71112
**Mailing Address**
    1651 CAPLIS SLIGO ROAD
    BOSSIER CITY, LA 71112

## Status

| | |
|---|---|
| **Status:** | **Active** |
| **Annual Report Status:** | **In Good Standing** |
| **File Date:** | 12/20/2002 |
| **Last Report Filed:** | 11/22/2020 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | GREGORY R. TEETERS |
| **Address 1:** | 1651 CAPLIS SLIGO ROAD |
| **City, State, Zip:** | BOSSIER CITY, LA 71112 |
| **Appointment Date:** | 12/20/2002 |

## Officer(s)                                          Additional Officers: No

| | |
|---|---|
| **Officer:** | GREGORY R. TEETERS |
| **Title:** | Manager, Member |
| **Address 1:** | 1651 CAPLIS SLIGO ROAD |
| **City, State, Zip:** | BOSSIER CITY, LA 71112 |

## Mergers (1)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|

EXHIBIT C

5/23/2021                           Commercial - Search

| 12/20/2002 | 12/20/2002 | MERGE | 35393945K | 1120 SOUTH POINTE PROPERTIES LLC | SURVIVOR |
|---|---|---|---|---|---|
|  |  |  | 33366670D | SOFTWARE AND SERVICES OF LOUISIANA, INC. | NON-SURVIVOR |

## Amendments on File (4)

| Description | Date |
|---|---|
| Merger | 12/20/2002 |
| Appointing, Change, or Resign of Officer | 8/16/2004 |
| Name Change | 11/6/2018 |
| Domestic LLC Agent/Domicile Change | 11/7/2018 |

[ Print ]

4/30/2021                                    Commercial - Search

**State of
Louisiana
Secretary of
State**



**COMMERCIAL DIVISION**
**225.925.4704**

<u>Fax Numbers</u>
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| I3-SOFTWARE & SERVICES, LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

**Business:**              I3-SOFTWARE & SERVICES, LLC
**Charter Number:**        43306888Q
**Registration Date:**     1/4/2019
**Domicile Address**
    1209 ORANGE STREET
    WILMINGTON, DE 19801
**Mailing Address**
    40 BURTON HILLS BLVD.
    SUITE 415
    NASHVILLE, TN 37215
**Principal Business Office**
    40 BURTON HILLS BLVD.
    SUITE 415
    NASHVILLE, TN 37215
**Registered Office in Louisiana**

**Principal Business Establishment in Louisiana**

## Status

**Status:**                **Active**
**Annual Report Status:**  **In Good Standing**
**Qualified:**             1/4/2019
**Last Report Filed:**     12/9/2020
**Type:**                  Limited Liability Company (Non-Louisiana)

## Registered Agent(s)

**Agent:**        NATIONAL REGISTERED AGENTS, INC.
**Address 1:**    3867 PLAZA TOWER DR.

4/30/2021                                    Commercial - Search

| City, State, Zip: | BATON ROUGE, LA 70816 |
|---|---|
| Appointment Date: | 4/29/2021 |

## Officer(s)                                           Additional Officers: No

| Officer: | I3-VERTICALS, LLC |
|---|---|
| Title: | Member |
| Address 1: | 40 BURTON HILLS BLVD. |
| Address 2: | SUITE 415 |
| City, State, Zip: | NASHVILLE, TN 37215 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Amendment | 4/29/2021 |

Print

7/29/2020                              Search for Louisiana Business Filings



**SECRETARY OF STATE**

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

To file amendments, such as an annual report, please navigate to geauxBIZ
(https://geauxBIZ.sos.la.gov). If this is your first visit to geauxBIZ,
you can create an account, and then click Add Existing Business to associate a business, view
business details, and file amendments.

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|------|------|------|--------|
| I3-SOFTWARE & SERVICES, LLC | Limited Liability Company | SHREVEPORT | Active |

**Previous Names**

| | |
|---|---|
| Business: | I3-SOFTWARE & SERVICES, LLC |
| Charter Number: | 43306888K |
| Registration Date: | 1/4/2019 |

**Domicile Address**

1120 S. POINTE PKWY
BLDG A
SHREVEPORT, LA 71105

**Mailing Address**

1120 S. POINTE PKWY
BLDG A
SHREVEPORT, LA 71105

**Status**

| | |
|---|---|
| Status: | **Active** |
| Annual Report Status: | **In Good Standing** |
| File Date: | 1/4/2019 |
| Last Report Filed: | 12/6/2019 |
| Type: | Limited Liability Company |

**Registered Agent(s)**

| | |
|---|---|
| Agent: | PAM SPEARS |
| Address 1: | 1120 S. POINTE PKWY |
| Address 2: | BLDG A |
| City, State, Zip: | SHREVEPORT, LA 71105 |
| Appointment Date: | 1/4/2019 |

**Officer(s)**                                          Additional Officers: No

7/29/2020                                    Search for Louisiana Business Filings

| Officer: | I3-VERTICALS MANAGEMENT SYSTEMS |
| Title: | Manager, Member |
| Address 1: | 40 BURTON HILLS BLVD |
| Address 2: | STE 415 |
| City, State, Zip: | NASHVILLE, TN 37215 |

**Amendments on File**
**No Amendments on file**

[ Back to Search Results ]  [ New Search ]  [ View Shopping Cart ]

© 2020 Louisiana Department of State

GET HELP

Software Services, LLC Confidential                                                    1

 **Software & Services**

'Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2800
318.865.1505 • 900.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                          Exhibit A

### Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | | Price |
|---|---|---|---|
| | **S&S Application Software** | $ | 2,600.00 |
| | TCM™ Delinquent Notification Module | | Included |

*The Delinquent Notification Module makes sending out notification on delinquent tax
notices more efficient. The Module does this by giving the tax collector the ability to create
print batches for notification letters or create an extract file to send to a third party print
company.  The Module is capable of doing the following:*
*1. Create notification batches based on event categories*
*2. Create notification export files based on event categories*
*3. Apply a fee per letter generated or a few per tax notice*
*4. Edit or Add Parties of Interest*
*6. Add scanned attachments (must have scanning module to use this feature)*
*6. Add Log entries*
*7. View notification transaction history on each party*
*8. Assign certified article numbers for each document sent via certified mail*

| | TCM™ Assessor Analysis Module | | Included |

*. The Assessor Analysis Module was developed make researching owner information  on.
delinquent tax notices more efficient. The Module gives the tax collector the ability to
research owner names and addresses, and legal descriptions directly into the Assessor's
system from TCM. The Module is capable of doing the following:*
*1. Find owner names in AIS that are not in TCM*
*2. Find owner names in TCM that are not in AIS*
*3. Find address changes of current owners*
*4. Find properties where the legal description in AIS differs from TCM*
*5. Find owners with phone numbers in AIS (TCM does not track phone# so it can't find
updated or new phone numbers)*

| | **Total S&S Application Software >** | $ | 2,500.00 |
|---|---|---|---|
| | **Services** | | |
| | Software Loading and Configuration @ S&S | $ | 500.00 |
| | **Total Services >** | $ | 500.00 |
| | **Grand Total** | $ | 3,000.00 |
| | **Recurring Annual Fees** | | |
| | Annual Client Application Support (CAS) | $ | 625.00 |

**Note:** *Client is required to have high speed connectivity for remote support
of Windows® applications.*

| | **Total Recurring Annual Fees >** | $ | 625.00 |
|---|---|---|---|

*Note: Prices good for 30 days.*

┌──────────────┐
│   EXHIBIT    │
│              │
│              │
└──────────────┘

Signature >                              Date 4-6-2017

Software Services, LLC Confidential    2

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                                    Exhibit A

## Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
|------|------|-------|
|      |      |       |

Signature > _____  Date 4-1-2017

Software Services, LLC Confidential                                                                                    3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                                  Exhibit A

## Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
|------|------|-------|
| | | |

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order, 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and high-speed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

ver-051820

Signature ＞ _____  Date 4-6-2017

Software Services, LLC Confidential                                                                4

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2690
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                          Exhibit A

### Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
|------|------|-------|
|      |      |       |

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Service s or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP, It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-031609

Signature > _____ Date 4-6-2017

```
┌──────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT     │
└──────────────────────────────────────┘
                          TIME  : 04/06/2017 10:14
                          NAME  :
                          FAX   :
                          TEL   :
                          SER.# : U63315A3J344962
```

| | |
|---|---|
| DATE,TIME | 04/06  10:13 |
| FAX NO./NAME | 13180651408 |
| DURATION | 00:01:21 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD |

# CLAIBORNE PARISH SHERIFF OFFICE
# KEN BAILEY, SHERIFF

613 EAST MAIN STREET
HOMER, LA 71040

318-927-2011 MAIN
318-927-4807 CIVIL OFFICE
318-927-2550 CIVIL FAX



# FAX

| To: Kaith | From: Terri Farris |
|---|---|
| | Fax: 865-1408 |
| Phone: | Pages: INCLUDING COVER PAGE 5 |
| Re: TCM Modules | Date: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

❖ COMMENTS

# CLAIBORNE PARISH SHERIFF OFFICE
## *KEN BAILEY, SHERIFF*

613 EAST MAIN STREET
HOMER, LA 71040

318-927-2011 MAIN
318-927-4807 CIVIL OFFICE
318-927-2550 CIVIL FAX



# FAX

| To: Keith | From: Terri Farris |
|---|---|
| | Fax: 865-1408 |
| Phone: | Pages: INCLUDING COVER PAGE 5 |
| Re: TCM Modules | Date: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

✧ **COMMENTS**

Confidential Statement:

The information transmitted in this message and/or it's attachments (hereafter referred to as message) is intended only for the person and/or entity to which it is addressed and may contain confidential and/or privileged information. If you are not the recipient to which this message is addressed and/or intended you are hereby notified that any review, distribution, retransmission, use, dissemination, reproduction and/or any action taken in conjunction with and/or in reliance upon this message is prohibited. If you have received this message in error, please contact the sender and immediately delete this material from any computer on which it has been stored. All views expressed in this message are to be considered strictly those of the individual sender and may not necessarily reflect the views of the Claiborne Parish Sheriff's Office.

**RETURN COPY**



**D6732432**

# CITATION

STATE OF LOUISIANA, ET AL
(Plaintiff)

VS

I3-SOFTWARE & SERVICES, LLC, ET AL
(Defendant)

NUMBER C-708254   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   I3-SOFTWARE & SERVICES, LLC
THROUGH ITS REGISTERED AGENT FOR THE SERVICE OF PROCESS:
NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DRIVE
BATON ROUGE,  LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on JUNE 2, 2021.

*I made service on the named party through the CT Corporation JUN 10 2021 by tendering a copy of this document to Ashley Minvielle C. 129202 Parish of East Baton Rouge, Louisiana*

*Megan Gullett*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: MCGIMSEY, RICHARD LEE
225 342-7202

*The following documents are attached:
PETITION, EXHIBIT

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____.

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:       After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____                    _____
TOTAL:  $_____                         Deputy Sheriff
                                                      Parish of East Baton Rouge

**CITATION-2000**

**RETURN COPY**



D6732440

# CITATION

STATE OF LOUISIANA, ET AL
(Plaintiff)

VS

I3-SOFTWARE & SERVICES, LLC, ET AL
(Defendant)

NUMBER C-708254 SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  1120 SOUTH POINTE PROPERTIES, LLC
     THROUGH ITS REGISTERED AGENT FOR THE SERVICE OF PROCESS:
     GREGORY R TEETERS
     1651 CAPLIS SLIGO ROAD
     BOSSIER CITY, LA 71112



RECEIVED
JUN 7 2021
Bossier Parish
Sheriff
Benton, LA

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 2, 2021.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: MCGIMSEY, RICHARD LEE
225 3427792

*The following documents are attached:
**PETITION, EXHIBIT**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _11th_ day of _June_, 20 _21_.

_P.C. Floyd #1324_
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

6/8/21 @ 0900 N.L.
6/8/21 @ 106 N.L.
6/9/21 @ 0615 N.L.
6/9/21 @ 1025 N.L.
6/10/21 @ 0912 N.L.

