

**The World Leader in Imaging SDKs**

## LICENSE CERTIFICATE
### Prepaid Commercial Deployment Licenses

This License Certificate certifies and confirms that the below-named entity ("Licensee") has purchased prepaid deployment licenses to deploy the LEAD SDK Components specified below as embedded within End User Software developed by Licensee in accordance with the Commercial Distribution License between LEAD and Licensee.

| | |
|---|---|
| **Name of Licensee:**  East Baton Rouge Parish Clerk of Court | |
| **Developer SDK Components:** LEADTOOLS Document Imaging Suite | |
| **Primary Serial Numbers:**  051405-9440056-001 | |
| **Licenses Granted:**  2 LEADTOOLS Document Imaging Suite Perpetual Desktops  22 LEADTOOLS Document Imaging 14.5 Perpetual Desktops | |
| **Annual Deployment License Maintenance:**  No | |
| **License Term:** Perpetual | |
| **Order Number:**  ORD-08653-T0C8C8 | |
| **Transaction Date:** Oct 30, 2018 | |

To acquire additional prepaid deployment licenses, contact the Licensing Administrator:

Licensing Administrator
licensing@leadtools.com
704-332-5532



LEAD Technologies, Inc.

By:

Jordan B. Shields, Vice President

LEAD Technologies, Inc •1927 S Tryon Street, Suite 200 • Charlotte, NC 28203
(704) 332-5532 phone • www.leadtools.com • sales@leadtools.com

**31**

Software Services, LLC Confidential

1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Apr-17

## East Baton Rouge Parish  Sheriff's Office

### TCM™ Enhancement Programming Research Fee Batch Change

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| | | | | |

**Services:**

**TCM™ Enhancement Programming**                               $ ▮

Change to the Research Fee Batch Management to also
have the abliity to create a batch by a base tax range
amount.

Total Consulting Services >  $ ▮

Grand Total                                    $ ▮

*Note: Prices good for 30 days.*

OK
[signature]
4/25/2017



Software Services, LLC Confidential

1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

6-Oct-17

**East Baton Rouge Parish Sheriff**

## AIS Inquiry

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

| | 1 | **AIS Inquiry Module** | $ ▉ |

*The AIS Inquiry allows the Sheriff's office to inquiry into the Assessor's AIS system through the Sheriff's TCM application. This module allows the viewing of Parcel Information, Other Owners, Ownership History, Deed History, Items, and Images.*

Total S&S Application > $ ▉

**Services**

Software Loading and Configuration @ S&S                  $ ▉

Total Consulting Services > $ ▉

**Grand Total**                                      $. ▉

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th        $    750.00

*Client is required to have high speed connectivity for remote support*
**Note**   *of Windows® applications.*

Note: Prices good for **30 days**.

*approved
She[?] Th[?] 4-24-2018*

Official's Initials> _____

**33**

Software Services, LLC Confidential                                              2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

6-Oct-17                    **East Baton Rouge Parish Sheriff**

                                  **AIS Inquiry**

| Order # | Qty. | Item | | Price |
|---------|------|------|--|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

*Official's Initials>* _____

**34**

Software Services, LLC Confidential                                                    3

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

6-Oct-17                          **East Baton Rouge Parish Sheriff**

**AIS Inquiry**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

*Official's Initials>* _____

**35**

Software Services, LLC Confidential                                                    1



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

16-Apr-18                **East Baton Rouge Parish  Sheriff's Office**

## TCM™ Enhancement Programming TCM Online Address Restriction

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Services**

### TCM™ Enhancement Programming                              $ ███

*This enhancement is to update TCM Online to remove
specific parcel addresses from the TCM online site.  A flag
will be created within TCM so a Parcel can be marked as
"Restricted".  The Restricted Parcel's address will not be
displayed online and will not be seen by the public users
within TCM.  An updated to the AIS/TCM Taxroll Conversion
will be made to bring the flag over into TCM from AIS.*

Total Consulting Services > $ ███

**Grand Total**                                    $ ███

*Note: Prices good for 30 days.*

approved
Sheriff
4/16/2018

Official's Initials> _____

**36**

Software Services, LLC Confidential                                                     1

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

10-Feb-15                  East Baton Rouge Parish  Sheriff's Office

TCM™  Delinquent Notice Research Extract File

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Services**
TCM™ Enhancement Programming                              $ ▇▇▇
*See Exhibit B for Complete Description*

Total Consulting Services > $ ▇▇▇

**Grand Total**                                          $ ▇▇▇

*Note: Prices good for 30 days.*

*approved*
*Shig Flora*
*2/12/2015*

*Official's Initials>* _____

**37**

# Exhibit B – Custom Programming Specifications

## Delinquent Notice Research Extract file

1. Add the ability to create a "batch" of delinquent tax notices, and add a fee to each notice.

2. Add the ability to print a report on a selected batch.  The report will contain the following information:

   Notice Number
   Parcel #
   Owner Name,
   Physical Address
   Legal Description

3. Add the ability to only create and advertisement listing on tax notices with a delinquent balance and a research fee added.

4. Add the ability to transfer notices to Deeds and Redemptions with a delinquent balance and a research fee added.

**38**

 **Software & Services**

1120 S Pointe Parkway
Shreveport, La 71105
318-865-1505

## SOFTWARE DEVELOPMENT & CONSULTING SERVICES

### STATEMENT OF WORK
### Exhibit B

## 1. Summary

| | |
|---|---|
| Client: | East Baton Rouge Parish Sheriff's Office |
| Agreement Number: | East Baton Rouge Parish - Desc SOW |
| Project Name: | TCM Custom Programming |
| Services Fees: | $750.00 |
| License Fees: | N/A |
| Support Fees: | N/A |
| Server Hosting Fee | N/A |
| Expenses 15% of SF: | N/A |
| Total Fees: | |
| Payment Term: | *See payment terms in section 6 |

## 2. Effective Date / Term and Termination

Software & Services shall begin performing Services under this Statement of Work on Date Proposal Signed and returned. (the "Effective Date" of this Statement of Work). Services rendered under this Statement of Work shall be completed however, this Statement of Work may be terminated prior to such date upon one (1) week notice from Client.

## 3. Points of Contact

The following are the points of contact for the parties with regard to this SOW:

| Contract Point of Contact | Software & Services | East   Baton   Rouge   Parish Sheriff |
|---|---|---|
| Name: | Keith McGee | Vivia Dimmer |
| Title: | Lead Client Support Analyst | Assistant Tax Director |
| Mailing Address: | 1120 S Pointe Parkway Shreveport, LA. 71105 | 222 St. Louis St. Baton Rouge, La 70821 |
| Phone: | 318-865-1505 | 225-389-4816 |
| Fax: | 318-865-1408 | ** |
| E-mail: | Keith.McGee@softwareservices.net | vdimmer@ebrso.org |

| Business Point of Contact | Software & Services | East   Baton   Rouge   Parish Sheriff |
|---|---|---|
| Name: | Keith McGee | Vivia Dimmer |
| Title: | Lead Client Support Analyst | Assistant Tax Director |
| Mailing Address: | 1120 S Pointe Parkway Shreveport, LA. 71105 | 222 St. Louis St. Baton Rouge, La 70821 |
| Phone: | 318-865-1505 | 225-389-4816 |
| Fax: | 318-865-1408 | ** |

Page 1 of 3

Confidential and Proprietary
Software & Services of La, LLC. All Rights Reserved

**39**

 **Software & Services**

1120 S Pointe Parkway
Shreveport, La 71105
318-865-1505

| E-mail: | Keith.McGee@softwareservices.net | *vdimmer@ebrso.org* |

## 4. Requested Customized Enhancements

Task 1.1 - Software & Services proposes to add the ability to export the Refunds to Process report into excel format by tax year.

## 5. Key Project Deliverables and Acceptance Criteria

The following is a description of key Deliverables, if applicable, through delivery of Services, as well as Acceptance Criteria for each Deliverable:

| Deliverable Title | Deliverable Description | Acceptance Criteria |
|---|---|---|
| Tasks in Section 4 | Solution that meets Task Requirements in Section 4 | Stakeholder Approval |

## 6. Assumptions

Software & Services assumes that East Baton Parish Sheriff has provided appropriate details requested for this enhancement prior to work being started by Software & Services staff.

## 7. Associated Documents

N/A

## 8. Test Plan

Software & Services will fully test each task before turning it over to East Baton Rouge Parish Sheriff's Office for Testing.

## 9. Custom Development Fees

| Task | Hours | Rate | Total |
|---|---|---|---|
| Task 1 – Export Refunds to Process | 5 | | |
| Total | | – | |

Page 2 of 3

Confidential and Proprietary
Software & Services of La, LLC. All Rights Reserved

**40**

 **Software & Services**

1120 S Pointe Parkway
Shreveport, La 71105
318-865-1505

**Payment Terms**

-- For projects below $10,000, payment is due upon signing
-- For projects above $10,000, 50% of payment is due upon signing and
   50% due at project completion.

## 10.    Schedule

The schedule assumes a start date on the date we received the signed
proposal.

## 11.    Place of Performance

Unless otherwise agreed to between the parties, all personnel providing
services under this Statement of Work shall perform work at a Software &
Services location.

## 12.    Agency Signoff

I (we) certify that the specifications identified above fully detail the requirements,
technical aspects, and testing plan for the successful completion of the project, and
will meet my (our) needs. Additionally, I (we) understand that the items listed above
will meet all requirements for the tasks listed, and that any changes identified at a
later date may incur additional charges and/or may delay the project.

**Agreed to by:**

**Software & Services**

By: _____

Name: _____

Title: _____

Date: _____

**Client: EBR Parish Sheriff**

By: _Octave Authaume_

Name: _Octave Authaume_

Title: _TAX Director_

Date: _5/13/15_

Page 3 of 3

Confidential and Proprietary
Software & Services of La, LLC. All Rights Reserved

**41**

Software Services, LLC Confidential                                                    1



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-May-15            **East Baton Rouge Parish  Sheriff's Office**

**TCM™  Enhancement Programming**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Services**

**TCM™ Enhancement Programming**                    $        ▮▮▮▮

*See Exhibit B for Complete Description*

Total Consulting Services >  $        ▮▮▮▮

**Grand Total**                              $

*Note: Prices good for 30 days.*

*Official's Initials>* _____

**42**

Software Services, LLC Confidential                                                                              2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-May-15                    **East Baton Rouge Parish  Sheriff's Office**

**TCM™  Enhancement Programming**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

TCM™  Online Payment Modules require a Web Server or the ability to publish web pages  from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>*                 **43**

Software Services, LLC Confidential



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Apr-16      **East Baton Rouge Parish  Sheriff's Office**

## TCM™  Enhancement Programming Refunds to Process Report

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
| | | | |

**Services**

**TCM™ Enhancement Programming**      $
*See Exhibit B for Complete Description*

**Total Consulting Services >** $ 

**Grand Total**    $

*Note: Prices good for 30 days.*

approved
*[signature]*
04/19/2016

**Official's Initials>** _____

Software Services, LLC Confidential                                    1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Apr-16                    **East Baton Rouge Parish Sheriff**

### TCM™ Credit Card Swipe Module

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

| | 1 | TCM™ Credit Card Swipe Module | |
|---|---|---|---|

*The TCM™ Credit Card Swipe Module is a user-friendly interface that
allows tax payers to pay their taxbill at the counter by Credit Card.*

