On-premise Console (Managed solution):
- Windows console available here https://www.avast.com/download-thank-you.php?product=BMS-DOWNLOAD
- Consoles for other platforms available here https://hub.docker.com/r/avastsoftware/management-console/

Cloud Console (Managed solution):
- Cloud console available here https://business.avast.com/

AVG Business products
Download the installation files here https://www.avg.com/download-business

AVG Internet Security, AVG PC TuneUp Unlimited & AVG Ultimate Activate your service from the Activation Page https://secure.avg.com/activation.

Legacy AVG products - AVG AntiVirus, AVG Internet Security & AVG PC TuneUp Activate your service from the Activation Page https://app.avg.com/registration

Avast Pro Antivirus, Avast Internet Security & Avast Premier Installation files for all solutions available here https://www.avast.com/en-us/download-software.

AVG Mobile Products
Activate your service from the Activation Page https://www.avg.com/install

Avast Mobile Products & CCleaner for Android Pro Installation files for all solutions available here https://www.avast.com/install

Best regards,

Your Avast Business Team


www.avast.com

2

**131**

**Carol Evans**

| | |
|---|---|
| **From:** | Bridget Baham |
| **Sent:** | Thursday, October 18, 2018 11:32 AM |
| **To:** | Carol Evans |
| **Subject:** | AVG License Number Information - Claiborne SH |

-----Original Message-----
From: notification.automat@avg.com [mailto:notification.automat@avg.com]
Sent: Tuesday, October 02, 2018 3:23 PM
To: Bridget Baham <bridget@softwareservices.net>
Subject: Task#126350- AVG License Number Information

Dear Customer,

Below you will find the license information for your entitlement key. We recommend that you
make a backup copy of this email (e.g. print out a hard copy) for your future reference.

----------------------------------------------------------------

A. Product Information
B. Installation / Activation

--------------------------------
A. PRODUCT INFORMATION
--------------------------------

 Your entitlement key is listed below.

------------------------------------------------
Product: AVG Internet Security Business Edition Entitlement key: UIKND-PXVZ6-923MR-QM929-
EJ4I4-ZQRY6
Number of computers: 50
License validity: 24 months
License expiration date: November 22nd, 2020
------------------------------------------------

Important notice:
A new version of AVG has been released. Older versions of AVG may not recognize this license
number version. We recommend installing the newest AVG release. For more information, please
refer to our FAQs at: http://www.avg.com/faq Please store your entitlement key in a secure
location in the event that you need to reinstall the product.

--------------------------------
B. INSTALLATION / ACTIVATION
--------------------------------

You can download the installation files or access the activation pages for the products you
purchased from the locations below.

Avast Business Pro
Standalone (Unmanaged) solution for PC:
- Online installer available here
http://iabs.d.avast.com/iabs/avast_business_antivirus_pro_setup_online.exe

1

**132**

- Offline installer available here
http://iabs.d.avast.com/iabs/avast_business_antivirus_pro_setup_offline.exe

On-premise Console (Managed solution):
- Windows console available here https://www.avast.com/download-thank-you.php?product=BMS-DOWNLOAD
- Consoles for other platforms available here
https://hub.docker.com/r/avastsoftware/management-console/

Cloud Console (Managed solution):
- Cloud console available here https://business.avast.com/

AVG Business products
Download the installation files here https://www.avg.com/download-business

AVG Internet Security, AVG PC TuneUp Unlimited & AVG Ultimate Activate your service from the Activation Page https://secure.avg.com/activation.

Legacy AVG products - AVG AntiVirus, AVG Internet Security & AVG PC TuneUp Activate your service from the Activation Page https://app.avg.com/registration

Avast Pro Antivirus, Avast Internet Security & Avast Premier Installation files for all solutions available here https://www.avast.com/en-us/download-software.

AVG Mobile Products
Activate your service from the Activation Page https://www.avg.com/install

Avast Mobile Products & CCleaner for Android Pro Installation files for all solutions available here https://www.avast.com/install

Best regards,

Your Avast Business Team


www.avast.com

2

**133**

# Malwarebytes

**LICENSED TO:**    CLAIBORNE PARISH SHERIFF
Ken Bailey
613 E MAIN ST
Homer, LA, 71040

## SUBSCRIPTION DETAILS

| Subscription ID | Product Name | License Period | Qty. |
|---|---|---|---|
| MWB-C00039247 | Malwarebytes Endpoint Security - 2Yr | 21-Nov-18 to 20-Nov-20 | 50 |

## DOWNLOAD INSTRUCTIONS

| Product | ID | License Key | Download Instructions |
|---|---|---|---|
| **Malwarebytes Endpoint Security - 2Yr** | | | |
| Malwarebytes Anti-Malware for Business | 6OM75-H65NV | U8BV-8DHN-UX0Y-HL1R | Visit https://downloads.malwarebytes.com/file/mbes_for_business. Please read the Quick Start Guide in the zip file to get started. |
| Malwarebytes Anti-Exploit for Business | 7ARK-9UYB | 6A1D-JL71-T6PN-FBLJ | Visit https://downloads.malwarebytes.com/file/mbes_for_business. Please read the Quick Start Guide in the zip file to get started. |
| Mac Remediation Client | n/a | MBGKJ-HJTX2- | Visit https://downloads.malwarebytes.com/file/mbes_for_business. Please read the |

**134**

N986M-XNMBD        Quick Start Guide in the zip file to get started.

Please ensure you keep this license information in a safe place for future reference.

To activate your software:

1. If you do not yet have the software installed, please download it using the corresponding above link
2. Open the software and click Activate
3. Copy and Paste your ID and Key listed above and click Activate again

Thank you for your business!
Malwarebytes

0

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Dec-18

## Proposal

## Claiborne Parish Sheriff

*Exhibit "A"*

| Qty. | Item | Price |
|---|---|---|

**Additional Equipment**

| 1 | TeraStation Rackmount 4-Drive 12 TB NAS Hard Drives Included | $ |

Total Additional Equipment w/ship/hand > $

**3rd Party Software Annual Subscription**

| 1 | Acronis Cloud Storage Backup - 1st Server | $ |
| 3 | Acronis Cloud Storage Backup - Additional Server - ($420/Device) | $ |
| 49 | Acronis Cloud Storage Backup - Workstation - ($60.00/Device) | $ |

A comprehensive online backup and recovery package that includes 500 GB of Cloud storage, with the ability to purchase additional storage at $.06/GB/month. *Any overages from this original estimate will be invoiced to your office at the end of a one year term from the date of proposal execution.*

To effectively utilize Acronis cloud storage capability Clients ISP must have at least 5mb upstream capability for the average size office, larger offices with more data may require 10Mb or more upstream. Speedtests can be performed from the server to discern a clients up and down speed rates. S&S can assist the client in dealing with their ISP towards upgrading their service.

Note: the backup of data is vital to any organization and thus the ultimate responsibility falls on the client to ensure and maintain good backups. Client is solely responsible for the selection of the data to be backed up. S&S disclaims any and all responsibility and liability with respect to the type of, and sufficiency of, the data selected for backup and the timeliness of backups. S&S can assist, if requested, with this endeavor by providing a dashboard to view backups, offering suggestions, etc.

S&S will provide setup for one (1) server but will assist with other machines as needed for an additional cost to be charged at the current standard rates as follows:
Acronis Cloud Storage Backup Annual Subscription - additional Server - (Per Device) @ $396.00
Acronis Cloud Storage Backup Annual Subscription - VM (Virtual Machine) - (Per Device) @ $120.00
Acronis Cloud Storage Backup Annual Subscription - Workstation - (Per Device) @ $60.00

Both S&S and the client will receive notifications of backup failures on a nightly basis and S&S can assist to resolve the backup process to function properly, but again the ultimate responsibility for backups lies with the client.

S&S can provide assistance with the recovery of files, etc., at an additional cost to be charged at the current standard hourly rate.

S&S is an authorized reseller of Acronis International GmbH and Ingram Micro (Service Provider) products and services including Acronis Backup Cloud, Acronis SPLA, and Acronis Disaster Recovery. By signing this proposal and related contract for services Client acknowledges receipt of, and agreement to, Service Provider's Terms of Use and legal disclaimers found here: https://www.acronis.com/en-us/legal.html.

Total 3rd Party Software > $

Signature >                                    Date



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Dec-18                                **Proposal**

### Claiborne Parish Sheriff
*Exhibit "A"*

| Qty. | Item | | Price |
|------|------|---|-------|
| **Services** | | | |
| | Remote Configuration - Estimate - *Actual time to be invoiced @ $150/hr* | $ | |
| | | Total Services > $ | |

| | | |
|---|---|---|
| **Grand Total** | $ | |

*Note: Prices good for 30 days.*

Signature > _____    Date 12-13-18

ver-051809

**137**

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Dec-18                                    **Proposal**

**Claiborne Parish Sheriff**
*Exhibit "A"*

| Qty. | Item | Price |
|------|------|-------|

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using Windows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

**Unsupported PC Operating Systems Include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

Signature > _____    Date _12 -13-18_

**138**

# KEN BAILEY
## CLAIBORNE PARISH SHERIFF



613 East Main Street   •   Homer, Louisiana  71040   •   Office: 318-927-2011   •   Fax: 318-927-9819

Facsimile — (318) 865-1408

May 17, 2019

Software & Services
Attn: Keith
1120 S. Pointe Parkway
Shreveport, LA  71105-2600

RE:  2020 Tax Sale

Dear Keith:

Please accept this as our formal request for the date of May 13, 2020 for the 2020 tax sale.

Please contact me with any changes.

Sincerely,

Patsy Bailey
Patsy Bailey
Tax & Civil Department

**139**

Software Services Confidential                                                        1



Parkway Plaza·1120 S Pointe Parkway · Shreveport, LA 71105-2600
318.865.1505 · 800.467.4477 · Fax: 318.865.1408
www.softwareservices.net

5-Apr-19                          **Proposal**

### Claiborne Parish Sheriff

*Exhibit "A"*

| Qty. | Item | Price |
|------|------|-------|

**Server & Accessories**

2    **Dell PowerEdge Server(s):**                                          **CPS**

Staging and installing TCM and Detention Center servers as well as SonicWall purchased by
Claiborne Parish Sheriff's (CPS) office and shipped to Software & Services for staging.

*Note: TCM server requires MS Word be installed on the server, CPS to supply MS Word.*

*Note: This is an estimate only, site will be invoiced @ $150/hour plus travel expenses.*

**Services**

| | Price |
|---|---|
| **Hardware Staging & Configuration @ S&S** | $ |
| **Remote Software Configuration and Installation** | $ |
| **Hardware Installation On Site -** *Estimate - Actual time to be invoiced @ $150/hr* | $ |
| **Personnel Travel & Expenses -** *Estimate - Actual expenses to be invoiced* | $ |
| **Remote Programmer Configuration for Online Payments** | $ |
| **Third Party Product Activities** | $ |
| **Total Services >** | $ |

**Grand Total**                                                   $

*Note: Prices good for 30 days.*

Signature > _____    Date 4-5-19

ver-051809

**140**

Software Services Confidential                                                           2



**Software & Services**
An i3 Verticals Company

Parkway Plaza·1120 S Pointe Parkway · Shreveport, LA 71105-2600
318.865.1505 · 800.467.4477 · Fax: 318.865.1408
www.cqfinsureservices.net

5-Apr-19                          **Proposal**

**Claiborne Parish Sheriff**

*Exhibit "A"*

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using Windows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Unsupported PC Operating Systems include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

ver-051809                Signature > _____  Date __4-5-19__

**141**

Software Services Confidential                                                      3



 **Software & Services**
*An i3 Verticals Company*

Parkway Plaza·1120 S Pointe Parkway · Shreveport, LA 71105-2600
318.865.1505 · 800.467.4477 · Fax: 318.865.1408
www.sqfwareservices.net

5-Apr-19                              **Proposal**

## Claiborne Parish Sheriff

*Exhibit "A"*

| Qty. | Item | Price |
|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

*Signature >* _____    *Date* 4-5-19

**142**

Software Services Confidential                                                    1



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

1-Feb-19                                    **Exhibit A**

**Claiborne Parish Sheriff**

**Governmental Fund Accounting (GFA™) Software Proposal - Payroll Module**

| Qty. | Item | Price |
|------|------|-------|
| **S&S Application Software** | | |
| 1 | GFA™ PAYROLL APPLICATION | $ |
| | **Total S&S Application Software >** | $ |
| **Services** | | |
| 1 | GFA™ Payroll Data Conversion | $ |
| 2 | GFA™ Payroll Application Training days @ S&S facilities | $ |
| 2 | Day(s) GFA™ Payroll Application Go-Live On Site Consultation | $ |
| 1 | Personnel Travel & Expenses to Client Site for GFA™ Financial Application | $ |
| | Application Setup and Configuration | $ |
| | **Total Services >** | $ |
| | **Grand Total** | $ |
| **Recurring Annual Fees** | | |
| | Annual Client Application Support (CAS): 12 months starting on installation completion date is 20% of this LIST PRICE >> | $ |
| | **Total Recurring Annual Fees >** | $ |

*Note: Prices good for 30 days.*

ver-051809

*Official's Initials>* KB

**143**

Software Services Confidential                                                                2


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

1-Feb-19                              **Exhibit A**

## Claiborne Parish Sheriff

### Governmental Fund Accounting (GFA™) Software Proposal - Payroll Module

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Payment will be due after the completion of each phase of the project based on the amounts shown above, unless other payment arrangments are agreed upon by both parties in writing.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server. S&S recommends using Windows® 7 and/or 8 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

ver-051609

**Official's Initials>** KB

Software Services Confidential                                                                3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

1-Feb-19                          **Exhibit A**

## Claiborne Parish Sheriff

### Governmental Fund Accounting (GFA™) Software Proposal - Payroll Module

| Qty. | Item | Price |
|------|------|-------|

**Existing Printers:**
S&S applications require printers which support Windows drivers, Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

**Official's Initials>** *KB*



**Software & Services**

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**

Software & Services
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Rapides Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**700 Murray Street
Alexandria, LA, 71309**

Client acknowledges that it has read and understands this Agreement (including all attached schedules and amendments) and is not entering into this Agreement on the basis of any representations not expressly set forth herein. Neither the Client nor Contractor shall be bound by this Agreement until it has been accepted in writing by Contractor and the Agreement shall be effective when signed by Contractor.

