UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-572-JWD-RLB** |
| **i3 VERTICALS, INC., ET AL.** | |

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 5, 2022, (Doc. 31), to which an objection and a response were filed and considered, (Docs. 32 and 35);

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 19) is **GRANTED**, and the matter is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on <u>August 16, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

19th JDC Certified