UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, By and Through its DIVISION OF ADMINISTRATION, EAST BATON ROUGE PARISH LAW ENFORCEMENT DISTRICT, By and Through the Duly Elected EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III, ET AL., Individually and as Class Representatives | NO.: 3:21-CV-00572 |
| VERSUS | JUDGE deGRAVELLES |
| i3-SOFTWARE & SERVICES, LLC; 1120 SOUTH POINTE PROPERTIES, LLC, formerly known as SOFTWARE AND SERVICES OF LOUISIANA, LLC, i3 VERTICALS, INC., i3 VERTICALS, LLC; GREGORY R. TEETERS, and SCOTT CARRINGTON | MAGISTRATE BOURGEOIS, JR. |

**ALL DEFENDANTS' EXPEDITED MOTION TO
STAY EFFECT OF REMAND ORDER PENDING APPEAL**

Defendants i3-Software & Services, LLC; 1120 South Pointe Properties, LLC; i3 Verticals, Inc.; i3 Verticals, LLC; Gregory R. Teeters, and Scott Carrington respectfully request that this Court grant their Expedited Motion to Stay Effect of Remand Order Pending Appeal. Defendants seek an order staying this Court's August 16, 2022 Order adopting the Magistrate Judge's Report and Recommendation and remanding this case to state court based on the applicability of the local controversy exception to the Class Action Fairness Act (CAFA). (R. Doc. 36). Remand orders based on exceptions to CAFA jurisdiction are appealable, and defendants intend to appeal. Accordingly, defendants respectfully request that this Court stay the effect of the remand order in this case pending appeal to the Fifth Circuit.

2

Respectfully submitted,

*/s/ Chloé M. Chetta*
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone (504) 589-9700
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
cchetta@barrassousdin.com

*Attorneys for all defendants*