# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-572-JWD-RLB** |
| **i3 VERTICALS, INC., ET AL.** | |

## AMENDED RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 5, 2022, (Doc. 31), to which an objection, a response and a reply were filed and considered, (Docs. 32, 35 and 40);

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 19) is **GRANTED,** and the matter is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Defendants' Expedited Motion to Stay Effect of Remand Order Pending Appeal is **DENIED** as moot, (Doc. 41).

Signed in Baton Rouge, Louisiana, on <u>August 23, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Clerk 19th JDC