**CITATION-2000**

## JULIAN C. WHITTINGTON
### SHERIFF & EX-OFFICIO TAX COLLECTOR BOSSIER PARISH

CLERK OF COURT  EAST BATON ROUGE
P O BOX 1991

BATON ROUGE, LA  70821

**DISTRICT COURT**
FOR THE PARISH OF BOSSIER
6/7/2021

| Case: (17)  708254 | STATE OF LOUISIANA ET AL vs I3-SOFTWARE & SERVICES LLC ET AL | |
| --- | --- | --- |
| Nbr | Date | Service Type | Charges |

| Nbr | Date | Service Type | Charges |
| --- | --- | --- | --- |
| 2 | 06/07/2021 | Citation | $30.00 |
| | | 1120 SOUTH POINTE PROPTERTIES LLC THROUGH ITS REGISTERED AGENT FOR | |

|  | Case Total: | $30.00 |
| --- | --- | --- |
|  | **Total:** | **$30.00** |

Please make check payable to:
JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O.Box 850
BENTON, LA 71006

TO BE RETURNED WITH PAYMENT

**RETURN COPY**



**D6732465**

# CITATION

STATE OF LOUISIANA, ET AL
(Plaintiff)

VS

I3-SOFTWARE & SERVICES, LLC, ET AL
(Defendant)

**NUMBER C-708254  SEC. 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**



TO:   **GREGORY R TEETERS**
      **1651 CAPLIS SLIGO ROAD**
      **BOSSIER CITY,  LA 71112**

17
1163

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 2, 2021.**



*Megan Gullett*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MCGIMSEY, RICHARD LEE**
        **225 3427792**

*The following documents are attached:
**PETITION, EXHIBIT**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named *Gregory Teeters* or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _11th_ day of _June_, 20_21_.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

*T. Hodd #1324*
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

6/8/21 @ 0900 N.C.
6/8/21 @ 106 N.C.
6/9/21 @ 0615 N. &
6/9/21 @ 1025 N.C.
6/10/21 @ 0912 N.C.

# JULIAN C. WHITTINGTON
## SHERIFF & EX-OFFICIO TAX COLLECTOR BOSSIER PARISH

CLERK OF COURT  EAST BATON ROUGE
P O BOX 1991

BATON ROUGE, LA  70821

**DISTRICT COURT**
FOR THE PARISH OF BOSSIER
6/7/2021

---

Case: (17)  708254        STATE OF LOUISIANA ET AL vs I3-SOFTWARE & SERVICES LLC ET AL

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| 1 | 06/07/2021 | Citation | $30.00 |
|  |  | TEETERS, GREOGRY R.; 1651 CAPLIS SLIGO ROAD; BOSSIER CITY, LA 71112 | |
| 1 | 06/07/2021 | Mileage Charge | $17.40 |

C

|  | Case Total: | **$47.40** |
|--|-------------|-----------|

---

|  | **Total:** | **$47.40** |
|--|------------|-----------|

Please make check payable to:
JULIAN C. WHITTINGTON, SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O.Box 850
BENTON, LA 71006

RETAIN FOR YOUR RECORDS

**RETURN COPY**





D6732457

# CITATION

STATE OF LOUISIANA, ET AL
(Plaintiff)

NUMBER C-708254   SEC. 26

19th JUDICIAL DISTRICT COURT

**VS**

PARISH OF EAST BATON ROUGE

I3-SOFTWARE & SERVICES, LLC, ET AL
(Defendant)

STATE OF LOUISIANA

TO:   SCOTT CARRINGTON
      SOFTWARE & SERVICES
      1120 SOUTH POINTE PARKWAY, SUITE A
      SHREVEPORT, LA 71105

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 2, 2021.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MCGIMSEY, RICHARD LEE**
**225 3427792**

*The following documents are attached:
**PETITION, EXHIBIT**

SERVICE INFORMATION:

Received on the ___ day of _____, 20 ___ and on the ___ day of _____, 20 ___, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _1120 South Pointe_.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _21_ day of _June_, 20 _21_.

SERVICE:$_____
MILEAGES$_____                              Deputy Sheriff
TOTAL:  $_____                        Parish of East Baton Rouge

CITATION-2000

6-9 1019
cucution til nextweek
6-18 1458 chas

EAST BATON ROUGE PARISH
Filed Jun 25, 2021 10:21 AM
Deputy Clerk of Court
E-File Received Jun 24, 2021 4:24 PM

C-708254
26

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA, By and Through
its DIVISION OF ADMINISTRATION,
EAST BATON ROUGE PARISH LAW                NO.:   708254
ENFORCEMENT DISTRICT, By and
Through the Duly Elected EAST BATON
ROUGE PARISH SHERIFF, SID J.               DIVISION "N"
GAUTREAUX, III, ET AL., Individually
and as Class Representatives,
                          Plaintiffs        SECTION 26
VERSUS

i3-SOFTWARE & SERVICES, LLC; 1120
SOUTH POINTE PROPERTIES, LLC,
formerly known as SOFTWARE AND
SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3- VERTICALS, LLC;
GREGORY R. TEETERS; and SCOTT
CARRINGTON
                          Defendants

## **CONSENT MOTION FOR EXTENSION OF TIME**

Defendants i3-Software & Services, LLC ("Software & Services") and Scott Carrington,

fully reserving all rights and defenses, respectfully seek an extension of time within which to

respond to the Petition for Damages and Class Action Petition through July 15, 2021, on the

following grounds:

1.

Plaintiffs served their petition on Software & Services through its agent for service of

process on June 10 and on Carrington on June 21.

2.

Undersigned counsel needs additional time to investigate the petition's allegations to

formulate an appropriate response.

3.

Undersigned counsel contacted plaintiffs' counsel on June 24, who advise that they have

no objection to this 21-day extension of time to respond.

4.

Software & Services and Carrington therefore ask that this Court grant it an extension of time until July 15, 2021, within which to file responsive pleadings.  This extension will not unduly delay the progress of this case.

Respectfully submitted,

_/s/ Chloé M. Chetta_
Judy Y. Barrasso, 2814
John J. Joyce, 27525
Chloé M. Chetta, 37070
Taylor L. Gamm, 39623
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
cchetta@barrassousdin.com

*Attorneys for i3-Software & Services, LLC and Scott Carrington*

<b><u>CERTIFICATE OF SERVICE</u></b>

I certify that a copy of the above and foregoing Consent Motion for Extension of Time has been served on counsel of record by email or United States mail on June 24, 2021.

_/s/ Chloé M. Chetta_

*1791128_1*

2

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, By and Through its DIVISION OF ADMINISTRATION, EAST BATON ROUGE PARISH LAW ENFORCEMENT DISTRICT, By and Through the Duly Elected EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III, ET AL., Individually and as Class Representatives, | NO.:  708254 |
| | DIVISION "N" |
| | SECTION 26 |
| Plaintiffs | |
| VERSUS | |
| i3-SOFTWARE & SERVICES, LLC; 1120 SOUTH POINTE PROPERTIES, LLC, formerly known as SOFTWARE AND SERVICES OF LOUISIANA, L.L.C.; i3 VERTICALS, INC.; i3- VERTICALS, LLC; GREGORY R. TEETERS; and SCOTT CARRINGTON | |
| Defendants | |

## **O R D E R**

Considering the foregoing Consent Motion for Extension of Time:

**IT IS ORDERED** that defendant i3 Software & Services, LLC be and hereby is granted

an extension of time through and including July 15, 2021 within which to respond to the Petition

for Damages.

New Orleans, Louisiana, this _____01_____ day of _____July_____, 2021.

_____
JUDGE RICHARD "CHIP" MOORE

19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.   C-708254                              SEC. 26

STATE OF LOUISIANA,
By and through its **DIVISION OF ADMINISTRATION, AND EAST BATON ROUGE
PARISH LAW ENFORCEMENT DISTRICT,** By and through the **EAST BATON ROUGE
PARISH SHERIFF, SID J. GAUTREAUX, III,** *et al.,* Individually and as Class
Representatives

VERSUS

**i3-SOFTWARE & SERVICES, LLC; 1120 SOUTH POINTE PROPERTIES, LLC,**
formerly known as **SOFTWARE AND SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3-VERTICALS, LLC; GREGORY R. TEETERS;** and **SCOTT
CARRINGTON**

FILED: _____              _____
                                                    **DEPUTY CLERK**

---

**AFFIDAVIT OF LONG-ARM SERVICE**

---

**STATE OF LOUISIANA**

**PARISH OF CADDO**

**COMES NOW,** before me, the undersigned Notary Public, James H. Colvin, Jr., one of

the attorneys of record for the Sheriffs' class, Kelly Land Co., LLC, who, after being sworn, did

depose and state the following:

1.

He is the attorney of record for the Sheriff's class, plaintiffs in the above-captioned

lawsuit.

2.

As required by Louisiana's Long Arm Service Statute, he, on June 4, 2021, *via* certified

mail, return receipt requested, notified **i3-Verticals, LLC,** Defendant in this case, of the above

referenced lawsuit;

3.

Enclosed with this letter of notification were a certified Citation and Petition, with

exhibits;

4.

Attached hereto as **Exhibit "A"** is the June 4, 2021, correspondence and the return receipt signed by CT Corporation on June 8, 2021.

THUS, DONE and SIGNED on the day of June 23, 2021, in Shreveport, Caddo Parish, Louisiana.

_____
JAMES H. COLVIN, JR.

_____
DANIEL N. BAYS, JR.
Notary Public, In and For
Caddo Parish, Louisiana
Bar # 34439
My Commission is for Life.

DANIEL N. BAYS
Notary Public
State of Louisiana
Claiborne Parish
Notary ID # 34439
My Commission is for Life



COLVIN, SMITH,
McKAY & BAYS

JAMES H. COLVIN, JR.
PARTNER
E-MAIL: jcolvin@colvinfirm.com

EAST BATON ROUGE PARISH
Filed Jun 28, 2021 1:15 PM
Deputy Clerk of Court
C-708254
26

June 4, 2021

_Certified Mail, Article No. 70023150000167687924_
i3 Verticals, LLC
Through its registered agent for the service of process,
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801

RE:    *State of Louisiana, By and through Division of Administration, and East Baton
Rouge Parish Law Enforcement District, By and through the duly elected East
Baton Rouge Parish Sheriff, Sid J. Gautreaux, III, et al., Individually and al Class
Representatives vs. i3 Software & Services, LLC; 1120 South Pointe Properties,
LLC, formerly known as Software and Services of Louisiana, L.L.C.; i3 Verticals,
INC.; i3 Verticals, LLC; Gregory R. Teeters; and Scott Carrington*

Dear Agent:

Enclosed please find a long-arm service Citation and Petition for Damages and Class
Action Petition (with exhibits) filed in connection with the above-referenced matter. The Citation
is self-explanatory with respect to your immediate responsibility in handling this lawsuit in the
immediate future. Thank you.

Regards,

James H. Colvin, JR.

*JHC/ah*
*Enclosure*

P.O. BOX 1831
Shreveport, Louisiana 71166
900 Market Street, Suite 300
Shreveport, LA 71101
Phone: (318) 429-6770
Fax: (318) 429-6771
www.colvinsmithlaw.com

P.O. BOX 239
522 East Main Street
Homer, Louisiana 71040
Phone: (318) 523-1802
Fax: (318) 523-1822

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

13 Verticals, LLC
1209 Orange Street
Wilmington, Delaware 19801

9590 9402 3561 7305 0980 89

2. Article Number (Transfer from service label)

7002 3150 0001 6768 7924

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUN  8 2021

CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  13 Verticles, LLC
Street, Apt. No.; or PO Box No.  1209 Orange Street
City, State, ZIP+4  Wilmington, Delaware 19801

PS Form 3800, June 2002                    See Reverse for Instructions

7002 3150 0001 6768 7924

---

**U.S. Postal Service**™
**CERTIFIED MAIL®** **RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Wilmington DE 19801

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | 0614 |
| $ | $2.85 | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $11.95 | |
| $ | | 06/04/2021 |
| Total Postage and Fees | $18.40 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions



Phelps Dunbar LLP
II City Plaza
400 Convention Street
Suite 1100
Baton Rouge, LA 70802
225 346 0285

June 30, 2021

38057-0001

Walt Green
walt.green@phelps.com
Telephone: 225 346-0285

**VIA HAND DELIVERY**

Honorable Doug Welborn
East Baton Rouge Parish Clerk of Court
19th Judicial District Court
300 North Boulevard
Baton Rouge, LA 70801

Re:    *State of Louisiana, By and Through its Division of Administration, et al. v. 13-Software & Services, LLC, et al.,* Suit Number 708,254, Section 26, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana

Dear Mr. Welborn:

Please find enclosed the original and copies of a *Notice of Enrollment of Counsel of Record* for filing on behalf of Plaintiffs – Sheriffs' Class, in the above captioned matter. Once filed, please return the file-stamped copy via our firm courier. Further, we have enclosed our firm check in the amount of $24.00 for the filing fees.