**Services**

Software Loading and Configuration @ S&S                    $ ▮▮▮▮▮

**Total Consulting Services >** $ ▮▮▮

**Grand Total** $ ▮▮▮▮

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $ ▮▮▮▮

*Client is required to have high speed connectivity for remote support*

**Note**    *of Windows® applications.*

*Note: Prices good for 30 days.*

approval *(signature)* 4/4/2016

Official's Initials> _____

**45**

Software Services, Confidential

1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Apr-19                    **East Baton Rouge Parish Sheriff**

## CTC™ Online Payments/Credit Card Swipe Module

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| **S&S Application Software** | | | | |
| | 1 | **CTC™ Online Payment Module** | $ | - |
| | | *The Online Court & Traffic Ticket Processing Module provides a user-friendly web interface that allows defendants to pay by credit card through the internet. The Module will allow payments to be made on those Cases and Tickets that have been entered into CTC, and on those cases/tickets that have been issued but not yet processed in CTC.* | | |
| | 1 | **CTC™ Credit Card Swipe Module** | $ | - |
| | | *The CTC Credit Card Swipe Module is a user-friendly interface that allows Court & Traffic payers to pay their Court Costs, Fines and Tickets at the counter by Credit Card.* | | |
| **Services** | | | | |
| | | **Software Loading and Configuration @ S&S** | $ | - |
| | | Total Consulting Services > | $ | - |
| | | **Grand Total** | $ | - |

*Note: Prices good for 30 days.*

Official's Signature> _____

**46**

Software Services, Confidential

2



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Apr-19                    **East Baton Rouge Parish Sheriff**

### CTC™ Online Payments/Credit Card Swipe Module

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
|         |      |      |       |

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

Official's Signature> _____

**47**

Software Services, Confidential                                                      3

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Apr-19                    **East Baton Rouge Parish Sheriff**

### CTC™ Online Payments/Credit Card Swipe Module

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
No conversion required.

**Training:**
We recommend training key personnel remotely on using the credit card swipes.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web and Credit Card Payment Modules**
As a way to reduce costs to the Client, Software & Services provides exclusive web and credit card payment functionality with associated convenience fees of 3.5% charged directly to the payee using the processing convenience.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

**Official's Signature>**

**48**



Software Services, Confidential                                                    1

# Software & Services
An i3 Verticals Company

Parkway Plaza · 1120 S Pointe Parkway · Shreveport, LA 71105-2600
318.865.1505 · 800.467.4477 · Fax: 318.865.1408
www.softwareservices.net

## Exhibit A

16-Oct-19                **East Baton Rouge Parish Sheriff's Office**

                              **Text My Ticket Module**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
|  |  |  |  |
| **S&S Application Software** | | | |
|  | 1 | Text My Ticket Module | |
|  |  | | |
| **Services** | | | |
|  | 1 | Software Loading and Configuration @ S&S | $ |
|  |  | Total Consulting Services > | $ |
|  |  | **Grand Total** | **$** |

*Note: Prices good for 30 days.*

approved
[signature]
10-24-2019

*Official's Signature>* _____

**49**

# Software & Services



**Microsoft**
**GOLD CERTIFIED**
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**                                      **AND:**

Software & Services of Louisiana, LLC             **Claiborne Parish Sheriff**
(The "Contractor") as applicable at               (The "Client") as applicable at
the following address:                            the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600                          **613 E. Main St.**
                                                   **Homer, LA 71040**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC             **Ken Bailey**
"Contractor"                                      "Client"

_Greg Teeters_    5-12-06                          _Ke Bailey_    5-10-06
Greg Teeters, President    (Date)                 **Claiborne Parish Sheriff**    (Date)

Waiting on client
Contact info
+ dates SorExA
Snon Lorraid
10/18

**EXHIBIT 2**                                      **50**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)   Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)   Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)   Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)   Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

   (b)   Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)   Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)   Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)   Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)   Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)   Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)   Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)   The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)   Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)   Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6. **SOFTWARE LICENSE.**

   (a)   Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

   (b)   Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

   (c)   Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

**51**

7.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Contractor warrants that for a period of forty-five (45) days from date of delivery, (i) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.    **LIMITATION OF LIABILITY.**  Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.    **TERMINATION.**

(a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.    **GENERAL.**

(a)    Complete Agreement.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)    Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)    Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)    Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)    Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(f)    Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(g)    Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

**52**

## CLIENT NETWORK ADMINISTRATION AND SECURITY SERVICES ADDENDUM

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1.  **SERVICES TO BE PROVIDED.**

    (a)  Contractor will provide the services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference as "Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

    (b)  Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2.  **DELIVERY AND TERMS.**

    (a)  Contractor will provide Services as set forth in the Proposal for the time period noted in the Proposal. The Service Agreement may be renewed. .

    (b)  Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver the Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

    (c)  Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors, agents or by others who access the system from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3.  **PAYMENT.**

    (a)  Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4.  **CONTRACTOR SERVICES AND CLIENT RESPONSIBILITIES**

    Comply with service standards and maintain network(s) as described in the Proposal.

5.  **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

    (a)  The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

    (b)  Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

    (c)  Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

11. **PERFORMANCE MEASURES**

    As delineated in the Proposal.

12. **PROBLEM RESOLUTION.**

    (a)  To help determine the existence and scope of a possible problem, the Network Administrator is available by email, phone or pager.

    (b)  When performance is questioned the Contractor and the Client jointly work to identify the cause of the problem and resolve the problem as quickly as possible.

    (c)  The Contractor will manage the problem until it is resolved or if the problem turns out to be a problem caused by the Client it will be articulated to the Client.

    (d)  If resolution is not achieved within 24 hours, then Client or Contractor may escalate to the appropriate Manager. If a resolution is not achieved within 72 hours signers of this Service Agreement will be notified.

8.  **ACCOUNTABILITY.**

    (a)  Contractor warrants that all reasonable measures within its resources shall be taken to ensure availability, and integrity of the network infrastructure covered in this agreement. (Not including hardware, internet connection, ISP provider, third party software or other produces or services which may be procured from third parties.) Contractor's liability for damages is limited to repair and correction of errors.

    (b)  The Contractor agrees to maintain Client's network such that they do not compromise the performance by violating security or other applicable policies. Any problems with the network or security will be assessed, with corrective action recommended by Contractor. Client will be responsible for misuse by persons who use their network.

**53**

9.   **LIMITATION OF LIABILITY.**

(a)   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, or consequential damages,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

10.   **TERMINATION.**

(a)   This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)   Within two (2) weeks after termination of this Agreement, Client shall return any and all related items and materials to Contractor and certify to it that this has been done.

11.   **GENERAL**

(a)   Complete Agreement. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)   Supplies. Charges for services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)   Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)   Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)   Limitation Period. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(e)   Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(f)   Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

12.   **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, Addendum and Appendix A, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

**54**

 **Software & Services**  Microsoft GOLD CERTIFIED Partner    Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408

2-May-06            **TCM™, SentinelSolutions™ & Hardware Exhibit**

### Claiborne Parish Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Server & Accessories**

| | Qty | Item | Price |
|---|---|---|---|
| | 1 | **Windows 2000 Server:** | $ |
| | | Intel Xeon Process, 3.2GHz/2MB Cache, Single Processor | |
| | | 3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor | |
| | | 3x73GB Hard Drives with RAID5 | |
| | | 3.5" 1.44MB Floppy Drive | |
| | | Network Interface (Internal) | |
| | | PERC4ei RAID5 128MB Hard Drive Controller | |
| | | PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller | |
| | | 24XIDE CD-RW/DVD ROM | |
| | | 17" Flat Panel Monitor | |
| | | Redundant Power Supply | |
| | | 3 Year Same Day Parts & Labor On-Site Warranty | |
| | 1 | **CNet 24 Port 10/100 Switch** | $ |
| | 1 | **APC Smart UPS (Server) 1500 Watts** | $ |
| | 12 | **LTO 2, 200/400GB Ultrium Backup Tapes** | $ |
| | 1 | **Ultrium Universal Cleaning Cartridge** | $ |
| | 1 | **Workstation (Basic PC without MS Office)** | $ |
| | | Optiplex GX620 2.8GHz, Dual Core 2X 1M | |
| | | 1.0GB, Non-ECC, 533MHz DDR2x512 Optiplex | |
| | | Windows XP O/S Professional O/S | |
| | | 48X CD-ROM | |
| | | 17" Flat Panel Monitor | |
| | | USB Keyboard & Mouse | |
| | | 3 Year Next Business Day Parts & Labor On-Site Warranty | |



**Printers/Scanners**

| | Qty | Item | Price |
|---|---|---|---|
| | 1 | **Printronix P5210 1000 LPM-Refurbished** | $ |
| | | W/Quietized Cabinet | |
| | | **One Year Next Day On-Site Warranty** | $ |
| | | **Printer Cable** | $ |
| | | **S&H to CPSP** | $ |
| | 3 | **Plug & Play Bar Code Scanners & Holders** | $ |

**Total Hardware and Miscellaneous**    $



## Software & Services

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408

2-May-06        **TCM™, SentinelSolutions™ & Hardware Exhibit**
                **Claiborne Parish Sheriff**

| Order # | Qty. | Item | Price |
|---|---|---|---|
| **Software** | | | |
| | 1 | **Base TCM™ Application License** | $ |
| | | Based upon the Number and Value of Tax Notices | |
| | 1 | **Base Bar Code Printing & Scanning Module** | $ |
| | 2 | **Add'l Bar Code Printing & Scanning Modules** | $ |
| | 1 | **AIS™ View with Assessor's approval** | $ |
| | | **Total S&S Applications** | $ |
| **3rd Party Software** | | | |
| | 1 | **Windows 2003 Strd Server O/S & Media** | $ |
| | 20 | **Windows CALs (Client Access License)** | $ |
| | 1 | **SQL Server & Media** | $ |
| | 8 | **SQL Server CALs (Client Access License for TCM™)** | $ |
| | 1 | **Symantec Corp Edition AntiVirus Software & Media (20 Users)** | $ |
| | | Includes One Year Subscription | |
| | 1 | **RM/COBOL for Windows (20 Users)** | $ |
| | | **Total 3rd Party Software** | $ |
| **Services** | | | |
| | 1 | **TCM™ Training (2 Days @ S&S)** | $ |
| | 1 | **Software Installation & Go Live Consulting (2 Days @ CPSO)** | $ |
| | 1 | **Travel & Expenses (2x1 Day Trips to CPSO)** | $ |
| | 1 | **Server Staging & Configuration (1 Day @ S&S)** | $ |
| | 1 | **ISA Server Installation (4 Hours @ S&S)** | $ |
| | 1 | **Hardware Delivery & Installation (1 1/2 Days @ CPSO)** | $ |
| | 1 | **Travel & Expenses (1x1.5 day Trips to CPSO)** | $ |
| | 1 | **Data Migration of UNIX to Windows Server (2 Days @ S&S)** | $ |
| | | **Total Consulting Services** | $ |
| **ISA Firewall Server & Network Administration** | | | |
| | 1 | **ISA Firewall Server Software** | $ |

Configure, Install & Test ISA Server. Configure and Test WSUA (Windows Server
Update Services). Configure and Test Symantec AMS (Alert Management
System). Configure and Test Power Admin Server Monitor. Configure and Test GFI
Web Monitor

                              **Grand Total**        $

 **Software & Services**   Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408

2-May-06        **TCM™, SentinelSolutions™ & Hardware Exhibit**

**Claiborne Parish Sheriff**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Annual Support**
   **1    Client Application Support, TCM™ (High-Speed Connectivity)**     $
        *Note: Client is required to have high speed connectivity for remote support
        of Windows applications.*

**Annual Support**
   **1    Annual Subscription SentinelSolutions™**     $

**1. SentinelSolution™ services include:**
Updating Symantec Corp. Anti-Virus, installing latest O/S upgrades and patches, review current
Firewall Configuration, optimize Server disc space, review error and warning logs generated, look
for evidence of intrusion attempts. Remotely assist with troubleshooting PCs, printers and other
peripherals, adding and disabling users, changing and removing passwords and answering other
inquiries as needed. To be accomplished through remote administration within 10 hours each
year.