Agreed and accepted:

Software & Services
"Contractor"

_Greg Teeters_          4-1-19
Greg Teeters, President          (Date)

**Rapides Parish Sheriff's Office**
"Client"

_William D. Hilton_          3-22-19
**William Hilton, Sheriff**          (Date)

Revised 11/12/2018

**EXHIBIT 3**          **146**

**AGREEMENT**

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1.    **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)    Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)    Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)    Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2.    **DELIVERY AND INSTALLATION.**

   (a)    Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

   (b)    Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)    Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3.    **PAYMENT.**

   (a)    Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4.    **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)    Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)    Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)    Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)    Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5.    **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)    The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)    Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)    Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

**147**

6.    **SOFTWARE LICENSE.**

(a)    Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)    Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)    Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.    **LIMITATION OF LIABILITY.**  Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.    **TERMINATION.**

(a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.    **GENERAL.**

(a)    <u>Complete Agreement</u>.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

**148**

(b)     <u>Supplies</u>. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)     <u>Credit Card Processing</u>. If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d)     <u>Force Majeure</u>. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)     <u>Arbitration</u>. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)     <u>Limitation Period</u>. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)     <u>Reformation and Severability</u>. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)     <u>Governing Law</u>. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.     **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services Confidential                                                                1



**Security Solutions**
**Networking Infrastructure Solutions**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

6-Feb-19                              **TCM™ Proposal**

                              **Rapides Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
|         |      |      |       |

**S&S Application Software**

| | | | |
|---|---|---|---|
| | 1 | **TCM™ Base Application License** | $ ■ |
| | | *(Includes Base Tax Collection, Taxing District Setup, Document Processing, Paid Under Protest Tax Collection, Pension Fund distribution, Revenue Sharing Distribution, Delinquent Interest Calculation, End of Month Distributions, Change Order Processing Module, NSF Check Processing, Redemption Bill Calculation, Redemption Payment Processing, Report Manager, Security Manager)* | |
| | | **TCM™ Online Payment Module** | Included |
| | | *The TCM Online Payment  Module is a user-friendly web interface that allows tax payers to pay their tax bill  and complete inquires on their tax bill through the internet.  The Module will allow tax payers to search by Taxpayer Name, Tax Notice Number, Taxpayer Address, Parcel Number and Physical Address.  Please note that the search criteria is based on the information available in the TCM system.* | |
| | | **TCM™ Credit Card Counter Swipe Module** | Included |
| | | *The TCM Credit Card Swipe Module is a user-friendly interface that allows tax payers to pay their taxbill at the counter by Credit Card.* | |
| | | **TCM™ Barcode Scanner Module** | Included |

**Total S&S Applications >** $ ■

Official's Signature>

150

Software Services Confidential                                                              2



# Software & Services

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

6-Feb-19                          TCM™ Proposal

## Rapides Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

### 3rd Party Software

|  |  | Item | Price |
|--|--|------|-------|
|  |  | SQL Server™ 2012 Client CALs | CLIENT |
|  |  | SQL Server™ 2012 (Media) | CLIENT |
|  |  | SQL Server™ Client CALs | CLIENT |

### Services

|  |  |  |  |
|--|--|--|--|
| 3 | Training days @ RPSO | $ | |
|  | Software Delivery & Installation @ S&S | $ | |
| 3 | Day(s) TCM Go-Live On Site | $ | |
| 1 | Personnel Travel & Expenses to Client Site | $ | |
|  | Client Consultations Onsite or In House | $ | |

Total Consulting Services > $

## Grand Total                                            $

### Recurring Annual Fees

**Annual Client Application Support (CAS): Jul 1st thru Jun 30th**    $

*Note:* *Client is required to have high speed connectivity for remote support of Windows® applications.*

**Annual Loading of Tax Roll**                                      $

Recurring Fees Total > $

*Note: Prices good for 30 days.*

Official's Signature>

151

Software Services Confidential                                                                3

# Software & Services

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

6-Feb-19                    **TCM™ Proposal**

**Rapides Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using Windows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Unsupported PC Operating Systems include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Official's Signature>** *William D Hilton*          **152**

Software Services Confidential                                                                                    4



# Software & Services

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

6-Feb-19                                    TCM™ Proposal

### Rapides Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
No conversion is proposed.

**Training:**
We recommend training key personnel at our office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Web and Credit Card Payment Modules**
As a way to reduce costs to the Client, Software & Services provides exclusive credit card payment functionality with associated convenience fees of 3.45% to the taxpayer using the processing convenience.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

**Official's Signature>**

Software Services, LLC Confidential

1

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Feb-20

### Rapides Parish Sheriff's Office Proposal
### TCM™ Tax Sale Consulting

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Services**

| | | | |
|---|---|---|---|
| | | 1 Day Tax Sale Consulting on site | $ |
| | | Personnel Travel & Expenses to Client Site | $ |
| | | Total Consulting Services > | $ |

| | Grand Total | $ |
|---|---|---|

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th

*Note*    Client is required to have high speed connectivity for remote support
of Windows® applications.

_____

*Note: Prices good for 30 days.*

*Official's Initials>* _____

**154**

Software Services, LLC Confidential



Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Feb-20

**Rapides Parish Sheriff's Office Proposal**
**TCM™ Tax Sale Consulting**

| Order # | Qty. | Item | | Price |
|---------|------|------|--|-------|

**Payment Terms:**
If not financing, a 25% down payment is required with the order, 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Renewals:**
AntiVirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

TCM™ Online Payment Modules require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Revenue Sharing**
As a way to reduce costs to the Sheriff, Software & Services, LLC maintains the option to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

**155**




# We have prepared a quote for you

**Tax Sale Consultation**
Quote # 004652
Version 1

# Prepared for:

**RAPIDES PARISH SHERIFF'S OFFICE**
Jane Holloway
jholloway@rpso.la.gov

**156**

1120 S. Pointe Parkway
Shreveport, LA 71105

800-467-4477

i3

An i3 Verticals Company®

## Services

| Service Description | | Price |
|---|---|---|
| TCM Tax Sale Consultation (OnSite) | | |
| TCM Personnel Travel & Expenses | | |
| | Subtotal: | |

## Terms & Conditions

**Payment and Support Fees:**

Set-up Services Fee – Billed one time, upon setup completion.  Payment is due within 30 days.

Application licensing and Annual Support Fee - Shall continue in full force and effect for a period of three (3) years (the "Initial Term") Billed annually and prorated during the first year.  Upon the expiration of the Initial Term or any subsequent Renewal Term, this Agreement will renew for additional one-year periods (each a "Renewal Term"), and, together with the Initial Term, collectively the "Term".
Support Fees do not include support of third party software licensed by Client such as Microsoft® Excel, Word, etc.

Client will install and operate the same S&S Software release in all locations.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers.  The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server or later and Windows Server® 2016 or later. S&S recommends using Windows® 10 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and high speed internet access.

**Unsupported PC Operating Systems include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any

157

1120 S. Pointe Parkway
Shreveport, LA 71105

800-467-4477

i3
An i3 Verticals Company®

## Terms & Conditions

changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
Training will be performed on-site and we can install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.


All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Unsupported PC Operating Systems include:**
Windows® 10 Home, Windows® 8 Home, Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Vista Home, Windows® Home Basic.


**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web and Credit Card Payment Modules**
As a way to reduce costs to the Client, Software & Services provides exclusive web and credit card payment functionality with associated schedule of convenience fees charged directly to the payee using the processing convenience.


Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

158

1120 S. Pointe Parkway
Shreveport, LA 71105

800-467-4477



i3
An i3 Verticals Company®

## Tax Sale Consultation



| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| **Software & Services** | **RAPIDES PARISH SHERIFF'S OFFICE** | **Quote #: 004652** |
| Todd Nichols | , | Version: 1 |
| 800-467-4477 x0120 | Jane Holloway | Delivery Date: 03/25/2021 |
| todd.nichols@softwareservices.net | (318) 473-6809 | Expiration Date: 05/24/2021 |
| | jholloway@rpso.la.gov | |

| Quote Summary | | Amount |
|---|---|---|
| Services | | ███████ |
| | **Total:** | ███████ |

| Payment Options | | Payments | Interval | Amount |
|---|---|---|---|---|
| Payment Options | | | | |

Shipping, handling and other fees may apply.  We reserve the right to cancel orders arising from pricing or other errors.

| Software & Services | RAPIDES PARISH SHERIFF'S OFFICE |
|---|---|

| Software & Services | RAPIDES PARISH SHERIFF'S OFFICE |
|---|---|
| Signature: _____ | Signature: _____ |
| Name: Todd Nichols | Name: Jane Holloway |
| Title: Sales Manager | Date: _____ |
| Date: 03/25/2021 | |

4/7/2021                                                    Software & Services

**Tax Sale Consultation**                                          Quote #: 004

**Prepared For**                                                   Prepa

**RAPIDES PARISH SHERIFF'S OFFICE**                                Tod
Jane Holloway                                                      Sales
                                                                   Direct: 800-467-4
                                                                   todd.nichols@softwarese

### 1. Your Proposal                                              **Comments or questio**

Download and review your PDF document here:                        If you have any comments or question
                                                                   this quote, please feel free to enter
                                                                   Your comment will be logged and em
                                                                   todd.nichols@softwareservices.r

### 2. Review Your Options

**Your Available Options**

Services

| | |
|---|---|
| TCM Tax Sale Consultation (OnSite) | ■ |
| TCM Personnel Travel & Expenses | |
| | |
| Services Subtotal | ■ |
| Subtotal | |

[ Update Options ]                                                [ Submit Question / Comme ]

### 3. Approval

Shipping, handling and other fees may apply. We reserve the right to cancel orders arising from pricing or other errors.

☑ I accept the above conditions

**E-Signature**

Your Initials:

TEC

Your Email Address:

tcarnline@rpso.la.gov

Purchase Order Number:

134760

Sign Here:

x Thomas E. Carnline

 

# Software & Services

**Microsoft** GOLD CERTIFIED *Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**East Feliciana Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**11315 Bank Street
Clinton, LA 70722**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

~~Greg Teeters, President~~        (Date)
Steven P. Miller, VP

3/5/13

**East Feliciana Parish Sheriff's Office**
"Client"

**Talmadge Bunch, Sheriff**        (Date)

2/27/13

**EXHIBIT 4**                **161**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

    (a)    Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

    (b)    Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

    (c)    Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

    (a)    Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

    (b)    Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

    (c)    Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

    (a)    Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

    (a)    Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

    (b)    Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

    (c)    Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

    (d)    Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

    (a)    The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

    (b)    Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

    (c)    Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

**162**

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6. **SOFTWARE LICENSE.**

(a)   Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)   Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)   Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

(a)   EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)   Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)   Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.**   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

(a)   This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)   Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

(a)   Complete Agreement.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)   Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)   Credit Card Processing.  If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d)   Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)   Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)   Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)   Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)   Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.   **ENTIRE UNDERSTANDING.**  Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential                                              1



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

22-Feb-13                              **EXHIBIT A**
                                        **CSS™**

                    **East Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
|         |      |      |       |

**Server & Accessories**

Windows 2003 or Higher Server                          EFPSO

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
Redundant Power Supply

**Sub Total Server & Accessories >**  $            -

**Workstations**

PC Workstations must be at least Windows XP Pro              EFPSO

Core 2 Duo 1.86GHz Processor, 2MB Cache, 1066 FSB
2.0GB Non-ECC, 800MHz DDR2 RAM
80GB SATA 3.0GB/s and 8MB DataBurst Cache Hard Drive
48X32 CDRW/DVD ROM Combo Drive
Windows XP Professional SP2 w/Office 2007 Professional

**Sub Total Workstations >**  $            -

*Official's Initials>*  _____  **165**

Software Services, LLC Confidential                                                    2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

22-Feb-13                      **EXHIBIT A**
                                  **CSS™**

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

| | 1 | **CSS™ Civil Suit System** | $ |
| | | *(Includes, Sheriff Sales and Seizure Case Management, Advance Deposits, Garnishment Case Management, Service Request and Service Return Processing, Clerk Invoicing, Document Processing, Printing Distribution Checks,* | |
| | 1 | **CSS™ Online Sheriff Sale Inquiry Module** | Included |
| | | *The Online Sheriff Sale Inquiry Module utilizes a user-friendly web interface that allows the public to view property for sale via the internet. The Module allows the public to view property for sale by the Sale Date. The user has the ability to look at moveable or immoveable property, as well as the legal description. The Online Inquiry module shows the appraised amount and the starting bid amount. The Sheriff's office has the ability specify which property will be displayed on the internet.* | |

$

**Software Application Total**    $

Official's Initials> _____    **166**

Software Services, LLC Confidential                                                    3


## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

22-Feb-13                          **EXHIBIT A**
                                     **CSS™**

                    **East Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
| | | | |

**Services**

| Item | | Price |
|------|---|-------|
| Training (2 Days internet training via GoToMeeting) | $ | |
| Conversion of current system data. No Conversion Required | | |
| 2 Days Remote Go-Live Consultation | $ | |
| CSS™ Document Setup Assistance | $ | |
| Personnel Travel & Expenses to Client Site | | |
| Client Consultations Onsite or In House | | |
| Software Loading and Configuration @ S&S | $ | |
| Total Consulting Services > | $ | |

| **Grand Total** | $ | |
|-----------------|---|---|

**Recurring Annual Fees**

| Item | | Price |
|------|---|-------|
| Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ | |

*Note*    *Client is required to have high speed connectivity for remote support of Windows® applications.*

Recurring Fees Total >  $

*Note: Prices good for 30 days.*

*Official's Initials>* **wh**  **167**

Software Services, LLC Confidential

4

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

22-Feb-13

**EXHIBIT A**
**CSS™**

**East Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server.   It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CSS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

*Official's Initials>* ____ **168**

Software Services, LLC Confidential

5



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

22-Feb-13

**EXHIBIT A**
**CSS™**

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed. Conversion will be balanced based on values according to the best available data from the current Sheriff system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Official's Initials> _____ **169**

Software Services, LLC Confidential

1

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13

## Proposal

## East Feliciana Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|
| **3rd Party Software** | | |
| 1 | SQL Server™ 2012 Standard Edition - Gov | $ |
| 5 | SQL Server™ 2012 Client CALs - Gov | $ |
| 5 | Microsoft Office® 2013 Standard Edition | $ |
| | Total 3rd Party Software > | $ |
| **Services** | | |
| | Remote Software Loading and Configuration | $ |
| | Total Services > | $ |

| | Grand Total | $ |
|--|-------------|---|

*Note: Prices good for 30 days.*

ver-051608

Signature > _Wendi Hoss_  Date _7-22-13_

170

Software Services, LLC Confidential

2

 Software & Services

Parkway Plaza ▪ 1120 S Pointe Parkway ▪ Shreveport, LA 71105-2600
318.865.1505 ▪ 800.467.4477 ▪ Fax: 318.865.1408
www.softwareservices.net

28-Jan-13                                    **Proposal**

### East Feliciana Parish Sheriff

| Qty. | Item | Price |
|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers.  The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

var-051609                    *Signature >*_____    Date_____    **171**

Software Services, LLC Confidential

3

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13                                **Proposal**

## East Feliciana Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web Payment Module**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

Software Services, LLC Confidential

1


# Software & Services
™

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

24-Jan-13

## EXHIBIT A
## CTS™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

### Server & Accessories

**Windows 2003 or Higher Server**                                          EFPSO

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
Redundant Power Supply

**Sub Total Server & Accessories >**   $           -

### Workstations

**PC Workstations must be at least Windows XP Pro**                         EFPSO

Core 2 Duo 1.86GHz Processor, 2MB Cache, 1066 FSB
2.0GB Non-ECC, 800MHz DDR2 RAM
80GB SATA 3.0GB/s and 8MB DataBurst Cache Hard Drive
48X32 CDRW/DVD ROM Combo Drive
Windows XP Professional SP2 w/Office 2007 Professional

**Sub Total Workstations >**   $           -

*Official's Initials>*  wh  **173**

Software Services, LLC Confidential                                        2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

24-Jan-13                          **EXHIBIT A**
                                     CTS™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|
|  |  | | |

**S&S Application Software**

| | 1 | **CIS™ Criminal Court & Traffic Collections Application**<br>*(Includes Criminal and Traffic Case Management, Document Processing, Distribution Module setup, Payment Collections, End of Month Distributions, , Report Manager, Security Manager)* | $ ▇▇▇ |
| | 1 | **CIS™ Criminal Online Traffic Ticket Web Payment Module**<br>*The Online Traffic Ticket Processing Module provides a user-friendly web interface that allows defendants to pay by credit card through the internet. The Module will allow payments to be made on those tickets that have been entered into CIS Criminal, and on those tickets that have been issued but not yet processed in CIS Criminal.* | Included |

$ ▇▇▇

| **Software Application Total** | $ ▇▇▇ |

*Official's Initials>*  _wh_  **174**

Software Services, LLC Confidential

3


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

24-Jan-13

**EXHIBIT A**
CTS™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Services**

| | | | | |
|---|---|---|---|---|
| | | Training (2 Days Online via GoToMeeting) | $ | |
| | | Conversion of current system data. No Conversion Required | | |
| | | 2 Days CIS Criminal GO-LIVE remote Consultation | $ | |
| | | Personnel Travel & Expenses to Client Site | | |
| | | Client Consultations Onsite or In House | | |
| | | Software Loading and Configuration @ S&S | $ | |
| | | Total Consulting Services > | $ | |

**Grand Total**  $

**Recurring Annual Fees**

| | | | | |
|---|---|---|---|---|
| | | Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ | |
| | *Note* | *Client is required to have high speed connectivity for remote support of Windows® applications.* | | |

Recurring Fees Total >  $

*Note: Prices good for 30 days.*

*Official's Initials>* _wh_ **175**

Software Services, LLC Confidential

4



Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

24-Jan-13

**EXHIBIT A**
CTS™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|
| | | | | |

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server.   It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

CIS™ Criminal  Automated Payment Modules require a Web Server or the ability to publish web pages  from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

*Official's Initials>* _WH_  **176**

Software Services, LLC Confidential

5



## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

24-Jan-13

**EXHIBIT A**
CTS™

**East Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed. Conversion will be balanced based on values according to the best available data from the current Sheriff system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**D.A. Integration**
Integration services and products provided with this agreement do not include any necessary costs (if any), products or services required relative to the District Attorneys computer system".