Thank you for your cooperation and courtesies.

Very truly yours,

PHELPS DUNBAR LLP

Walt Green

WG/rjv
Enclosures
cc:    All Known Counsel of Record

STATE OF LOUISIANA, BY AND
THROUGH ITS DIVISION OF
ADMINISTRATION, AND EAST
BATON ROUGE PARISH LAW
ENFORCEMENT DISTRICT, BY AND
THROUGH THE DULY ELECTED
EAST BATON ROUGE PARISH
SHERIFF, SID J. GAUTREAUX, III, *ET
AL.*, INDIVIDUALLY AND AS CLASS
REPRESENTATIVES

**VERSUS**

I3-SOFTWARE & SERVICES, LLC;
1120 SOUTH POINTE PROPERTIES,
LLC, FORMERLY KNOWN AS
SOFTWARE AND SERVICES OF
LOUISIANA, L.L.C.; I3 VERTICALS,
INC.; I3-VERTICALS, LLC;
GERGORY R. TEETERS; AND SCOTT
CARRINGTON

NUMBER 708,254    SECTION 26


19TH JUDICIAL DISTRICT COURT


PARISH OF EAST BATON ROUGE


STATE OF LOUISIANA

## NOTICE OF ENROLLMENT OF COUNSEL OF RECORD

Notice is hereby given pursuant to Rule 9.12 of Louisiana Rules of Civil Court Proceedings

in District Courts of the enrollment of Walt Green (Bar Roll No. 27812), Steven J. Levine (Bar

Roll No. 14139), Shelton Dennis Blunt (Bar Roll No. 21230), and Paul Leblanc (Bar Roll No.

23186), all of Phelps Dunbar LLP, as counsel of record for Plaintiffs, East Baton Rouge Parish

Law Enforcement District, by and through the duly elected East Baton Rouge Parish Sheriff, Sid

J. Gautreaux, III; Claiborne Parish Law Enforcement District, by and through the duly elected

Claiborne Parish Sheriff, Samuel A. Dowies; Rapides Parish Law Enforcement District, by and

through the duly elected Rapides Parish Sheriff, Mark Wood; East Feliciana Parish Law

Enforcement District, by and through the duly elected East Feliciana Parish Sheriff, Jeff Travis;

West Feliciana Parish Law Enforcement District, by and through the duly elected West Feliciana

Sheriff, Brian Spillman; Grant Parish Law Enforcement District, by through the duly elected Grant

Parish Sheriff, Steven McCain; Acadia Parish Law Enforcement District, by and through the duly

elected Acadia Parish Sheriff, K.P. Gibson; Tangipahoa Parish Law Enforcement District, by and

through the duly elected Tangipahoa Sheriff, Daniel Edwards; Franklin Parish Law Enforcement

District, by and through the duly elected Franklin Parish Sheriff, Kevin Cobb, and Ascension

Parish Law Enforcement District, by and through the duly elected Ascension Parish Sheriff, Bobby

Webre, all appearing individually and as "Class Representatives" of 40 or more similarly situated

Louisiana Law Enforcement Districts and duly elected sheriffs throughout the State of Louisiana

(hereinafter referred to as "Sheriffs" and collectively, with the State, as the "Plaintiffs").

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: _____

Walt Green, Bar Roll No. 27812
Steven J. Levine, Bar Roll No. 14139
Shelton Dennis Blunt, Bar Roll No. 21230
Paul LeBlanc, Bar Roll No. 23186
PHELPS DUNBAR, LLP
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Telecopier: 225-381-9197
Email: walt.green@phelps.com
Email: steve.levine@phelps.com
Email: dennis.blunt@phelps.com
Email: paul.leblanc@phelps.com

**ATTORNEYS FOR THE SHERIFFS' CLASS**

PD.34074776.1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of June, 2021, served a copy of the foregoing on all known counsel for all parties to this proceeding, by delivering the same by electronic mail, facsimile, and/or by United States mail properly addressed, and first-class postage prepaid.

_____
Walt Green

PD.34074776.1

# phelps

Phelps Dunbar LLP
II City Plaza
400 Convention Street
Suite 1100
Baton Rouge, LA 70802
225 346 0285

June 30, 2021

38057-0001

Walt Green
walt.green@phelps.com
Telephone:  225 346 0285

## VIA HAND DELIVERY

Honorable Doug Welborn
East Baton Rouge Parish Clerk of Court
19th Judicial District Court
300 North Boulevard
Baton Rouge, LA  70801

Re:   *State of Louisiana, By and Through its Division of Administration, et al. v. 13-Software & Services, LLC, et al.,* Suit Number 708,254, Section 26, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana

Dear Mr. Welborn:

Please find enclosed the original and copies of a *Notice of Enrollment of Counsel of Record* for filing on behalf of Plaintiffs – Sheriffs' Class, in the above captioned matter.  Once filed, please return the file-stamped copy via our firm courier.  Further, we have enclosed our firm check in the amount of $24.00 for the filing fees.

Thank you for your cooperation and courtesies.

Very truly yours,

PHELPS DUNBAR LLP

Walt Green

WG/rjv
Enclosures
cc:    All Known Counsel of Record

STATE OF LOUISIANA,                             NUMBER C-708254    SEC. 26
BY AND THROUGH ITS
DIVISION OF ADMINISTRATION,                     19TH JUDICIAL DISTRICT COURT
AND EAST BATON ROUGH PARISH
LAW ENFORCEMENT DISTRICT,                       PARISH OF EAST BATON ROUGE
BY AND THROUGH THE DULY
ELECTED EAST BATON ROUGE PARISH                 STATE OF LOUISIANA
SHERIFF, SID J. GAUTREAUX, III, *et al.*,
INDIVIDUALLY AND AS
CLASS REPRESENTATIVES

VERSUS

i3-SOFTWARE & SERVICES, LLC, *et al.*

### MOTION TO APPOINT A SPECIAL PROCESS SERVER

NOW INTO COURT, through undersigned counsel, come plaintiffs, STATE OF

LOUISIANA, BY AND THROUGH ITS DIVISION OF ADMINISTRATION, AND EAST

BATON ROUGH PARISH LAW ENFORCEMENT DISTRICT, BY AND THROUGH THE

DULY ELECTED EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III, *et al.*,

INDIVIDUALLY AND AS CLASS REPRESENTATIVES, who respectfully represent:

1.

Plaintiffs have attempted on several occasions, through the Bossier Parish Sheriff's Office,

to have defendants, Gregory R. Teeters (individually) and 1120 South Pointe Properties, LLC,

though its registered agent for the service of process, Gregory R. Teeters, served with citation and

the petition filed in this matter, without success. Filed into the suit record of this matter is the

sheriff's return, indicating that he was unable to serve the above-named defendants, despite several

efforts to do so.

2.

Pursuant to Louisiana Code of Civil Procedure, Article 1293(A), movers request that the

following individual, not a party to the matter, who is eighteen years or older, a resident of Caddo

Parish, Louisiana, and of suitable discretion, be appointed special process server in this action to

effect personal service of the CITATION and PETITION FOR DAMAGES AND CLASS

ACTION PETITION on the defendants identified in paragraph 1 above. Specifically, Plaintiffs

ask the court to appoint Wayne Nissen of Nissen Unlimited, Inc., 205 Vine Street, Shreveport,

Louisiana 71101, telephone number (318) 426-2928.

WHEREFORE, movers pray for an Order from this Court appointing WAYNE NISSEN to serve CITATION and PETITION FOR DAMAGES AND CLASS ACTION PETITION upon defendants, Gregory R. Teeters and 1120 South Pointe Properties, LLC, through its registered agent for the service of process, Gregory R. Teeters.

COLVIN, SMITH, McKAY & BAYS

By:_____
JAMES H. COLVIN, JR., Bar No. 21532
COLE B. SMITH, Bar No. 30063
DANIEL N. BAYS, JR., Bar No. 34439
522 East Main Street
Post Office Box 239
Homer, Louisiana 71040
Telephone:     (318) 523-1802
Facsimile:     (318) 523-1822

*Attorneys for the Sheriffs' Class*

**STATE OF LOUISIANA,**                              NUMBER C-708254    SEC. 26

**BY AND THROUGH ITS**
**DIVISION OF ADMINISTRATION,**                      19TH **JUDICIAL DISTRICT COURT**
**AND EAST BATON ROUGH PARISH**
**LAW ENFORCEMENT DISTRICT,**                        **PARISH OF EAST BATON ROUGE**
**BY AND THROUGH THE DULY**
**ELECTED EAST BATON ROUGE PARISH**                  **STATE OF LOUISIANA**
**SHERIFF, SID J. GAUTREAUX, III,** *et al.,*
**INDIVIDUALLY AND AS**
**CLASS REPRESENTATIVES**

**VERSUS**

**i3-SOFTWARE & SERVICES, LLC,** *et al.*

<u>**ORDER**</u>

Pursuant to L.C.C.P., Art. 1293(A), and upon consideration of the motion of Plaintiffs, **IT**

**IS ORDERED** that Wayne Nissen of Nissen Unlimited, Inc., 205 Vine Street, Shreveport,

Louisiana 71101, is hereby appointed special process server to make service of a CITATION and

PETITION FOR DAMAGES AND CLASS ACTION PETITION upon defendants, Gregory R.

Teeters and 1120 South Pointe Properties, LLC, through its registered agent for the service of

process, Gregory R. Teeters.

THIS DONE AND SIGNED on the __26__ day of July, 2021, East Baton Rouge Parish,

Baton Rouge, Louisiana.

_____
DISTRICT COURT JUDGE
**JUDGE RICHARD "CHIP" MOORE, III**

STATE OF LOUISIANA,                         NUMBER C-708254      SEC. 26
BY AND THROUGH ITS
DIVISION OF ADMINISTRATION,                 19TH JUDICIAL DISTRICT COURT
AND EAST BATON ROUGH PARISH
LAW ENFORCEMENT DISTRICT,                   PARISH OF EAST BATON ROUGE
BY AND THROUGH THE DULY
ELECTED EAST BATON ROUGE PARISH             STATE OF LOUISIANA
SHERIFF, SID J. GAUTREAUX, III, *et al.*,
INDIVIDUALLY AND AS
CLASS REPRESENTATIVES

VERSUS

i3-SOFTWARE & SERVICES, LLC, *et al.*

## REQUEST FOR WRITTEN NOTICE

In keeping with Articles 1571, *et seq.*, of the Louisiana Code of Civil Procedure, please send to our firm, as counsel for EAST BATON ROUGH PARISH LAW ENFORCEMENT DISTRICT, PARISH OF EAST BATON ROUGE, BY AND THROUGH THE DULY ELECTED EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX, III, *et al.*, INDIVIDUALLY AND AS CLASS REPRESENTATIVES, at least ten (10) days in advance of any date fixed for any trial and/or hearing of this case, whether on exceptions, rules, and/or the merits thereof, and/or otherwise, written notice of any such assignment and/or fixing of the said case.

And as provided by Article 1913, *et seq.*, of said Code, please send our firm written notice of the entry of any preliminary default and/or preliminary judgment and/or any order and/or judgment made and/or signed and/or rendered in this case, upon the making and/or signing and/or rendition and/or entry of any such preliminary judgment and/or preliminary default, and/or order and/or judgment.