   **Effective Date:** _____     **Termination Date:** _____

**2. S&S' Primary Contact Information:**
   S&S Systems/Support Group, 800-467-4477, email SentinelSolutions@softwareservices.net

**3. Client's Primary Contact Information:**

   **Chuck Talley, 318-927-9800, email chuck.talley@clairbornesheriff.org**
   **Jo Bellew, 318-927-2011, email jo.bellew@clairbornesheriff.org**

**4. Network Maintenance Performance:**
Services to be provided during Normal Business Hours. Normal Business Hours are defined as
Monday through Friday, 8am to 5pm, excluding holidays. Client will receive priority maintenance,
characterized by:
   - a verbal response within 30 minutes of the notification to provide information on specific
steps that have been taken to resolve the problem
   - if necessary, an on-site visit by Next Business Day
Client will be charged Time and Material for any non-business hour services, and work must be
agreed upon in advance by both S&S Contact and Client Contact.

**Payment Terms:**
SentinelSolution™ is billed annually, based on the calendar year. If services are started mid-year,
initial billing will be pro-rated for the number of months of service offered in the existing calendar
year.

**57**

**Software & Services**

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408

2-May-06          TCM™, SentinelSolutions™ & Hardware Exhibit

## Claiborne Parish Sheriff

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are 25% of stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft Excel, Word, etc.

Annual Maintenance fees for hardware are established by Software & Services' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The client is also responsible for Microsoft Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. We encourage you to read through your documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S recommends running their applications on Windows 2000 or XP workstations, and does not guarantee full functionality on any previous versions of Windows (such as Windows 98).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**58**

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408

2-May-06          TCM™, SentinelSolutions™ & Hardware Exhibit

### Claiborne Parish Sheriff

**Training:**
We require training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal includes Network Intrusion Detection Software, and Network Administration both as, SentinelSolutions™ as an *optional* package.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

**59**

## Eileen Hogan

**From:** Bridget Baham
**Sent:** Tuesday, August 08, 2006 8:53 AM
**To:** System Engineering; Eileen Hogan
**Cc:** Lorraine Ruddy
**Subject:** FW: License Confirmation Letter-PO=6885 CALs

 Claiborne Sh - # 2006073105  Windows

**Attachments:** 18510701_msft_rs.html



18510701_msft_rs.
html (10 KB)

-----Original Message-----
From: licenseconfirmations@synnex.com [mailto:licenseconfirmations@synnex.com]
Sent: Monday, August 07, 2006 1:52 PM
To: Bridget Baham
Subject: License Confirmation Letter-PO=6885 Claiborne Sh - # 2006073105 Windows CALs

Attached please find your license letter

Customer PO #: 6885

To: SOFTWARE & SERVICES OF LA INC
Contact: Bridget Baham
Fax: 318 865-1408

From: SYNNEX Information Technologies, Inc.
      3797 Spinnaker Ct.
      Fremont CA US

Contact: Jessie
Telephone:
Fax:

Thank you for your order of Microsoft licenses. Please check the confirmation carefully
for accuracy. If there is an error in the product(s) or quantity, contact SYNNEX Licensing
Advantage immediately. Corrections must be made within 30 days of the issue date.

Please forward the attached confirmation to your end user. It provides instructions for
them to create a password and view their licenses on Microsoft's EOpen website.

SYNNEX Licensing Advantage: 866-226-7532 or Licenseconfirmations@Synnex.com

**60**

Microsoft Open License Order Confirmation

## *Microsoft Open License Order Confirmation*

*License Authorization Number*

*60918053ZZL0808*

Claiborne Parish Sheriff
Attn: Ken Bailey
613 E Main St
HOMER, LA 71040

*License Agreement Number*

*40928664*

*Licensee Reference (if any)*

| *Issue Date of the Initial License Agreement* | *Issue Date of this License Agreement* | *Last Date for Repeat Orders/End of Maintenance Coverage* |
|---|---|---|
| 08/04/06 | 08/04/06 | 08/31/08 |
| *Product Pool* | *Volume Pricing Level* | *License Program* |
| N/A | Z | LocalGovernment |

| Product Description | Microsoft Product Number | Version | Copies Licensed or Maintained |
|---|---|---|---|
| Wdws Svr CAL 2k3 Eng OLP NL Locl Govt Us | R18-00189 | | 5 |

### General Information

This order confirmation is for informational purposes only. It is not proof of ownership of any software licenses; it simply shows what was ordered under the displayed authorization number and license number on the date specified.

The official record for this transaction is available at the eOpen Internet site at https://eopen.microsoft.com. . In case of disputes or any discrepancy between this order confirmation and the records at the foregoing web site, the latter controls.

Online information regarding your licenses at this site is encrypted. You can view your open license purchase history at any time using your Open License Authorization Number and License Number.

### License Information

Once in the eOpen site you will also be able to view, print and download your license data, or track additional license data.

The first time you choose to view your licenses, the eOpen Site will prompt you to create an ID and password using Microsoft Passport technology. This ID and password will be unique to you, ensuring that unauthorized persons do not access your personal information. Please take care that your password to this site is protected and shared only with those individuals and organizations that you trust with the information pertaining to your Open License portfolio. Your password can be changed at the site for ease of maintenance or additional security.

### Volume License Keys

Also included on the eOpen site, are your applicable Volume Licensing Product keys for installation of products requiring a VLK. If you are unable to find your VLKs, you can obtain them by calling the Activation Call Center for your region. Procedures for obtaining your VLKs and for Activation Center phone numbers can be found by going to http://www.microsoft.com/licensing and clicking on the Volume Licensing Product Keys link.

For Open customers who purchase an Open license for additional Windows Small Business Server 2003 CAL packs, the License code(s) required to activate the CALs is also available on the eOpen website.

Customers who acquire Microsoft Business Solutions software must acquire a Registration Key to enable the software by registering at http://www.microsoft.com/BusinessSolutions/MBSRegistration using their valid license agreement details. Please note this site is for registration of Microsoft Business Solutions (Customer Relationship Management) licenses only.

### MSDN Subscriptions

MSDN Subscriptions Benefits. The purchase of MSDN Subscriptions as part your license agreement provides additional benefit entitlements. Please use the following link to claim the MSDN Subscriptions Benefits associated with this license: MSDN Subscriptions Benefits Administration Tool. From this site, MSDN users will be able to claim following benefits: MSDN Media Subscriptions, MSDN Subscriber Downloads, MSDN Technical Support Incidents, MSDN Managed Newsgroups, and MSDN Online Concierge. Please note that benefits for Open Licenses can only be administered for a single license at a time. For additional information on administering MSDN Subscriptions Benefits, please visit the MSDN Subscriptions Support site at: http://www.msdn.microsoft.com/.

Open licenses are subject to the terms and conditions presented in the Microsoft Open License Agreement. If you do not accept the terms of the License Agreement, do not make any copies of the software and instead, submit your return in writing to your point of purchase within 15 days of receipt. Making a copy of the software constitutes acceptance of the License.

### *Microsoft*

*Ref #: 18510701*

Software Services, LLC Confidential                                                    1

# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

27-May-09

## Exhibit A

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

### Server & Accessories

**Windows 2003 or Higher Server**                                            **CPSO**

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
Redundant Power Supply
12x200/400GB Backup Tape with Cleaning Cartridge

**Sub Total Server & Accessories >** $                    -

### Workstations

**PC Workstations must be at least Windows XP Pro**                           **CPSO**

Core 2 Duo 1.86GHz Processor, 2MB Cache, 1066 FSB
2.0GB Non-ECC, 800MHz DDR2 RAM
Ultrasharp 19" LCD Flat Panel Monitor
80GB SATA 3.0GB/s and 8MB DataBurst Cache Hard Drive
48X32 CDRW/DVD ROM Combo Drive
Windows XP Professional SP2 w/Office 2007 Professional
3 Year Next Business Day Warranty

**Sub Total Workstations >** $                    -

### S&S Application Software

| | 1 | **CTS™ Court&Traffic System** | $ |
| | | notes | |
| | | **10% Multi Purchase Discount** | $ |
| | | (Purchase of CTS and GFA) | |

**List Price >** $

**Total S&S Applications >** $

*Official's Initials>* _____

**62**

Software Services, LLC Confidential                                                    2

# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

27-May-09

## Exhibit A

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| | | | | |

**Services**

| | | |
|---|---|---|
| Training ( 2 Days Online via GoToMeeting.com) | $ | |
| Conversion of current system data (ESTIMATE ONLY; CONVERSION WILL BE BILLED AT ACTUAL COST) | $ | |
| | | |
| 3 Days  GO-LIVE On Site Consultation | $ | |
| Personnel Travel & Expenses to Client Site | $ | |
| Client Consultations Onsite or In House | | |
| Software Loading and Configuration @ S&S | $ | |
| **Total Consulting Services >** | $ | |

| **Grand Total** | **$** | |
|---|---|---|

**Recurring Annual Fees**

| | | |
|---|---|---|
| Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ | |
| *Note* *Client is required to have high speed connectivity for remote support of Windows® applications.* | | |
| **Recurring Fees Total >** | $ | |

*Note: Prices good for 30 days.*

Official's Initials> _____      **63**

Software Services, LLC Confidential                                                                   3

 **Software & Services**   Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

27-May-09                          **Exhibit A**

## Claiborne Parish Sheriff's Office

**Order #    Qty.    Item**                                                **Price**

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2000 or Windows® 2003 Server. S&S recommends using Windows® 2000 or Windows® XP Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

Software Services, LLC Confidential                                                                                                4

 **Software & Services** 

**Microsoft** GOLD CERTIFIED *Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

27-May-09                                **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Clerk determines it is no longer needed. Conversion will be balanced based on values within milages according to the best available data from the current Clerk system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

*Official's Initials>* _____  **65**

Software Services, LLC Confidential                                                          2

 Software & Services    **Microsoft** GOLD CERTIFIED *Partner*   Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

4-Sep-09                          **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|
| | | **3rd Party Software Requirements** | |
| | | Windows Server® 2003 | CPSO |
| | | Windows Server® 2003 - (Media) | CPSO |
| | | Symantec AntiVirus™ Corp Edition 5 -24 user 10.1 | CPSO |
| | | *Note: The above software already installed on Accounting Server* | |
| | | SQL Server™ Client CALs | CPSO |
| | | *Note:  For each CSS™ user* | |
| | | *Additional licenses may be purchased as users are added* | |
| | | **Total 3rd Party Software >** | CPSO |
| | | **Services** | |
| 2 | 3 | Training days @ S&S facilities | $ |
| | 1 | Day(s) CSS™ Document Setup Assistance | $ |
| | | Civil Historical Data Conversion (Billed Seperately) | $ |
| | 1/2 | Day(s) Remote Installation & Configuration @ S&S | $ |
| | 2 | Day(s)  On Site Consultation | $ |
| | 2 | Day sTravel & Expenses to Client Site | $ |
| | | **Total Consulting Services >** | $ |
| | | **Grand Total** | |
| | | **Recurring Annual Fees** | |
| | | Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ |
| | *Note:* | *Client is required to have high speed connectivity for remote support of Windows® applications.* | |
| | | **Recurring Fees Total >** | $ |