**Web Payment Module**
As a way to reduce costs to the Sheriff's Office, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>* _____ **177**



**Software & Services**



Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**East Feliciana Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**11315 Bank Street
Clinton, LA 70722**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

*Greg Teeters*               11-18-13
Greg Teeters, President          (Date)

**East Feliciana Parish Sheriff's Office**
"Client"

*Wendi Hoogie*      11-15-13
**Wendi Hoogie, Chief Civil Deputy** (Date)

**AGREEMENT**

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a) Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b) Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c) Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a) Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b) Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c) Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a) Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b) Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c) Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d) Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a) The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b) Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c) Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.   **SOFTWARE LICENSE.**

(a)   Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)   Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)   Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.   **LIMITED WARRANTY.**

(a)   EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)   Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)   Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.   **LIMITATION OF LIABILITY.**   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.   **TERMINATION.**

(a)   This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)   Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.   **GENERAL.**

(a)   Complete Agreement.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)    Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)    Credit Card Processing.  If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d)    Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)    Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)    Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)    Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)    Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.    **ENTIRE UNDERSTANDING.**  Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential

1

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Nov-13

**EXHIBIT A**
**TCM™**

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Server & Accessories**

**Windows 2003 or Higher Server**                                    EFPSO

> 3.2GHz/2MB Cache, Single Processor
> 3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
> 3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
> PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
> PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
> Redundant Power Supply

**Sub Total Server & Accessories >**   $         -

**Workstations**

**PC Workstations must be at least Windows XP Pro**                  EFPSO

> Core 2 Duo 1.86GHz Processor, 2MB Cache, 1066 FSB
> 2.0GB Non-ECC, 800MHz DDR2 RAM
> 80GB SATA 3.0GB/s and 8MB DataBurst Cache Hard Drive
> 48X32 CDRW/DVD ROM Combo Drive
> Windows XP Professional SP2 w/Office 2007 Professional

**Sub Total Workstations >**   $         -

Official's Initials>   *wh*   **182**

Software Services, LLC Confidential

2

**Software & Services**

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

13-Nov-13

## EXHIBIT A
## TCM™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|
| **S&S Application Software** | | | |
| | 1 | TCM™ Base Application License | $ ███ |
| | 1 | TCM™ Delinquent Management Module | |
| | 1 | TCM™ Scanner Module | |
| | 1 | TCM™ Online Payment Module | |
| | | | $ ███ |
| | | **Software Application Total** | $ ███ |

Official's Initials> _____ wh **183**

Software Services, LLC Confidential

3

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Nov-13

## EXHIBIT A
### TCM™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Services**

Training (2 Days Internet training via GoToMeeting)    $

Conversion of current system data. Text data must be provided from existing system.  (ESTIMATE ONLY; CONVERSION WILL BE BILLED AT ACTUAL COST)    N/A

2 Days GO-LIVE remote Consultation    $
Personnel Travel & Expenses to Client Site
Client Consultations Onsite or In House
Software Loading and Configuration @ S&S    $

Total Consulting Services >    $

| **Grand Total** | $ |
|---|---|

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $

**Note**    *Client is required to have high speed connectivity for remote support of Windows® applications.*

Recurring Fees Total >    $

**Note: Prices good for 30 days.**

Official's Initials> _____ **184**

Software Services, LLC Confidential

4

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Nov-13

## EXHIBIT A
### TCM™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server.   It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S TCM™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional  or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows®.

TCM™   Automated Payment Modules require a Web Server or the ability to publish web pages  from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

*Official's Initials>* _____ **185**

Software Services, LLC Confidential



5

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

13-Nov-13

## EXHIBIT A
### TCM™

## East Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|
| | | | | |

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed. Conversion will be balanced based on values according to the best available data from the current Sheriff system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

**Web Payment Module**
As a way to reduce costs to the Sheriff's Office, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card merchants.

*Official's Initials>* 186

Software Services, Confidential

1



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

25-Jul-11        CTC™ Court & Traffic Collections Proposal

### West Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Server & Accessories**

Windows 2016 Server                                                    WFPSO

Intel® Xeon® E3-1220 3.10 GHz, 8M Cache, Turbo, Quad Core/4T
16GB Memory 1333MHz RDIMMs
Add-in PERC H310 Integrated RAID Controller - supporting 3-6 Hard
Drives – RAID 5
3 x 500GB 7.2K RPM Near-Line SAS 6Gbps 3.5" Hot Plug Drives
DVD-RW Drive, Internal
Keyboard & Optical Mouse, USB, Black, English, w/LCD Monitor
PV LTO4-120 Tape Drive w/Controller & Cable
*Note: Minimum 16GB RAM is dependent upon # of users for site and # of
applications residing on server. If more than 10 Users additional RAM is*

Sub Total Server & Accessories >  $        -

**Workstations**

PC Workstation(s) must be at least Windows 10 Pro          WFPSO

Intel® Pentium® G3250 Processor (Dual Core, 3MB, 3.20GHz w/HD
Graphics)
4GB DDR3 Memory
LCD Monitor
250GB Hard Drive
8X CD-RW Drive

Sub Total Workstations >  $        -

Official's Initials> *JAD*

**EXHIBIT 5**        **187**

Software Services, Confidential                                                                          2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

25-Jul-11           **CTC™ Court & Traffic Collections Proposal**

**West Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---|---|---|---|
| **S&S Application Software** | | | |
| | 1 | **CTC™ Court & Traffic Collections Application** *(Includes Criminal and Traffic Case Management, Document Processing, Distribution Module setup, Payment Collections, Probation Module, End of Month Distributions, Court & Traffic Fund Accounting Integration, Bank Reconciliation Integration, Report Manager, Security Manager)* | $ ▮▮▮▮ |
| | 1 | **CTC™ Online Court & Traffic Ticket Web Payment Module** *The Online Court &Traffic Ticket Processing Module provides a user-friendly web interface that allows defendants to pay by credit card through the internet. The Module will allow payments to be made on those tickets and court cases that have been entered into CTC.* | **INCLUDED** |
| | 1 | **CTC Credit Card Swipe Payment Module** | **INCLUDED** |
| | | | $ ▮▮▮▮ |
| | | **Software Application Total** | $ ▮▮▮▮ |

*Official's Initials>* JAD

**188**

Software Services, Confidential                                                     3


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

25-Jul-11          **CTC™ Court & Traffic Collections Proposal**

**West Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Services**

| Item | Price |
|---|---|
| Training (2 Days at WFPSO) | $ |
| Conversion of current system data (ESTIMATE ONLY; CONVERSION WILL BE BILLED AT ACTUAL COST) | |
| 2 Days CTC GO-LIVE On Site Consultation | $ |
| Personnel Travel & Expenses to Client Site | $ |
| Client Consultations Onsite or In House | $ |
| Software Loading and Configuration @ S&S | $ |
| **Total Consulting Services >** | $ |

| **Grand Total** | $ |
|---|---|

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $

*Note*   *Client is required to have high speed connectivity for remote support of Windows® applications.*

**Recurring Fees Total >** $

*Note: Prices good for 30 days.*

*Official's Initials>* JAD

**189**

Software Services, Confidential                                                                4


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

25-Jul-11                **CTC™ Court & Traffic Collections Proposal**

**West Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using Windows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular

*Official's Initials>* JAP

**190**

Software Services, Confidential                                                                    5

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

25-Jul-11            **CTC™ Court & Traffic Collections Proposal**

**West Feliciana Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
No conversion

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web and Credit Card Payment Modules**
As a way to reduce costs to the Client, Software & Services provides exclusive  web and credit card payment functionality with associated  schedule of convenience fees charged directly to the payee using the processing convenience.


Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

*Official's Initials>* JAD

**191**



**Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## SERVICE AGREEMENT

**BETWEEN:**

i3-Software & Services, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**West Feliciana Sheriff's Office**
(The "Client") as applicable at
the following address:

**4785 Prosperity Street** PO Box 1844
**St. Francisville, LA 70775**

Client acknowledges that it has read and understands this Agreement (including all attached schedules and amendments) and is not entering into this Agreement on the basis of any representations not expressly set forth herein. Neither the Client nor Contractor shall be bound by this Agreement until it has been accepted in writing by Contractor and the Agreement shall be effective when signed by Contractor.

Agreed and accepted:

i3-Software & Services, LLC
"Contractor"

By: _____
Title: _PRESIDENT_
Date: _08/02/19_

"Client"

By: _____
Title: _Sheriff_   J. Austin Daniel
Date: _07/24/2019_

03.19

192

## SERVICE AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1.  **PRODUCTS AND SERVICES TO BE PROVIDED.**

    (a)  Contractor and its affiliates will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

    (b)  Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

    (c)  Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2.  **DELIVERY AND INSTALLATION.**

    (a)  Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

    (b)  Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

    (c)  Client hereby indemnifies and agrees to save harmless Contractor and Contractor's affiliates, employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3.  **PAYMENT.** Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4.  **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

    (a)  Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

    (b)  Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

    (c)  Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

    (d)  Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5.  **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

    (a)  The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

    (b)  Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

    (c)  Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in

03.19

**193**

any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.  SOFTWARE LICENSE.

   (a)   Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals at a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

   (b)   Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

   (c)   Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.  LIMITED WARRANTY.

   (a)   EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

   (b)   Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

   (c)   Contractor warrants that for a period of forty-five (45) days from date of delivery, (i) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.

8.  LIMITATION OF LIABILITY.  Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation, even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.  TERM AND TERMINATION.

   (a)   This Agreement shall commence on the Effective Date and shall continue in full force and effect for a period of three (3) years (the "Initial Term") unless earlier terminated as set forth below.  Upon the expiration of the Initial Term or any subsequent Renewal Term, this Agreement will renew for additional one-year periods (each a "Renewal Term"), and, together with the Initial Term, collectively the "Term" unless either party notifies the other party in writing of its intent not to renew this Agreement at least 60 days prior to the end of the Term.

   (b)   This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

03.19

**194**

(c)     Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.     **GENERAL.**

(a)     Complete Agreement.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)     Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c)     Credit Card Processing.  If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.  Client acknowledges that Credit Card Processing Services may be provided by an affiliate of Contractor and will be governed by the terms of a Merchant Services Agreement for Sub-merchants and a Payment Processing Agreement for Sub-merchants, the forms of which are attached hereto.

(d)     Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)     Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)     Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)     Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)     Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.     **ENTIRE UNDERSTANDING.**  Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

03.19

Software Services, Confidential                                                          1


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

4-Jun-19                        TCM™ Proposal

## West Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

### Server & Accessories

| | | | |
|---|---|---|---|
| | | Windows 2016 Server | WFPSO |
| | | Intel® Xeon® E3-1220 3.10 GHz, 8M Cache, Turbo, Quad Core/4T | |
| | | 16GB Memory 1333MHz RDIMMs | |
| | | Add-in PERC H310 Integrated RAID Controller - supporting 3-6 Hard | |
| | | Drives — RAID 5 | |
| | | 3 x 500GB 7.2K RPM Near-Line SAS 6Gbps 3.5" Hot Plug Drives | |
| | | DVD-RW Drive, Internal | |
| | | Keyboard & Optical Mouse, USB, Black, English, w/LCD Monitor | |
| | | PV LTO4-120 Tape Drive w/Controller & Cable | |

*Note: Minimum 16GB RAM is dependent upon # of users for site and # of applications residing on server. If more than 10 Users additional RAM is recommended.*

Sub Total Server & Accessories >   $            -

### Workstations

| | | | |
|---|---|---|---|
| | | PC Workstation(s) must be at least Windows 10 Pro | WFPSO |
| | | Intel® Pentium® G3250 Processor (Dual Core, 3MB, 3.20GHz w/HD | |
| | | Graphics) | |
| | | 4GB DDR3 Memory | |
| | | LCD Monitor | |
| | | 250GB Hard Drive | |
| | | 8X CD-RW Drive | |

Sub Total Workstations >   WFPSO

Official's Signature>

**196**

Software Services, Confidential                                              2


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

4-Jun-19                          TCM™ Proposal

## West Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| **S&S Application Software** | | | | |
| | 1 | TCM™ Base Application License | $ | |
| | 1 | TCM™ Online Payment Module | | |
| | 1 | TCM™ Counter Credit Card Module | | |
| | | | $ | |
| | | Software Application Total | $ | |

| **Services** | | | |
|--------------|---|---|---|
| Training (2 Days at WFPSO) | $ | |
| Conversion of current system data. No Conversion | | |
| 2 Days GO-LIVE onsite Consultation | $ | |
| Personnel Travel & Expenses to Client Site | $ | |
| Software Loading and Configuration @ S&S | $ | |
| Total Consulting Services > | $ | |

| **Grand Total** | $ | |
|-----------------|---|---|

| **Recurring Annual Fees** | | |
|---------------------------|---|---|
| Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ | |
| *Note* *Client is required to have high speed connectivity for remote support of Windows® applications.* | | |
| Annual Loading of Tax Roll | $ | |
| Recurring Fees Total > | $ | |

*Note: Prices good for 30 days.*

Official's Signature>

197

Software Services, Confidential                                                        3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

4-Jun-19                            TCM™ Proposal

### West Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price.  All users will be kept on the same release. This only includes support for S&S written applications.  It does not include support for any third party products such as Microsoft® Excel, Word, etc.
Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers.  The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows Server® 2012R2 server and Windows Server® 2016. S&S recommends using Windows® 10 Professional, Windows® 8 and/or 7 Professional workstations and does not guarantee full functionality on any previous versions of Windows®.
All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

*Official's Signature>*

**198**

Software Services, Confidential                                                    4


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

4-Jun-19                    TCM™ Proposal

## West Feliciana Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
No conversion

**Training:**
We recommend training key personnel in the Office.   We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Integration Services and Products**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).

**Web and Credit Card Payment Modules**
As a way to reduce costs to the Client, Software & Services provides exclusive  web and credit card payment functionality with associated convenience fees of 3.45% charged directly to the taxpayer using the processing convenience.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

*Official's Signature>*  _____

---

 

**Software & Services**

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Grant Parish Sheriff's Office**
(The "Client") as applicable at
the following address:
205 Cypress Street
~~200 Main Street~~
**Colfax, LA 71417**

Client acknowledges that it has read and understands this Agreement (including all attached schedules and amendments) and is not entering into this Agreement on the basis of any representations not expressly set forth herein. Neither the Client nor Contractor shall be bound by this Agreement until it has been accepted in writing by Contractor and the Agreement shall be effective when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

~~Greg Teeters, President~~ 11/12/12 (Date)
Steven P. Miller, VP

**Grant Parish Sheriff's Office**
"Client"

Steven McCain, Sheriff    11-6-12 (Date)

Revised 05/27/2005

**EXHIBIT 6**

**200**

**AGREEMENT**

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

    (a) Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

    (b) Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

    (c) Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

    (a) Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

    (b) Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

    (c) Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

    (a) Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

    (a) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

    (b) Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

    (c) Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

    (d) Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

    (a) The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

    (b) Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

    (c) Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

Revised 08/30/2011

2

**201**

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6. **SOFTWARE LICENSE.**

(a) Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b) Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c) Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

(a) EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b) Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c) Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.**   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

(a) This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b) Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

(a) <u>Complete Agreement</u>. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

3

**202**

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b) **Supplies.** Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c) **Credit Card Processing.** If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d) **Force Majeure.** Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e) **Arbitration.** Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f) **Limitation Period.** No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g) **Reformation and Severability.** If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h) **Governing Law.** This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11. **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

203

Software Services, LLC Confidential                                                                    4

 **Software & Services**   **Microsoft** GOLD CERTIFIED *Partner*   Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12                          **Exhibit A**

## Grant Parish Sheriff's Office

Order #    Qty.    Item                                                                        Price

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected when all historical data is converted. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

*Official's Initials>*

**204**

Software Services, LLC Confidential

1



## Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12                    **Exhibit A**

### Grant Parish Sheriff

| Qty. | Item | Price |
|---|---|---|

**Server & Accessories**

**1**  **Dell Power Edge Windows Server:**                                    $ ▮

PowerEdge T310 Chassis with up to 4 Hot-Plug Hard Drives
X3430 Xeon Processor, 2.4 GHz 8M Cache, Turbo
16GB Memory (4x4GB), 1333MHz, Dual Ranked RDIMM
DVD+/-RW, SATA, INTERNAL
RAID 5 - Add-in PERC6i/H700 (SAS/SATA Cntrlr), 3-4 Hot Plug Hard Drives
Power Supply, Redundant, 400W
3 x 600GB 15K RPM SAS 6Gbps 3.5" Hot-plug Hard Drives
PV LTO3-080 Int Tape Drive w/Controller & Cable
Kybd, Mouse & 17" Monitor
5 Year Next Business Day On Site Warranty after diagnosis

**Workstation(s)**

**6**  **PC Workstation(s)**                                               $ ▮

Optiplex 390 Intel® Core™ i5 2400 Processor (3.1GHz, 6M)
Genuine Windows® 7 Professional,SP1, 32-bit, English
2GB DDR3 Non-ECC SDRAM,1333MHz, (1 DIMM)
16X DVD+/-RW SATA, Roxio Creator™
Microsoft® Office Home & Business 2010
Dell Professional P2012H 20" HAS Wide Monitor, VGA/ DVI
5 Year Basic Hardware Service w/5 Year NBD Limited Onsite Service After Remote
Diagnosis

**Additional Equipment**

| | | |
|---|---|---|
| 1 | APC Smart UPS 1500 Watt, Black for Server | $ |
| 12 | Ultrium LTO 3 400/800GB Tape(s) | $ |
| 1 | Ultrium Universal Cleaning Cartridge | $ |
| 6 | APC 500VA UPS unit(s) for Workstation PC(s) | $ |
| 1 | 24-Port Gigabit Ethernet Switch 10/100/1000Mbps | $ |

Additional Equipment Ship/Handling > $
Sub Total Extra Equipment > $
Total Hardware & Miscellaneous > $

Signature > _____  Date 11-6-12

ver-051809

**205**

Software Services, LLC Confidential

2

 **Software & Services**

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12

## Exhibit A

## Grant Parish Sheriff

| Qty. | Item | Price |
|------|------|-------|
| **3rd Party Software** | | |
| 1 | Windows Server® 2012 Standard Edition - Gov | $ |
| 8 | Windows Server® 2012 User CALs - Gov | $ |
| 1 | SQL Server™ 2012 Standard Edition - Gov | $ |
| 8 | SQL Server™ 2012 Client CALs - Gov | $ |
| 1 | Microsoft Office® Home and Business 2010 | $ |
| 1 | Symantec Backup Exec™ Server 2012 Server - Gov | $ |
| 1 | Symantec Backup Exec™ SQL Svr Node 2012 - Gov | $ |
| 10 | Symantec Endpoint™ Protection Antivirus for Svr & Wkstns - Gov | $ |
| | Total 3rd Party Software > | $ |
| **Services** | | |
| | Hardware Staging & Configuration @ S &S | $ |
| | Hardware Delivery & Installation On Site | $ |
| | Personnel Travel & Expenses to Client Site | $ |
| | Third Party Product Activities | $ |
| | Total Services > | $ |
| **Grand Total** | | $ |

*Note: Prices good for 30 days.*

Signature >                    Date 11-6-12

ver-051809

**206**

Software Services, LLC Confidential                                                        3



# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12                        **Exhibit A**

**Grant Parish Sheriff**

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
A 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual S&S Client Application Support (CAS) fees are a percentage of the current application list price. This includes support for S&S written applications only. It does not include support for any third party products such as Microsoft® Excel, Word, Symantec, etc.