Respectfully submitted,

COLVIN, SMITH, McKAY & BAYS

By:_____
JAMES H. COLVIN, JR., Bar No. 21532
COLE B. SMITH, Bar No. 30063
DANIEL N. BAYS, JR., Bar No. 34439
522 East Main Street
Post Office Box 239
Homer, Louisiana 71040
Telephone:    (318) 523-1802
Facsimile:    (318) 523-1822

*Attorneys for the Sheriffs' Class*

EAST BATON ROUGE PARISH
Filed Jul 19, 2021 11:26 AM
Deputy Clerk of Court
FAX Received Jul 16, 2021

C-708254
26

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA, By and Through its
DIVISION OF ADMINISTRATION, EAST
BATON ROUGE PARISH LAW
ENFORCEMENT DISTRICT, By and
Through the Duly Elected EAST BATON
ROUGE PARISH SHERIFF, SID J.
GAUTREAUX, III, ET AL., Individually and
as Class Representatives,

               Plaintiffs

VERSUS

i3-SOFTWARE & SERVICES, LLC; 1120
SOUTH POINTE PROPERTIES, LLC,
formerly known as SOFTWARE AND
SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3- VERTICALS, LLC;
GREGORY R. TEETERS; and SCOTT
CARRINGTON

               Defendants

NO.:  708254

DIVISION "N"

SECTION 26

**DEFENDANT SCOTT CARRINGTON'S
PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION AND,
IN THE ALTERNATIVE, DILATORY EXCEPTION OF VAGUENESS**

Defendant Scott Carrington excepts to the petition as failing to state a cause of action against him or, alternatively, as vague. The petition alleges no facts against Carrington beyond naming him as defendant—let alone facts sufficient to state a cause of action against him as a corporate officer or employee, or to adequately inform him of the facts against him. The Court should dismiss the claims against Carrington, or alternatively, require plaintiffs to amend their petition to specify which defendants are responsible for each pleaded act.

Respectfully submitted,

Judy Barrasso

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Chloé M. Chetta, 37070
Taylor L. Gamm, 39623
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
cchetta@barrassousdin.com
tgamm@barrassousdin.com

*Attorneys for Scott Carrington*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Defendant Scott Carrington's Peremptory Exception for No Cause of Action and, in the Alternative, Dilatory Exception of Vagueness has been served on counsel of record by email or United States mail on July 16, 2021.

*Judy Barrasso*

_____

{1794756_1}

EAST BATON ROUGE PARISH
Filed Jul 19, 2021 11:26 AM
Deputy Clerk of Court
FAX Received Jul 16, 2021

C-708254
26

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA, By and Through its
DIVISION OF ADMINISTRATION, EAST
BATON ROUGE PARISH LAW                         NO.:   708254
ENFORCEMENT DISTRICT, By and
Through the Duly Elected EAST BATON
ROUGE PARISH SHERIFF, SID J.                   DIVISION "N"
GAUTREAUX, III, ET AL., Individually and
as Class Representatives,
                             Plaintiffs        SECTION 26

        VERSUS

i3-SOFTWARE & SERVICES, LLC; 1120
SOUTH POINTE PROPERTIES, LLC,
formerly known as SOFTWARE AND
SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3- VERTICALS, LLC;
GREGORY R. TEETERS; and SCOTT
CARRINGTON
                             Defendants

## **RULE TO SHOW CAUSE**

Considering Defendant Scott Carrington's Peremptory Exception for No Cause of Action

and, in the Alternative, Dilatory Exception of Vagueness,

**IT IS HEREBY ORDERED** that Plaintiffs show cause on the __8__ day of

**NOVEMBER**_____, 2021, at **9:30** o'clock __A__.m. why the Exception should not be granted.

**THUS DONE AND SIGNED** this __26__ day of _____**July**_____, 2021, in Baton

Rouge, Louisiana.

_____
JUDGE RICHARD "CHIP" MOORE

**PLEASE SERVE:**

State of Louisiana, Division of Administration
Through its Counsel of Record:
Richard McGimsey
Bridget Denicola
Carlos Romanach
Office of the General Counsel Division of Administration
State of Louisiana
1201 N. 3rd Street, Suite 7-270
Baton Rouge, Louisiana 70802
Telephone: 225-342-7154

*Service List Continued On Next Page*

Counsel for Sheriffs
Through their Counsel of Record:
James H. Colvin, Jr.
Cole B. Smith
Daniel N. Bays, Jr.
Colvin, Smith, McKay & Bays
522 East Main Street
Homer, Louisiana 71040
Telephone: 318-523-1802
Mary G. Erlingson
Erlingson Banks, PLLC
One American Place
301 Main Street, Suite 2110
Baton Rouge, LA 70801
Telephone: 225-218-4446

Craig E. Frosch
Frosch, Rodrigue, Arcuri, LLC
1615 Poydras Street
Suite 1250
New Orleans, LA 70112
Telephone: 504-592-4600

Walt Green, 27812
Steven J. Levine, 14139
Shelton Dennis Blunt, 21230
Paul LeBlanc, 23186
Phelps Dunbar, LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA  70802-5618
Telephone:  225-346-0285

EAST BATON ROUGE PARISH  C-708254
Filed Jul 19, 2021 11:26 AM         26
Deputy Clerk of Court
FAX Received Jul 16, 2021

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, By and Through its DIVISION OF ADMINISTRATION, EAST BATON ROUGE PARISH LAW ENFORCEMENT DISTRICT, By and Through the Duly Elected EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III, ET AL., Individually and as Class Representatives, | NO.: 708254 |
| | DIVISION "N" |
| Plaintiffs | SECTION 26 |
| VERSUS | |
| i3-SOFTWARE & SERVICES, LLC; 1120 SOUTH POINTE PROPERTIES, LLC, formerly known as SOFTWARE AND SERVICES OF LOUISIANA, L.L.C.; i3 VERTICALS, INC.; i3- VERTICALS, LLC; GREGORY R. TEETERS; and SCOTT CARRINGTON | |
| Defendants | |

**MEMORANDUM IN SUPPORT OF DEFENDANT SCOTT CARRINGTON'S
PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION AND,
IN THE ALTERNATIVE, DILATORY EXCEPTION OF VAGUENESS**

Defendant Scott Carrington excepts to the petition as failing to state a cause of action against him or, alternatively, as vague. The petition alleges no facts against Carrington beyond naming him as defendant—let alone facts sufficient to state a cause of action against him as a corporate officer or employee, or to adequately inform him of the facts against him. The Court should dismiss the claims against Carrington, or alternatively, require plaintiffs to amend their petition to specify which defendants are responsible for each pleaded act.

**FACTS**

This is a dispute over technology services that defendant i3-Software & Services, LLC ("S&S") provides to various Louisiana sheriffs' offices. The plaintiffs are the State of Louisiana's Division of Administration ("Division"), with whom neither S&S nor Carrington have a relationship, and ten different individual sheriffs, with whom S&S—but not Carrington personally—contracted to provide technology services. The petition is based on a comprehensive federal and state investigation into alleged technology and cybersecurity issues.

Although the sheriffs bought technology services from S&S, the petition names, without explanation, five other defendants: i3 Verticals, Inc.; i3 Verticals, LLC; 1120 South Pointe

Properties LLC; Gregory R. Teeters; and Scott Carrington.[1]  Beyond listing Carrington's address for service, the petition never alleges anything Carrington may have done to the Division or the sheriffs; his alleged role, conduct, or actions toward any of them; or how he, personally, can be responsible for the alleged company misconduct.[2]  Instead, before ever identifying any fact specific to any of the defendants, the petition's introductory section states it will simply refer to all of them—a mix of individuals and corporate entities, with and without some relationship or interaction with the plaintiffs—"collectively, [as] the 'Defendants.'"[3]  That is, in every paragraph in which either the Division or the sheriffs allege any wrongdoing, the petition improperly group pleads that all "Defendants" collectively engaged in all the improper conduct all at the same time.[4]

Nevertheless, applying an overwhelmingly generous reading to the petition, the Division and sheriffs allege that various sheriffs bought technology products and services from "collectively . . . the 'Defendants'" (in reality, only S&S).[5]  The sheriffs further allege that those products and services were "defective," which may have weakened their online networks.[6]  The petition then asserts several claims—sometimes by the sheriffs, sometimes by the Division, sometimes both—against "collectively . . . the Defendants."[7]  The sheriffs assert six claims: (1) negligence under Civil Code article 2315,[8] (2) redhibition under Civil Code article 2545,[9] (3) fraud,[10] (4) detrimental reliance,[11] (5) negligence under Civil Code article 2317 ("garde"),[12] and (6) unjust enrichment.[13]  The sheriffs seek damages from the defendants collectively for the costs the sheriffs allegedly incurred to repair their weakened networks.[14]  The Division seeks to recover funds it allegedly expended working with the sheriffs to repair their networks under four

---

[1]    Petition at ¶¶ 12–13, 15–17.

[2]    *See generally id.* ¶ 17.

[3]    *Id.* at 2.

[4]    *See, e.g., id.* ¶¶ 33(a)–(l), 57(a)–(n).

[5]    *Id.* ¶¶ 7, 24, 27, 29, 48, 54.

[6]    *E.g., id.* ¶ 32.

[7]    *See generally id.* ¶¶ 12–19.

[8]    *Id.* ¶¶ 53–59.

[9]    *Id.* ¶¶ 60–68.

[10]    *Id.* ¶¶ 69–70.

[11]    *Id.*

[12]    *Id.* ¶¶ 71–75.

[13]    *Id.* ¶ 11.

[14]    *See, e.g., id.* ¶¶ 10, 34, 51.

theories: (1) negligence under Civil Code article 2315,[15] (2) negligence under Civil Code article 2317 ("garde"),[16] (3) unjust enrichment,[17] and (4) unfair trade practices.[18] In total, the Division and the sheriffs allege that Carrington is personally liable under ten causes of action and over $15 million dollars without making a single specific allegation against him or alleging how he can be personally liable to them based on company contracts or company actions.

Carrington is not and cannot be liable to either the Division or the sheriffs. Despite its 76 pages, 101 paragraphs, and multiple exhibits, not one sentence properly pleads any specific facts against him. This is significant because the Division and the sheriffs' petition follows a comprehensive and coordinated federal and state investigation into alleged cybersecurity issues. If there were any facts specific to Carrington, both the Division and the sheriffs would know them already. Thus, the lack of specifics is telling.

In addition, none of the allegations purport to explain how Carrington—who only ever acted on behalf of, by, or though S&S—can be personally liable for alleged S&S wrongdoing, arising out of contracts with or actions by S&S. Accordingly, Carrington's exception of no cause of action, or at the very least, his alternative exception of vagueness, should be sustained.

## STANDARD OF REVIEW

A peremptory exception of no cause of action "test[s] the legal sufficiency of the petition by determining whether the law affords a remedy on the facts alleged."[19] The focus of an exception of no cause of action is "whether the law provides a remedy against the particular defendant" based on the particular facts alleged.[20] In resolving the exception, the court accepts as true "well-pleaded" facts, but disregards legal conclusions.[21] If the law does not provide a remedy based on the facts alleged, the court must sustain the exception and dismiss the petition.[22]

---

[15]  *Id.* ¶¶ 53–59.

[16]  *Id.* ¶¶ 71–75.

[17]  *Id.* ¶¶ 76–80.

[18]  *Id.* ¶¶ 81–91.

[19]  *Scheffler v. Adams & Reese, LLP,* 2006-1774, p. 4 (La. 2/22/07), 950 So. 2d 641, 646.

[20]  *Simmons v. State, Dep't of Child. & Fam. Servs.,* 2015-0034, p. 5 (La. App. 4 Cir. 6/24/15), 171 So. 3d 1147, 1150 (citation omitted).

[21]  *See Par. of Jefferson v. City of Kenner,* 95-266, p. 1 (La. App. 5 Cir. 10/31/95), 663 So. 2d 880, 881.

[22]  *See Scheffler,* 2006-1774, p. 5, 950 So. 2d at 647; *Par. of Jefferson,* 95-266, p. 1, 663 So. 2d at 881.

The dilatory exception of vagueness aims "to place a defendant on notice of the nature of the facts sought to be proved so as to enable [the defendant] to identify the cause of action, thus preventing its future relitigation after a judgment is obtained."[23]  Unless the petition "fairly informs the defendant of the nature of the cause of action and includes sufficient substantial particulars to enable the defendant to prepare its defense," the exception of vagueness must be granted.[24]

## LAW AND ARGUMENT

The petition says nothing specific about Carrington personally—much less sufficient facts to hold him personally liable for alleged company conduct.  Thus, the petition fails to state a cause of action against Carrington as an officer of defendant S&S.  In the alternative, the petition is impermissibly vague because, in pleading all facts against all defendants, collectively, the petition fails to put Carrington on notice of the allegations against him.