*Note: Prices good for 30 days.*

We only had 2 days @ S&S training

**66**

Software Services, LLC Confidential

1



**Software & Services**    **Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrestructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

4-Sep-09                    **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Recommended Hardware in lieu of connection to Tax Collection Software**

**Server & Accessories Minimum Requirements**                    CPSO
    **Windows 2003 or Higher Server**

    3.2GHz/2MB Cache, Single Processor
    3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
    3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
    PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
    PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
    24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
    Redundant Power Supply
    12x200/400GB Backup Tape with Cleaning Cartridge

**Workstations Minimum Requirements**                    CPSO
    **PC Workstations must be at least Windows 2000 or XP Pro**

    1 GB DDR2 Memory, Pentium D Processor
    17" Flat Panel Monitor w/ Height Adjustable Stand
    80GB Hard Drive
    3.5" Floppy Drive
    48X CD-RW Drive
    Internal NIC and Modem
    Microsoft® Office 2003 Professional Edition

**S&S Application Software**
    1   **SH - CSS™ LEVEL 1**                    $
       *Seizure & Sale, Garnishment & Service Processing*

                List Price >  $

        Total S&S Applications >  $

*Official's Initials>* _____

**67**

Software Services, LLC Confidential                                                                    3



**Software & Services**    *Microsoft* GOLD CERTIFIED *Partner*    Security Solutions | Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

4-Sep-09                              **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
| --- | --- | --- | --- |

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S AIS™ applications run on a Windows® 2000 or Windows® 2003 Server. S&S recommends using Windows® 2000 or Windows® XP workstations, and does not guarantee full functionality on any previous versions of Windows®.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

*Official's Initials>* _____    **68**

Software Services, LLC Confidential                                                                4

 **Software & Services**  **Microsoft** GOLD CERTIFIED Partner    Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

4-Sep-09                              **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed.This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

*Official's Initials>* _____    **69**

| | |
|---|---|
| **From:** | Bridget Baham |
| **To:** | System Engineering; Brandy Garison; |
| **Subject:** | FW: Micro Focus Electronic Product Delivery Notice for Order Number: 399690    Claiborne Sh - # 2009083102, PO #318 |
| **Date:** | Tuesday, September 01, 2009 1:13:24 PM |

**Bridget Baham**

*Purchasing Agent*

Software & Services, LLC

Phone: 800.467.4477

www.softwareservices.net

*"You get the best out of others when you give the best of yourself."* Harry Firestone

**From:** Micro Focus Distribution [mailto:Distribution@microfocus.com]

**Sent:** Monday, August 31, 2009 3:43 PM

**To:** Bridget Baham

**Subject:** Micro Focus Electronic Product Delivery Notice for Order Number: 399690 Claiborne Sh - # 2009083102, PO #318

**MICRO FOCUS**

## Electronic Product Delivery Notice

Dear Bridget Baham

This email contains the information and instructions to enable you to download the products you requested that have been processed

**70**

as order number-: 399690 . This email may be divided into separate sections that relate to various Micro Focus product groups. If that is the case, please repeat the following instructions for each section

1. Locate the legal & supplementary material link and download that first

2. Download the products in that section

If you encounter any problems or have any questions please contact Justin Cannell quoting the above mentioned order number.

Please be aware that you will be able to download the product anytime within the next 14 days. If you need to download after the 14 day period, you will need to contact your account manager for an extension.

- Legal and Supplementary Items

- RM/COBOL Runtime System : Installation Guide to Installing a ISO Image

- RM/COBOL Runtime System : RM85R6A_WNESDM.iso.gz

- RM/COBOL Runtime System : RM85R6A_WNESDM\setup.exe

- RM/COBOL Runtime System : Installation Guide to Installing a gunzip tar file

- RM/COBOL Runtime System : Installation Guide to Installing a self-extracting exe file

Thank you for being a Micro Focus customer

Please extract the ZIP file to a directory that does not contain spaces, such as C:\MFINSTALL\ to begin the installation. Any spaces in the path will prevent the installation from initiating.

## Brandy Garison

**From:** Bridget Baham
**Sent:** Monday, November 10, 2008 4:26 PM
**To:** System Engineering; Brandy Garison
**Subject:** FW: AVG ORDER CONFIRMATION - Purchase order #: 87   Claiborne Sh - # 2008102801

**Bridget Baham**
*Purchasing Agent*
Software & Services, LLC
Phone: 800.467.4477

www.softwareservices.net

*"You get the best out of others when you give the best of yourself."* Harry Firestone

**From:** Hood, Barbara [mailto:Barbara.Hood@IngramMicro.com]
**Sent:** Monday, November 10, 2008 4:22 PM
**To:** Bridget Baham
**Subject:** FW: AVG ORDER CONFIRMATION - Purchase order #: 87 Claiborne Sh - # 2008102801

**From:** Abigail McLaren [mailto:abigail.mclaren@avg.com]
**Sent:** Wednesday, October 29, 2008 9:42 AM
**To:** PHILLIP.GREEN@SOFTWARESERVICES.NET
**Cc:** AVG-Licensing2
**Subject:** AVG ORDER CONFIRMATION - Purchase order #: 87

Dear Reseller,

Thank you for your order (Purchase order #: 87).

Below you will find the specific license information for each of the licenses that you have purchased at AVG's online shop. We recommend that you make a backup copy of this e-mail (e.g. print out a hard copy) for your future reference.

------------------------------------------------------------------

Contents:
A. License Number information
B. Details for product installation
C. Sales and Technical Support

-------------------------------
A. LICENSE NUMBER INFORMATION
-------------------------------

Your Sales/License Number for AVG Internet Security Network Edition is listed below.

------------------------------------------------

1

**72**

Product: AVG Internet Security Network Edition
8.0 License Number: 8IN-JGMMA-KJP8L-MLMVA-ZGEZR-GFJQU-VRYV
Number of computers: 50
License validity: 24months
License expiration date: October 29th, 2010
------------------------------------------------

Please store your Sales/License Number in a secure location in the event you need to reinstall the product.

------------------------------
B. INSTALLATION / ACTIVATION
------------------------------

Please find AVG Internet Security Network Edition:

- installation instructions at:
http://www.avg.com/us.faq.num-1170#faq_1170

- installation files & documentation at:
http://www.avg.com/ww.download?prd=asn

--------------------------------
C. SALES AND TECHNICAL SUPPORT
--------------------------------

If you have any sales questions or technical support/virus related issues, please refer to the FAQ´s on the website which provides answers to the latest and most frequent questions that we receive from our valued customers at: http://www.avg.com/faq

Thank you for ordering AVG products.

Best regards,

Reseller Services
AVG Technologies
reseller@avg.com
www.avg.com

------------------------------------------------

Please be informed that as of January 21st, 2008 Grisoft, s.r.o.'s corporate name has changed to AVG Technologies CZ, s.r.o. This is a name change only: all links, references, legal, contractual and privacy obligations of Grisoft, s.r.o. will remain unchanged.

If you do not wish to receive promotional materials from Ingram Micro via e-mail, please, go to http://www.ingrammicro.com/emailmgmt or reply to this message and type unsubscribe in the subject - Ingram Micro Inc. - Corporate Headquarters, 1600 E. St. Andrew Place, Santa Ana, CA 92705 This email may contain material that is confidential, and proprietary to Ingram Micro, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**73**

< S S

 

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

Claiborne Parish Sheriff's Office
(The "Client") as applicable at
the following address:

613 E. Main St.
Homer, LA 71040

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

Claiborne Parish Sheriff's Office
"Client"

_____  10/8/09
Greg Teeters, President    (Date)

_____
Ken Bailey, Sheriff    (Date)

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a) Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b) Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c) Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a) Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b) Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c) Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a) Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b) Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c) Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d) Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a) The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b) Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c) Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.  **SOFTWARE LICENSE.**

    (a)    Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

    (b)    Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

    (c)    Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.  **LIMITED WARRANTY.**

    (a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

    (b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

    (c)    Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.  **LIMITATION OF LIABILITY.**  Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.  **TERMINATION.**

    (a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

    (b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.  **GENERAL.**

    (a)    <u>Complete Agreement</u>. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)     Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)     Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)     Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)     Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(f)     Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(g)     Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.     **ENTIRE UNDERSTANDING.**  Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

# KEN BAILEY
## CLAIBORNE PARISH SHERIFF



613 East Main Street • Homer, Louisiana  71040 • Office: 318-927-2011 • Fax: 318-927-9819

August 23, 2011

David Johnson
Software & Services
1120 S Pointe Parkway
Parkway Plaza
Shreveport, LA 71105-2600

Dear David,

Please find enclosed the signed agreements for the Court & Traffic System and the Fund Accounting.  Please send me an executed copy after Mr. Teeters has signed.

Thank you,

Jo Bellew
Deputy/Accounting
CPSO

**78**

*G F A*

 **Software & Services** 

*Microsoft*
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**                                      **AND:**

Software & Services of Louisiana, LLC        Claiborne Parish Sheriff's Office
(The "Contractor") as applicable at          (The "Client") as applicable at
the following address:                        the following address:

Parkway Plaza                                 613 E. Main St.
1120 S Pointe Parkway, Building A             Homer, LA 71040
Shreveport, LA 71105-2600

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC        Claiborne Parish Sheriff's Office
"Contractor"                                  "Client"

_____   8/29/2011                   _____   8-23-11
Greg Teeters, President   (Date)              Ken Bailey, Sheriff   (Date)
Steven P. Miller, VP

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)    Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)    Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)    Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)    Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

   (b)    Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)    Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)    Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)    Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)    Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)    Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)    Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)    The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)    Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)    Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

2

**80**

6. **SOFTWARE LICENSE.**

   (a) Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"). In no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

   (b) Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

   (c) Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

   (a) EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

   (b) Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

   (c) Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.** Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

   (a) This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

   (b) Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

   (a) Complete Agreement. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

3

**81**

(b)     Supplies. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c)     Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)     Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)     Limitation Period. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(f)     Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(g)     Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.     **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

4

**82**

Software Services, LLC Confidential                                                                1

## Software & Services

*Microsoft* GOLD CERTIFIED Partner | Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

17-Aug-11

## Exhibit A

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

### Server & Accessories

| | 1 | **Dell Power Edge Windows 2008 Server:** | Client |
|---|---|---|---|

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
Redundant Power Supply

### Workstation(s)

| | 1 | **PC Workstation(s)** | Client |
|---|---|---|---|

1 GB DDR2 Memory, Pentium D Processor
17" Flat Panel Monitor w/ Height Adjustable Stand
80GB Hard Drive
3.5" Floppy Drive
48X CD-RW Drive
Internal NIC and Modem

### S&S Application Software

| | 1 | **GFA™ Fund Accounting Base System (3 users)** | $ |
|---|---|---|---|
| | | *Includes: General Ledger, Accounts Payable, Bank Recon,* | |
| | | *Cash Receipts, Purchase Orders* | |
| | | **10% Multi Purchase Discount** | $ |
| | | (Purchase of CTS and GFA) | |

Total S&S Applications > $

Signature > _____ Date_____

**83**

Software Services, LLC Confidential                                                        2