Annual maintenance fees for hardware are established by S&S' vendors and are subject to change without notice and begin at warranty period end.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Antivirus Software Subscriptions:**
S&S recommends Symantec™ Endpoint Protection as it combines Symantec AntiVirus™ with advanced threat prevention in a single agent for defense against malware for laptops, desktops and servers.

*Disclaimer: While S&S recommends Symantec™ Endpoint Protection software for antivirus protection, it is a 3rd Party Software, and S&S does not guarantee or imply infections will not occur. S&S is not liable for any loss of data, productivity, or loss of property due to such infections. When an infection occurs, any time spent restoring your system will be billable at our prevailing hourly rates.*

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Obtaining subsequent annual subscription updates is the sole responsibility of the Client, and can occur by contacting S&S. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
In order to receive the full benefit of antivirus solutions, other than Symantec™ Endpoint Protection which automatically receives updates and pushes them to the individual server/workstations/laptops, it is necessary for the Client to update their PCs with the routine virus definition updates which the vendor distributes. This makes it possible for the antivirus application to detect newly identified viruses. The Client is encouraged to read through their documentation and set up the routine receipt of these updates.

ver-051609                    **Signature >** _____ **Date** 11-6-12

**207**

Software Services, LLC Confidential                                                        4


# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12                        **Exhibit A**

**Grant Parish Sheriff**

Qty.     Item                                                                      Price

**Existing Server/Workstations:**
S&S' applications run on a Windows® 2003 Server or later environment.  S&S recommends using Windows® XP, Windows® Vista, or Windows® 7 workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98 or 2000).

**Unsupported PC Operating Systems include:**
Windows® 7 Home, Windows® XP Home, Windows® Media Center, Windows® Professional x64 Editions, Windows® Vista Home, Windows® Home Basic, and x64 Editions are not supported.

**Existing Printers:**
S&S applications require printers which support Windows® drivers. Manufacturers, models, and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing.  Any time required researching/downloading/installing drivers, testing printer function ability or print quality etc., will be billed at our prevailing hourly rate.

**Equipment Setup:**
Any labor for setup either via the telephone or on site will be billable whether the Client purchases equipment from S&S or another supplier.

**Cabling and Electrical:**
The Client is required to have CAT5 cabling installed from PCs and printers to the server location prior to hardware delivery & installation. The Client will provide suitable electrical service and be responsible for any and all required cabling. Any subsequent on site trip(s) required by S&S staff due to lack of necessary cabling being in place will be billed at our prevailing hourly rate, plus travel expenses.

**Conversion:**
Conversion will be based according to the best available data from the current system. This estimate is based on general experience with common data.

**Training:**
S&S recommends training personnel at our Shreveport campus office located at 1120 S Pointe Pkwy, Shreveport LA, 71105. Upon request, a training system can be installed on the Client's network for Client staff testing and training purposes. Prerequisite for staff to attend training is knowledge of point and click capabilities of Windows® Operating System.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing hourly rate.

ver-051809

Signature >  _____  Date 11-6-12

**208**

**Carol Gill**

| | |
|---|---|
| **From:** | Bridget Baham |
| **Sent:** | Tuesday, November 06, 2012 2:30 PM |
| **To:** | Carol Gill |
| **Subject:** | FW: Anzio Lite license for Grant Parish  - Anzio Lite Activation Codes - PO # 1332 |

This is for Task # 2566, I already put a copy in the Task and sent it to Systems. This is all you'll need to put in the clients license file.

Thank you.


-----Original Message-----
From: Jan [mailto:jandrews@anzio.com]
Sent: Tuesday, November 06, 2012 1:57 PM
To: Bridget Baham
Subject: Anzio Lite license for Grant Parish - Anzio Lite Activation Codes - PO # 1332


Thank you for your order. Your license and activation codes to use the Anzio software are below. Please retain this information for future use.

=======================================================================
                          SOFTWARE LICENSE

This license verifies that Grant Parish Clerk of Court is licensed to use the software listed below on the specified number of computers. Effective date of this license is November 6, 2012.

| Product | Quantity | Serial # | Activation code |
|---|---|---|---|
| Anzio Lite 16 | 2 | 85912 | 84UE-S54K-8ZD6-G7 |

These are your activation code(s). If you have not already downloaded the latest version from our web site, you may do so at
            http://www.anzio.com/download.htm
If you have problems with the download, please contact our office by email or phone.

To activate, either a) click "enter license code" from the opening screen, or go to the Help menu and click "Enter license number". Fill in the boxes with the information as above. Once the program is activated, you will stop receiving the nagging messages, and the program will run from then on. If you ever have to reinstall, you will need this information, so SAVE THESE CODES.

As later patch-releases come out, you can simply download the program from our web site and it will be treated as a registered version. However, when a new major release comes out, you would need to purchase an update.

This license is void if payment has not been made, or if payment has been refunded. The holder of this license agrees to abide by the copyright laws governing the application and its use.

If you need to run this product on more than the specified number of machines, you must contact Rasmussen Software, Inc. or your dealer. We appreciate the diligent effort our customers make to ensure compliance with licensing and copyright laws.

**209**

Please retain this form. You will need it for future dealings with Rasmussen Software, Inc.

Robert Rasmussen, President
Rasmussen Software, Inc.
=========================================================================
RASMUSSEN SOFTWARE, INC.                    email: rsi@anzio.com
10240 SW Nimbus Ave., Suite L9                 phone:  503.624.0360
Portland, Oregon 97223                           fax:  503.624.0760
U.S.A.                                      http://www.anzio.com
=========================================================================

210

 

**Software & Services**

**Microsoft®**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

**AGREEMENT**

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Grant Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

205 Cypress Street
~~200 Main Street~~
**Colfax, LA 71417**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

_Steven P. Miller_  11/12/12
~~Greg Teeters, President~~    (Date)
Steven P. Miller, VP

**Grant Parish Sheriff's Office**
"Client"

_signature_  11-6-12
**Steven McCain, Sheriff**    (Date)

Revised 05/27/2005

**211**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1.   **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)   Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)   Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)   Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2.   **DELIVERY AND INSTALLATION.**

   (a)   Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b)   Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)   Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3.   **PAYMENT.**

   (a)   Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4.   **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)   Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)   Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)   Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)   Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5.   **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)   The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)   Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)   Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

**212**

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.    **SOFTWARE LICENSE.**

(a)     Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)     Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)     Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.    **LIMITED WARRANTY.**

(a)     EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)     Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)     Contractor warrants that for a period of forty-five (45) days from date of delivery, (i) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.    **LIMITATION OF LIABILITY.**   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.    **TERMINATION.**

(a)     This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) day after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)     Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.   **GENERAL.**

(a)     <u>Complete Agreement.</u>  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b) Supplies. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c) Credit Card Processing. If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d) Force Majeure. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e) Arbitration. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f) Limitation Period. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g) Reformation and Severability. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h) Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11. **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential                                                                              1

## Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12

## Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

### Server & Accessories

**1    Dell Power Edge Windows 2008 Server:**                                                                   Client

PowerEdge T610 Tower Chassis for Up to 8, 3.5" Hard Drives
Intel® Xeon® X5660, 2.8Ghz, 12M Cache,Turbo, HT, 1333MHz Max Mem
8GB Memory (4x2GB) 1333MHz Single Ranked LV RDIMMs for 1 Proc Adv ECC
3 x 450GB 15K RPM Serial-Attach SCSI 6Gbps 3.5" Hotplug Hard Drives
Embedded NICs are TOE Ready w/iSCSI Offload Enabled
PERC H700 Integrated RAID Controller, 512MB Cache
RAID 5 for H700 or PERC 6/i Controllers

### Workstations

**1    PC Workstations Minimum Requirements**                                                                   Client

OptiPlex 380 Minitower for Standard PSU
Intel® Core™ 2 Duo E8400 with VT (3.0GHz, 6M, 1333MHz FSB)
Genuine Windows® 7 Professional, 32-bit, English
2GB DDR3 Non-ECC SDRAM, 1333MHz, (1 DIMM)
250GB 7,200 RPM 3.5" SATA, 3.0Gb/s Hard Drive w/NCQ & 8MB Cache
Microsoft® Office Home and Business 2010,

### S&S Application Software

**1    TCM™ Base Application License**                                                                       $
**Tax Collection Management Software**
**TCM™ Delinquent Management Module**
**TCM™ Online Payment Module**

List Price >  $

Total S&S Applications >  $

Official's Initials>

**215**

Software Services, LLC Confidential                                      2

# Software & Services

**Microsoft** GOLD CERTIFIED *Partner*    Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12

## Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

### 3rd Party Software

|  |  |  |
|---|---|---|
| | Windows Server® 2008 Standard | CLIENT |
| | Windows Server® 2008 - Client CALs | CLIENT |
| | Windows Server® 2008 Enterprise- (Media) | CLIENT |
| | SQL Server™ 2008 Client CALs | CLIENT |
| | SQL Server™ 2008 (Media) | CLIENT |
| | SQL Server™ Client CALs | CLIENT |
| | AVG Internet Security Network Edition | CLIENT |

### Services

| Qty | Item | |
|---|---|---|
| 2 | Training days @ GPSO | $ |
| 1 | Day Software Delivery & Installation @ S&S | $ |
| 2 | Day(s) TCM Go-Live On Site | $ |
| 1 | Personnel Travel & Expenses to Client Site | $ |

Total Consulting Services > $

## Grand Total    $

### Recurring Annual Fees

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $

*Note:* Client is required to have high speed connectivity for remote support

Recurring Fees Total > $

*Note: Prices good for 30 days.*

Official's Initials>

**216**

Software Services, LLC Confidential

3



**Software & Services**

**Microsoft** GOLD CERTIFIED Partner

Security Solutions
Networking/Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

1-Nov-12

## Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|
| | | | |

**Payment Terms:**
If not financing, a 25% down payment is required with the order, 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® XP Professional or Windows® 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

*Official's Initials>*

**217**

## *Microsoft Open License Order Confirmation*

*License Authorization Number*

*911106472ZZL1411*

Grant Parish Sheriff
Attn: Steven McCain
205 Cypress Street
COLFAX, LA 71417

*License Agreement Number*

*61112159*

*Licensee Reference (if any)*

| *Issue Date of the Initial License Agreement* | *Issue Date of this License Agreement* | *Last Date for Repeat Orders/End of Maintenance Coverage* |
|---|---|---|
| 11/6/12 | 11/6/12 | 11/30/14 |
| *Product Pool* | *Volume Pricing Level* | *License Program* |
| N/A | Z | Local Government |

| Product Description | Microsoft Product Number | Version | Copies Licensed or Maintained |
|---|---|---|---|
| WINSVRSTD 2012 ENG OLP NL LCLG OV 2PROC | P73-05853 | | 1 |
| WINSVRCAL 2012 ENG OLP NL LCLG OV USRCAL | R18-04293 | | 8 |
| SQLSVRSTD 2012 ENG OLP NL LCLGOV | 228-09898 | | 1 |
| SQLCAL 2012 ENG OLP NL LCLG OV USRCAL | 359-05745 | | 8 |
| OFFICESTD 2010 ENG OLP NL LCLGOV | 021-09729 | | 1 |

### General Information

This order confirmation is for informational purposes only. It is not proof of ownership of any software licenses; it simply shows what was ordered under the displayed authorization number and license number on the date specified.

The official record for this transaction is available at the eOpen Internet site at https://eopen.microsoft.com. In case of disputes or any discrepancy between this order confirmation and the records at the foregoing web site, the latter controls.

Online information regarding your licenses at this site is encrypted. You can view your open license purchase history at any time using your Open License Authorization Number and License Number.

### License Information

Once in the eOpen site you will also be able to view, print and download your license data, or track additional license data.

The first time you choose to view your licenses, the eOpen Site will prompt you to create an ID and password using Microsoft Passport technology. This ID and password will be unique to you, ensuring that unauthorized persons do not access your personal information. Please take care that your password to this site is protected and shared only with those individuals and organizations that you trust with the information pertaining to your Open License portfolio. Your password can be changed at the site for ease of maintenance or additional security.

### Volume License Keys

Also included on the eOpen site, are your applicable Volume Licensing Product keys for installation of products requiring a VLK. If you are unable to find your VLKs, you can obtain them by calling the Activation Call Center for your region. Procedures for obtaining your VLKs and for Activation Center phone numbers can be found by going to http://www.microsoft.com/licensing and clicking on the Volume Licensing Product Keys link.

For Open customers who purchase an Open license for additional Windows Small Business Server 2003 CAL packs, the License code(s) required to activate the CALs is also available on the eOpen website.

**218**

Microsoft Open License Order Confirmation

Customers who acquire Microsoft Business Solutions software must acquire a Registration Key to enable the software by registering at http://www.microsoft.com/BusinessSolutions/MBSRegistration using their valid license agreement details. Please note this site is for registration of Microsoft Business Solutions (Customer Relationship Management) licenses only.

**MSDN Subscriptions**

MSDN Subscriptions Benefits. The purchase of MSDN Subscriptions as part your license agreement provides additional benefit entitlements. Please use the following link to claim the MSDN Subscriptions Benefits associated with this license: MSDN Subscriptions Benefits Administration Tool. From this site, MSDN users will be able to claim following benefits: MSDN Media Subscriptions, MSDN Subscriber Downloads, MSDN Technical Support Incidents, MSDN Managed Newsgroups, and MSDN Online Concierge. Please note that benefits for Open Licenses can only be administered for a single license at a time. For additional information on administering MSDN Subscriptions Benefits, please visit the MSDN Subscriptions Support site at: http://www.msdn.microsoft.com/.

Open licenses are subject to the terms and conditions presented in the Microsoft Open License Agreement. If you do not accept the terms of the License Agreement, do not make any copies of the software and instead, submit your return in writing to your point of purchase within 15 days of receipt. Making a copy of the software constitutes acceptance of the License.

*Microsoft*

*Ref #: 53350113*

**219**

## *Microsoft Open License Order Confirmation*

*License Authorization Number*

*91106472ZZL1411*

Grant Parish Sheriff
Attn: Steven McCain
205 Cypress Street
COLFAX, LA 71417

*License Agreement Number*

*61112159*

*Licensee Reference (if any)*

| *Issue Date of the Initial License Agreement* | *Issue Date of this License Agreement* | *Last Date for Repeat Orders/End of Maintenance Coverage* |
|---|---|---|
| 11/6/12 | 11/6/12 | 11/30/14 |

| *Product Pool* | *Volume Pricing Level* | *License Program* |
|---|---|---|
| N/A | Z | Local Government |

| *Product Description* | Microsoft Product Number | Version | Copies Licensed or Maintained |
|---|---|---|---|
| WINSVRSTD 2012 ENG OLP NL LCLGOV 2PROC | P73-05853 | | 1 |
| WINSVRCAL 2012 ENG OLP NL LCLGOV USRCAL | R18-04293 | | 8 |
| SQLSVRSTD 2012 ENG OLP NL LCLGOV | 228-09898 | | 1 |
| SQLCAL 2012 ENG OLP NL LCLGOV USRCAL | 359-05745 | | 8 |
| OFFICESTD 2010 ENG OLP NL LCLGOV | 021-09729 | | 1 |

Microsoft Open License Order Confirmation                                    Page 2 of 2

**General Information**
This order confirmation is for informational purposes only. It is not proof of ownership of any software licenses; it simply shows what was ordered under the displayed authorization number and license number on the date specified.
The official record for this transaction is available at the eOpen Internet site at https://eopen.microsoft.com. In case of disputes or any discrepancy between this order confirmation and the records at the foregoing web site, the latter controls.
Online information regarding your licenses at this site is encrypted. You can view your open license purchase history at any time using your Open License Authorization Number and License Number.