**I.    This Court should dismiss the petition because it fails to state a claim against Carrington.**

Under Louisiana's fact pleading system, a petition must "set forth material facts upon which the cause of action is based" by specifically alleging "what act or omission he or she will establish at trial."[25]  The petition *must* identify the parties by name and present a "short, clear, and concise statement . . . of the material facts of [] the transaction or occurrence that is the subject matter of the litigation."[26]  As a result, and because a court can only accept well-pleaded facts, group pleading or collective conclusory allegations cannot state a claim.[27]  That is, "[a] mere conclusion unsupported by material facts does not set forth a cause of action."[28]

The petition here fails to state a claim against Carrington for at least two reasons:  (1) it alleges no facts specific to Carrington because it improperly lumps all defendants "collectively" together; and (2) it alleges no facts establishing that Carrington, as a company officer, owed any personal duty to any plaintiff or is personally liable for company conduct.

---

[23]    *Vanderbrook v. Jean*, 2006-1975, p. 5 (La. App. 1 Cir. 2/14/07), 959 So. 2d 965, 968 (citing *Snoddy v. City of Marksville*, 97-327, p. 5 (La. App. 3 Cir. 10/8/97), 702 So. 2d 890, 893).

[24]    *Id.* (citing *Whipple v. Whipple*, 408 So.2d 390, 392 (La. App. 1st Cir. 1981)).

[25]    *Greemon v. City of Bossier City*, 2010-2828, pp. 8-9 (La. 7/1/11), 65 So. 3d 1263, 1268-69 (quoting Frank L. Maraist, La. Civ. Law Treatise: Civil Procedure § 6:3).

[26]    La. Civ. Code Proc. art. 891(A).

[27]    *See supra* notes 21, 25–26 and accompanying text.

[28]    *Van Hoose v. Gravois*, 2011-0976, p. 9 (La. App. 1 Cir. 7/7/11), 70 So. 3d 1017, 1023.

A.    **Group pleading does not state a cause of action against an individual defendant, like Carrington here.**

Louisiana law requires a petition to identify "with enough particularity" *each defendant's* alleged misconduct.[29]  But here, rather than allege facts against Carrington, the Division and the sheriffs admittedly group together all defendants—corporate entities (some related, some not) and individuals alike—"collectively, [as] the 'Defendants.'"[30]  As a result, the petition broadly asserts that all defendants "collectively" committed all the allegedly improper acts, at all times, together—ignoring the vast differences between the companies and individuals sued.[31]  When read in context, these collective allegations make no sense, let alone state a claim against Carrington.

For example, the petition charges *all defendants* with using "Microsoft license keys not owned by the Defendants"[32]; "falsif[ying] record details of cybersecurity incidents"[33]; "stor[ing] local government logins and passwords within web browsers."[34]  It even alleges that *all defendants* "visit[ed] pornography sites during business hours"[35] and had one, single "self-hosted website"[36] though defendants are different entities and individuals, engaged in different types of work, in different states, with some having no connection to Louisiana.  The petition's group pleading ignores that Carrington may have had different roles—or no role at all—from 2015 through 2020, when the wrongful acts allegedly occurred.[37]  The petition also ignores the legal impossibility that Carrington personally performed or has personal liability for these acts, for which the Division and the sheriffs themselves fault a company.[38]  Indeed, it is impossible for all defendants to have

---

[29]    *Sunlake Apartment Residents v. Tonti Dev. Corp.*, 522 So. 2d 1298,  1304-05 (La. App. 5th Cir. 1988).

        Federal law similarly requires a plaintiff to plead alleged wrongful acts individually against each defendant.  *Owens v. Jastrow*, 789 F.3d 529, 537 (5th Cir. 2015) ("[W]e do not construe allegations . . . against the 'defendants' as a group as properly imputable to any particular defendant.").

[30]    Petition at 2.

[31]    *See generally id.*

[32]    *Id.* ¶ 33(b).

[33]    *Id.* ¶ 33(k).

[34]    *Id.* ¶ 33(i).

[35]    *Id.* ¶ 33(c).

[36]    *Id.* ¶ 33(d).

[37]    *See generally id.* ¶ 33 ("At times between 2015 and 2020, Defendants and their employees engaged in the following activities . . . .").

[38]    *See generally id.* ¶ 3 (accusing S&S of "delivering woefully defective software products and cybersecurity services to the Sheriffs and political subdivisions across the State of Louisiana, as well as negligently failing to hire and supervise qualified employees").

performed all these acts as to all the plaintiffs when the Division and two of the named sheriffs were never customers of three of the company defendants (or the two individual defendants), the four company defendants are different companies with different corporate forms and structures, two of the company defendants don't do any business in Louisiana, and one of the company defendants and its individual member aren't in the business of providing technology services that the Division and sheriffs complain about.[39]  Nor can the Division or the sheriffs satisfy their pleading requirements by lodging one defendant's acts against all others and, in the process, failing to make a single specific allegation against any one of them.[40]

Presented with strikingly similar facts in *B-G & G Invs. VI, L.L.C. v. Thibaut HG Corp.*, the Louisiana Fourth Circuit affirmed the trial court's dismissal of tort claims against corporate officers stemming from company conduct.[41]  There, the plaintiff contended that the president and secretary-treasurer of the defendant corporation were personally liable for "with[olding] information" relating to a purchase agreement between the plaintiff and the corporation.[42]  But plaintiff did not allege that the individual president and secretary-treasurer owed it "any [] *personal* duty."[43]  Rather, "all the allegations of the petition [were] asserted against all three defendants collectively, lumping the two individual defendants in with the corporation."[44]  Because "Louisiana law does not generally recognize a cause of actions by third parties against officers or directors of a corporation for tortious conduct . . . attributable to the corporation, or for debts of the corporation" and because "personal liability cannot be imposed upon a corporate officer simply because of the officer's general administrative responsibility for the performance of some corporate function," the court of appeal affirmed the trial court's dismissal "on the face of the petition."[45]  This Court should reach the same result here because plaintiffs' petition fails to allege

---

[39]  *See generally id.* ¶¶ 12–17 (identifying the various defendants).

[40]  *See e.g., B-G & G Invs. VI, L.L.C. v. Thibaut HG Corp.,* 2008-0093 (La. App. 4 Cir. 5/21/08), 985 So. 2d 837; *Batson v. Cherokee Beach & Campgrounds, Inc.,* 428 So. 2d 991, 993 (La. App. 1st Cir. 1983) (sustaining exception of no cause of action where plaintiff alleged he sustained injuries "through the negligence of *all defendants* in failing to take due care.") (emphasis added).

[41]  2008-0093 (La. App. 4 Cir. 5/21/08), 985 So. 2d 837.

[42]  *Id.* p. 1, 985 So. 2d at 839.

[43]  *Id.* p. 6, 985 So. 2d at 840–41 (emphasis added).

[44]  *Id.* p. 6, 985 So. 2d at 842.

[45]  *Id.* pp. 5–6, 985 So. 2d at 841.

any facts specific to Carrington, instead asserting all claims against all defendants collectively, which cannot state a cause of action against any particular defendant.[46]

The sheriffs and the Division also implausibly claim that all defendants collectively committed all ten causes of action. But to plausibly allege an unfair trade practices claim, the Division must prove: (1) it suffered an ascertainable loss, (2) resulting from the defendant's unfair methods of competition and unfair or deceptive acts or practices.[47] In other words, the Division must prove that *Carrington's* own allegedly unfair methods of competition caused it to expend $15 million on cybersecurity enhancements. But Carrington undisputedly does not personally compete in the technology and cybersecurity services market; S&S does. Similarly, a plaintiff can bring a redhibition claim only against the seller or manufacturer of a defective product.[48] But the petition does not allege that Carrington personally sold any products—because, in fact, he did not.[49] The sheriffs contracted to purchase software products and services *only* from S&S.[50] And to sustain their fraud claims, the plaintiffs must plead "the circumstances constituting fraud . . . *with particularity*,"[51] naming the "*particular person* . . . who made any representation" to them.[52] And they have admittedly failed to do so.

Thus, in resolving this exception of no cause of action, when this Court must ask "whether the law provides a remedy against the *particular defendant* in this case . . . based on the facts alleged in the [petition]," the answer is unequivocally "no."[53]

> **B.    The petition fails to allege any facts sufficient to hold Carrington, a company officer, personally liable for alleged company acts.**

---

[46]    *Id.* pp. 3–4, 985 So. 2d at 840-41.

[47]    *Tchefuncte Harbour Townhome Ass'n, Inc. v. Costanza*, 2015-0524 (La. App. 1 Cir. 11/6/15), 2015 WL 6842117 (affirming no LUTPA cause of action against company's property manager); *Guillory v. Broussard*, 2015-888, p. 17 (La. App. 3 Cir. 2016), 194 So. 3d, 764, 778-79, (affirming no LUTPA cause of action against company's employees).

[48]    *See generally Pratt v. Himel Marine, Inc.*, 2001-1832, p. 13 (La. App. 1 Cir. 6/21/02), 823 So. 2d 394, 403.

[49]    *See generally* Petition ¶¶ 7, 27.

[50]    *See generally id.*

[51]    *Ordeneaux v. Arkel Food Servs., L.L.C.*, 2020-1312, pp. 11-12 (La. App. 1 Cir. 6/4/21), ___ So. 3d ___, 2001 WL 2282634 (affirming district court's dismissal of fraud claim because the petition "contain[ed] no allegations of fraud or fraudulent intent").

[52]    *Bottinelli Real Est., L.L.C. v. Johns Manville, Inc.*, 2019-0619, p. 8 (La. App. 4 Cir. 12/27/19), 288 So. 3d 179, 186 (emphasis added) (sustaining no cause of action exception and finding the petition's "fraud allegations are merely conclusory and lack sufficient particularity").

[53]    *Simmons*, 2015-0034, p. 5, 171 So. 3d at 1150 (emphasis added).

As a general rule, "[o]fficers, employees and agents owe no duties to third parties, and cannot be found liable to third parties for their negligent acts and omissions in the commercial context."[54]  As a rare exception, to state a valid cause of action against an individual businessperson for company conduct, a petition must allege facts establishing that the officer owes some "*personal* duty toward a third person" or is otherwise personally liable for company's actions or inactions.[55]  Otherwise, "personal liability *cannot* be imposed upon the officer."[56]  In other words, a plaintiff cannot state claims against a company businessperson just because that person has "general administrative responsibility for performance of some function of the" company;[57]  liability must depend on something more than the truism that he is "the person in charge."[58]

Here, the petition alleges various claims arising only out of the sheriffs' technology services contract with the *company* S&S.[59]  The Division and the sheriffs fail to allege any facts specifically against Carrington—much less any facts sufficient to establish that he allegedly owed them a *personal* duty or is otherwise *personally* liable for corporate conduct of the limited liability company for which he works.  Again, this 76-page, 101-paragraph petition alleges zero facts about Carrington whatsoever.[60]  The petition does not so much as allege who Carrington works for, what

---

[54]  *Korson v. Independence Mall I, Ltd.*, 595 So. 2d 1174, 1178 (La. App. 5th Cir. 1992).

[55]  *Terrebonne Concrete, LLC v. CEC Enters., LLC*, 2011-0072, p. 15 (La. App. 1 Cir. 8/17/11), 76 So. 3d 502, 512.

[56]  *Hemphill-Kunstler-Buhler, Auctioneers & Appraisers v. Davis Wholesale Elecs. Supply Co.*, 516 So. 2d 402, 404 (La. App. 1st Cir. 1987); *see also Terrebonne Concrete*, 2011-0072, p. 11, 76 So. 3d at 510 (finding company president owed no duty to plaintiff "by reason of the construction contract and its obligations"); *Manning v. United Med. Corp. of New Orleans*, 2004-0035, p. 7 (La. App. 4 Cir. 4/20/05), 902 So. 2d 406, 411 (affirming dismissal because "a mere administrative duty to the corporation will not suffice to hold an officer, agent, or employee liable").