# Software & Services

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

17-Aug-11

## Exhibit A

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

**3rd Party Software**

|  |  | Item | Price |
|---|---|---|---|
|  |  | Windows Server® 2003 Standard | Client |
|  |  | Windows Server® 2003 - Client CALs | Client |
|  |  | Windows Server® 2003 Enterprise- (Media) | Client |
|  |  | SQL Server™ 2005 Standard Edition | Client |
|  |  | SQL Server™ 2005 Client CALs | Client |
|  |  | SQL Server™ 2005 (Media) | Client |
|  |  | Microsoft Office® 2007 Standard 32 bit | Client |
|  |  | Microsoft Office® 2007 Media | Client |

Total 3rd Party Software > $          -

**Services**

| Qty. | Item | Price |
|---|---|---|
| 2 | Training days @ S&S facilities | $ |
|  | Conversion of current system data (Includes 5 Years) | $ |
|  | *This will be billed at our standard hourly programming rate.* |  |
| 3 | Day(s) Training & Go-Live On Site | $ |
| 1 | Personnel Travel & Expenses to Client Site | $ |
| 1 | Day(s) Remote Installation & Configuration @ S&S | $ |

Total Consulting Services > $

**Grand Total**          $

**Recurring Annual Fees**

Recurring Fees Total > $

*Note: Prices good for 30 days.*

**Financing Information**

Signature >_____Date_____

**84**

Software Services, LLC Confidential                                                                    3

**Software & Services**   **Microsoft** GOLD CERTIFIED Partner   Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

17-Aug-11                                    **Exhibit A**

                              **Claiborne Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows® 2000, Windows® 2003 or Windows® 2003 Server. S&S recommends using Windows® 2000 or Windows® XP workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

Signature > _____ Date_____   **85**

Software Services, LLC Confidential                                                                        4

# Software & Services

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

17-Aug-11                                    **Exhibit A**

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---------|------|------|--|-------|

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the site determines it is no longer needed. Conversion will be balanced based on values according to the best available data from the current system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

*Signature >*_____ *Date*_____  **86**



# Software & Services

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

Claiborne Parish Sheriff's Office
(The "Client") as applicable at
the following address:

613 E. Main St.
Homer, LA 71040

Client acknowledges that it has read and understands this Agreement (including all attached schedules and amendments) and is not entering into this Agreement on the basis of any representations not expressly set forth herein. Neither the Client nor Contractor shall be bound by this Agreement until it has been accepted in writing by Contractor and the Agreement shall be effective when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

Claiborne Parish Sheriff's Office
"Client"

_____  8/29/2011
~~Greg Teeters, President~~  (Date)
Steven P. Miller, VP

_____  8-23-11
Ken Bailey, Sheriff  (Date)

Revised 05/27/2005

**87**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)  Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)  Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)  Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)  Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b)  Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)  Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)  Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)  Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)  Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)  Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)  Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)  The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)  Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)  Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

2

**88**

6. **SOFTWARE LICENSE.**

(a) Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b) Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c) Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

(a) EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b) Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c) Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.** Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

(a) This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b) Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

(a) Complete Agreement. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

3

**89**

4

(b)   Supplies. Charges for programs and services do not include furnishing of supplies or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c)   Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)   Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise (arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)   Limitation Period. No cause of action, dispute, controversy or claim involving arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate of infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(f)   Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(g)   Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.   **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. Client further acknowledges that this Agreement is the complete and exclusive statement of the AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential



## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Jun-14

**Rack Server w/TeraStation Proposal**

**Claiborne Parish Sheriff**

| Qty. | Item | Price |
|---|---|---|

### Server & Accessories

**1**  Dell PowerEdge Server:  $

Intel Xeon E5-2430 v2 2.50GHz, 15M Cache, 7.2GT/s QPI, Turbo, 6C, 80W, Max Mem 1600MHz
16GB RDIMM, 1600MT/s, Low Volt, Dual Rank, x4 Data Width
3 x 146GB 15K RPM SAS 6Gbps 2.5" Hot-plug Hard Drives
Raid 5 for PERC H710 Integrated RAID Controller, 512MB NV Cache
Dual, Hot-plug, Redundant Power Supply (1+1), 495W
ReadyRails Sliding Rails With Cable Management Arm
5 Year Basic Hardware Services: Business Hours (5X10) Next Business Day On Site
Hardware Warranty Repair for Server

PowerVault LTO5-140 Tape Drive w/Five Year Next Business Day On Site Warranty

Note: *This is replacing an existing server and will be covered under Claiborne Parish Sheriff's existing AVG Antivirus Software licensing.*

### Rack Mountable TeraStation

**1**  4TB TeraStation(s)  $

TeraStation ES 4-Bay 4 TB (4 x 1 TB) RAID Network Attached Storage (NAS) w/Raid 5

### Additional Equipment

| | | |
|---|---|---|
| 1 | APC Smart-UPS 1500VA 2U RackMount with LCD (120V) for Server | $ |
| 1 | Ultrium Universal Cleaning Cartridge | $ |
| 12 | Ultrium LTO 5 1.5TB/3TB Tape(s) | $ |

Additional Equipment Ship/Handling > $
Sub Total Extra Equipment > $
Total Hardware & Miscellaneous > $

### 3rd Party Software

| | | |
|---|---|---|
| 1 | Windows Server® 2012R2 Standard Edition - Gov | $ |
| 40 | Windows Server® 2012 User CALs - Gov | $ |
| 1 | Symantec Backup Exec™ Server 2014 Server - Gov | $ |

Total 3rd Party Software > $

Software Services, LLC Confidential

2

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Jun-14

## Rack Server w/TeraStation Proposal

## Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|
| **Services** | | |
| | Hardware Staging & Configuration @ S&S | $ |
| | Hardware Installation On Site - Estimate - *Actual time to be invoiced @ $125/hr* | $ |
| | Personnel Travel & Expenses to Client Site | $ |
| | Total Services > | $ |

| | Grand Total | $ |
|---|---|---|

*Note: Prices good for 30 days.*

Software Services, LLC Confidential

3


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2800
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

19-Jun-14

## Rack Server w/TeraStation Proposal

## Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|
| | | |

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed Internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

Signature > _____  Date_____  **93**

Software Services, LLC Confidential

4



# Software & Services

Parkway Plaza ▪ 1120 S Pointe Parkway ▪ Shreveport, LA 71105-2600
318.865.1505 ▪ 800.467.4477 ▪ Fax: 318.865.1408
www.softwareservices.net

19-Jun-14

## Rack Server w/TeraStation Proposal

### Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

Signature > _____    Date_____

**94**



# CLAIBORNE PARISH
# SHERIFF OFFICE

*KEN BAILEY, SHERIFF*
613 EAST MAIN STREET
HOMER, LA 71040

PHONE (318)927-4807
CIVIL FAX (318)927-2550

# FAX

| To: Software i Services | Fax #: 318 865 1408 |
| From: Blau Peny | Pages: 6 |
| Phone: | Date: 6/27/14 |
| Re: | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

❖ COMMENTS

95

# CLAIBORNE PARISH SHERIFF

613 East Main Street • Homer, Louisiana 71040    №    3779

318-927-2011

## PURCHASE ORDER    CIVIL DEPARTMENT

Issued To: __Software & Services__    Date: __6/27/14__

Fund: _____

Department: _____

Discount: _____    Order Placed By: ☐ Phone    ☐ Bid    ☐ Salesman    ☐ Call

| QUANTITY | SIZE | DESCRIPTION | PRICE PER ITEM OR UNIT OF MEASURE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | | Rack Server w/ TeraStation | | ███████ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Person Placing Order: __Delani Perry__    Date: __6/27/14__

Signature: _____

McHam Printing   CPSO 030903

**96**



**Symantec.**

GENUINE SYMANTEC CERTIFICATE | FOR DETAILS VISIT: www.symantec.com/checkmycert

## GOVERNMENT

**Sales Order #:** 19076499

**Issue Date:** 30-JUN-14
**Symantec Agreement (SAN) #:** CL0Y58GOV
**Customer Reference:**
  Disti / Cust PO: 7312749
  EndUser: NA
  Resell: 1926
**Certificate #:** 14269526

| **Issued To:** | **Contract Owner:** |
|---|---|
| CLAIBORNE PARISH SHERIFF | CLAIBORNE PARISH SHERIFF |
| 613 E MAIN ST | 613 E MAIN ST |
| HOMER, LA 71040 | HOMER, LA 71040 |
| UNITED STATES | UNITED STATES |
| **Customer Number:** 57557013 | **Customer Number:** 57557013 |

**IMPORTANT:**

If your purchase requires a license key and it is not printed or referenced on this certificate, you must register the related Serial Number on the Symantec Licensing Portal to receive your key. Go to https://my.symantec.com to register your software and obtain license keys.

Symantec.cloud customers:
If you purchased a Symantec hosted service, please go to http://activate.symanteccloud.com for activation unless specific provisioning instruction your product have been provided elsewhere.

| Serial Number | Product Name/Description | Quantity | Part # | RTSM ID / Support ID | Maintenance/Subscriptic Start Date | End Date |
|---|---|---|---|---|---|---|
| M4566238545 | SYMC BACKUP EXEC 2014 SERVER WIN PER SERVER BNDL STD LIC GOV BAND S ESSENTIAL 12 MONTHS | 1 | 0L3LWZF1-EI1G S | 3000-7018-9191-0855 | | |
| | License File(s): 33897899.slf | | | | | |
| M1463636742 | SYMC BACKUP EXEC 2014 SERVER WIN PER SERVER I/O ESSENTIAL 12 MONTHS | 1 | 0L3LWZZ1-EI1I 0 | 4683-6356-0564 | 30-JUN-14 | 29-JUN-1 |
| | License File(s): 33897898.slf | | | | | |

Product is subject to the U.S. Export Administration Regulations (EAR) and diversion contrary to U.S. law is prohibited. You agree to comply with all relevant laws, including the U.S. EAR and the laws of any country from which Product is re-exported. All Symantec Product is currently prohibited for export or re-export to Cuba, North Korea, Iran, Syria and Sudan and to any country or its nationals subject to relevant embargo or sanction or to any entity or person for which an export license is required per any relevant restricted party list, without first obtaining a license. Furthermore, You will not use or allow use of Product in connection with chemical, biological, or nuclear weapons, or missiles, drones or space launch vehicles capable of delivering such weapons.

**97**



**GOVERNMENT**

**For ease of managing your support renewal, please retain this certificate which holds valuable reference information for your renewal transaction inclusi of your Symantec Agreement Number (SAN).**

**Symantec.cloud endpoint management console URL: https://hostedendpoint.spn.com/**
Login to manage and support your Endpoint Protection service(s) such as Backup Exec or Endpoint Security products

**Symantec.cloud Technical Support http://www.symanteccloud.com/support**
Contact technical support for Symantec.cloud offerings

**Symantec Email & Web mangement console URL: https://clients.messagelabs.com.**
Login to manage and support your cloud-based Email, Web and  IM security services products.

**Licensing Portal Help Tutorials: https://licensing.symantec.com/acctmgmt/home/Jump.jsp**
These two-minute videos explain how to get license keys for new purchases and version upgrades.

**Global Enterprise Customer Care URL: http://go.symantec.com/callcustomercare**
Contact Customer Care for non-technical licensing-related questions.