**License Information**
Once in the eOpen site you will also be able to view, print and download your license data, or track additional license data.
The first time you choose to view your licenses, the eOpen Site will prompt you to create an ID and password using Microsoft Passport technology. This ID and password will be unique to you, ensuring that unauthorized persons do not access your personal information. Please take care that your password to this site is protected and shared only with those individuals and organizations that you trust with the information pertaining to your Open License portfolio. Your password can be changed at the site for ease of maintenance or additional security.

**Volume License Keys**
Also included on the eOpen site, are your applicable Volume Licensing Product keys for installation of products requiring a VLK. If you are unable to find your VLKs, you can obtain them by calling the Activation Call Center for your region. Procedures for obtaining your VLKs and for Activation Center phone numbers can be found by going to http://www.microsoft.com/licensing and clicking on the Volume Licensing Product Keys link.
For Open customers who purchase an Open license for additional Windows Small Business Server 2003 CAL packs, the License code(s) required to activate the CALs is also available on the eOpen website.
Customers who acquire Microsoft Business Solutions software must acquire a Registration Key to enable the software by registering at http://www.microsoft.com/BusinessSolutions/MBSRegistration using their valid license agreement details. Please note this site is for registration of Microsoft Business Solutions (Customer Relationship Management) licenses only.

**MSDN Subscriptions**
MSDN Subscriptions Benefits. The purchase of MSDN Subscriptions as part your license agreement provides additional benefit entitlements. Please use the following link to claim the MSDN Subscriptions Benefits associated with this license: MSDN Subscriptions Benefits Administration Tool. From this site, MSDN users will be able to claim following benefits: MSDN Media Subscriptions, MSDN Subscriber Downloads, MSDN Technical Support Incidents, MSDN Managed Newsgroups, and MSDN Online Concierge. Please note that benefits for Open Licenses can only be administered for a single license at a time. For additional information on administering MSDN Subscriptions Benefits, please visit the MSDN Subscriptions Support site at: http://www.msdn.microsoft.com/.
Open licenses are subject to the terms and conditions presented in the Microsoft Open License Agreement. If you do not accept the terms of the License Agreement, do not make any copies of the software and instead, submit your return in writing to your point of purchase within 15 days of receipt. Making a copy of the software constitutes acceptance of the License.

*Microsoft*

*Ref #: 53350113*



Software Services, LLC Confidential

2

# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Dec-12

## Proposal

## TCM Barcode Scanning Module

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| | | | | |

| | | Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ | |
| | Note: | Client is required to have high speed connectivity for remote support of Windows® applications. | | |

Recurring Fees Total > $

*Note: Prices good for 30 days.*

Official's Initials>

Software Services, LLC Confidential                                                                    3

# Software & Services

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Dec-12

### Proposal

## TCM Barcode Scanning Module

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order, 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server.   It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S AIS™ applications run on a Windows® 2003 or Windows® 2008R2 Server. S&S recommends using Windows® 2007 or Windows® XP workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 2000).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

Official's Initials>

**223**

Software Services, LLC Confidential                                                          4



**Software & Services**   *Microsoft* GOLD CERTIFIED Partner   Security Solutions Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Dec-12                          **Proposal**

### TCM Barcode Scanning Module

Order #   Qty.   Item                                                              Price

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Assessor determines it is no longer needed. Conversion will be balanced based on values within millages according to the best available data from the current Assessor system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

*Official's Initials*

**224**

Software Services, LLC Confidential

1

**Software & Services**

*Microsoft* GOLD CERTIFIED *Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13

## Exhibit A
### CSS™

### Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

**1  Recommended Hardware Minimum Requirements**   GPSO

Windows 2003 or Higher Server
3.2GHz/6MB Cache, Duo Core Single Processor
4GB DDR2 400MHz (4x1GB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID 5, 3.5" 1.44MB Floppy Drive
PERC6i RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB w/Internal Controller
24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
Redundant Power Supply

**1  PC Workstations Minimum Requirements**   GPSO

Windows XP Professional
2GB DDR2 Memory, Core Two Duo Processor
19" Flat Panel Monitor
80GB Hard Drive
3.5" Floppy Drive, 48X CD-Rewriteable Drive
Internal NIC and Modem
Microsoft Office 2003 Professional Edition

**1  CSS™ Civil Suit System**   $
*Seizure & Sale, Garnishment & Service Processing*

Total S&S Applications >  $

*Official's Initials>*

**225**

Software Services, LLC Confidential

2



# Software & Services

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13

## Exhibit A
### CSS™

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|
| | 0 | Windows Server® 2003 | GPSO |
| | 0 | Windows Server® 2003 - (Media) | GPSO |
| | 0 | Windows Server® 2003 - Client CALs | GPSO |
| | 0 | Symantec AntiVirus™ Corp Edition 5 -24 user 10.2 | GPSO |
| | 0 | SQL Server™ | GPSO |
| | 0 | SQL Server™ (Media) | GPSO |
| | 0 | SQL Server™ Client CALs | GPSO |
| | 0 | 0 | $ - |
| | 2 | Training days @ GPSO facilities | $ |
| | | Historical Data Conversion (Estimate Only, the final cost is based on actual programming time to complete the conversion) | |
| | | CSS™ Document Setup Assistance | $ |
| | 2 | Day(s) Software Delivery & Go-Live On Site | $ |
| | 1 | Personnel Travel & Expenses to Client Site | $ |
| | 1 | Day Remote Installation | $ |
| | | Total Consulting Services > | $ |
| | 1 | Multi Purchase Discount | |
| | | Total Discounts > | |
| | | Annual Client Application Support (CAS): Jul 1st thru Jun 30th | $ |

*Note:* Client is required to have high speed connectivity for remote support of Windows® applications.

Recurring Fees Total >  $

*Note: Prices good for 30 days.*

Official's Initials>

**226**

3

Software Services, LLC Confidential

**Software & Services**  *Microsoft* GOLD CERTIFIED *Partner*  Security Solutions / Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13

## Exhibit A
### CSS™

## Grant Parish Sheriff's Office

Order #   Qty.   Item                                            Price

**Payment Terms:**
If not financing, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available by Symantec directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S applications run on a Windows® 2000 or Windows® 2003 Server. S&S recommends using Windows® 2000 or Windows® XP workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

*Official's Initials>*

**227**

Software Services, LLC Confidential

4



**Software & Services**

**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

28-Jan-13

## Exhibit A
### CSS™

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed. Conversion will be balanced based according to the best available data from the current system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

Official's Initials>

**228**

 

**Software & Services**

*Microsoft*
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

**AGREEMENT**

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Grant Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

205 Cypress Street
~~200 Main Street~~
**Colfax, LA 71417**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

_Greg Tooters, President_   2/12/13   (Date)
Steven P. Miller, VP

Grant Parish Sheriff's Office
"Client"

Steven McCain, Sheriff   2-4-13   (Date)

Revised 05/27/2005

**229**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)  Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)  Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)  Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)  Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b)  Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)  Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)  Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)  Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)  Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)  Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)  Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)  The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)  Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)  Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

**230**

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6.    **SOFTWARE LICENSE.**

(a)    Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)    Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(c)    Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software, Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Contractor warrants that for a period of forty-five (45) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8.    **LIMITATION OF LIABILITY.** Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9.    **TERMINATION.**

(a)    This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)    Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10.    **GENERAL.**

(a)    <u>Complete Agreement</u>. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

**231**

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b) <u>Supplies</u>. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c) <u>Credit Card Processing</u>. If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d) <u>Force Majeure</u>. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e) <u>Arbitration</u>. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f) <u>Limitation Period</u>. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g) <u>Reformation and Severability</u>. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h) <u>Governing Law</u>. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11. **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

4

232

**STEVEN McCAIN**
SHERIFF & EX-OFFICIO TAX COLLECTOR
PARISH OF GRANT
POST OFFICE BOX 187
COLFAX, LOUISIANA 71417

SHERIFF & EX-OFFICIO TAX COLLECTOR
SALES & USE TAX COLLECTOR

TELEPHONE NO. (318) 627-3261
FAX NUMBER (318) 627-3418

February 4, 2013

Software & Services
Attn: David Johnson, Operations Manager
1120 S. Pointe Parkway
Shreveport, LA 71105-2600

     RE:    Grant Parish Sheriff's Office CSS Agreement

Dear David:

    Enclosed is the executed CSS Software Agreement. Please send me a copy once it has been signed by Software & Services. As we discussed, we are ready for the installation and training. Please advise as to your soonest available installation and training dates.

    Thank you for your assistance with this matter. Please call me if you have any questions.

                       Sincerely,

                       Scott M. Prudhomme
                       Chief Civil Deputy

SMP/hm

Enclosure

**233**

Software Services, LLC Confidential                                                      1

# Software & Services™

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

15-Aug-13                          **Exhibit A**

## Grant Parish Sheriff

### Governmental Fund Accounting (GFA™) Software Proposal

| Qty. | Item | Price |
|------|------|-------|
| | **Server & Accessories Minimum Requirements** | |
| 1 | **Windows 2008 or Higher Server** | CLIENT |
| | 3.2GHz/2MB Cache, Single Processor<br>3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor<br>3x73GB Hard Drives with RAID5, 3.5"<br>PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC<br>PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller<br>24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor<br>Redundant Power Supply<br>12x200/400GB Backup Tape with Cleaning Cartridge | |
| | **Workstations Minimum Requirements** | |
| 1 | **PC Workstation(s)** | CLIENT |
| | 1 GB DDR2 Memory, Pentium D Processor<br>17" Flat Panel Monitor w/ Height Adjustable Stand<br>80GB Hard Drive<br>3.5" Floppy Drive<br>48X CD-RW Drive<br>Internal NIC and Modem<br>Microsoft® Office 2003 Professional Edition | |
| | **Printer(s)/Scanner(s)** | |
| 2 | **Fujitsu fi-6130z Scanner** | CLIENT |
| | **3rd Party Software Requirements** | |
| 1 | **LeadTools© OCR Enabled Document Imaging Suite** | $ |
| 1 | **LeadTools© Non-OCR Enabled Document Imaging Suite** | $ |
| | *(additional licenses will be required for each scanning station @ $150.00 / pc)* | |
| | **Total 3rd Party Software >** | $ |

ver-051809

Signature > _____   Date 8-21-13

234

Software Services, LLC Confidential                                                    2

# Software & Services™

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
www.softwareservices.net

15-Aug-13                        **Exhibit A**

## Grant Parish Sheriff

### Governmental Fund Accounting (GFA™) Software Proposal

| Qty. | Item | Price |
|------|------|-------|

**S&S Application Software**

| 1 | **GFA™ FINANCIAL APPLICATION** | $ |
|---|---|---|
| | *Includes: Fund Accounting; Budget Prep; Bank Reconciliation;* | |
| | *Purchase Order; Accounts Payable; 1099 Processing; Cash Receipts* | |
| | *Integrated document scanning solution* | |

List Price > $

Total S&S Application Software > $

**Services**

| 1 | **No GFA™ Data Conversion** | |
|---|---|---|
| | *Client will be responsible for entering necessary accounts and beginning General* | |
| | *Ledger balances, Accounts Payable vendors, outstanding checks and deposits in Bank* | |
| | *Recon.* | |

| 2 | GFA™ Financial Application Training days @ S&S facilities | $ |
| 2 | Day(s) GFA™ Financial Application Go-Live On Site Consultation | $ |
| 1 | Personnel Travel & Expenses to Client Site for GFA™ Financial Application | $ |
| 1 | Day(s) GFA™ Financial Application Software Delivery & Installation | $ |

Total Services > $

**Discounts**

| | **Multi-Purchase Discount** | |
|---|---|---|
| | **(20% of Application Price)** | |

| **Grand Total** | $ |
|---|---|

**Recurring Annual Fees**

Annual Client Application Support (CAS): 12 months starting on installation
completion date is 18% of this LIST PRICE >> $

Total Recurring Annual Fees > $

*Note: Prices good for 30 days.*

Signature > _[signature]_  Date 8-21-13

**235**

ver-051809

Software Services, LLC Confidential

3



**Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Aug-13

**Exhibit A**

**Grant Parish Sheriff's Office**

**Revenue Collection System (RCS™) Software Proposal**

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

ver-051809

Signature > _____ Date 8-21-13

**236**

Software Services, LLC Confidential                                                                          4

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Aug-13                                    **Exhibit A**

## Grant Parish Sheriff's Office

### Revenue Collection System (RCS™) Software Proposal

| Qty. | Item | Price |
|------|------|-------|

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.
**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.
**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.
**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.
**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.
**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.
**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.
**Web Payment Module:**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

ver-051609                          Signature > _____ Date 8-21-13

**237**



**LEAD**
**TECHNOLOGIES**
INCORPORATED

*LEAD*ing Technology in
imaging developer toolkits

## LICENSE CERTIFICATE
### PO 1635

    This License Certificate certifies and confirms that the below-named person, firm or entity ("Licensee") has acquired runtime licenses for Application Software developed with the referenced LEADTOOLS SDK in the quantity specified below, all in accordance with the LEADTOOLS Duplication and Distribution Agreement/Royalty Agreement between LEAD and Licensee.

| | |
|---|---|
| Name of Licensee: | Grant Parish Sheriff |
| LEADTOOLS SDK: | Document Imaging Suite v14.5 |
| SDK Serial Number: | 051405-9440056-001 |
| Runtime License Type: | Desktop |
| Runtime License Quantity: | One (1) OCR Enabled |
| Transaction Date: | August 30, 2013 |

LEAD Technologies, Inc.

By:

Jordan B. Shields, Vice President

1927 South Tryon Street • Suite 200 • Charlotte, NC 28203 • 704-332-5532 • Fax: 704-372-8161 • http://www.leadtools.com

**238**



**LEAD TECHNOLOGIES**
I N C O R P O R A T E D

*LEADing* Technology in
imaging developer toolkits

## LICENSE CERTIFICATE
PO 1711

This License Certificate certifies and confirms that the below-named person, firm or entity ("Licensee") has acquired runtime licenses for Application Software developed with the referenced LEADTOOLS SDK in the quantity specified below, all in accordance with the LEADTOOLS Duplication and Distribution Agreement/Royalty Agreement between LEAD and Licensee.

| | |
|---|---|
| Name of Licensee: | Grant Parish Sheriff |
| LEADTOOLS SDK: | Document Imaging Suite v14.5 |
| SDK Serial Number: | 051405-9440056-001 |
| Runtime License Type: | Desktop |
| Runtime License Quantity: | One (1) DocImg + One (1) OCR Enabled |
| Transaction Date: | November 15, 2013 |

LEAD Technologies, Inc.