[57]  *Terrebonne Concrete*, 76 So. 3d at 513; *see also Elnaggar v. Fred H. Moran Constr. Corp.*, 468 So. 2d 803, 806 (La. App. 1st Cir. 1985) ("[a]ccepting as true the allegation that [an individual defendant] was an officer, director, and stockholder" of company that allegedly sold a defective product was insufficient to state a claim against him personally); *Gulf Coast Hous. & Dev. Corp. v. Cap. One*, 2016-0296, pp. 8-9 (La. App. 4 Cir. 10/5/16), 203 So. 3d 366, 372 (sustaining no cause of action because "Louisiana law does not provide third parties with a cause of action against directors and officers for negligence, mismanagement, breach of fiduciary duty, or for the debts of the employer" and "the petition fail[ed] to set forth any facts that would establish personal liability on the part of [the corporate officers]"); *Bach v. Bd. of River Port Pilot Comm'rs*, 2015-765, p. 20 (La. App. 5 Cir. 5/12/16), 193 So. 3d 355, 368 (dismissing LUTPA claim because it is "axiomatic that as individuals, the commissioners are not liable in their individual capacities for the same acts they performed on behalf of the Board").

[58]  *Terrebonne Concrete*, 2011-0072, p. 13, 76 So. 3d at 511.

[59]  Again, the only allegation specific to Carrington is, "Scott Carrington, a natural person of the full age of majority . . . may be served at his place of business, 1120 South Pointe Parkway, Suite A, Shreveport, Louisiana 71105." Petition ¶ 17.

[60]  *See supra* note 59 and accompanying text.

his position is, what responsibilities he has, or how he ever interacted with any of the plaintiffs.[61] But even if it did make these most basic allegations, the petition would still fail to state a claim because Carrington's general role as a businessperson does not create personal liability as a matter of Louisiana law. Indeed, in *Terrebonne Concrete v. CEC Enterprises*, the Louisiana First Circuit rejected the plaintiff's argument that an officer can be personally liable for a company's "negligence, maladministration of corporate affairs, or omission of duty for acts done on behalf of the corporation, especially in a commercial context" based on mere allegations of being "in charge" or having "general administrative responsibilities."[62] This rule controls the outcome here.

Because plaintiffs have failed to plead any facts against Carrington, and sue him only because he is an officer of a company with which they did business, plaintiffs' petition fails to state a cause of action as a matter of law and must be dismissed.

**II.    Alternatively, the Court should dismiss the petition as impermissibly vague.**

At the very least, plaintiffs' impermissible group pleading and failure to allege facts about or identify conduct attributable to any particular defendant, this Court should sustain Carrington's alternative exception of vagueness.

Plaintiffs' claims against Carrington rest, not on any specific allegations about anything Carrington allegedly did himself, but on conclusory statements made against "collectively . . . the 'Defendants.'"[63] Again, Louisiana law requires fact pleading, not group pleading.[64] The petition must "give the required notice to *specific defendants* of the necessary elements of the alleged actionable activity"[65] and "include[] *sufficient substantial particulars* to enable the defendants to prepare their defense."[66]   When a petition like this one fails identify "the specific conduct or

---

[61]    *See generally* Petition.

[62]    *Terrebonne Concrete*, 2011-0072, p. 15, 76 So. at 512; *see also Korson*, 595 So. 2d at 1178 ("Officers, employees and agents owe no duties to third parties, and cannot be found liable to third parties for their negligent acts and omissions in the commercial context.").

[63]    Petition at 2.

[64]    *See supra* notes 25–30 and accompanying text.

[65]    *Roache v. Alpha Tech. Servs., Inc.*, 2010-1086, p. 7 (La. App. 5 Cir. 6/29/11), 71 So. 3d 520, 524 (emphasis added) (affirming grant of vagueness exception because "the allegations . . . that many defendants engaged in some hazardous activity, somewhere on a parcel of land in Harvey, over a time period of forty-six years, do not meet the requirements of La. C.C.P. art. 891").

[66]    *Snoddy v. City of Marksville,* 97-327, pp. 7–8 (La. App. 3 Cir. 10/8/97), 702 So. 2d 890, 893 (emphasis added).

actions of the defendants" allegedly creating liability, courts dismiss the petition, or at least require the plaintiff to amend to clarify the allegations.[67]

The petition here suffers from the fatal flaw of group pleading. Despite naming six defendants—including individuals and related and unrelated company entities alike—plaintiffs do not make a single specific allegation against any one of them.[68] Instead, starting on page two and continuing—without exception—through the rest of the petition, plaintiffs make every allegation against all six defendants "collectively, [as] the Defendants," without even trying to explain any defendant's particular role in the alleged misconduct.[69] These obscure allegations do not put the defendants on notice of the facts alleged against them to enable them to adequately prepare a defense, as Louisiana law requires. Beyond that, and as already explained, collective allegations here don't make any sense. It is inconceivable that *all defendants*, both individuals and corporate entities, with businesses located in different states and engaged in different types of business, could have carried out every alleged improper act at the same place and at the time. So, at a minimum, the Division and the sheriffs should have to amend the petition "to state all material facts relating to each specific claim of each plaintiff against each separate, individually named defendant and each separate corporate entity."[70]

## CONCLUSION

This Court should grant defendant Carrington's peremptory exception for no cause of action because, for the reasons explained above, plaintiffs allege no facts against him, and even if they had, Louisiana law does not provide them a remedy against him. In the alternative, the Court should grant the exception for vagueness.

---

[67] *Batson*, 428 So. 2d at 993 (finding plaintiff's allegations that he sustained injuries "through the negligence of *all defendants* in failing to take due care . . . "cannot form the basis of a cause of action, which under our system of fact pleading must be based on facts from which such conclusions may be drawn"); *see also Smart v. Gold, Weems, Bruser, Sues & Rundell*, 2006-1414 (La. App. 3 Cir. 4/4/07), 955 So. 2d 263, 269, writ denied, 2007-0854 (La. 6/22/07), 959 So. 2d 497 (discussing trial court order requiring "the plaintiffs amend their petition 'to state all material facts relating to each specific claim of each plaintiff *against each separate, individually named defendant and each separate corporate entity* on whose behalf the Exception of Vagueness was filed'" (emphasis added)).

[68] *See generally* Petition.

[69] *Id.* at 2.

[70] *Smart*, 2006-1414, p. 2, 959 So. 2d at 269.

Respectfully submitted,

_Judy Barrasso_

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Chloé M. Chetta, 37070
Taylor L. Gamm, 39623
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
cchetta@barrassousdin.com
tgamm@barrassousdin.com

*Attorneys for Scott Carrington*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Memorandum in Support of Defendant Scott Carrington's Peremptory Exception for No Cause of Action and, in the Alternative, Dilatory Exception of Vagueness has been served on counsel of record by email or United States mail on July 16, 2021.

_Judy Barrasso_

EAST BATON ROUGE PARISH    C-708254
Filed Jul 19, 2021 11:20 AM    26
Deputy Clerk of Court
FAX Received Jul 16, 2021

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA, By and Through its
DIVISION OF ADMINISTRATION, EAST
BATON    ROUGE    PARISH    LAW            NO.:   708254
ENFORCEMENT    DISTRICT,    By    and
Through the Duly Elected EAST BATON
ROUGE    PARISH    SHERIFF,    SID    J.            DIVISION "N"
GAUTREAUX, III, ET AL., Individually and
as Class Representatives,
                                    Plaintiffs              SECTION 26

VERSUS

i3-SOFTWARE & SERVICES, LLC; 1120
SOUTH    POINTE    PROPERTIES,    LLC,
formerly    known    as    SOFTWARE    AND
SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3- VERTICALS, LLC;
GREGORY    R.    TEETERS;    and    SCOTT
CARRINGTON
                                    Defendants

**DEFENDANTS i3-SOFTWARE & SERVICES, LLC AND
SCOTT CARRINGTON'S DILATORY EXCEPTION OF IMPROPER CUMULATION
AND DECLINATORY EXCEPTION OF IMPROPER VENUE**

        Defendants i3-Software & Services, LLC, and Scott Carrington except to the petition filed

by the State of Louisiana's Division of Administration and various individual sheriffs.  The ten

Sheriff's individual actions are improperly cumulated with each other because the sheriffs lack a

community of interest and because venue is not proper as to all the cumulated claims.  In addition,

the State's claim, by and through the Division of Administration, is improperly cumulated with

the sheriffs' class action because the parties do not share a community of interest and because the

actions do not employ the same procedure.

        Finally, for the same reasons that venue is improper for the cumulated claims, this court

should sustain a declinatory exception of improper venue.

        In further support these exceptions, i3-Software & Services and Scott Carrington attach the

following exhibits:

- July 16, 2021, Affidavit of Scott Carrington;

- Exhibit 1, East Baton Rouge Parish Law Enforcement District Contracts and
  Related Documents;

- Exhibit 2, Claiborne Parish Law Enforcement District Contracts and Related
  Documents;

- Exhibit 3, Rapides Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 4, East Feliciana Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 5, West Feliciana Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 6, Grant Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 7, Acadia Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 8, Tangipahoa Parish Law Enforcement District Contracts and Related Documents;

- Exhibit 9, Franklin Parish Law Enforcement District Contracts and Related Documents; and

- Exhibit 10, Ascension Parish Law Enforcement District Contracts and Related Documents.

Accordingly, these exceptions should be sustained.

Respectfully submitted,

*Judy Barrasso*

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Chloé M. Chetta, 37070
Taylor L. Gamm, 39623
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
cchetta@barrassousdin.com
tgamm@barrassousdin.com

*Attorneys for Scott Carrington and i3-Software & Services, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Defendant i3-Software & Services, LLC and Scott Carrington's Dilatory Exception for Improper Cumulation has been served on counsel of record by email or United States mail on July 16, 2021.

Judy Barrasso

_____

(1794842_1)

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STATE OF LOUISIANA, By and Through its
DIVISION OF ADMINISTRATION, EAST
BATON ROUGE PARISH LAW
ENFORCEMENT DISTRICT, By and
Through the Duly Elected EAST BATON
ROUGE PARISH SHERIFF, SID J.
GAUTREAUX, III, ET AL., Individually and
as Class Representatives,

                         Plaintiffs

VERSUS

i3-SOFTWARE & SERVICES, LLC; 1120
SOUTH POINTE PROPERTIES, LLC,
formerly known as SOFTWARE AND
SERVICES OF LOUISIANA, L.L.C.; i3
VERTICALS, INC.; i3- VERTICALS, LLC;
GREGORY R. TEETERS; and SCOTT
CARRINGTON

                       Defendants

NO.:  708254

DIVISION "N"

SECTION 26

## AFFIDAVIT OF SCOTT CARRINGTON

Before me, the undersigned authority, came and appeared Scott Carrington, who,

after being duly sworn, stated as follows:

    1.     I have full capacity and make this affidavit of my own personal knowledge,

information, and belief.

    2.     I reside in Bossier Parish.

    3.     I am an employee and the business unit Chief Executive Officer of i3-Software and

Services, LLC ("S&S").

    4.     S&S's principal place of business is located at 1120 South Pointe Pkwy. #A,

Shreveport, Louisiana, in Caddo Parish.

    5.     As an employee of S&S, I am familiar with the company's business records,

including S&S's technology products and services contracts with the East Baton Rouge Parish

Sheriff; the Claiborne Parish Sheriff; the Rapides Parish Sheriff; the East Feliciana Parish Sheriff;

the West Feliciana Parish Sheriff; the Grant Parish Sheriff; the Acadia Parish Sheriff; the

Tangipahoa Parish Sheriff; the Franklin Parish Sheriff; and the Ascension Parish Sheriff, and the

way S&S makes and keeps those contracts and associated in the course of its regular business and

as a regular practice of its business.

6.    I have reviewed the exhibits attached to the Dilatory Exception of Improper Cumulation and Declinatory Exception for Improper Venue, and these are true and correct copies of S&S's contracts with the East Baton Rouge Parish Sheriff; the Claiborne Parish Sheriff; the Rapides Parish Sheriff; the East Feliciana Parish Sheriff; the West Feliciana Parish Sheriff; the Grant Parish Sheriff; the Acadia Parish Sheriff; the Tangipahoa Parish Sheriff; the Franklin Parish Sheriff; and the Ascension Parish Sheriff.

7.    S&S separately bargained for and negotiated each contract with each parish's sheriff.

8.    Pursuant to those individually bargained contracts, the nature of each sheriff's relationship with S&S is different because S&S provides uniquely tailored services and products to fit the varying needs of each parish.  Certain sheriffs employed their own information technology specialists to maintain online networks, implemented internal policies to maintain network security, utilized robust firewalls, and stored data with S&S.  Other sheriffs took some or none of these measures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2021.

Scott Carrington

Sworn to and subscribed before me,
this 16th day of July, 2021.

Notary Public

Print Name:  Sarah W Hair

No.  87326

My Commission is for life.