**Technical Support URL: http://www.symantec.com/enterprise/support/index.jsp**
Contact Technical Support for technical product-related questions

**Software Download URL: https://fileconnect.symantec.com**
You will need a Serial Number related to your product for access.

**Symantec URL: http://www.symantec.com**
Learn more about Symantec products and services.

**Symantec Licensing Program URL: http://www.symantec.com/business/products/licensing/index.jsp**
Learn more about the benefits of the Buying Program you are participating in.

**TC TrustCenter Support Resources URL: https://knowledge.verisign.com/support/mpki-support/index?page=content&&id=AR1597**
Additional TC TrustCenter Support Resources and Tools

**Symantec Education Voucher Redemption URL: http://www.symantec.com/business/training/evoucher/**
To access your Education purchase click on the Education Voucher Redemption URL link above, and using the serial number on the face of this certificate, complete

Product is subject to the U.S. Export Administration Regulations (EAR) and diversion contrary to U.S. law is prohibited. You agree to comply with all relevant laws, including the U.S. EAR and the laws of any country from which Product is re-exported. All Symantec Product is currently prohibited for export or re-export to Cuba, North Korea, Iran, Syria and Sudan and to any country or its nationals subject to relevant embargo or sanction or to any entity or person for which an export license is required per any relevant restricted party list, without first obtaining a license. Furthermore, You will not use or allow use of Product in connection with chemical, biological, or nuclear weapons, or missiles, drones or space launch vehicles capable of delivering such weapons.

**98**

 **Symantec.**

**GOVERNMENT**

**Sales Order #:** 19076499

Voucher registration process, then follow the instructions to begin your training.

**Clients purchasing new Managed Security Services will receive an email directly to introduce them to the service.**
More information may be found here: http://www.symantec.com/managed-security-services

**Symantec User Authentication Technical Support URL: https://www.symantec.com/contactsupport**
Symantec User Authentication Products

Product is subject to the U.S. Export Administration Regulations (EAR) and diversion contrary to U.S. law is prohibited. You agree to comply with all relevant laws, including the U.S. EAR and the laws of any country from which Product is re-exported. All Symantec Product is currently prohibited for export or re-export to Cuba, North Korea, Iran, Syria and Sudan and to any country or its nationals subject to relevant embargo or sanction or to any entity or person for which an export license is required per any relevant restricted party list, without first obtaining a license. Furthermore, You will not use or allow use of Product in connection with chemical, biological, or nuclear weapons, or missiles, drones or space launch vehicles capable of delivering such weapons.

 **Symantec.**

**GOVERNMENT**

GOVERNMENT CERTIFICATE

This document, including any attachments, referenced terms, and the information provided on the face of this document (collectively, this "Certificate") is a legal agreement between the end user named on the face of this Certificate (the "Customer"), and Symantec Corporation Its subsidiaries ("Symantec"). For software products, this Certificate amends the Symantec end user license agreement (also known as the "EULA") contained in the original physical media pack(s) of and/or included in the Symantec software product(s) listed on the face of this Certificate (the "Software") and/or for service-based products including managed security services, authentication, and/or hosted or cloud-based services (collectively, "Services"), this Certificate supplements the applicable services terms preceding or following these terms and delivered or referenced elsewhere in this Certificate ("Services Terms").Accordingly, this Certificate and the rights granted herein are only effective as to end-users who have either (1) received electronic access to or physical media of the Software listed on the face of this Certi and who have agreed to the terms of the EULA contained in such Software and/or its media pack, or (2) accessed or received the ability to access the applicable Services. Customer indicates its consent to the terms and conditions set forth below and the applicable EULA or S Terms, by loading the Software, or by using or making copies of the Software, or by accessing or using the Services, as applicable.

IF CUSTOMER DOES NOT AGREE TO THESE TERMS, THEN SYMANTEC IS UNWILLING TO LICENSE THE SOFTWARE OR PROVIDE THE SERVICES TO CUSTOMER.

1. GRANT OF LICENSE – SOFTWARE AND SERVICES. Symantec grants to Customer a nonexclusive, nontransferable license to (a) use the Services in the quantities and during the applicable Service timeframes set forth on the face of this Certificate and as set forth in the S Terms, and (b) make copies of and use the quantity of each title of the Software and the related user documentation as are set forth opposite the name of such title on the face of this Certificate, under the terms and conditions of the EULA, both (c) solely for Customer's own inte business purposes, within the country in which the Customer is located as indicated by the Customer's address set forth on the face of this Certificate. In order to be authorized under this Certificate to make copies of and use the Software and/or Services, Customer must be an authorized state, local, federal or equivalent governmental agency (excluding academic institutions), as defined by Symantec in its sole discretion.If Customer purchases a Software license designated for Home Use, where available, then the above license grant is modified to a following: Customer's employee or consultant may use one copy of such Home Use Software only on their personal home computer, provided such equipment is not owned or provided by Customer, and provided Customer has also purchased a license for such product for such individual's computer at Customer administrative offices. Further, such Home Use is permitted only for so long as such individual remains Customer's employee or consultant. Consultants are only permitted to use Customer's Home Use licenses for the benefit of Customer. The of Home Use copies made and used cannot exceed the number of Home Use licenses purchased. Customer may allow consultant(s) or outsourcer(s) to use or access Customer's Software and/or Services to deliver dedicated services to Customer, so long as such use is cons with Customer's own permitted scope of use, and is compliant with these terms.

2. SOFTWARE COPIES. Customer may make copies of the Software authorized under Section 1 of this Certificate, in object code form only, only from a true, complete and correct copy of the Software and user documentation obtained from Symantec either directly or through authorized channel partner. An auditor, selected by Symantec and reasonably acceptable to Customer, may, upon reasonable notice and during normal business hours, but not more often than once each year, inspect Customer's records and deployment in order to confirm Cu use of the Software complies with this Certificate. Symantec shall bear the costs of any such audit, except where the audit demonstrates that the MSRP value of Customer's non-compliant usage exceeds five percent (5%) of the MSRP value of Customer's compliant deploymen such case, in addition to purchasing appropriate licenses for any overdeployed Software licenses, Customer shall reimburse Symantec for the auditor's reasonable actual fees for such audit.

3. CONTENT UPDATES. Certain Software uses content that is updated from time to time ("Content Updates"). If Customer subscribes to a Symantec maintenance/support offering consisting of or including Content Updates, as separately described in the Symantec certificate t subscription (the "Support Certificate"), Customer is granted the right to use, as part of the Software, the Content Updates included in such subscription to the extent they become generally available to Symantec's end user customers as part of such subscription, for any period which Customer has purchased the appropriate maintenance/support, as indicated on the face of such Support Certificate. This Certificate does not otherwise permit Customer to obtain and use Content Updates.

4. MAINTENANCE/SUPPORT. If Customer subscribes to a Symantec maintenance/support offering, such subscription will be as described in the Support Certificate, delivered in accordance with Symantec's then-current standard policies and terms. Symantec reserves the righ require the purchase of minimum Symantec-designated levels of maintenance/support with the purchase certain Symantec product offerings.

5. RESOLD SERVICES. Symantec offers certain third party services on a resold basis, such as, third party support for software, and/or third-party service-based solutions, and/or third party technical assistance for a service-based solution (each, a "Third Party Resold Service" Certificate acts as a confirmation of the purchase of any such Third Party Resold Services, the third party supplier's services terms and services descriptions delivered or indicated as part of this Certificate, shall apply to such purchase.

6. ENTIRE AGREEMENT. This Certificate, any applicable Services Terms, and the EULA constitute the entire agreement between the parties pertaining to the subject matter hereof, and supersede any and all written or oral agreements with respect to such subject matter.

Product is subject to the U.S. Export Administration Regulations (EAR) and diversion contrary to U.S. law is prohibited. You agree to comply with all relevant laws, including the U.S. EAR and the laws of any country from which Product is re-exported. All Symantec Product is currently prohibited for export or re-export to Cuba, North Korea, Iran, Syria and Sudan and to any country or its nationals subject to relevant embargo or sanction or to any entity or person for which an export license is required per any relevant restricted party list, without first obtaining a license. Furthermore, You will not use or allow use of Product in connection with chemical, biological, or nuclear weapons, or missiles, drones or space launch vehicles capable of delivering such weapons.

**100**

 **Symantec.**

**SUPPORT**

Symantec Enterprise Technical Support

This document (the "Certificate") is a legal agreement between the end user (the "Licensee") named on the face of this certificate and Symantec Corporation and/or its subsidiaries ("Symantec"). This Certificate and the rights granted herein are only effective as to end users who valid license pursuant to a Symantec license agreement (the "License Agreement") for the underlying Symantec software product(s) (the "Software") for which this support will be provided. Please read this Certificate.

IF LICENSEE DOES NOT AGREE TO THESE TERMS, THEN SYMANTEC IS UNABLE TO PROVIDE SUPPORT FOR THE SOFTWARE TO LICENSEE. RECEIPT OF SUPPORT INDICATES LICENSEE'S AGREEMENT TO THESE TERMS.

Support Offerings: Commencing on the issue date set forth on the face of this Certificate, Symantec will provide to Licensee the support service(s) listed on the face of this Certificate, within the Symantec region in which the Software is licensed for use as indicated in the Licens Agreement. Support services are provided under the terms and conditions listed below, until the end date set forth on the face of the Certificate.

Essential Support.
1) Access to technical support provided by telephone on a 24x7 basis; 2) Continuous Efforts Problem Resolution Engineering (available upon request for Severity 1 Cases only); 3)Access to the Symantec technical support website; 4)Delivery of bug fixes and patches; 5) Essen Support includes Content Updates, if applicable, and Upgrade Assurance; 6) Licensee may designate up to six (6) individuals per title of Software for Essential Support to act as liaisons with Symantec Technical Services staff ("Designated Contacts").

Basic Maintenance.
1)Access to technical support provided by telephone from 8 a.m. to 6 p.m. during the normal business week of, and in accordance with statutory holidays of, the country where the Software is installed; 2) Access to the Symantec technical support website;  3) Delivery of bug fix patches; 4) Basic Maintenance includes Content Updates, if applicable, and Upgrade Assurance;  5) Licensee may designate up to two (2) individuals per title of Software for Basic Maintenance to act as Designated Contacts as defined above.

Definitions:
• Content Updates: Content Updates as used in this Certificate refer to content used by Software that is updated from time to time, including but not limited to: updated anti-spyware definitions for anti-spyware software; updated antispam rules for antispam software; updated viru definitions for antivirus and crimeware products; updated URL lists for content filtering and antiphishing products; updated firewall rules for firewall products; updated vulnerability signatures for vulnerability assessment products; updated policy compliance updates for policy com software; updated lists of authenticated web pages for web site authentication software; and updated intrusion detection data for intrusion detection products, (if applicable). Content Updates means the right to use Content Updates to the Software as they become generally ava Symantec's end user customers except for those Content Updates that are only available through purchase of a Content Updates Subscription. Symantec reserves the right to designate specified Content Updates as requiring purchase of a Content Updates Subscription at any and without notice to Licensee; provided, however, that if Licensee purchases support hereunder that includes particular Content Updates on the issue date set forth on the face of this Certificate, Licensee will not have to pay an additional fee to continue receiving such Content Updates through the end date set forth on the face of this Certificate, even if Symantec designates such Content Updates as requiring a Content Updates Subscription.
• Content Updates Subscription: The right to use those Content Updates that Symantec elects to make available by separate paid subscription. If Licensee has purchased Content Updates Subscription(s), the number set forth on the face of this Certificate opposite the descripti such subscription reflects the quantity of such subscription purchased by Licensee.
• Upgrade Assurance: The right to use upgrades to the Software as they become generally available to Symantec's end user customers. An upgrade is any version of the Software which has been released to the public and which replaces the prior version of the Software on Symantec's price list. All such upgraded Software is licensed to Licensee for use subject to all terms and conditions, including without limitation disclaimers of warranties and limitation of liabilities, of the License Agreement. Nothing in this Certificate shall be construed as separa licensing copies of the Software or increasing the number of copies of Software licensed to Licensee.