By: _____

Jordan B. Shields, Vice President

*LEAD TECHNOLOGIES, INC. CORPORATE SEAL 1990 NORTH CAROLINA*

**239**

Software Services, LLC Confidential                                           1

# Software & Services

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
www.softwareservices.net

31-Oct-13

### Exhibit A

## Grant Parish Sheriff's Office

### Revenue Collection System (RCS™) Software Proposal

| Qty. | Item | Price |
|---|---|---|

**Server & Accessories**                                                      CLIENT
1   **Windows 2008 or Higher Server**

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5"
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
Redundant Power Supply
12x200/400GB Backup Tape with Cleaning Cartridge

**Workstation(s)**                                                            CLIENT
1   **PC Workstation(s)**

2 GB DDR2 Memory, Pentium D Processor
17" Flat Panel Monitor w/ Height Adjustable Stand
80GB Hard Drive
48X CD-RW Drive
Internal NIC and Modem
Microsoft® Office 2007 Professional Edition

**Printer(s)/Scanner(s)**                                                     CLIENT
2   **Fujitsu fi-6130z Scanner**

**S&S Application Software**                                                   $
   **Revenue Collection System**
   *Allows streamlined processing and collection of:*
      *Sales/use taxes*
      *Occupational licenses*
      *Insurance Premium taxes*
      *Delinquent accounts*

                                              List Price > $

                           Total S&S Application Software > $

Signature > _____  Date 11-5-13

ver-051809

**240**

Software Services, LLC Confidential

2

# Software & Services

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Oct-13

## Exhibit A

## Grant Parish Sheriff's Office

## Revenue Collection System (RCS™) Software Proposal

| Qty. | Item | | Price |
|---|---|---|---|
| **3rd Party Software** | | | |
| 1 | **LeadTools© OCR Enabled Document Imaging Suite** | $ | |
| 1 | **LeadTools© Non-OCR Enabled Document Imaging Suite** | $ | |
| | *(additional licenses will be required for each scanning station @ $150.00 / pc)* | | |
| | | Total 3rd Party Software > $ | |
| **Services** | | | |
| 3 | **Training days @ S&S facilities** | $ | |
| 3 | **Day(s) Go-Live On Site Consultation** | $ | |
| | **No Data Conversion** | | |
| 1 | **Day(s) Software and Hardware Delivery & Installation** | $ | |
| 1 | **Personnel Travel & Expenses to Client Site** | $ | |
| | | Total Services > $ | |
| **Discounts** | | | |
| | **Multi-Purchase Discount** | | |
| | | **Grand Total** | $ |

**Recurring Annual Fees**

**Annual Client Application Support (CAS): 12 months starting 12 months after installation
completion date is 18% of this LIST PRICE >>** $

**Note:** *Client is required to have high speed connectivity for remote support of Windows® applications.*

Total Recurring Annual Fees > $

Signature > *[signature]*    Date *11-5-13*

ver-051809

**241**

Software Services, LLC Confidential

3

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Oct-13

## Exhibit A

## Grant Parish Sheriff's Office

## Revenue Collection System (RCS™) Software Proposal

| Qty. | Item | Price |
|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

ver-051809

**Signature >** _____    **Date** 11-5-13

242

Software Services, LLC Confidential                                                                    4

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

31-Oct-13                          **Exhibit A**

## Grant Parish Sheriff's Office

### Revenue Collection System (RCS™) Software Proposal

| Qty. | Item | Price |
|------|------|-------|

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.

**Web Payment Module:**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

ver-051809

Signature > _____  Date  11-5-13

**243**

Software Services, LLC Confidential

1



# Software & Services

**Microsoft**
GOLD CERTIFIED
*Partner*

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

19-Dec-12

## Proposal

## TCM Barcode Scanning Module

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|
| | 2 | ID Automation Bar Code Scanners | $ | |
| | | Total Hardware and Miscellaneous > | $ | |
| | 1 | TCM Document Scanning Module | $ | |
| | | *(2 user license)* | | |
| | | List Price > | $ | |
| | | Total S&S Applications > | $ | |
| | | Total Consulting Services > | $ | - |

*Official's Initials>*

**244**

MHR-25-2014 11:22 From:GRHNT PHR...ERIFF    13186273418    To:F.94    P.4/4

Software Services, LLC Confidential

3

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

26-Feb-14

## Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Conversion:**
The current SYSTEM Server may be disconnected, when all historical data is converted or the Sheriff determines it is no longer needed. Conversion will be balanced based on values according to the best available data from the current Sheriff system. This estimate is based on general experience with common data.

**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP. It also does not include Network Administration.

Official's Initials>

**245**

MHR-25-2014 11:22 From:GRHNT PHR.. ..ERIFF    13185273418    To:Fax    P.3/4

Software Services, LLC Confidential

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

2

26-Feb-14

## Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---|---|---|---|---|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server. It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2008 or newer server operating systems. S&S recommends using Windows® XP Professional or newer business grade workstation operating system, and does not guarantee full functionality on any previous versions of Windows®.

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.

Official's Initials>

**246**

Software Services, LLC Confidential

1

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

26-Feb-14

### Exhibit A

## Grant Parish Sheriff's Office

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|

**S&S Application Software**

| | 1 | CTS Court & Traffic Collections Application<br>(Includes CTS Court and Traffic Case Management, Document Processing, Distribution Module setup, Cash Bond Processing, Payment Collections, End of Month Distributions, Report Manager, Security Manager) | $ | |

Software Application Total    $

**Services**

| | | Training - CTS Base application (3 Days at S&S Facilities)<br>Conversion of current system data. (No Conversion Required)<br>Client is responsible for system configuration setup of RS Codes,<br>Receiving Entities, and Distribution Models prior to going live with<br>the application | $ | |

2 Days CTS GO-LIVE On Site Consultation     $
Personnel Travel & Expenses to Client Site     $
2 Days Client Business Process Analysis     $
CTS Base application software loading and configuration @ S&S     $

Total Consulting Services >   $

**Discounts**

Multi-Purchase Discount     $

Grand Total     $

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th     $

**Note**    Client is required to have high speed connectivity for remote support of Windows® applications.

Recurring Fees Total >   $          3,600.00

*Note: Prices good for 30 days.*

Official's Initials

**247**

Software Services, LLC Confidential

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

27-Mar-15                          Proposal

## CTS™ Online Payment Module - Grant Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|

**S&S Application Software**

1   **CTS™ Online Traffic Ticket Payment Module**
*The Online Traffic Ticket Processing Module provides a user-friendly web interface that allows defendants to pay by credit card through the internet. The Module will allow payments to be made on those tickets that have been entered into CTS, and on those tickets that have been issued but not yet processed in CTS.*

**Services**

Software Loading and Configuration @ S&S              $

Total Consulting Services >  $

**Grand Total**                          $

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th
*Client is required to have high speed connectivity for remote support of Windows® applications.*

*Note*

*Note: Prices good for 30 days.*

3-30-15

*Official's Initials>*

**248**



Software Services, LLC Confidential

# Software & Services

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

12-Apr-18

Exhibit A

## Grant Parish Sheriff's Office

### Customized Paid Case Report Enhancement

| Qty. | Item | Price |
|---|---|---|
| | **S&S Application Software** | |
| | Customized Paid Case Report Enhancement | $ |
| | *Enhancing the Paid Case Report by adding the ability to apply a filter to the report.* | |
| | *Adding the filter Statute Type.* | |
| | | |
| | Total S&S Application Software > $ | |
| | **Grand Total** | $ |

Note: Prices good for 30 days.

249



**Software & Services**
OF LOUISIANA, INC.

1120 South Pointe Parkway, Bldg A, Shreveport, Louisiana, 71105-2600
(318) 865-1505 • 1-800-467-4477 • Fax: (318) 865-1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, Inc.
(The "Contractor") as applicable at
the following address:

1120 South Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

Client Name and Mailing Address:

Acadia Parish Sheriff
P O Box 289
Crowley, LA 70527
("Client")

Client acknowledges that it has read and understands this Agreement (including all
attached schedules and amendments) and is not entering into this Agreement on the
basis of any representations not expressly set forth herein. Neither the Client nor
Software & Services of Louisiana, Inc. shall be bound by this Agreement until it has
been accepted in writing by Software & Services of Louisiana, Inc.

Agreed and accepted:

Software & Services of Louisiana, Inc.

_Vernon L. Pritchard_  8/15/2001
(Signature)                    (Date)

Vernon L. Pritchard, President
Printed/typed name

PRESIDENT
Title

Client

_____  8/20/01
(Signature)                    (Date)

Ken Goss
Printed/typed name

Sheriff
Title

# EXHIBIT 7          250

## AGREEMENT

In consideration of the mutual covenants set forth herein, the sufficiency of which is hereby acknowledged and accepted, Software & Services of Louisiana, Inc. and the Client agree as follows:

1.   **EFFECTIVE DATE.** This Agreement will become effective as of the date signed by Software & Services of Louisiana, Inc. and will continue in effect until terminated according to its terms.

2.   **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)   Software & Services of Louisiana, Inc. will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal") submitted to Client dated as of **August 2001**, (collectively the "Products and Services"), a copy of which is attached as Exhibit A and incorporated by reference as if set forth in full herein. If and to the extent the terms or conditions contained in this Agreement vary from those of the Proposal, those contained in this Agreement shall control. No change will be binding upon Software & Services of Louisiana, Inc. unless in writing signed by an authorized signatory of Software & Services of Louisiana, Inc.

   (b)   Software & Services of Louisiana, Inc. may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment is unavailable at the time of shipment.

   (c)   Client represents and warrants to Software & Services of Louisiana, Inc. that the Products and Services are for the Client's sole internal use only.

3.   **DELIVERY AND INSTALLATION.**

   (a)   Software & Services of Louisiana, Inc. will deliver and install the Products and Services as set forth in the Proposal.

   (b)   Client shall provide use of its data processing resources, including but not limited to, source code, data files, libraries and equipment for the use of Contractor's personnel as required for the Contractor's performance of the work described in Exhibit A.

   (c)   Client shall allow all necessary access to its facilities, or in the case that work is performed off-site, access to its computer system on which work is being performed either through remote access, or direct use.

   (d)   Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site

**251**

either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

(e) Client shall make available to Contractor all information in Client's possession which is pertinent to the efficient performance of Contractor's services.

4.    **PAYMENT.**

(a) Client shall timely pay for the Products and Services as set forth in the Proposal. Late payments will incur interest at the rate of one and a half percent (1.5%) per month or the maximum rate allowed by law, whichever is less.

(b) Client will pay any tax Software & Services of Louisiana, Inc. becomes obligated to pay by virtue of this Agreement, except for taxes based on the net income of Software & Services of Louisiana, Inc. All personal property and similar taxes assessed after shipment shall be paid by Client.

(c) Software & Services of Louisiana, Inc. reserves a purchase money security interest in the Products and Services until payment in full is received and, for that purpose, this Agreement is a security agreement. Client agrees to sign any documents and perform any acts reasonably necessary in order to record and perfect this security interest and, in event of its failure to do so, authorizes Software & Services of Louisiana, Inc. or its agent to do so on behalf of Client. Information concerning the security interest may be obtained from Software & Services of Louisiana, Inc. at its address set forth above.

(d) If Client asks Software & Services of Louisiana, Inc. to perform additional services or provide additional products over and above those specified in the Proposal, and if Software & Services of Louisiana, Inc. does so, the Client shall pay Software & Services of Louisiana, Inc.'s normal and customary charges for such products or services.

5.    **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

(a) Client represents and warrants to Software & Services of Louisiana, Inc. that Client has independently determined that the Products and Services ordered under this Agreement meet Client's requirements.

(b) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, accuracy and security, and other procedures necessary for Client's intended uses.

**252**

(c)     Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Software & Services of Louisiana, Inc. instructions.

(d)     Client will maintain backup data and perform backup procedures as necessary to prevent loss of critical data.

(e)     Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in the Proposal.

(f)     Client shall be responsible for providing Contractor conversion data.

(g)     Client shall be responsible for conducting acceptance testing of the software product and data conversion.

6.   **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

(a)     The term "Confidential Information" shall mean any materials or information which either party reasonably regards as confidential and proprietary to it.  The Confidential Information of Software & Services of Louisiana, Inc. includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

(b)     Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement.  Each party will inform its employees and contractors of their obligations in this respect and so instruct them as to ensure that such obligations are met.

(c)     Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Software & Services of Louisiana, Inc. (alone or jointly with the Client) in connection with Products or Services will be the exclusive property of Software & Services of Louisiana, Inc.  The Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Software & Services of Louisiana, Inc. except as expressly set forth herein.

7.   **SOFTWARE LICENSE.**

(a)     Software & Services of Louisiana, Inc., hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal.  Each additional single-user

**253**

computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Software & Services of Louisiana, Inc. may from time to time provide, and any materials and documentation relating to or describing such software.

(b)    Client agrees to use the Software only for its own internal use, and not to permit any third parties to use it, to process the data of any third party, or use the Software to operate a service bureau or application service.

(c)    In order to enable it to use the Software, the Client may make one archival copy of the Software's computer program, provided the copy include all proprietary notices of Software & Services, Inc. and is stored at the location set forth above.  The Client may not otherwise copy the Software, in whole or in part, by any means or for any purpose except during the normal course of routine data backups maintained within the Client's possession and control.

(d)    Client agrees that only Software & Services of Louisiana, Inc. shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Software & Services of Louisiana, Inc.

8.    **LIMITED WARRANTY.**

(a)    EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE.  SOFTWARE & SERVICES OF LOUISIANA, INC. DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)    Because Software & Services of Louisiana, Inc. does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS."  Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)    Software & Services of Louisiana, Inc., warrants that for a period of ninety (90) days from date of delivery, (I) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by

**254**

the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Software & Services of Louisiana, Inc., will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Software & Services of Louisiana, Inc., will refund the fees paid in respect of any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Software & Services of Louisiana, Inc., makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose**.

(d)     Because not all errors in software can or need to be corrected, Software & Services of Louisiana, Inc. does not warrant that all software defects will be corrected. Similarly, Software & Services of Louisiana, Inc. does not warrant that the functions contained in the software will meet Client's requirements or that it will operate in combinations selected for use by the Client.

9.     **LIMITATION OF LIABILITY.** Software & Services of Louisiana, Inc. will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Software & Services of Louisiana, Inc., be liable for direct, indirect, special, incidental, or consequential damages, including but not limited to those arising out of the use of or inability to use the software or documentation or the cost of recovering data,** even if it has been advised of the possibility of such damages. In no event shall Software & Services of Louisiana, Inc.'s, liability exceed the lesser of $100,000 or the amount of the fees actually paid to Software & Services of Louisiana, Inc.

10.     **TERMINATION.**

(a)     This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Software & Services of Louisiana, Inc. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)     Within two (2) weeks after termination of this Agreement, Client shall return each item Software, any copies and all related items and materials to Software & Services of Louisiana, Inc., and certify to it that this has been done.

11.   **INDEMNITY AS TO TITLE AND NONINFRINGEMENT**.

(a)     For a period of one (1) year from the date of this Agreement, Software & Services of Louisiana, Inc., warrants that the use of each Software item furnished under this Agreement shall not infringe any valid United States patent or copyright existing as of the effective date of this Agreement. Licensee acknowledges that the affixing of a copyright notice to a Software item shall not in itself be deemed to acknowledge or constitute a "publication" of the Software pursuant to the U.S. Copyright Act.

(b)     Software & Services of Louisiana, Inc., agrees to defend Client, at Software & Services of Louisiana, Inc.'s cost and expense, in any suit or proceeding in connection with any allegation that a Software licensed hereunder infringes such a valid United States patent or copyright, provided Software & Services of Louisiana, Inc., is immediately notified by Client of any such action or proceeding and that Software & Services of Louisiana, Inc., shall have sole direction and control of any negotiations or of any suit that may be brought (including the right to settle or obtain licenses for substitute products), and that Client shall assist Software & Services of Louisiana, Inc., in any reasonable way requested.

(c)     This indemnity shall not apply if the alleged infringement results from the use of Software in combinations with components, either software or hardware, which are not provided hereunder and where such infringement would not have occurred from the use of the provided Software not in this combination, or if such Software is produced or modified by Software & Services of Louisiana, Inc., to meet Client's particular specifications. Client agrees to indemnify, defend and hold Software & Services of Louisiana, Inc., harmless from allegations based on the foregoing.

(d)     If Software Product becomes the subject of claim of infringement and its use enjoined, Software & Services of Louisiana, Inc., shall, at its option and expense, have the right to (a) substitute for the infringing Software other equally suitable Software, (b) modify said infringing Software so that it becomes non-infringing, or (c) obtain for Client the right to continue the use of such infringing Software.

(e)     THE FOREGOING STATES THE ENTIRE INDEMNIFICATION BY SOFTWARE & SERVICES OF LOUISIANA, INC., AND CLIENT'S EXCLUSIVE REMEDY AS REGARDS INFRINGEMENT.

**256**

12.   **GENERAL.**

(a)   <u>Restricted Rights</u>.  If Client is a government agency, any use, duplication or disclosure of any of the Products is subject to "restrictive rights" as set forth in FAR 52.227-19 – "Commercial Computer Software – Restricted Rights" for civilian agencies, or in Department of Defense FAR Supplement 52.227-7013(c)(i)(ii) – "Rights in Computer Software – Restricted Rights," for military agencies.

(b)   <u>Complete Agreement</u>.  This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement.  This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(c)   <u>Supplies</u>.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated.  Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(d)   <u>Force Majeure</u>.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control.  Failure of the Client to pay charges for services shall excuse Software & Services of Louisiana, Inc. from its obligations to provide such services.

(e)   <u>Client Representative</u>.  Software & Services of Louisiana, Inc. may rely upon the statements or commitments of **Sheriff Kenneth G. Goss, or his appointed agent,** who shall represent the Client during the performance of this Agreement with respect to the Products and Services and has the authority to request modifications or additions.