SARAH W HAIR
Notary Public
Notary ID No.87326
CADDO PARISH

2

 

**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

### AGREEMENT

**BETWEEN:**                                    **AND:**

Software & Services of Louisiana, LLC          **East Baton Rouge Parish**
                                               **Sheriff's Office**
(The "Contractor") as applicable at            (The "Client") as applicable at
the following address:                         the following address:

Parkway Plaza                                  **Room 235, Government Building**
1120 S Pointe Parkway, Building A              **222 St. Louis St.**
Shreveport, LA 71105-2600                      **Baton Rouge, La 70821**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC          **East Baton Rouge Parish**
                                               **Sheriff's Office**
"Contractor"                                   "Client"

_Greg Teeters_        5-19-10                  _Sid J. Gautreaux_

Greg Teeters, President    (Date)              Sid Gautreaux, III, Sheriff    (Date)
                                                                              5-6-10

**EXHIBIT 1** Stephen J. Hymel (sh)
Chief Civil Deputy          **1**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a) Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and as described in the Software Features Document, a copy of which is attached as Exhibit B, and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal or Software Features Document. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b) Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c) Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a) Contractor will deliver and install the Products and Services as set forth in the Proposal (Exhibit A) and the Software Features Document (Exhibit B) subject to the substitution provision of paragraph 1(b), supra.

   (b) Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c) Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a) Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

   (b) Client will make payments as detailed in Exhibit C, Payment Schedule.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b) While Contractor has agreed to provide the necessary training in order to achieve a high level of success with the use of its product, the Client will ensure that its personnel have satisfactorily attended and completed the instructor provided courses to a degree in which said personnel can achieve their day to day job functions with the purchased product.

   (c) Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d) Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement. Client acknowledges that the products described in Proposal may not replace all current work procedures or replace all currently used reports unless specifically stated in Proposal.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a) The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis, developments, and similar information.

   (b) Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

2

**2**



(c)    Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.    **SOFTWARE LICENSE.**

(a)    Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)    Licenses shall not be granted to Client until all license fees due pursuant to this Agreement have been paid in full. In the event that said license fees have not been paid in full, Client agrees to remove all Contractor proprietary information from its computers and possession.

(c)    Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(d)    Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

(e)    Client will have read-access to the software database for custom reports or enhancements.

(f)    Contractor agrees to allow Client to design and develop custom enhancements, and maintain the application under the following conditions: a) the annual software support agreement is in force, b) enhancements shall not be distributed outside the custody of Client, c) Client will contact and coordinate with Contractor to ensure that changes proposed are properly controlled and that routine version updates provided by Contractor will install cleanly without damaging the integrity of underlying data, Contractor products or Client enhancements, d) Client assumes all responsibility for the integrity and results of Client developed enhancements, e) Client will pay Contractor reasonable fees for services provided in the support of Client-developed enhancements. Subject to the above conditions Contractor agrees to provide timely assistance and timely development of write-access APIs in support of the Client-developed enhancements. Irrespective of this paragraph, Contractor maintains all rights including the right not to provide application software source code.

(g)    In the event that Contractor discontinues business because of insolvency or bankruptcy, the software source code will be made available to the Client.

7.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Contractor warrants that for a period of one year from date of delivery, (i) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

**3**

8.    **LIMITATION OF LIABILITY.**

    (a)    Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services, or exercising Client's option to terminate this Agreement as specified in Section 9 (Termination) of this Agreement. In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation, even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $150,000 or the amount of the fees actually paid to Contractor.

    (b)    Contractor agrees to defend and hold Client harmless from and against any and all loss, cost, liability, suits, debts, claims, actions, and causes of action that may be made or brought against Client based on an allegation that the software as designed and installed by Contractor, or the usage thereof, infringes on a patent, copyright, trade secret, or other proprietary right of a third party, EXCEPT only for the alteration or use of said software with other software, hardware, products or devices, the combination of which was not installed, recommended or otherwise approved by Contractor.

9.    **TERMINATION.**

    (a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor or (vii) discontinues annual software support. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

    (b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.    **GENERAL.**

    (a)    <u>Complete Agreement</u>. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

    (b)    <u>Supplies</u>. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

    (c)    <u>Force Majeure</u>. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

    (d)    <u>Arbitration</u>. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

    (e)    <u>Limitation Period</u>. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

    (f)    <u>Reformation and Severability</u>. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

    (g)    <u>Governing Law</u>. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the

4

**4**

essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11. **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential                                              1


# Software & Services

**Microsoft** GOLD CERTIFIED *Partner*    Security Solutions  Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Apr-10                          **Exhibit A**

## East Baton Rouge Parish Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|

**S&S Application Software**

| Item | Price |
|---|---|
| **SH - TCM™ BASE APPLICATION - See Note 4** | $ |
| *Base Tax Collection Administration Application* | |
| **SH - TCM™ LOCKBOX PAYMENT PROCESSING** | $ |
| *LockBox File payment and check Image posting Module* | |
| **CREDIT CARD POS INTEGRATION - See Note 1** | $ |
| *Credit Card Payment Processing Module* | |
| **GREAT PLAINS G/L INTEGRATION** | $ |
| Posting to Financial Application | |
| **SH - TCM™ ONLINE PAYMENT - See Note 2** | $ |
| *Internet Payment Interface Module* | |
| **SH - TCM™ POLO™ - See Note 3** | $ |
| *Data Select and Retrieval Module* | |
| | $ |
| *Includes 1 year client application support* | |

**Total S&S Applications > $**

**3rd Party Software**

| Item | |
|---|---|
| **Windows Server® 2008 Standard** | EBRSO |
| **Windows Server® 2008 Standard- (Media)** | EBRSO |
| **Windows Server® 2008 - Client CALs** | EBRSO |
| **SQL Server™ 2008 Standard Edition** | EBRSO |
| **SQL Server™ 2008 (Media)** | EBRSO |
| **SQL Server™ 2008 Client CALs** | EBRSO |
| **Antivirus Software** | EBRSO |

**Total 3rd Party Software > $          -**

*Official's Initials>*          **6**

Software Services, LLC Confidential

2

# Software & Services

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

22-Apr-10

## Exhibit A

## East Baton Rouge Parish Sheriff

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Services**

| | | | | |
|---|---|---|---|---|
| | | 12 Days Training (@ EBRSO Training Facility) | $ | |
| | | *(Includes 2 training sessions)* | | |
| | | Year 1997 to Current Historical Data Conversion | $ | |
| | | *(Estimated at 3 weeks of Conversion time. Further data analysis will* | | |
| | | *be required for a more accurate estimate)* | | |
| | | 6 Days TCM GO-LIVE ONSITE CONSULTATION | $ | |
| | | Integration Module Configuration | $ | |
| | | Personnel Travel & Expenses to Client Site | $ | |
| | | *(includes Initial Training & GO-LIVE Consultation)* | | |
| | | Software Loading and Configuration @ S&S | $ | |
| | | **Total Consulting Services >** | $ | |

| **Grand Total** | $ |
|---|---|

Official's Initials>

7

Software Services, LLC Confidential                                                    3

## Software & Services

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Apr-10                        **Exhibit A**

## East Baton Rouge Parish Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|
| | | | |

**Recurring Annual Fees**

**Annual Client Application Support (CAS):**                    $

*Note:* *After the first year of included support, annual support fee increases, if any, will not exceed an average increase of 6% annually. Any new products or modules added during a year may include separate support agreements, and will not be considered in percent increase calculations.*

*Client is required to have high speed connectivity for remote support of Windows® applications.*

**Recurring Fees Total >** $

*Note 1* Credit Card Merchant Accounts need to be set-up. PC Charge works with a defined set of merchants. Configuration to merchants/banks other than this defined set is not tested or included. Additional API's, if developed, will be considered in the "Program Enhancement" as discussed below. This proposal does not include card-swipe or signature equipment.

*Note 2* The Online Payment Module uses Pay-Pal. Other configurations have not been tested or included. Additional API's, if developed, will be considered in the "Program Enhancement" as discussed below.

*Note 3* Data retrieval and reporting are based on predeveloped, existing program designed API's. Additional API's, if developed, will be considered in the "Program Enhancement" as discussed below.

*Note 4* This is a 30 user license. Additional licenses included are available with 5 users is priced at $5,000 per package.

*Note: Prices good for 30 days.*

Official's Initials>                                            **8**

Software Services, LLC Confidential                                                            4

**Software & Services**  Microsoft  GOLD CERTIFIED  Partner  Security Solutions  Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Apr-10                                    **Exhibit A**

## East Baton Rouge Parish Sheriff

| Order # | Qty. | Item | | | | Price |
|---------|------|------|---|---|---|-------|
|         |      |      |   |   |   |       |

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software, if quoted, is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution, if quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S's TCM™ application runs on a Windows® 2000, Windows® 2003 Server, or Windows® 2008 Server. S&S recommends using Windows® XP Professional or Windows® 7 workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

Official's Initials>  ___  **9**

Software Services, LLC Confidential                                                      5

# Software & Services

*Microsoft*
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

22-Apr-10

## Exhibit A

## East Baton Rouge Parish Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Program Enhancements Cost:**
The TCM™  Proposal does not include any custom development to cover additional requirements or requests that arise from detailed analysis of current client processes and data.  When a new requirement is discovered, it will be written up in detail and a programmer will estimate time to make the change.  If this requirement or request is accepted, it will then be billable at the standard rate of $150 per hour.

**Conversion:**
**Software & Services agrees to convert year 1997 to current year of Historical Collection Data.** The current system server may be disconnected, when all historical data is converted or the Client determines it is no longer needed.  Conversion will be balanced based on values within millages according to the best available data from the current tax collection system. This estimate is based on general experience with common data.

**Training:**
Training will be conducted a facility  provided by EBRSO and located in Baton Rouge, La. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows® Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

*Official's Initials>* **10**

# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
www.softwareservices.net

**Exhibit B**
TCM™ Version 3.4.9
Software Features

## TCM™ General Features:

1. Written in Microsoft Windows environment (Visual Basic, SQL Server).

2. Provides smooth, timely updates of the Assessor's tax roll data from magnetic media.

3. Allows the maintenance of multiple tax years online at one time.

4. Maintains valid tax codes and millages for each year.

5. Prints checks to appropriate taxing bodies for taxes, interest, cost, fees, etc. with clear and accurate reports detailing all receipts, postings and refunds to support the distribution.

6. Makes/generates all appropriate General Ledger and Accounts Payable entries.

7. Allows assessments to be placed "on hold" or "released" to stop activity such as accepting payments, selling at tax sale, bankruptcy, stop advertising, etc.

8. Allows free-form comments to be maintained on each parcel.

9. Allows duplicate comments to be added to multiple parcels.

10. Maintains property by "type" for use in tax sale purposes.

11. Maintains accurate and current reports of collected and uncollected taxes due by taxing bodies.

12. Has the ability to print a tax certification, inquiry, lawsuit and mortgage certificate for all years that are due.

**11**

13. Maintains an audit trail of adjustments made by the Louisiana Tax Commission.

14. Allows testing with a non-live set of data.

15. Maintains history of all activity to individual's accounts for multiple years.

16. Allows letter processing with user-defined content and merge with database.

17. Separately itemizes all charges, changes and payments.

18. Allows payments to be posted manually.

19. Adds and removes interest on multiple years.

20. Corrects batch ID number and date.

21. Lists accounts with a comment.

22. Prepares and prints seizure notices to be served.

23. Supports user maintainable interest and cost rates.

24. Allows Pension Fund and Assessor's Compensation to be distributed and checks printed.

25. Allows distribution of Revenue Sharing and check printing.

26. Allows the distribution of prior year taxes.

27. Allows systems to upload data to third party accounting systems.

**TCM™ Cash Collection Features:**

1. Accepts complete payments, partial payments, over payments, and duplicate payments.

2. Accepts payments made under protest, and does not distribute them.

3. Allows releasing payments made under protest.

4. Calculates and properly distributes interest and costs on late payments.

**12**

5. Allows payments of multiple bills with a single check.

6. Allows payments of one bill with multiple checks.

7. Allows payments made with cash, check, credit card, or any combination.

8. Produces reports showing receipts of cash, checks, and credit cards by date.

9. Allows reversal of payments to the wrong account and maintains audit trails.

10. Allows reversal of payments made with an NSF check and maintains audit trails.

11. Allows printing receipts immediately upon payment at a local printer.

12. Searches for payment amount, current amount, and original amount for any or all tax years.

13. Accepts batch payments (using data files) from mortgage companies, taxing services, etc. with pre-posting verification reports.