Terms and Conditions:
• Support Policies: The support service(s) will be provided in accordance with Symantec's Enterprise Technical Support Policy and other support policies which may be revised and updated by Symantec from time to time without notice to Licensee. Please refer to www.symantec.com/enterprise/support/support_policies.jsp for copies of such policies. Under Symantec's Enterprise Technical Support Policy, support services may be discontinued for certain Software or a particular version of Software prior to the end date set forth on the fa this Certificate.
• Geographic Availability: Not all of the support services listed above are available in all countries or locations or for all Symantec software products.
• Scope of Support: Licensee's technical assistance may be limited to error correction resolution in certain Software if Licensee has not installed and implemented all licenses for such Software in accordance with the directions for installation provided by Symantec. Please refe http://www.symantec.com/enterprise/products/index.jsp for additional information on services offered by Symantec to assist you in proper installation and implementation of Software. Technical support will not include activities that would be typically made generally available an characterized by Symantec as product training, consulting involving integration, security solutions enablement, security advisory, pre-production configuration services, managed security or implementation services or the like, which are offered separately as noted below.
• Additional Designated Contacts: Licensee may add additional Designated Contact(s) for either Essential Support or Basic Maintenance by paying the applicable fee in effect at the time Licensee seeks to add the additional Designated Contact(s). If Licensee has purchased th to designate additional Designated Contacts, the number set forth on the face of this Certificate reflects the number of additional designated Licensee Designated Contacts who may receive technical support on Licensee's behalf with the same rights and for the same term as th primary contacts for either Essential Support or Basic Maintenance.
• Acknowledgement of Use of Personal Data. Licensee recognizes that Symantec will require Licensee to supply certain personal data (such as business contact names, business telephone numbers, business e-mail addresses), in order for Symantec to provide Support and to Licensee apprised of support and product updates. Licensee acknowledges that Symantec is a global organization, and such personal data may be accessible on a global basis to enable Symantec to provide Licensee Support. By providing such personal data, Licensee cons Symantec using, transferring and processing this personal data on a global basis for the purposes described above.
• Support Services Warranty. Symantec warrants, for a period of thirty (30) days from the date of performance of support services under this Certificate, that such support services will be performed in a manner consistent with generally accepted industry standards. For support services not performed as warranted in this provision, and provided Licensee has reported such non-conformance to Symantec within thirty (30) days of performance of such non-conforming support services, Symantec will, at its discretion, either correct any nonconforming sup services or refund the relevant fees paid for the nonconforming support services.

THIS IS LICENSEE'S EXCLUSIVE REMEDY AND SYMANTEC'S SOLE LIABILITY ARISING IN CONNECTION WITH THE SUPPORT SERVICES WARRANTY DESCRIBED IN THIS SECTION. DISCLAIMER OF DAMAGES: TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW AND REGARDLESS OF WHETHER ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE, IN NO EVENT WILL SYMANTEC BE LIABLE TO YOU FOR COSTS OF PROCUREMENT OF SUBSTITUTE OR REPLACEMENT GOODS AND SERVICES, LOSS OF PROFITS, LOSS OF USE, LOSS OF OR CORRUPTION TO DATA, BUSINESS INTERRUPTION, LOSS OF PRODUCTION, LOSS OF REVENUES, LOSS OF CONTR LOSS OF GOODWILL, OR ANTICIPATED SAVINGS OR WASTED MANAGEMENT AND STAFF TIME; OR (ii) ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR INDIRECT DAMAGES WHETHER ARISING DIRECTLY OR INDIRECTLY OUT OF THE PROVISION OF SUPPORT SERVICE(S), EVEN IF THE PARTY, ITS RESELLERS, SUPPLIERS OR ITS AGENTS HAS BEEN TOLD SUCH DAMAGES MIGHT OCCUR. IN NO CASE SHALL SYMANTEC'S LIABILITY EXCEED THE PURCHASE PRICE FOR THE SUPPORT SERVICE(S). N( IN THIS CERTIFICATE SHALL EXCLUDE OR LIMIT SYMANTEC'S LIABILITY FOR ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED BY LAW.

INTEGRATION: This Certificate, as supplemented by any relevant terms in the License Agreement not otherwise defined herein, constitutes the entire agreement between this parties pertaining to the subject matter hereof, and, except as otherwise agreed upon in writing by the supersedes any and all prior written or oral agreement with respect to such subject matter.

Product is subject to the U.S. Export Administration Regulations (EAR) and diversion contrary to U.S. law is prohibited. You agree to comply with all relevant laws, including the U.S. EAR and the laws of any country from which Product is re-exported. All Symantec Product is currently prohibited for export or re-export to Cuba, North Korea, Iran, Syria and Sudan and to any country or its nationals subject to relevant embargo or sanction or to any entity or person for which an export license is required per any relevant restricted party list, without first obtaining a license. Furthermore, You will not use or allow use of Product in connection with chemical, biological, or nuclear weapons, or missiles, drones or space launch vehicles capable of delivering such weapons.

**101**

Software Services, LLC Confidential

1

# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

29-Jul-14

## Claiborne Parish Sheriff

## TCM™ Online Payment Module

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

|  | 1 | **TCM™ Online Payment Module** | |

The TCM™ Online Payment Module is a user-friendly web interface that allows tax payers to pay their taxbill and complete inquires on their taxbill through the internet. The Module will allow tax payers to search by Taxpayer Name, Tax Notice Number, Taxpayer Address, Parcel Number and Physical Address. Please note that the search criteria is based on the information available in the TCM™ system

**Services**

Software Loading and Configuration @ S&S                    $

Total Consulting Services > $

**Grand Total**                    $

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $

**Note**    Client is required to have high speed connectivity for remote support of Windows® applications.

**Note: Prices good for 30 days.**

Official's Initials> _____

**102**

Software Services, LLC Confidential

2



**Software & Services**

**Microsoft**
**GOLD CERTIFIED**
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza · 1120 S Pointe Parkway · Shreveport, LA 71105-2600
318.865.1505 · 800.467.4477 · Fax: 318.865.1408
*www.softwareservices.net*

29-Jul-14

## Claiborne Parish Sheriff

## TCM™ Online Payment Module

| Order # | Qty. | Item | | | | | | Price |
|---------|------|------|--|--|--|--|--|-------|
| | | | | | | | | |

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

TCM™ Online Payment Modules require a Web Server or the ability to publish web pages  from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

 

**Software & Services**

*Microsoft* GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Claiborne Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**613 E. Main St.
Homer, LA 71040**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

~~Greg Teeters, President~~ (Date)
Deanna May, Vice President

**Claiborne Parish Sheriff's Office**
"Client"

**Ken Bailey, Sheriff** 8-27-14 (Date)

**104**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1.    **PRODUCTS AND SERVICES TO BE PROVIDED.**

    (a)   Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

    (b)   Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

    (c)   Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2.    **DELIVERY AND INSTALLATION.**

    (a)   Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

    (b)   Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

    (c)   Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3.    **PAYMENT.**

    (a)   Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4.    **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

    (a)   Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

    (b)   Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

    (c)   Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

    (d)   Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5.    **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

    (a)   The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

    (b)   Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

    (c)   Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6. **SOFTWARE LICENSE.**

(a) Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"). In no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b) Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c) Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

(a) EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b) Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c) Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.** Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

(a) This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b) Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

(a) Complete Agreement. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

3   **106**

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b) Supplies. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c) Credit Card Processing. If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d) Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e) Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f) Limitation Period. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g) Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h) Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary for Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11. **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential

## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

**Exhibit A**
**Court and Traffic Collections CTC**

13-May-16

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

**S&S Application Software**

| | Qty | Item | Price |
|---|---|---|---|
| | 1 | **CTC™ Court & Traffic Collections Application** *(Includes Criminal and Traffic Case Management, Document Processing, Distribution Module setup, Payment Collections, Probation Module, End of Month Distributions, Court & Traffic Fund Accounting Integration, Bank Reconciliation Integration, Report Manager, Security Manager)* | $ |
| | 1 | **CTC™ Online Traffic Ticket Web Payment Module** *The Online Traffic Ticket Processing Module provides a user-friendly web interface that allows defendants to pay by credit card through the internet. The Module will allow payments to be made on those tickets that have been entered into CIS Criminal, and on those tickets that have been issued but not yet processed in CIS Criminal.* | Included |
| | 1 | **CTC Credit Card Swipe Payment Module** | Included |
| | 1 | **CTC Criminal DA Integration Module** | $ |
| | | | $ |
| | | **Software Application Total** | $ |

**Services**

| | Item | Price |
|---|---|---|
| | **Training (3 Days at S&S Training Facilities)** | $ |
| | Conversion of current system data. Text data must be provided from existing system. (ESTIMATE ONLY; CONVERSION WILL BE BILLED AT ACTUAL COST) | $ |
| | 2 Days GO-LIVE On Site Consultation | $ |
| | Personnel Travel & Expenses to Client Site | $ |
| | Client Workflow Analysis Consultation | $ |
| | Software Loading and Configuration @ S&S | $ |
| | **Total Consulting Services >** | $ |

**Discounts**

| | Item | Price |
|---|---|---|
| | **Upgrade Discount** | $ |
| | **Grand Total** | $ |

Official's Initials> *KB*

Software Services, LLC Confidential                                               2



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

**Exhibit A**
**Court and Traffic Collections CTC**

13-May-16

**Claiborne Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
| | | | |

**Recurring Annual Fees**

| | | | |
|---|---|---|---|
| | | Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ |
| | Note | *Client is required to have high speed connectivity for remote support of Windows® applications.* | |

**Recurring Fees Total >** $

*Note: Prices good for 30 days.*

---

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows® .
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

*Official's Initials>* KB

**109**

Software Services, LLC Confidential
3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

### Exhibit A
**Court and Traffic Collections CTC**

13-May-16

## Claiborne Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

Official's Initials> _KB_

**110**

# KEN BAILEY
## CLAIBORNE PARISH SHERIFF



613 East Main Street  •  Homer, Louisiana  71040  •  Office: 318-927-2011  •  Fax: 318-927-9819

May 18, 2015

Software & Services of LA, Inc.
Attn: Carol/Keith
1120 S Pointe Parkway
Shreveport, LA  71105-2600

Re: 2016 Tax Sale

Dear Carol/Keith:

Please accept this as our formal request for the date of Wednesday, May 17, 2017 for the 2016 Tax Sale.

Please contact me to verify or change the date.

Sincerely,

Terri Farris
Terri Farris
Civil Deputy

**111**

# KEN BAILEY
## CLAIBORNE PARISH SHERIFF



613 East Main Street   •   Homer, Louisiana  71040   •   Office: 318-927-2011   •   Fax: 318-927-9819

May 27, 2015

Software & Services of LA, Inc.
Attn: Carol/Keith
1120 S Pointe Parkway
Shreveport, LA  71105-2600

Re: 2015 Tax Sale

Dear Carol/Keith:

Please accept this as our formal request for the date of Wednesday, May 18, 2016 for the 2015 Tax Sale.