(f)   <u>Arbitration</u>.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related  directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association.  Either party may apply to a Court for temporary injunctive or other equitable relief if time is of the essence.  The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and

judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(g) Notices. Any notices or other communication required or authorized to be given shall be in writing and shall be deemed to be given when delivered or mailed by certified or registered mail, postage prepaid, to the addresses shown on the face of this Agreement or at such other place as either party may from time to time designate by written notice to the other given in accordance with this section.

(h) Severability. If any provision of this agreement is illegal, invalid or void under any applicable law, such provision shall be considered severable, remaining provisions shall not be impaired and the agreement shall be interpreted as far as possible so as to give effect to its stated purpose.

(i) No Waiver. No waiver by a party of any breach by the other of any of the covenants, obligations or agreements under this agreement shall be a waiver of any subsequent breach or of any other covenant, obligation or agreement, nor shall any forbearance to seek a remedy for any breach be a waiver of any rights and remedies with respect to such or any subsequent breach. A waiver of any term of this agreement or of any breach of this Agreement is effective only if it is in writing and signed by both parties.

(j) Limitation Period. No action or arbitration proceeding, regardless of form, arising out of this agreement may be brought by either party more than two years after the cause of action has arisen, provided that actions for misappropriation or infringement of intellectual property rights may be brought within two years from discovery.

(k) Governing Law. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. No action or other proceeding (other than an arbitration proceeding conducted in accordance with this Agreement) shall be brought to construe or enforce this agreement except in those courts having jurisdiction in Caddo Parish, Louisiana. If any action is necessary by Software & Services of Louisiana, Inc. to enforce the terms of this Agreement, it shall be entitled to reasonable attorney's fees in addition to any other relief to which they may be entitled. This provision shall be construed as applicable to the entire contract.

(l) Inurement. This agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successor and assigns but shall not be assigned by the Client without the prior written consent of Software & Services of Louisiana, Inc. at its sole discretion.

258

(m)   To the full extent permitted by applicable law, Client waives any protection or immunity provided by the Eleventh Amendment or any other provision of the United States Constitution and Code, and any state constitution and statute, with respect to the enforcement by Software & Services of Louisiana, Inc. of any of its rights under this Agreement.

13.   **ENTIRE UNDERSTANDING.**   Client acknowledges that it has read this Agreement, understands it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.



# Software & Services
## OF LOUISIANA, INC.

1120 South Pointe Parkway, Bldg A, Shreveport, Louisiana, 71105-2600
(318) 865-1505  1-800-467-4477  Fax: (318) 865-1408

14-Aug-01                                **"Exhibit A"**

## Acadia Parish Sheriff

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Hardware:**

|  |  | **Typical Server and other hardware is to be furnished by the Sheriff** |  |
|---|---|---|---|
|  |  | Pentium III 1GHz w/256K Cache, |  |
|  |  | 512MB RAM, 2X256MB SDRAM DIMM |  |
|  |  | Standard Windows Keyboard |  |
|  |  | M 570, 15IN, Monitor |  |
|  |  | 2 X 36GB Hard Drive, 10K RPM |  |
|  |  | 3.5" 1.44MB Floppy Drive |  |
|  |  | Windows 2000 Server with 5 Client Licenses |  |
|  |  | Logitec System Mouse |  |
| 3C980C |  | 3 Com 10/100 Network Card |  |
|  |  | Internal 56K PCI Modem |  |
|  |  | Internal DLT1 40/80GB Tape Backup |  |
|  |  | 17/40X SCSI CD0ROM |  |
|  |  | 1X4 Bay Hot Pluggable Backplane |  |
|  |  | Electronic CD-ROM Documentation |  |
|  |  | Veritas Standard Software for Tape Backup |  |
|  |  | Motherboard SCSI |  |
|  |  | Tower Configuration |  |
|  |  | Warranty/ 3 Yrs. Parts & Onsite Labor Next Business Day w/S&S Interface |  |
|  |  | APC Smart UPS 1400Watt, Black |  |
|  |  | Dual 330 Watt Power Supply |  |
|  | 2 | Tape, Media, DLT!, 4000,7000,5Pack |  |

**WorkStation Description:**

Pentium III, 1 GHz, 256MB SDRAM, Keyboard, 20 GB HD,
1.44MB Flex, Cd ROM, Windows 2000, Mouse, 10/100 NIC, V.905/56K Modem
Sound card, Speakers, Norton Antivirus, Three Year NDOS Warranty,
MS Office SB Edition, 17 IN Monitor, 16 MB Video, UPS 500

The sheriff must provide adequate user licenses for Windows 2000 nodes,
Microsoft SQL Server, Delta Deploy, ANZIO TE, and PC Anywhere.

**260**



## Software & Services
OF LOUISIANA, INC.

1120 South Pointe Parkway, Bldg A, Shreveport, Louisiana, 71105-2600
(318) 865-1505  1-800-467-4477  Fax: (318) 865-1408

14-Aug-01

### Acadia Parish Sheriff

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Purchase Option:**

Windows Tax Collection System       $ ▮
Delta Deploy  3 Licenses            $ ▮
Annual Support is:                  $ ▮
                    **Total Purchase Option**   $ ▮

**Lease Only Option:**

**Total Non Purchase Annual Lease w/annual support is:**    $ ▮

Application Installation and Training       $ ▮
  for either option **(Waived for Beta Site)**

**Notes:**

History conversions will be billed hourly.  You may access payment history from
your UNIX machine.  The Assessors tax roll history files have already been converted.

**261**

 

**Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Acadia Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**500 N.E. Court Circle Room 215
Crowley, LA  70526**

Client acknowledges that it has read and understands this Agreement (including all attached schedules and amendments) and is not entering into this Agreement on the basis of any representations not expressly set forth herein. Neither the Client nor Contractor shall be bound by this Agreement until it has been accepted in writing by Contractor and the Agreement shall be effective when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

Greg Teeters, President              (Date)

**Acadia Parish Sheriff's Office**
"Client"

Wayne A. Melancon, Sheriff          (Date)

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a) Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." Contractor does not warrant that application will replace all current work procedures or replace all currently used reports unless specifically stated as a requirement in Proposal. This Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b) Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c) Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a) Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), supra.

   (b) Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c) Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a) Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a) Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b) Client acknowledges that the products described in Proposal may not replace all current work procedures or replace all currently used reports unless specifically stated in Proposal.

   (c) Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (d) Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (e) Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a) The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b) Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

2

**263**

(c)     Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

**6.     SOFTWARE LICENSE.**

(a)     Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals at a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

(b)     The term of the non-exclusive, non-transferable software license will be for three years and will automatically renew for subsequent three-year terms unless the license terminates as described in Section 9 "Termination,". If Client discontinues annual software support, software license term ends when annual software support ceases.

(c)     Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

(d)     Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

**7.     LIMITED WARRANTY.**

(a)     EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

(b)     Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

(c)     Contractor warrants that for a period of forty-five (45) days from date of delivery, (i) its software will substantially conform to published specifications provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.

**8.     LIMITATION OF LIABILITY.**     Contractor will not be liable for any damage caused by delay, its sole liability (and Client's sole recovery) resulting from the performance or services shall be limited to re-performing such services. In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those resulting out of the use or of inability to use the software or documentation, even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

**9.     TERMINATION.**

(a)     This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor or (vi) discontinues annual software support. Termination due to a breach of Sections (ii), (iv) or (v) shall be effective upon notice, in all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

(b)     Within two (2) weeks after termination of this Agreement, Client shall return each Item of Software, any copies and all related Items and materials to Contractor and certify to it that this has been done.

Revised 03/23/2006

**264**

10.    **GENERAL.**

(a)    <u>Complete Agreement</u>. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)    <u>Supplies</u>. Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then-established prices and upon regular invoice terms, if they are available.

(c)    <u>Force Majeure</u>. Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(d)    <u>Arbitration</u>. Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(e)    <u>Limitation Period</u>. No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(f)    <u>Reformation and Severability</u>. If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(g)    <u>Governing Law</u>. This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.    **ENTIRE UNDERSTANDING.** Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

**265**

Software Services, LLC Confidential



**Software & Services** Microsoft | Security Solutions | Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1406
www.software-service.net

15-Sep-09

### CSS Proposal

### Acadia Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|
| | | **S&S Application Software** | |
| | 1 | Civil Suit System | $ |
| | | **Total S&S Applications ≥** | $ |
| | | **3rd Party Software** | |
| | 1 | Windows Server® 2003 Standard | APSO |
| | 1 | Windows Server® 2003 - Device CALs | APSO |
| | 1 | Windows Server® 2003 Standard- (Media) | APSO |
| | 1 | SQL Server™ 2005 Standard Edition | APSO |
| | 1 | SQL Server™ 2005 Client CALs | APSO |
| | 1 | SQL Server™ 2005 (Media) | APSO |
| | 1 | Symantec Endpoint™ Protection 5-24 user 11 | APSO |
| | | **Services** | |
| | 3 | Training days @ S&S facilities | $ |
| | | Civil Historical Data Conversion | |
| | | CSS Document Setup | $ |
| | | *Billed at our standard hourly programming rate* | |
| | 2 | Day(s) Software Delivery & Installation On Site | $ |
| | 1 | Personnel Travel & Expenses to Client Site | $ |
| | | **Total Consulting Services ≥** | $ |
| | | **Grand Total** | $ |

Signature _____ Date 15 Sept 09

**266**

Software Services, LLC Confidential                                                                                    2

**Software & Services**  Microsoft | Security Solutions
                                          | Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

15-Sep-09                         **CSS Proposal**

**Acadia Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Recurring Annual Fees**

Annual Client Application Support (CAS): *12 months starting on installation completion date is
a % of this LIST PRICE >>* $

Note: *Client is required to have high speed connectivity for remote support
of Windows® applications.*                                                       $

**Recurring Fees Total >** $

Signature _____ Date 15 Sept 09

**267**

Software Services, LLC Confidential                                                                                      3

 

# Software & Services

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
www.softwareservices3.net

15-Sep-09                          **CSS Proposal**

## Acadia Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

*Note: Prices good for 30 days.*

**Payment Terms:**
A 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Renewals:**
Antivirus software is provided with a one-year subscription for virus file updates. Subsequent year updates are made available directly. The Client is also responsible for Microsoft® Windows updates and patches.

**Updates:**
To receive full benefit of the antiviral solution quoted above it is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the Antivirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S' applications run on a Windows® 2003 Server or later environment. S&S recommends using Windows® XP or VISTA workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 98 or 2000).

**Unsupported PC Operating Systems include:**
Windows® XP Home, Windows® Media Center, Windows® Professional x64 Editions, and Windows® Vista Home, Windows® Home Basic, and x64 Editions are not supported.

Signature >                          Date 15 Sep 09

**268**

Software Services, LLC Confidential                                                              4

 **Software & Services**  Security Solutions / Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

15-Sep-09                            **CSS Proposal**

                          **Acadia Parish Sheriff's Office**

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Existing Printers:**
S&S applications require printers which support Windows® drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the Client purchases equipment from S&S or another supplier.

**Cabling and Electrical:**
The Client is required to have CAT5 Cabling installed from PCs and printers to Server location prior to hardware deliver & installation. The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

**Conversion:**
The current UNIX Server may be disconnected, when all historical data is converted or the Assessor determines it is no longer needed. Conversion will be balanced based on values within millages according to the best available data from the current Assessor system. This estimate is based on general experience with common data.

**Training:**
S&S recommends training key personnel in their Shreveport office. A training system can then be installed on the Client's network for all to work with. S&S staff will be on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows® Operating System. Reasonable expenses will be billed at cost.

**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the client's ISP.

Dell flat panels (LCD panels) contain mercury, please dispose properly. Please contact Dell Financial Services' Asset Recovery Services group for EPA compliant disposal.

Signature > _____ Date 15 Sept 09

**269**

Per Travis, this is **SQL Svr 2008** Processor license.

## *Microsoft Open License Order Confirmation*

ACADIA PARISH SHERIFF'S OFFICE
CAIN CHARLES
568 COURTHOUSE CIR

CROWLEY        LA 70526

*Authorization Number*
64858667ZZL1012
*License Agreement Number*
44868003

*Licensee Reference (if any)*
R0942

| *Issue Date of the Initial License Agreement* | *Issue Date of this License Agreement* | *Last Date for Repeat Orders/End of Maintenance Coverage* |
|---|---|---|
| 01-Dec-2008 | 01-Dec-2008 | 31-Dec-2010 |

| *Product Pool* | *Volume Pricing Level* | *License Program* |
|---|---|---|
| --- | --- | Government |

| Product Description | Microsoft Product Number | Version | Copies |
|---|---|---|---|
| GOVT OLP ENGLISH SQL SVR STD   VLIC MC#L | 228-08639 | | 1 |
| GOVT OLP ENG WIN SVR CAL        VLIC MC#L | R18-02787 | | 10 |
| GOVT OLP ENG WIN SVR STD        VLIC MC#L | P73-04228 | | 1 |

*This order confirmation is for informational purposes only.  It is not proof of ownership of any software licenses; it simply shows what was ordered under the displayed authorization number on the date specified.  The official record for this transaction is available at the eOpen Internet address (URL) https://eopen.microsoft.com.  In case of disputes or any discrepancy between this order confirmation and the records at the foregoing web site, the latter controls.

Online information regarding your Open License at this site is encrypted and secured.  The first time your authorization number and license number are entered, the eOpen web site will prompt you to create a password.  You can view your Open License information at any time by clicking on the License information link at the site.

Instructions for creating your password:
The first time you view Open Licenses under an authorization number, the web site will prompt you to create a password.  To create the password, you will:
     -Enter the Open License Authorization number (on this confirmation, above) for the license(s) you wish to view
     -Enter the License Number (on this confirmation, above) for additional validation
     -If this is the first time you've viewed licenses under this authorization number, the web site will ask you for a password
     -The system will ask you to verify the password you just entered

Please take care that your password to this site is protected and shared only with those individuals and organizations that you trust with the informationpertaining to your Open License portfolio.  Your password can be changed at the site for ease of maintenance or additional security.  Once in the site, you will also be able to view, print and download your license data, change your contact name or track additional license date.

Licenses are subject to the terms and conditions presented in the Microsoft Open License Agreement.  If you do not accept the terms of the License Agreement, do not make any copies of the software and instead, submit your return in writing to your point of purchase within 15 days of receipt.  Making a copy of the software constitutes acceptance of the License.

Open Product Key: To install certain licensed products you will need to use a specific Open Product Key (OPK).  This OPK is issued to your company for your exclusive use for each specific license purchase.  Because your company will be held responsible for unauthorized use of the product keys assigned to your Open License, you agree to use your best efforts to keep a secure record of this product key including not disclosing this product key to any unauthorized third party.  The OPK is available at the eOpen web site at
. If you do not have access to the Internet, please consult your reseller.  For more information, please refer to

MSDN Open License customers in North America, Europe, the Middle East, and Africa, must register their MSDN Open licenses at using a valid authorization and license number.  Please note this site is only for registration and activation of MSDN Professional and MSDN Universal licenses.

**270**

 **Software & Services**  *Microsoft*
**GOLD CERTIFIED**
*Partner*

Security Solutions
Networking Infrastructure Solutions

**Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600**
**318.865.1505 • 800.467.4477 • Fax: 318.865.1408**
*www.softwareservices.net*

## AGREEMENT

**BETWEEN:**

Software & Services of Louisiana, LLC
(The "Contractor") as applicable at
the following address:

Parkway Plaza
1120 S Pointe Parkway, Building A
Shreveport, LA 71105-2600

**AND:**

**Acadia Parish Sheriff's Office**
(The "Client") as applicable at
the following address:

**500 N.E. Court Circle Room 215**
**Crowley, LA 70526**

Client acknowledges that it has read and understands this Agreement
(including all attached schedules and amendments) and is not entering into this
Agreement on the basis of any representations not expressly set forth herein.
Neither the Client nor Contractor shall be bound by this Agreement until it has
been accepted in writing by Contractor and the Agreement shall be effective
when signed by Contractor.

Agreed and accepted:

Software & Services of Louisiana, LLC
"Contractor"

~~Greg Teeters, President~~    (Date)
Steve Miller, VP    11/28/12

**Acadia Parish Sheriff's Office**
"Client"

**Ralph Lacombe, CFO**    (Date)

**271**

## AGREEMENT

In consideration of the mutual covenants set forth herein, Contractor and Client agree as follows:

1. **PRODUCTS AND SERVICES TO BE PROVIDED.**

   (a)   Contractor will provide the licensed software, modifications, equipment and/or services specifically described in the proposal ("Proposal"), a copy of which is attached as Exhibit A and incorporated by reference into, collectively known as "Products and Services." However, this Agreement shall control over any variances from the Proposal. No change will be binding on either party unless agreed to in writing signed by the parties.

   (b)   Contractor may substitute equipment of equivalent or superior functionality and performance if any of the specified equipment in the proposal is unavailable at the time of shipment.