14. Provides daily balancing reports by drawer, cashier with totals by payment type.

15. Allows lookups by owner's name, parcel number, tax bill number, address, lot and square and subdivision.

16. Allows research of balances, charges, payments and adjustments to accounts during the cash receipt process.

17. Allows the printing of duplicate notices using a hot key.

18. Allows printing of duplicate receipts.

19. Allows inquiry and taking payments on prior year taxes.

20. Adds costs, advertisement fees, notice fees, interest, NSF fees, and liens to a single bill or multiple bills.

21. Operates cash drawers from each local PC.

22. Allows selecting/deselecting tax and fee line items to pay.

23. Requires entry of amounts tendered and displays on cashiers screen.

24. Shows all charges on an account on cashiers screen.

25. Allows use of bar-code and OCR readers.

26. Produces daily, monthly, and year-to-date detail and summary reports of payments, charges, and adjustments with total by taxing bodies.

**TCM™ NSF Check Features:**

1. Maintains details of checks returned insufficient, account closed, etc.

2. Allows creation of letters to be sent to writers of bad checks.

3. Produces report, on demand, of NSF check information for District Attorney's Office.

**TCM™ Sheriff's Tax Sale Features:**

1. Identifies delinquent accounts, and prints delinquent reports and letters.

2. Produces advertising lists for newspaper on electronic media in either bill number or alphabetical order.

3. Prints delinquent notice and final notice.

4. Maintains and tracks receipts (green cards) on final notices, including date received and signature.

5. Produces a list of properties sold to the Parish and to individual buyers.

6. Maintains buyer information.

7. Records property sold, including fees paid, percent purchases and recording information.

8. Prints deeds for sales and adjudications.

9. Prints list of property to be sold.

**TCM™ Back Tax (Deeds and Redemptions) Features:**

1. Calculates redemption amounts, including interest and penalty.

2. Maintains tax millage information by years for calculation of adjudicated property.

3. Maintains history of payments made on sold property.

4. Prints redemption receipts and prints checks to the third party tax buyer's and the Clerk of Court's Office.

5. Prints redemption and cancellation deeds.

6. Prints affidavit for tax purchaser.

**TCM™ Mortgage Company Features:**

1. Maintains mortgage company account numbers and have research options.

2. Allows entering of multiple mortgage companies for each parcel.

3. Allows mortgage company ID to be added to a batch.

4. Provides magnetic media to mortgage companies for tax information.

5. Allows updating and maintaining tax notice requests for mortgage companies.

6. Allows magnetic media tax billing to mortgage companies.

7. Allows payments to be received in batch on magnetic media from mortgage companies.

**TCM™ LTC Features:**

1. Maintains clear audit of each LTC activity, including LTC number, reason, and amounts added or deleted.

2. Prints detail and summary reports on LTC activity by bill number or date.

**15**

3. Allows the creation of new tax records for years prior to 1986 and prints new notices for supplements.

4. Prints new bills on any account that has been adjusted.

5. Allows tax bills to be canceled before they are paid.

6. Allows tax bills to be canceled and refunds issued on accounts that have been paid.

**TCM™ Refund Features:**

1. Allows computer-assisted entry (based on payment information) to issue a refund to the correct party.

2. Prints refund checks with remittance advice and check register.

3. Records refund information to the related account.

4. Prints detail and summary refund reports by taxing body, and date range.

5. Prints letters on non-mortgage refunds.

6. Flags refunds where another year is due.

**TCM™ Tax Notice Features:**

1. Prints tax notices in alphabetic, zip code or bill number order.

2. Allows ability to print 100% homestead notices.

3. Has the ability to print a second notice.

4. Prints a final notice with or without other years.

5. Allows printing either a bar code or OCR character on the tax notice.

6. Produces a certified mail report for the post office.

7. Allows billing to multiple owners of a single parcel.

**16**

8. Allows inclusion of special fees and costs to the notice.

**TCM™ Drill Around Features:**

1. Receipts to payment register.

2. Shows disbursement details on check stub.

3. Shows refund check details on check stub.

4. Allows General Ledger posting to receipts and distribution registers.

5. Allows posting details to Tax Commission change orders.

6. Includes disbursement registers on posting detail.

7. Allows the taxpayer name to show on receipts.

**TCM™ Drill Around Features:**

1. Software includes program documentation (in written form) for all modules and functions.



# **Software & Services**

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

### **Exhibit C**
### **Payment Schedule**

| | | |
|---|---|---|
| Contract Signing (20% of contract total) | $ | |
| Preliminary Data Conversion (20% of contract total) | $ | |
| Product Installation and Testing (20% of contract total) | $ | |
| Go-Live (20% of contract total) | $ | |
| 90 Days after Go-Live (20% of contract total) | $ | |
| | $ | |

**Notes:**

Contractor will invoice Client according to the milestones listed in this Payment
Schedule.  Client will promptly remit payment upon receipt of Contractor invoice.

Revised 08/21/2009

1

**18**



Software Services, LLC Confidential

SEP 1 6 REC'D

1

## Software & Services

**Microsoft**
**GOLD CERTIFIED**
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Aug-10                    **Proposal**

## East Baton Rouge Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|
| **S&S Application Software** | | | | |
| | 1 | **SAP Payment Module for TCM** | $ | |
| | | *Includes Installation, Programming and Training* | | |
| | | | Total S&S Applications > $ | |

| | | **Grand Total** | $ | |
|---|---|---|---|---|

**Recurring Annual Fees**

Annual Client Application Support (CAS): *12 months starting on installation completion date is a % of this LIST PRICE >>* $

**Note:** *Client is required to have high speed connectivity for remote support of Windows® applications.* $

| | | Recurring Fees Total > $ | |
|---|---|---|---|

*Note: Prices good for 30 days.*

Signature >                    Date 9-14-2010

ver-051809

Software Services, LLC Confidential                                                           2



**Software & Services**        **Microsoft**          Security Solutions
                               GOLD CERTIFIED         Networking Infrastructure Solutions
                               Partner

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Aug-10                          **Proposal**

## East Baton Rouge Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
A 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S' applications run on a Windows® 2003 Server or later environment.  S&S recommends using Windows® XP or VISTA workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98 or 2000).

**Unsupported PC Operating Systems include:**
Windows® XP Home, Windows® Media Center, Windows® Professional x64 Editions, and Windows® Vista Home, Windows® Home Basic, and x64 Editions are not supported.

ver-051809                    Signature >                        Date  9-14-2010

Software Services, LLC Confidential                                                          3

# Software & Services

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Aug-10                                    **Proposal**

## East Baton Rouge Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Existing Printers:**
S&S applications require printers which support Windows® drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the Client purchases equipment from S&S or another supplier.

**Cabling and Electrical:**
The Client is required to have CAT5 Cabling installed from PCs and printers to Server location prior to hardware deliver & installation. The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current UNIX Server may be disconnected, when all historical data is converted or the Assessor determines it is no longer needed. Conversion will be balanced based on values within milllages according to the best available data from the current Assessor system. This estimate is based on general experience with common data.

**Training:**
S&S recommends training key personnel in their Shreveport office. A training system can then be installed on the Client's network for all to work with. S&S staff will be on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows® Operating System. Reasonable expenses will be billed at cost.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

ver-051809                          Signature                          Date   9-14-2010

21

Software Services, LLC Confidential                                                                              1



## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Jun-13            **East Baton Rouge Parish  Sheriff's Office**

**TCM™  Enhancement Programming**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Services**

TCM™ Enhancement Programming                                   $ ▮▮▮▮

*See Exhibit B for Complete Description*

Total Consulting Services >  $  ▮▮▮▮

**Grand Total**                                              $ ▮▮▮▮

*Note: Prices good for 30 days.*

*Official's Initials> _____*

**22**

Software Services, LLC Confidential                                                                    2



**Software & Services**   Microsoft   Security Solutions
                          GOLD CERTIFIED   Networking Infrastructure Solutions.
                          Partner

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Jun-13          **East Baton Rouge Parish Sheriff's Office**

                   **TCM™ Enhancement Programming**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

TCM™ Online Payment Modules require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>* _____

**23**

# Exhibit B – Custom Programming Specifications

Consolidating prior year tax balance on the current year tax bill

To consolidate prior year balances on the current bill, Software & Services proposes customize programming in the following areas:

1. Original tax notice extract file – The tax notice extract file will Include current year taxes owed and the total amount of prior year taxes owed. The prior year taxes will only date back to the 2010 tax year.

2. Corrected Notice in TCM- The corrected notice will be modified to show current year taxes owed and the total amount owed for prior year taxes. The prior year taxes will only date back to the 2010 tax year.

3. Lockbox Payment Process- Modify the payment process to handle paying off the prior year taxes owed. The prior year taxes will only date back to the 2010 tax year.

4. Delinquent extract file- Include the prior year taxes and costs owed in the delinquent extract file. The prior year taxes and costs will only date back to the 2010 tax year.

5. Online payment processing- Modify the online payment web site and the online posting to include prior year payments. The prior year taxes will only date back to the 2010 tax year.

6. Tax Sale – Include prior year tax bills, up to 3 years prior to the current tax year, in the current tax sale. This option will start with the tax sale for the 2013 tax year.

24





**Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**E. Baton Rouge Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**Rm 235 Government Building
222 St. Louis St.
Baton Rouge, La 70821**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

_Steven P. Miller_     7/16/12
~~Greg Teeters, President~~     (Date)
Steven P. Miller, VP

**E. Baton Rouge Parish Sheriff's Office**
"Client"

_Stephen J. Hymel_     7-13-2012
for Sid Gautreaux III, Sheriff     (Date)
Chief Civil Deputy

_Robert Cuthraume_     7/13/12
Tax Director

Revised 05/27/2005

**25**

Software Services, LLC Confidential

1

**Software & Services**

Microsoft
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2-Jul-12

**Exhibit A**

**TCM™ Notifciation Module**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

| | 1 | **TCM™ Notification Module** | $ |
| | | (SEE EXHIBIT B FOR DETAILS) | |

**Services**

| | | Software Loading and Configuration @ S&S | $ |
| | | Total Consulting Services > | $ |

| | **Grand Total** | $ |

**Recurring Annual Fees**

**Annual Client Application Support (CAS): Jul 1st thru Jun 30th**   $

*Client is required to have high speed connectivity for remote support*
**Note**   *of Windows® applications.*

*Note: Prices good for 30 days.*

Official's Initials> 

**26**

Software Services, LLC Confidential                                                                    2


**Software & Services**   *Microsoft* GOLD CERTIFIED *Partner*   Security Solutions / Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2-Jul-12                          **Exhibit A**

                        **TCM™ Notifciation Module**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® • XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

TCM™ Online Payment Modules require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>*  _____

**27**

Software Services, LLC Confidential                                                        1



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

23-Mar-18          **East Baton Rouge Parish  Sheriff's Office**

### TCM™ Enhancement Programming Abstract Export

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
| | | | |

**Services**

**TCM™ Enhancement Programming**                                    $ ▮
*Adjust the Reseach Fee Batch Manangement to export to
excel and to export the parcel number.*

                                            Total Consulting Services >  $ ▮

| | Grand Total | $ ▮ |

*Note: Prices good for 30 days.*

*approved
[signature]
3-23-2018*

Official's Initials> _____

**28**

Software Services, LLC Confidential                                                    1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

18-Apr-18          **East Baton Rouge Parish  Sheriff's Office**

**TCM™ Enhancement Programming TCM Log Entry Audit**

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Services**

TCM™ **Enhancement Programming**                                    $
*Create Audit of Log Entry deletions.  Displaying User and
Log Entry name.*

Total Consulting Services > $

**Grand Total**                                                $

*Note: Prices good for 30 days.*

*approved*
*[signature]*
4-24-2018

*Official's Initials> _____*

**29**

Software Services, LLC Confidential                                                                                      2



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

18-Apr-18            **East Baton Rouge Parish  Sheriff's Office**

**TCM™  Enhancement Programming TCM Log Entry Audit**

| Order #   Qty.    Item | Price |
|---|---|

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

TCM™  Online Payment Modules require a Web Server or the ability to publish web pages  from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>* _____

**30**