The judge's conference is the first week of June and our judge typically schedules June's criminal court matters for the last week of May. Gwen and Daniela will be in court that week. This will leave our office half-staffed.

Please contact me to verify or change the date.

Sincerely,

Terri Farris
Civil Deputy

112

# KEN BAILEY
## CLAIBORNE PARISH SHERIFF



613 East Main Street    •    Homer, Louisiana  71040    •    Office: 318-927-2011    •    Fax: 318-927-9819

May 30, 2014

Software & Services of LA, Inc.
Attn: Carol/Keith
1120 S Pointe Parkway
Shreveport, LA  71105-2600

Re: 2014 Tax Sale

Dear Carol/Keith:

Please accept this as our formal request for the date of Wednesday, May 20, 2014 for the 2014 Tax Sale.

The judge's conference is the first week of June and our judge typically schedules June's criminal court matters for the last week of May. Gwen and Daniela will be in court that week, as they were this year. This will leave our office half-staffed. Rather than have to hire additional help, Sheriff Bailey requests the Tax Sale be moved up a week for next year.

Please contact me to verify or change the date.

Sincerely,

Terri Farris
Civil Deputy

**113**

Software Services, LLC Confidential                                                          1

# S&S Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

14-Jul-16                              **Proposal**

                           **Claiborne Parish Sheriff**

| Qty. | Item | Price |
|---|---|---|
| **Workstation(s)** | | |
| 4 | PC Workstation(s) for the Detention Center | **CPSH** |
| **Services** | | |
| | Hardware Installation On Site - *Estimate - Actual time to be invoiced @ $150/hr* | $ |
| | Personnel Travel & Expenses to Client Site | $ |
| | Third Party Product Activities | $ |
| | **Total Services >** | **$** |
| | **Grand Total** | **$** |

*Note: Prices good for 30 days.*

Signature > _____    Date_____

ver-051809

Software Services, LLC Confidential                                                              2



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

14-Jul-16                              **Proposal**

## Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications.  It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers.  The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 and/or 8 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

ver-051809                    *Signature >*_____    *Date*_____

**115**

Software Services, LLC Confidential                                                                                    3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

14-Jul-16

## Proposal

## Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

Signature > _____    Date_____

**116**



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

**AGREEMENT**

**BETWEEN:**                                    **AND:**

Software & Services of Louisiana, LLC      **Claiborne Parish Sheriff's Office**
(The "Contractor") as applicable at        (The "Client") as applicable at
the following address:                      the following address:

Parkway Plaza                               **613 E. Main Street**
1120 S Pointe Parkway, Building A          **Homer, LA  71040**
Shreveport, LA 71105-2600

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC      **Claiborne Parish Sheriff's Office**
"Contractor"                                "Client"

~~Greg Teeters, President~~   9/1/16        Ken Bailey, Sheriff          (Date)
Deanna May, Vice President    (Date)

Revised 10/26/2012

**117**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)    Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)    Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)    Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)    Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b)    Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)    Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)    Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)    Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)    Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)    Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)    Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)    The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)    Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)    Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

2

**118**

6.    **SOFTWARE LICENSE.**

(a)    Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)    Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)    Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (II) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.    **LIMITATION OF LIABILITY.**    Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.    **TERMINATION.**

(a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.    **GENERAL.**

(a)    Complete Agreement.    This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

**119**

(b)    Supplies. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)    Credit Card Processing. If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d)    Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)    Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)    Limitation Period. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)    Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)    Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.    **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

**120**

**Carol Evans**

| | |
|---|---|
| **From:** | Bridget Baham |
| **Sent:** | Tuesday, November 29, 2016 11:25 AM |
| **To:** | Carol Evans |
| **Subject:** | FW: AVG License RENEWAL (AVG Order #: 74793795 - IM:21-21722-D - R:2615) - Chase Sh.AVG 2 Yr Renewal |

-----Original Message-----
From: notification.automat@avg.com [mailto:notification.automat@avg.com]
Sent: Tuesday, November 22, 2016 2:44 PM
To: Rebancos, Kervie; AVG-Licensing
Subject: AVG License RENEWAL (AVG Order #: 74793795 - IM:21-21722-D - R:2615)

Dear Valued Partner,

Thank you for your order through Ingram Micro.

This email serves as order confirmation for Reseller/Ingram PO#: IM:21-21722-D - R:2615

This email contains specific license information for each license you've purchased from the AVG reseller center. Please save this email for future reference.


Contents:
A. Product activation information
B. Customer sales and technical support

-----------------------------------
A. PRODUCT ACTIVATION INFORMATION
-----------------------------------

Your license number for AVG Internet Security Business Edition is listed below.

Please register the license number for your customer using License Management tool on the AVG Reseller Center at: http://partner.avg.com

Please be informed, that you can easily obtain your license number via Order Management tool at the Reseller Center: http://partner.avg.com

-----------------------------------------------
Product: AVG Internet Security Business Edition License number: UIRB4-U4T7U-PMRDE-Q97SS-NFNWE-6IXPX
Number of computers: 50
License validity: 24 months
License expiration date: November 22nd, 2018
-----------------------------------------------

Important notice:
A new version of AVG has been released. Older versions of AVG may not recognize this license number version. We recommend installing the newest AVG release. For more information, please refer to our FAQs at: http://www.avg.com/faq

Please store your license number in a secure location in the event that you need to reinstall the product.

1

**121**

```
---------------------------------------
B. CUSTOMER SALES AND TECHNICAL SUPPORT
---------------------------------------
```

If you cannot find the answer you're looking for, please contact our friendly staff via http://support.avg.com and we'll be happy to assist you.


Best regards,

Reseller Management
AVG Technologies
reseller@avg.com
www.avg.com


If you do not wish to receive promotional materials from Ingram Micro via e-mail, please, go to http://www.ingrammicro.com/emailmgmt or reply to this message and type unsubscribe in the subject.

- Ingram Micro Inc. - Corporate Headquarters, 3351 Michelson Drive, Suite 100, Irvine, CA 92612

This email may contain material that is confidential, and proprietary to Ingram Micro, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Software Services, LLC Confidential



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                              Exhibit A

### Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | | Price |
|------|------|---|-------|

**S&S Application Software** — $ — Included

#### TCM™ Delinquent Notification Module

*The Delinquent Notification Module makes sending out notification on delinquent tax notices more efficient. The Module does this by giving the tax collector the ability to create print batches for notification letters or create an extract file to send to a third party print company. The Module is capable of doing the following:*
1. Create notification batches based on event categories
2. Create notification export files based on event categories
3. Apply a fee per letter generated or a fee per tax notice
4. Edit or Add Parties of Interest
5. Add scanned attachments (must have scanning module to use this feature)
6. Add Log entries
7. View notification transaction history on each party
8. Assign certified article numbers for each document sent via certified mail

#### TCM™ Assessor Analysis Module — Included

*The Assessor Analysis Module was developed make researching owner information on delinquent tax notices more efficient. The Module gives the tax collector the ability to research owner names and addresses, and legal descriptions directly into the Assessor's system from TCM. The Module is capable of doing the following:*
1. Find owner names in AIS that are not in TCM
2. Find owner names in TCM that are not in AIS
3. Find address changes of current owners
4. Find properties where the legal description in AIS differs from TCM
5. Find owners with phone numbers in AIS (TCM does not track phone# so it can't find updated or new phone numbers)

**Total S&S Application Software >** $

**Services**

Software Loading and Configuration @ S&S — $

**Total Services >** $

**Grand Total** — $

**Recurring Annual Fees**

Annual Client Application Support (CAS) — $

**Note:** *Client is required to have high speed connectivity for remote support of Windows® applications.*

**Total Recurring Annual Fees >** $

*Note: Prices good for 30 days.*

Signature > _____    Date 4-6-201

Software Services, LLC Confidential

2

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17

Exhibit A

Claiborne Parish Sheriff's Office

Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
| --- | --- | --- |

Signature > _____    Date 4-6-2017  **124**

Software Services, LLC Confidential

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17                    Exhibit A

## Claiborne Parish Sheriff's Office

### Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order, 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and high-speed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

Signature > _____    Date 4-6-2017  **125**

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2800
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Mar-17

Exhibit A

Claiborne Parish Sheriff's Office

## Delinquent Notification/Assessor Analysis Modules

| Qty. | Item | Price |
|---|---|---|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Service s or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

Signature > [signature] Date 4-6-2017

Software Services, LLC Confidential                                                                    1



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2-Jul-18                          **Proposal**

### Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|

**Services**

System Engineering assistance On Site - *Actual time to be invoiced @ $150/hr*

*On Site assistance, July 11, 2 - 4 PM. Services provided will be charged on a Time &
Materials (T&M) basis at our regular hourly rate of $150/hour. Estimated at 2 hours
plus on site travel expenses will be incurred as follows: Mileage and Travel Time.*

**Estimated Total Services** $

| **Grand Total** | $ |
|---|---|

*Note: Prices good for 30 days.*

**127**

8//02/2018 14:45 92/1803 CLAIBORNE PARISH ...J PAGE 02/03

Software Services, LLC Confidential                                                          2



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71 05-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2-Jul-18                                    **Proposal**

## Claiborne Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|
|      |      |       |

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using W ndows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed Internet access.

**Unsupported PC Operating Systems include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

Ken Barley

**128**

Software Services, LLC Confidential                                                3

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2-Jul-18                              **Proposal**

**Claiborne Parish Sheriff**

Qty.     Item                                                            Price

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

*Ken Bailey*

**129**

## Carol Evans

| | |
|---|---|
| **From:** | Bridget Baham |
| **Sent:** | Wednesday, October 31, 2018 1:30 PM |
| **To:** | Carol Evans |
| **Subject:** | AVG License Number Information - Claiborne Parish Sheriff |

-----Original Message-----
From: notification.automat@avg.com [mailto:notification.automat@avg.com]
Sent: Tuesday, October 02, 2018 3:23 PM
To: Bridget Baham <bridget@softwareservices.net>
Subject: Task#126350- AVG License Number Information

Dear Customer,

Below you will find the license information for your entitlement key. We recommend that you make a backup copy of this email (e.g. print out a hard copy) for your future reference.

----------------------------------------------------------------

A. Product Information
B. Installation / Activation

-------------------------------
A. PRODUCT INFORMATION
-------------------------------

 Your entitlement key is listed below.

-----------------------------------------------
Product: AVG Internet Security Business Edition Entitlement key: UIKND-PXVZ6-923MR-QM929-
EJ4I4-ZQRY6
Number of computers: 50
License validity: 24 months
License expiration date: November 22nd, 2020
-----------------------------------------------

Important notice:
A new version of AVG has been released. Older versions of AVG may not recognize this license number version. We recommend installing the newest AVG release. For more information, please refer to our FAQs at: http://www.avg.com/faq Please store your entitlement key in a secure location in the event that you need to reinstall the product.

-------------------------------
B. INSTALLATION / ACTIVATION
-------------------------------

You can download the installation files or access the activation pages for the products you purchased from the locations below.

Avast Business Pro
Standalone (Unmanaged) solution for PC:
- Online installer available here
http://iabs.d.avast.com/iabs/avast_business_antivirus_pro_setup_online.exe
- Offline installer available here
http://iabs.d.avast.com/iabs/avast_business_antivirus_pro_setup_offline.exe

1

**130**