   (c)   Client represents and warrants to Contractor that the Products and Services are for the Client's sole internal use only.

2. **DELIVERY AND INSTALLATION.**

   (a)   Contractor will deliver and install the Products and Services as set forth in the Proposal subject to the substitution provision of paragraph 1(b), *supra*.

   (b)   Client shall allow Contractor full access to its facility, equipment and information in order for Contractor to deliver and install the Products and Services subject of this Agreement. "Full access" shall be given the broadest meaning in the context of this Agreement.

   (c)   Client hereby indemnifies and agrees to save harmless Contractor and Contractor's employees, subcontractors and agents from any losses, claims, damages, actions, causes of action, costs and expenses, including attorney fees that occur on Client's equipment or on Client's site either before or after this agreement ends, which are based upon, arise out of, or occur, directly or indirectly, by reason of any act or omission by Client or by any of Client's employees or agents, whether sub-contractors or staff.

3. **PAYMENT.**

   (a)   Client shall timely pay for the Products and Services as set forth in the Proposal. All sales tax, personal property and similar taxes assessed after shipment shall be paid by Client.

4. **CLIENT'S OPERATIONAL RESPONSIBILITIES.**

   (a)   Client has sole responsibility for the use of the Products, including but not limited to operating procedures, controls, back-up procedures, anti-virus protection, accuracy and security, and other procedures necessary for Client's intended uses.

   (b)   Client will ensure that its personnel are educated and trained in the proper use and operation of the Products and Services and that they are used in accordance with Contractor's instructions.

   (c)   Client will maintain backup media in a secure location either on site or off site, and perform backup procedures as necessary to prevent loss of critical data.

   (d)   Maintenance, modifications, support and upgrades are not included except as may be expressly set forth in this Agreement.

5. **CONFIDENTIAL AND PROPRIETARY INFORMATION.**

   (a)   The term "Confidential Information" shall mean any materials or information, which either party reasonably regards as confidential and proprietary. The Confidential Information of Contractor includes but is not limited to the software and associated codes, documentation, flow charts, logic diagrams, user manuals and screens; business plans, analysis and developments; personnel capabilities and compensation information; and similar information.

   (b)   Each party will keep in confidence and protect the Confidential Information of the other party and neither use nor disclose it to third parties except as expressly permitted by this Agreement. Each party will inform its employees and contractors of their obligations in this respect to ensure that such obligations are met.

   (c)   Any ideas, concepts, know-how, techniques, software, documentation, modifications, or other materials developed by Contractor (alone or jointly with Client) in connection with Products or Services will be the exclusive property of Contractor. Client acknowledges that nothing in this Agreement transfer to Client any title to any intellectual property

2

**272**

contained in any of the software, documentation, confidential information or other materials provided by Contractor except as expressly set forth herein.

6. **SOFTWARE LICENSE.**

   (a)   Contractor hereby grants to Client a non-exclusive non-transferable license to use one (1) copy of each of the Software Products provided under this Agreement ("Software"), in no more than the number of single-user computers, workstations or terminals of a local area network as set forth in the Proposal. Each additional single-user computer, multi-user computer or local area network must be separately licensed. "Software" as used herein means system software, utility programs, routines, application software, and such modifications, upgrades or updates as Contractor may from time to time provide, and any materials and documentation relating to or describing such software.

   (b)   Client not only agrees to use the Software only for its own internal use, but also agrees not to distribute Software for third party access, not to process the data of any third party, or use the Software to operate a service bureau or application service. However, this Agreement may allow for Internet access for the purpose of inquiry into Client's data and to update or modify data based on user licenses as set forth in the Proposal.

   (c)   Client agrees that only Contractor shall have the right to alter, enhance, maintain or otherwise modify the Software. Client shall not modify, alter, disassemble, decompile, reverse engineer, copy, transfer, or otherwise use any Software Product except as expressly permitted in this Agreement, without the prior written consent of Contractor.

7. **LIMITED WARRANTY.**

   (a)   EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE. CONTRACTOR DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AS TO BOTH ITS OWN AND OTHER VENDORS' PRODUCTS AND SERVICES.

   (b)   Because Contractor does not manufacture equipment, hardware or third-party software, it makes no warranty as to equipment, hardware or third-party software provided to the Client, all of which is sold or licensed "AS-IS." Client agrees to look solely to the warranties and remedies, if any, provided by the manufacturer(s) of such equipment, hardware and third-party software.

   (c)   Contractor warrants that for a period of forty-five (45) days from date of delivery, (i) its software will substantially conform to published specifications and to the documentation, provided that it is used on the computer hardware and with the operating system for which it was designed and is used according to instructions and without modification by the Client, and (ii) the magnetic media on which its Software is distributed will be delivered free from defects in materials and workmanship. During this warranty period, Contractor will replace defective media and use reasonable efforts to correct substantial software errors at no charge, and if it is unable to do so within the warranty period, Contractor, will refund the fees paid in respect for any such defective products or materials. These are Client's sole remedies for any breach of warranty. Except as specifically provided above, **Contractor makes no other warranty or representation, either express or implied, with respect to this software or documentation, including but not limited to their quality, performance, merchantability, or fitness for a particular purpose.**

8. **LIMITATION OF LIABILITY.**   Contractor will not be liable for any damage caused by delay. Its sole liability (and Client's sole recovery) resulting from the performance of services shall be limited to re-performing such services. **In no event will Contractor be liable for direct, indirect, special, incidental, consequential damages, or the cost of recovering data, including but not limited to those arising out of the use of or inability to use the software or documentation,** even if it has been advised of the possibility of such damages. In no event shall Contractor's liability exceed the lesser of $100,000 or the amount of the fees actually paid to Contractor.

9. **TERMINATION.**

   (a)   This Agreement and all rights granted hereunder as to Client shall terminate if Client (i) fails or refuses to comply or perform any of its obligations under this Agreement, (ii) becomes insolvent or makes any assignment of its business for the benefit of creditors, (iii) has a receiver, trustee in bankruptcy, or a similar officer appointed to take charge of all or part of its property, (iv) is adjudged a bankrupt or (v) infringes any intellectual property right of Contractor. Termination due to a breach of Sections (iii), (iv) or (v) shall be effective upon notice. In all other cases, termination shall be effective thirty (30) days after notice of termination to Client if the defaults have not been cured within such thirty (30) day period.

   (b)   Within two (2) weeks after termination of this Agreement, Client shall return each item of Software, any copies and all related items and materials to Contractor and certify to it that this has been done.

10. **GENERAL.**

   (a)   Complete Agreement. This is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and all other agreements oral and written, between the

Revised 08/30/2011                                                                                                            3

**273**

parties relating to this agreement. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

(b)     Supplies.  Charges for programs and services do not include furnishing of supplies or other expendable or consumable items unless otherwise indicated. Such items will be provided at Client's request at the then- established prices and upon regular invoice terms, if they are available.

(c)     Credit Card Processing.  If the "Products and Services" include credit card payment processing functionality, Contractor may receive revenue from the credit card processing vendor to partially offset the ongoing support costs of the credit card payment module.

(d)     Force Majeure.  Neither party shall be deemed to be in default of any provision hereof or be liable for any delay, failure in performance or interruption of service resulting directly or indirectly from acts of God, civil or military authority, civil disturbance, war, strikes, fires, other catastrophes, or other major force beyond its reasonable control. Failure of the Client to pay charges for services shall excuse Contractor from its obligations to provide such services.

(e)     Arbitration.  Any dispute, controversy or claim, whether framed in tort, delict, quasi-delict, contract, quasi-contract or restitution, or otherwise arising out of or related directly or indirectly to this Agreement or the relationship among the parties, which cannot be amicably resolved shall be resolved by binding arbitration in Shreveport, Louisiana under the then-current rules of the American Arbitration Association. However, either party may apply to the First Judicial District Court, Caddo Parish, Louisiana, for a temporary injunctive or other equitable relief if time is of the essence and irreparable injury may otherwise result. The arbitrator will have no authority to award punitive, consequential, or special damages, or any other damages or relief not permitted under this Agreement, except in the case of deliberate, willful and malicious acts, or a misappropriation of Confidential Information. The decision and award of the arbitrator shall be final and binding and judgment on the award may be entered in any court of competent jurisdiction. While the arbitration is pending there shall be no abatement of the charges or other amounts payable hereunder and the Client will continue to pay such charges when due.

(f)     Limitation Period.  No cause of action, dispute, controversy or claim invoking arbitration or otherwise, regardless of form, arising out of this Agreement may be brought by either party more than two (2) years after the cause of action, etc. has arisen, provided that a cause of action for the misappropriate or infringement of intellectual property rights may be timely brought within two (2) years of discovery.

(g)     Reformation and Severability.  If any provision of this Agreement in any way contravenes the laws of the State of Louisiana, such provision shall be considered severable and the parties agree to be bound by all remaining provisions.

(h)     Governing Law.  This agreement shall be construed, interpreted and governed in accordance with the laws of the State of Louisiana. If any action is necessary by Contractor for temporary injunctive or other relief where time is of the essence and irreparable injury may otherwise result pursuant to paragraph 10(d) supra, then Contractor shall be entitled to reasonable attorney fees in addition to any other relief to which it may be entitled.

11.     **ENTIRE UNDERSTANDING.**  Client acknowledges reading this Agreement, understanding it, and agrees to be bound by its terms and conditions. CLIENT FURTHER ACKNOWLEDGES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN THE PARTIES WITH RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND SUPERSEDES ALL OTHER UNDERSTANDINGS OR PRIOR AGREEMENTS, ORAL OR WRITTEN, AND ALL OTHER COMMUNICATIONS BETWEEN THE PARTIES RELATING TO THE SUBJECT MATTER HEREOF.

Software Services, LLC Confidential

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

13-Nov-12

## Proposal

### Acadia Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---|---|---|---|

**Server & Accessories**

| | 1 | **Dell Power Edge Windows 2008 Server:** | **Client** |

3.2GHz/2MB Cache, Single Processor
3GB DDR2 400 MHz (6x512MB) Single Ranked DIMMs Processor
3x73GB Hard Drives with RAID5, 3.5" 1.44MB Floppy Drive
PERC4ei RAID5 128MB Hard Drive Controller, Internal NIC
PV110T, LTO2 Tape Backup, 200/400GB, w/Internal Controller
24XIDE CD-RW/DVD ROM, 17" Flat Panel Monitor
Redundant Power Supply

**Workstation(s)**

| | 1 | **PC Workstation(s)** | **Client** |

1 GB DDR2 Memory, Pentium D Processor
17" Flat Panel Monitor w/ Height Adjustable Stand
80GB Hard Drive
3.5" Floppy Drive
48X CD-RW Drive
Internal NIC and Modem

**S&S Application Software**

| | 1 | **GFA™ Fund Accounting Base System** | $ |

*Includes: General Ledger, Accounts Payable, Bank Recon,
Cash Receipts, Purchase Orders, 1099 Processing*

Total S&S Applications > $

**Services**

| | 2 | **Training days On Line** | $ |
| | 2 | **Days Go-Live Client Consultations Onsite** | $ |
| | 1 | **Remote Installation & Configuration @ S&S** | $ |
| | 1 | **Personnel Travel & Expenses to Client Site** | $ |

Total Consulting Services > $

**Grand Total** $

**Recurring Annual Fees**

Recurring Fees Total > $

*Note: Prices good for 30 days.*

Signature > _____ Date 11/21/12

Software Services, LLC Confidential                                                      2

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Nov-12                               **Proposal**

## Acadia Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation, and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications. It does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, and maintaining AntiVirus Software on all laptops, desktops, and servers. The Client is responsible for updating all PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S CIS™ applications run on a Windows® 2003 or Windows® 2008 Server. S&S recommends using Windows® ® XP Professional or Windows 7 Professional workstations, and does not guarantee full functionality on any previous versions of Windows® .

All Web products require a Web Server or the ability to publish web pages from the existing server using IIS (Internet Information Services) and highspeed internet access.

**Signature** >                               **Date**

**276**

Software Services, LLC Confidential                                                                    3

 **Software & Services**

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
*www.softwareservices.net*

13-Nov-12                              **Proposal**

### Acadia Parish Sheriff's Office

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**Backups:**
It is the sole responsibility of the Client to run, verify, and maintain system backups.
**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.
**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.
**Cabling and Electrical:**
The Client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.
**Conversion:**
The current System Server may be disconnected, when all historical data is converted or the Client determines it is no longer needed. Conversion will be balanced according to the best available data from the current Client's system. This estimate is based on general experience with common data.
**Training:**
We recommend training key personnel in our Shreveport office. We can then install a training system on your network for all to work with. We will have staff on-site for startup of operations. Prerequisite for training is knowledge of point and click capabilities of Windows Operating System. Reasonable expenses will be billed at cost with detail.
**Miscellaneous:**
This proposal does not include Network Intrusion Detection Software, which is normally provided by the Client's ISP. It also does not include Network Administration.
**Integration Services and Products:**
Integration services and products provided with this agreement do not include any necessary costs (if any), products, or services required relative to the computer system with which S&S is integrating (for example, the DA's system).
**Web Payment Module:**
As a way to reduce costs to the Client, Software & Services, LLC maintains the exclusive rights to enter into independent convenience fee revenue sharing arrangements with credit card processors.

*Signature* ᐳ Roelgh haDamle   *Date* 1/31/10

**277**

Software Services, LLC Confidential

1

# Software & Services



**Microsoft**
GOLD CERTIFIED
Partner

Security Solutions
Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

9-Oct-12

## Acadia Parish Sheriff's Office Proposal

## TCM Automated Change Order Module

| Order # | Qty. | Item | Price |
|---------|------|------|-------|

**S&S Application Software**

| | 1 | TCM Automated Chage Order Module | $ |
| | | (2 user license) | List Price > $ |
| | | | Total S&S Applications > $ |

**Services**

| | 1 | Software Loading and Configuration @ S&S | $ |
| | | Total Consulting Services > | $ |

| | **Grand Total** | $ |

Official's Initials>

2

Software Services, LLC Confidential

 **Software & Services** *Microsoft* GOLD CERTIFIED Partner    Security Solutions / Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

9-Oct-12

## Acadia Parish Sheriff's Office Proposal
## TCM Automated Change Order Module

| Order # | Qty. | Item | Price |
|---|---|---|---|
| | | | |

**Recurring Annual Fees**

Annual Client Application Support (CAS): Jul 1st thru Jun 30th    $

Note: Client is required to have high speed connectivity for remote support of Windows® applications.

Recurring Fees Total > $

Note: Prices good for 30 days.

**Financing Information**

Official's Initials>

279

Software Services, LLC Confidential

3



**Software & Services**  **Microsoft** GOLD CERTIFIED *Partner* : Security Solutions / Networking Infrastructure Solutions

Parkway Plaza • 1120 S Pointe Parkway • Shreveport, LA 71105-2600
318.865.1505 • 800.467.4477 • Fax: 318.865.1408
www.softwareservices.net

9-Oct-12

## Acadia Parish Sheriff's Office Proposal

## TCM Automated Change Order Module

| Order # | Qty. | Item | | Price |
|---------|------|------|---|-------|

**Payment Terms:**
Unless other financial arrangements are made, a 25% down payment is required with the order. 50% is due at installation and 25% is due 30 days from installation.

**Support:**
Annual Software Support fees are a percentage of the stated list price. All users will be kept on the same release. This only includes support for S&S written applications, it does not include support for any third party products such as Microsoft® Excel, Word, etc.

Annual Maintenance fees for hardware are established by S&S' Vendors and are subject to change without notice and begin at warranty period end.

**Antivirus:**
The Client is responsible for Microsoft® Windows updates and patches, maintaining AntiVirus Software on the application server. It is necessary to update the PCs with the routine Virus Definition Updates which the vendor distributes. This makes it possible for the AntiVirus application to detect newly identified viruses. The Client is encouraged to read through the documentation and set up the routine receipt of these updates.

**Existing Server/Workstations:**
S&S AIS™ applications run on a Windows® 2003 or Windows® 2008R2 Server. S&S recommends using Windows® 2007 or Windows® XP workstations, and does not guarantee full functionality on any previous versions of Windows® (such as Windows® 2000).

**Existing Printers:**
S&S applications require printers which support Windows drivers. Manufacturers, models and printer drivers all affect printed output. S&S does not guarantee the actual print results, but will make every reasonable effort to ensure satisfactory printing. Any changes required to the software to customize it for a particular printer will be considered billable work.

**Equipment Setup:**
Labor for set up via the telephone or on site will be billable whether the client purchases equipment from Software & Services or another supplier.

**Cabling and Electrical:**
The client will provide suitable electrical service and be responsible for any required cabling. Any work performed by S&S personnel outside the scope of this proposal will be billed at our prevailing rates.

Official's Initials